CO-386-online
10/03

# United States District Court
# For the District of Columbia

Safari Club International )
)
)
)
    vs      Plaintiff )    Civil Action No. _____
)
Sally M. R. Jewell et al. )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Safari Club International  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Safari Club International  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

417091
BAR IDENTIFICATION NO.

Anna M. Seidman
Print Name

501 2nd Street NE
Address

Washington, D.C.   20002
City            State        Zip Code

202-543-8733
Phone Number