AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL <br><br> *Plaintiff(s)* <br><br> v. <br><br> SALLY M. R. JEWELL, U.S. DEPARTMENT OF THE INTERIOR, DANIEL ASHE, U.S. FISH AND WILDLIFE SERVICE <br><br> *Defendant(s)* | Civil Action No. **14-670 ABJ** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sally M. R. Jewell
Secretary of Interior, in her offical capacity
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anna M. Seidman, Esq.
Safari Club International
501 2nd Street, NE
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 4/22/2014

CLERK OF COURT

/S/ Kristin Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

SAFARI CLUB INTERNATIONAL

*Plaintiff(s)*

v.

SALLY M. R. JEWELL, U.S. DEPARTMENT OF THE INTERIOR, DANIEL ASHE, U.S. FISH AND WILDLIFE SERVICE

*Defendant(s)*

Civil Action No. 14-670 ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna M. Seidman, Esq.
Safari Club International
501 2nd Street, NE
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/22/2014

/S/ Kristin Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

SAFARI CLUB INTERNATIONAL

*Plaintiff(s)*

v.

SALLY M. R. JEWELL, U.S. DEPARTMENT OF THE INTERIOR, DANIEL ASHE, U.S. FISH AND WILDLIFE SERVICE

*Defendant(s)*

Civil Action No. **14-670 ABJ**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Ashe
Director of the U.S. Fish and Wildlife Service, in his offical capacity
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anna M. Seidman, Esq.
Safari Club International
501 2nd Street, NE
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/22/2014

/S/ Kristin Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL <br> *Plaintiff(s)* <br> v. <br> SALLY M. R. JEWELL, U.S. DEPARTMENT OF THE INTERIOR, DANIEL ASHE, U.S. FISH AND WILDLIFE SERVICE <br> *Defendant(s)* | Civil Action No. **14-670 ABJ** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anna M. Seidman, Esq.
Safari Club International
501 2nd Street, NE
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/22/2014

/S/ Kristin Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Columbia

SAFARI CLUB INTERNATIONAL

*Plaintiff(s)*

v.

SALLY M. R. JEWELL, U.S. DEPARTMENT OF THE INTERIOR, DANIEL ASHE, U.S. FISH AND WILDLIFE SERVICE

*Defendant(s)*

Civil Action No. **14-670 ABJ**

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Eric H. Holder, Jr.
U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anna M. Seidman, Esq.
Safari Club International
501 2nd Street, NE
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **4/22/2014**

**/S/ Kristin Brown**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Columbia

SAFARI CLUB INTERNATIONAL

*Plaintiff(s)*

v.

SALLY M. R. JEWELL, U.S. DEPARTMENT OF THE INTERIOR, DANIEL ASHE, U.S. FISH AND WILDLIFE SERVICE

*Defendant(s)*

Civil Action No. **14-670 ABJ**

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ronald C. Machen, Jr.
U.S. Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna M. Seidman, Esq.
Safari Club International
501 2nd Street, NE
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/22/2014

CLERK OF COURT

/S/ Kristin Brown

*Signature of Clerk or Deputy Clerk*