UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL ) | |
| ) | |
|     Plaintiff, ) | Civ. No. 14-cv-00670(ABJ) |
| ) | |
| v. ) | |
| ) | |
| SALLY M. R. JEWELL, et al. ) | |
| ) | |
|     Defendants ) | |
| _____ ) | |

**MOTION OF SAFARI CLUB INTERNATIONAL FOR PRELIMINARY INJUNCTION**

Plaintiff Safari Club International moves for a preliminary injunction to restore the status quo that existed before the Federal Defendants, on April 4, 2014, ended the importation into the United States of sport-hunted elephants from Zimbabwe and Tanzania for 2014. This motion is supported by the accompanying Memorandum of Points and Authorities in Support of Motion of Safari Club for Preliminary Injunction, the over 50 exhibits supporting that Memorandum, and the Complaint filed in this matter. Counsel for Safari Club contacted attorneys for the Federal Defendants, who indicated that they would oppose this motion.

Dated: April 30, 2014.

                                                Respectfully submitted,

                                                /s/Anna M. Seidman
                                                Anna M. Seidman
                                                D.C. Bar No. 417091
                                                Douglas Burdin
                                                D.C. Bar No. 434107
                                                501 2nd Street NE
                                                Washington, D.C.
                                                202-543-8733
                                                202-543-1205
                                                aseidman@safariclub.org
                                                dburdin@safariclub.org