**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S.M.R. JEWELL, in her official capacity as )<br>Secretary of the United States Department )<br>of Interior, *et al.*, )<br>)<br>Defendants. )<br>) | Civil No. 1:14-cv-00670-ABJ<br><br>NOTICE OF APPEARANCE |

To the Court, the plaintiff, and its attorney of record:

PLEASE TAKE NOTICE that Meredith L. Flax will serve as counsel for Federal Defendants.  Ms. Flax is registered to receive service of filings, notices, and decisions via the Court's CM/ECF system.  Her contact information is also listed below.

Dated: May 2, 2014

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

   */s/ Meredith L. Flax*
MEREDITH FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0404| (202) 305-0275
meredith.flax@usdoj.gov