# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **S.M.R. Jewell,** in her official capacity as ) <br> Secretary of the United States Department ) <br> of Interior, et al., ) <br> ) <br> Defendants. ) | Civil No. 1:14-cv-00670-ABJ <br><br> **Notice of Appearance** |

Undersigned counsel hereby notifies the Court and all parties that Andrea Gelatt will serve as counsel for Defendants in the captioned case. Ms. Gelatt may be served electronically through the ECF system. Her contact information is below.

Dated: May 2, 2014

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

*/s/ Andrea Gelatt*
ANDREA GELATT
MEREDITH FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0210 | (202) 305-0275
Andrea.gelatt@usdoj.gov