# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL ) | |
| ) | |
|     Plaintiff, ) | Civ. No. 14-cv-00670(ABJ) |
| ) | |
| v. ) | |
| ) | |
| SALLY M. R. JEWELL, et al. ) | |
| ) | |
|     Defendants ) | |
| _____ ) | |

## PROOF OF SERVICE

I, Anna M. Seidman, hereby certify that the Complaint and Summons in this case were served pursuant to Federal Rules of Civil Procedure, Rule 4(i) by certified mail and addressed as follows:

Ronald C. Machen, Jr.
US Attorney for the District of Columbia
555 Fourth St., NW
Washington, DC 20530;

Eric H. Holder, Jr.
U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530;

U.S. Department of the Interior
1849 C. Street NW
Washington, D.C.  20240;

U.S. Fish and Wildlife Service
1849 C Street NW
Washington, D.C. 20240;

Sally M.R. Jewell
U.S. Department of the Interior
1849 C Street NW
Washington, D.C.  20240;

Daniel Ashe
Director of the U.S. Fish and Wildlife Service
1849 C Street NW
Washington, D.C.  20240

      The summons and complaint were mailed to the addresses above via First Class Mail, Certified, Return Receipt Requested.  Return receipts indicate that the summons and complaint were delivered to Daniel Ashe, the U.S. Fish and Wildlife Service and the U.S. Department of the Interior on April 25, 2014 and to Ronald C. Machen, Jr., Sally M.R. Jewell and Eric H. Holder Jr. on April 28, 2014.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 12, 2014                          Respectfully submitted,

                                                    /s Anna M. Seidman
                                                    Anna M. Seidman
                                                    D.C. Bar No. 417091
                                                    Safari Club International
                                                    501 2nd Street NE
                                                    Washington, D.C.  20002
                                                    Tel:  202-543-8733
                                                    Fax:  202-543-1205
                                                    aseidman@safariclub.org