Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Safari Club International,**  )
)
     Plaintiff,  )
)
     v.  )
)
         Case No. 14-cv-00670-ABJ
**S.M.R. Jewell,** in her official capacity as  )
Secretary of the United States Department of  )
Interior, et al.,  )
)
     Defendants.  )

## DECLARATION OF  ROSEMARIE S. GNAM

I, Rosemarie S. Gnam, hereby declare as follows:

1.      I am the Chief, Division of Scientific Authority (DSA), of the United

States Fish and Wildlife Service (FWS).  As DSA Chief, I am responsible to the FWS

Director for making findings related to non-detriment (NDFs) that are required for the

issuance of permits for the import and export of certain species that are protected by the

Convention on International Trade in Endangered Species of Wild Fauna and Flora

(CITES).  In particular, I am responsible for making NDFs regarding the import of sport-

hunted trophies of African elephants (*Loxodonta africana*) from Tanzania.

2.     The FWS has been increasingly concerned about the escalation in poaching

activity throughout much of Africa in the past several years.  At the Fifteenth Meeting of

the CITES Conference of the Parties (CoP15, Doha, 2010), the CITES Secretariat

provided the first report to a CoP that provided an analysis of data collected under the

CITES program known as Monitoring the Illegal Killing of Elephants (MIKE) since the

adoption of baseline information in 2007 (CoP15 Doc. 44.2 (Rev. 1). Available at the

official CITES website, maintained by the CITES Secretariat on behalf of the Parties, at

[http://www.cites.org/sites/default/files/eng/cop/15/doc/E15-44-02.pdf].)  The report

showed an increase in elephant poaching since 2006.  Also of concern, the report to

CoP15 on an analysis of Elephant Trade Information System (ETIS) data showed a

pronounced upward trend in the illicit ivory trade in 2009, despite the fact that at the time

of the analysis, the 2009 data were incomplete (CoP15 Doc. 44.1 (Rev.1) Annex.

Available at [http://www.cites.org/sites/default/files/common/cop/15/doc/E15-44-

01A.pdf].)  Initial concerns raised by this information received at CoP15 have since been

affirmed.  The CITES Secretariat's MIKE report to CoP16 (Bangkok, 2013) showed an

ongoing increase in levels of illegal killing of elephants since 2006, with 2011 showing

the "highest levels of poaching since MIKE records began in 2002" (CoP16 Doc. 53.1.

Available at [http://www.cites.org/sites/default/files/eng/cop/16/doc/E-CoP16-53-01.pdf].)

The ETIS report provided to CoP16 showed that the illegal trade in ivory has continued to

escalate since CoP15, and the most recent year analyzed (2011) represents the highest

level of illegal trade in the 16-year period analyzed (1996 through 2011) (CoP16 Doc.

53.2.2. Available at [http://www.cites.org/sites/default/files/eng/cop/16/doc/E-CoP16-53-

02-02.pdf].)  The increased poaching and associated illegal trade have raised questions

about the sustainability of African elephant populations.

     3.     Specific and detailed MIKE and ETIS information for Tanzania is

available in our NDF for Tanzania for 2014 (see Illegal Offtake Section, paragraphs 23 –

24, pages 9 – 10 and below), which I signed on February 21, 2014.

4.      Tanzania currently allows sport hunting of its CITES Appendix-I African elephant population.  DSA has no evidence that any other country with an Appendix I African elephant population currently allows sport hunting.

5.      DSA was able to make positive NDFs with regard to the import of sport-hunted elephant trophies from Tanzania for calendar years 2008 – 2013.  Yet DSA's findings clearly articulate growing concerns over reports of poaching in Tanzania that are increasingly substantiated through time (see attached NDFs for years 2008 – 2013).

6.      During the same time-frame, credible new information about possible effects of poaching on population status was not available to us.

7.      In 2011, I, FWS-International Affairs staff, and Teiko Saito, FWS Assistant Director-International Affairs, met with Tanzania government officials from the Tanzania Ministry of Natural Resources and Tourism, accompanied by John J. Jackson, III, from Conservation Force.  During the meeting, the FWS received documents from the Tanzania authorities that would support DSA in making its 2011 NDF, including Tanzania's draft elephant management plan as well as new legislation.  In addressing FWS' concerns raised in its 2010 NDF about the elephant population in the Selous-Mikumi ecosystem, the Tanzanian authorities clarified that the 2006 census had been an over-estimate due to counting errors, and, therefore, in adjusting for that error, their updated statistical analyses showed that there was not a significant decline in the population between 2006 and 2009.  The Tanzanian authorities said they were hoping to conduct another census in the upcoming dry season in 2011, which would provide updated trend information.

8.      In our NDF for 2011, among other things, we noted that we would continue to monitor African elephant population survey results, especially the forthcoming survey information discussed by the Tanzanian authorities in the 2011 meeting.

9.      At the 11th African Wildlife Consultative Forum in Botswana September 16-22, 2012, Patrick Leonard, FWS Deputy Assistant Director-International Affairs, provided a list of FWS concerns about the import of sport-hunted trophies from Tanzania to Tanzania representatives at the meeting.  Among other things, we raised concerns about whether management and regulatory measures had been implemented and the availability of resources available to combat poaching in Tanzania.  We also stated that we were interested in receiving the 2011 Selous survey results.  In our NDFs for both 2012 and 2013, we re-iterated the same concerns and interest in receiving the survey information.

10.     In December 2013 and January 2014, DSA received the results of credible population surveys that demonstrated significantly reduced elephant population numbers in two areas once considered Tanzanian elephant strongholds, the Selous-Mikumi and the Ruaha-Rungwa.  The new surveys showed that since 2009 the Selous-Mikumi and the Ruaha-Rungwa elephant populations were reduced by 66% and 36.5%, respectively.  Such declines were found to be statistically significant.  The new survey information on these two elephant populations alone suggested a decline by about 37,426 elephants.  Demographic surveys and anecdotal reports from the field also suggested elephant population declines throughout Tanzania (see attached 2014 NDF).  Consistent with the population and anecdotal information, recent information from the CITES MIKE program (discussed in paragraph 11) also suggested widespread population declines in Tanzania due to poaching.

11.     In Tanzania, African elephant deaths occur as a result of several factors, including: 1) natural mortality; 2) trophy hunting; 3) problem animal control; and 4) poaching. In order to evaluate whether offtake from trophy hunting is sustainable, all losses to the country's African elephant population, including poaching, must be considered. Based on the MIKE report presented to CoP16, information from multiple sites in Tanzania indicate that the level of illegal annual offtake is likely to be higher than the annual natural birth rate, indicating that the elephant populations are very likely to be in net decline (CoP16 Doc. 53.1). In other words, the illegal offtake is unsustainable at these sites. Therefore, any additional take, even if legal, would be considered unsustainable.

12.     In order to inform hunters of our finding, we posted a press release and a set of Questions and Answers (Q&As) on the FWS website on April 4, 2014, at approximately 4:30 p.m. Subsequently, the press release and Q&As were also specifically posted on the FWS Office of Law Enforcement homepage, and the Office of Law Enforcement issued a public bulletin, as is standard practice for the announcement of provisions that will impact importers of wildlife. In addition, the press release was distributed to 346 reporters (313 of whom received it) via CisionPoint, which is a web-based software to distribute press releases and manage other communications-related activities. In addition, Director Dan Ashe placed personal phone calls on April 3, 2014, the day prior to the announcement, to Craig Kauffman, President, Safari Club International; Jeff Crane, President, Congressional Sportsman's Foundation; Ben F. Carter, Executive Director, Dallas Safari Club; and John J. Jackson, III, President, Conservation Force, to inform them of the FWS's decisions.

13.     On  April 28, 2014, at the 27th Meeting of the CITES Animals Committee in Veracruz, Mexico, DSA Branch Chief, Pamela Scruggs provided Dennis Ikanda, an official of the Tanzania Wildlife Research Institute, with a written copy of the DSA's 2014 NDF for Tanzania.  Most of the referenced documents cited in the NDF are readily available through journal publications or the internet.  Since eight of the NDF references, however, were not readily available, on May 6, 2014, Ms. Scruggs sent copies of those eight references to Mr. Ikanda by email correspondence.  All the NDF references are relevant because they informed our NDF and substantiated the conclusions that we drew.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Arlington, Virginia, on this _____13_____ day of May 2014.

Rosemarie S. Gnam
Chief, Division of Scientific Authority
U.S. Fish and Wildlife Service
Department of the Interior

6



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240



**MEMORANDUM**

JUL 1 1 2008

To:          Chief, Division of Management Authority

From:        Chief, Division of Scientific Authority   *R. Gram*

Subject:     General Advice on Import of Sport-hunted Trophies of African Elephant from
             Tanzania for the Calendar Year 2008

---

This responds to your request for a CITES finding on various applications for the import of sport-hunted trophies of African elephants (*Loxodonta africana*) from Tanzania for calendar year 2008.

**Please be advised that, with the information available, we are able to find that the import of sport-hunted trophies of African elephants from Tanzania will be for purposes that are not detrimental to the survival of the species.** This General Advice applies only to African elephant sport-hunted trophies lawfully taken in Tanzania during calendar year 2008 (i.e., January 1, 2008, through December 31, 2008), provided that they are to be imported by the persons who hunted them for personal use or display.

If new information becomes available during 2008 that suggests that this General Advice is no longer valid, said Advice would be suspended and reconsidered by the Division of Scientific Authority (DSA). If, after reconsideration, DSA believes that the General Advice is no longer valid, we will issue a new General Advice or require that subsequent permit applications be considered on a case-by-case basis.

If it is not rescinded beforehand, this General Advice will be reviewed at the beginning of calendar year 2009, and a new finding issued for that calendar year.

BASIS FOR ADVICE:

1. Tanzania has a 2008 export quota of 400 tusks (200 elephants), which is double the 2007 quota. However, Tanzania has not exported its stated quota in trophies or tusks between 2002 and 2006 (most recent net export trade data available on the UNEP-WCMC CITES Trade Database, http://www.unep-wcmc.org/citestrade/report.cfm). The new quota represents 0.15% of Tanzania's elephant population based on data from the *African Elephant Status Report* (Blanc et al. 2007).

2. The trophy quota is distributed among 145 hunting blocks with the number of trophy permits allotted to each determined by survey information (Ministry of Natural Resources and Tourism,



2005).

3. Tanzania has participated in the MIKE program (Monitoring of Illegal Killing of Elephants) since 2000. This includes annual surveys of the geographic areas of Rungwa Ruaha, Selous Mikumi, Rukwa Katavi, and Tarangire Manyara (SC55 Doc. 10.2).

4. The Elephant Trade Information System (ETIS) reports that Tanzania has had a large number of high-volume ivory seizures relative to other ivory producing/consuming nations. Despite a fairly high perception of corruption (based on the Corruption Perception Index used by ETIS), there is a fairly good law enforcement effort ratio, which demonstrates a high level of interdiction. However, 11 of the 49 highest volume seizures reported to ETIS implicate Tanzania as a transit country for illegal ivory due to its ports of Dar es Salaam and Tanga. There is almost no internal ivory market (CoP14 Doc. 53.2).

5. The *African Elephant Status Report* (Blanc et al. 2007) indicates that the Tanzanian elephant population increased 19.8% (Definite and Probable categories combined) since the 2002 report (Blanc et al. 2003). The population has increased from 109,684 to 136,753 elephants between 2002 and 2006 using comparable survey methodologies. The Tanzania Wildlife Research Institute conducted surveys between August and November 2006. One third of the country remains unassessed. Thus, the annual export quota of 200 tusks (100 elephants) from sport hunting represents 0.07% of the population.

6. Elephants are found throughout 48% of Tanzania. Of the range area, 37% lies in protected areas (Blanc et al. 2007). Compared to other African elephant range countries, 37% protected range is high.

7. From 1991 to 2007, we found that:

    (a) There is good-quality, current information about African elephant populations in Tanzania, and there is acceptable information indicating that the elephant population in Tanzania had increased in recent years.

    (b) Tanzania has increased penalties and improved law enforcement and public awareness to reduce illegal hunting of elephants. Tanzania is a Party to CITES in good standing, has submitted annual elephant trophy export quotas to the CITES Secretariat, and is issuing appropriate export permits.

    (d) Tanzania has established game management areas with substantial and important habitats for elephants, and directed considerable resources toward elephant conservation. Tanzania also has reliable population surveys, adequate habitat, sufficient enforcement capability, and adequate management infrastructure to manage and protect elephants.

    (e) Revenues from sport hunting of elephants are used directly and indirectly for anti-poaching activities.

8. Tanzania's 2001 revised elephant management plan states that Tanzania has the resources to support a maximum of 100,600 elephants (Kayera in litt., 2005).

9. The Conservation Information and Monitoring Unit (CIMU, formerly Tanzania Wildlife Conservation Monitoring Unit) surveys wildlife on a regular basis. There were 21 elephant survey zones in Tanzania in 1999, and all but two of these zones had been surveyed by TWCM since 1994 (Barnes et al. 1999). By 2006, 29 sites had been surveyed (Blanc et al. 2007). Blanc et al. (2003) note that, unlike areas managed by Tanzania National Parks, areas managed by the Wildlife Division, which includes most of the hunting blocks, are not subject to population monitoring. However, the U.S. Division of Management Authority received information that the survey data includes national parks, game reserves, game controlled areas, Ngorongoro Conservation Area, forest reserves, and open areas with wildlife (Kayera in litt., 2005). Indeed the *African Elephant Status Report* (Blanc et al. 2007) includes elephant surveys in hunting blocks.

10. Elephant populations in Tanzania have expanded their range in recent years. Since 1989, 13 new game reserves have been established and three national parks have been expanded. This has resulted in 22,148 sq. km of new elephant range being created (Ministry of Natural Resources and Tourism, 2005).

11. The U.S. Fish and Wildlife Service Division of International Conservation has received information from the field that there has been a dramatic increase in unreported elephant poaching in southern and western Tanzania. This may be due to collusion of poorly paid Wildlife Department rangers and police, lack of ranger capacitation, the influx of refugees from neighboring countries, and the increase of human-elephant conflict along the borders of protected areas. In response to these concerns, the Service gave a letter on June 2007 to the Director General of Tanzania Wildlife Research Institute, Tanzania's CITES Management Authority. The letter requested additional information about the conservation status and management of the country's elephant population. Although we did not receive a response to the letter[1], there have been no published reports or popular press articles on the African Elephant Listserve managed by Save the Elephant in 2007 regarding elephant concerns in Tanzania.

12. We continue to believe that the status of African elephant populations in Tanzania (stable or increasing) and management efforts (e.g., law enforcement and anti-poaching efforts, monitoring and protection of elephants and their habitats) are adequate to ensure that the sport hunting of African elephants as administered by the Government of Tanzania does not adversely affect the status of the species in that country.

13. Thus, for calendar year 2008, we find that the import of sport-hunted trophies of African elephants taken in Tanzania will be for purposes that are not detrimental to the survival of the

---

[1] Note: On July 1, 2008, Tanzania confirmed responding to the Service's letter, but DSA had not received their response. Upon DSA's request, Tanzania transmitted their response to DSA via email, and we are currently reviewing the information. If this information or any other information received suggests the current finding is no longer valid or needs to be revised, we will take action as stated on page 1 of this advice.

3

species.

## References

Blanc, J.J.,  R.F.W. Barnes, G.C. Craig, H.T. Dublin, C.R. Thouless, I. Douglas-Hamilton, and J.A. Hart.  2007. African Elephant Status Report 2007: An Update from the African Elephant Database.  IUCN/SSC African Elephant Specialist Group.  IUCN, Gland, Switzerland.  http://www.iucn.org/themes/ssc/sgs/afesg/aed/aesr2007.html

Barnes, R.F.W., G.C. Craig, H.T. Dublin, G. Overton, W. Simons, and C.R. Thouless.  1999.  African Elephant Database 1998. Occasional Paper of the IUCN Species Survival Commission No. 22.  IUCN/SSC African Elephant Specialist Group.  IUCN, Gland, Switzerland.  Pp. 104-109.

Blanc, J.J., C.R. Thouless, J.A. Hart, H.T. Dublin, I. Douglas-Hamilton, C.G. Craig, and R.F.W. Barnes.  2003.  African Elephant Status Report 2002: An Update from the African Elephant Database.  IUCN/SSC African Elephant Specialist Group.  IUCN, Gland, Switzerland.  Pp. 112-116.

Kayera, J. 2005.  Letter to Dr. Peter O. Thomas, U.S. Division of Management Authority.  July 13, 2005.

Ministry of Natural Resources and Tourism  2005.  African Elephant Conservation in Tanzania.  Wildlife Division.



# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

JUL 2 3 2009

**MEMORANDUM**

To:         Chief, Division of Management Authority

From:       Chief, Division of Scientific Authority   *R. Anam*

Subject:    General Advice on Import of Sport-hunted Trophies of African Elephant from
            Tanzania for the Calendar Year 2009

---

This responds to your request for a CITES finding on various applications for the import of sport-hunted trophies of African elephants (*Loxodonta africana*) from Tanzania for calendar year 2009.

**Please be advised that, with the information available, we are able to find that the import of sport-hunted trophies of African elephants from Tanzania will be for purposes that are not detrimental to the survival of the species.** This General Advice applies only to African elephant sport-hunted trophies lawfully taken in Tanzania during calendar year 2009 (i.e., January 1, 2009, through December 31, 2009), provided that they are to be imported by the persons who hunted them for personal use or personal display.

If new information becomes available during 2009 that suggests that this General Advice is no longer valid, said Advice would be suspended and reconsidered by the Division of Scientific Authority (DSA). If, after reconsideration, DSA believes that the General Advice is no longer valid, we will issue a new General Advice or require that subsequent permit applications be considered on a case-by-case basis.

If it is not rescinded beforehand, this General Advice will be reviewed at the beginning of calendar year 2010, and a new finding issued for that calendar year.

<u>BASIS FOR ADVICE</u>:

1. Tanzania has a 2009 export quota of 400 tusks (200 elephants), which remains unchanged from the 2008 quota. However, Tanzania has not exported its stated quota in trophies or tusks between 2002 and 2007 (most recent net export trade data available on the UNEP-WCMC CITES Trade Database, http://www.unep-wcmc.org/citestrade/report.cfm). The quota represents approximately 0.15% of Tanzania's elephant population based on data from the *African Elephant Status Report* (Blanc et al. 2007).

2. The trophy quota is distributed among approximately 150 hunting concessions/blocks (Ministry



of Natural Resources and Tourism (Tanzania) in litt., 2008) with the number of trophy permits allotted to each concession determined by survey information (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2005).

3. According to Tanzania's Ministry of Natural Resources and Tourism (in litt., 2008), 25% of the revenue accrued from the sport hunting of elephants goes to the conservation and protection of elephants and other wildlife species through the Tanzania Wildlife Protection Fund (TWPF). In addition, 25% of the game fees received from hunters is given to the local communities in the areas where the sport hunting took place. Apart from being the source of revenue to local communities, sport hunting plays an important role in creating employment for the members of the local communities, as trackers, skinners, tent and mess attendants, and guards (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2008). The Tanzanian Ministry of Natural Resources and Tourism (in litt., 2008) also reports that the sport hunting program assists in curbing illegal harvesting, developing infrastructure such as roads, hospitals, and schools, as well as creating a market for local artwork.

4. Tanzania has participated in the MIKE program (Monitoring of Illegal Killing of Elephants) since 2000. This includes annual surveys of the geographic areas of Rungwa Ruaha, Selous Mikumi, Rukwa Katavi, and Tarangire Manyara (CITES Secretariat 2007).

5. The Elephant Trade Information System (ETIS) reports that Tanzania has had a large number of high-volume ivory seizures relative to other ivory producing/consuming nations. Despite a fairly high perception of corruption (based on the Corruption Perception Index used by ETIS), there is a fairly good law enforcement effort ratio, which demonstrates a high level of interdiction. However, 11 of the 49 highest volume seizures reported to ETIS implicate Tanzania as a transit country for illegal ivory due to its ports of Dar es Salaam and Tanga. There is almost no internal ivory market (TRAFFIC 2007).

6. Tanzania's Ministry of Natural Resources and Tourism (in litt., 2008) reports that a minimum of 37 elephants are lost annually through illegal killing (which is about 0.03% of the elephant population in Tanzania). According to the Tanzanian Ministry of Natural Resources and Tourism (in litt., 2008), Tanzania has recently intensified anti-poaching patrols, especially in the elephant stronghold areas of Selous and Rungwa Game Reserves. With the help of Global Positioning System (GPS) coupled with topographical maps, as well as a significant fleet of vehicles, Tanzania has been able to address previous problems they had with unavailable or limited equipment, such as helicopters, ensuring a wider area of coverage per person. These efforts, along with the concept of community conservation, particularly around protected areas, have significantly reduced incidences of poaching (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2008).

7. The *African Elephant Status Report* (Blanc et al. 2007) indicates that the Tanzanian elephant population increased by approximately 24.7% (Definite and Probable categories combined) since the 2002 report. The population increased from 109,684 to 136,753 elephants between 2002 and 2006 using comparable survey methodologies. The Tanzania Wildlife Research Institute conducted surveys between August and November 2006. Although over 60% of Tanzania's estimated

elephant range had been covered by good quality counts, one third of the estimated range remains unassessed (Blanc et al. 2007). According to the Tanzanian Ministry of Natural Resources and Tourism (in litt., 2008), Tanzania has a standardized process for conducting population censuses. The census is usually conducted every 2-3 years, depending on "the need and availabilities of both human and financial resources," in ecosystems where African elephants occur (including all of the hunting concessions within these ecosystems). Currently, the range of elephants in Tanzania cover seven ecosystems: Serengeti, Kilimanjaro-Amboseli, Tarangire-Manyara, Selous, Greater Ruaha, Ugalla-Katavi, Mkomazi (within the Tsavo ecosystem), and coastal (comprised of smaller ranges within Saadani National Park). Although the movement of elephants across international borders can have a significant impact on population numbers throughout the year, the Tanzanian Ministry of Natural Resources and Tourism (in litt., 2008) states that the impact is not very significant in Tanzania. This is due to the small number of elephants present in the transboundary populations, accounting for only about 0.96% of the total population of African elephants in Tanzania. In addition, as applicable, joint censuses are usually conducted in order to take into account the movement of these transboundary populations.

8. Tanzania holds 80% of the East African regional population of elephants (UNEP-WCMC 2009) with the main stronghold in the Selous ecosystem (Blanc et al. 2007).

9. African elephants are widely distributed throughout Tanzania occurring in 49% of the country (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2008). They are found in 12 of the 14 National Parks, 31 (of the 34) game reserves, and in the Ngorongoro Conservation Area, as well as in some Game Controlled Areas, Forest Reserves, and village lands (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2008). Of the range area, 37% lies in protected areas (Blanc et al. 2007). Compared to other African elephant range countries, 37% protected range is high.

10. The Conservation Information and Monitoring Unit (CIMU, formerly Tanzania Wildlife Conservation Monitoring Unit (TWCM)) surveys wildlife on a regular basis. There were 21 elephant survey zones in Tanzania in 1999, and all but two of these zones had been surveyed by TWCM since 1995 (Barnes et al. 1999). By 2006, 29 sites had been surveyed (Blanc et al. 2007). Blanc et al. (2003) note that, unlike areas managed by Tanzania National Parks, areas managed by the Wildlife Division, which includes most of the hunting blocks, are not subject to population monitoring. However, the U.S. Division of Management Authority received information that the survey data includes National Parks, Game Reserves, Game Controlled Areas, Ngorongoro Conservation Area, Forest Reserves, and open areas with wildlife (Kayera in litt., 2005). Indeed the *African Elephant Status Report* (Blanc et al. 2007) includes elephant surveys in hunting concessions.

11. Tanzania's 2001 revised elephant management plan states that Tanzania has the resources to support a maximum of 100,600 elephants (Department of Wildlife 2001).

12. Elephant populations in Tanzania have expanded their range in recent years. Since 1989, 13 new game reserves have been established and three national parks have been expanded. This has

resulted in 22,148 square kilometers of new elephant range being created (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2005).

13. The U.S. Fish and Wildlife Service's Division of International Conservation received information from the field that there has been a dramatic increase in unreported elephant poaching in southern and western Tanzania. This may be due to collusion of poorly paid Wildlife Department rangers and police, lack of ranger capacitation, the influx of refugees from neighboring countries, and the increase of human-elephant conflict along the borders of protected areas. In response to these concerns, the Service sent a letter in March 2007 to the Director General of the Tanzania Wildlife Research Institute, Tanzania's CITES Management Authority. The letter requested additional information about the conservation status and management of the country's elephant population. On July 1, 2008, the Division of Scientific Authority received Tanzania's response via email. We have reviewed the information they provided and have incorporated the information into this finding, where appropriate.

14. We are aware that Tanzania continues to be regularly challenged by the illicit trade in ivory (TRAFFIC 2007). For example, according to press articles, there have already been four large seizures of elephant ivory from Tanzania this year; one in the Philippines, one in Vietnam, one in Kenya, and one at the Julius Nyerere International Airport in Dar es Salaam, Tanzania, prior to departure to China (Kimaro 2009; ThisDay 2009a; ThisDay 2009b; ThisDay 2009c). However, as reported at CoP14 (TRAFFIC 2007), Tanzania "by and large exhibits good law enforcement capabilities and are interdicting ivory far more often then it appears to elude them."

15. As a signatory to the Lusaka Agreement on Cooperative Enforcement Operations Directed at Illegal Trade in Wild Fauna and Flora, Tanzania is required to take appropriate measures to investigate and prosecute cases of illegal trade (Article 4, paragraph 1, of the Lusaka Agreement). On July 21, 2009, six Tanzanian businessmen were charged with smuggling 11 tons of elephant ivory to the Philippines and Vietnam over the last six months (AFP 2009). In addition, the individuals were charged with 11 counts of conspiracy, unlawful hunting, exporting concealed and undeclared items, as well as making false documents. According to the Dar es Salaam magistrate court before which they were charged, the individuals committed the offense between October 2008 and March 2009. AFP (2009) reports that the individuals run several export and cargo clearing firms in Dar es Salaam, Tanzania.

16. In an effort to connect a seized shipment with its source, new DNA forensic methods have been developed to determine where elephant poaching is most concentrated in Africa (Wasser et al. 2009). DNA analysis of three large seizures (of about 1,500 tusks) made in 2006 showed that the tusks came from an area centered in the Selous ecosystem in Tanzania and its neighboring Niassa Game Reserve in northern Mozambique. Based upon the 2006 ivory seizures, Wasser et al. (2009) estimate that more than 8 percent of the total African elephant population is being killed annually.

17. It is reported that the new DNA analysis developed by Wasser et al. will be used to trace the origins of the ivory seized in Vietnam and the Philippines this year (McKie 2009).

18. The *Action Plan for the Control of Trade in Elephant Ivory*, adopted at CoP14, required the Secretariat to distribute to all Parties and non-Parties identified in the CoP14 ETIS report as being affected by illicit trade in ivory, a questionnaire relating to the control of trade in ivory.  At SC58 in July 2009, the CITES Secretariat (2009) reported that they shared the completed questionnaires with TRAFFIC's East/Southern Africa Regional Office, which is responsible for the maintenance of the ETIS database, but an analysis of the information has yet to be conducted[1].

19. We are very concerned about the illicit trade in ivory from Tanzania, especially in light of the number of recent seizures of elephant ivory from Tanzania.  We are not sure what impact this seemingly large amount of illegal trade in ivory is having on the African elephant population in Tanzania and whether or not additional take of the species, such as through sport-hunting, is putting the species further at risk.  As a result, the Service will send a letter to the Director General of the Tanzania Wildlife Research Institute, Tanzania's CITES Management Authority, to notify him of our concerns and to request information regarding the impacts that trade in illegal ivory is having on the Tanzanian elephant population.  Based upon the response received from Tanzania, we may need to take action regarding this finding as detailed on page 1 of this advice.  If we do not receive a response from Tanzania, we may not have adequate information to be able to find that the import of sport-hunted trophies of African elephants from Tanzania for calendar year 2010 will be for purposes that are not detrimental to the survival of the species in the wild.

20. Although we are very concerned about the illicit trade in ivory from Tanzania and its potential impact on the species, we are not aware of any information to indicate that trade in legally taken sport-hunted trophies stimulates additional illegal trade in ivory or take of elephants from Tanzania.  At this time, we do not feel that the additional take of elephants for sport hunting (a maximum of 0.15% of the total elephant population in Tanzania, based upon the export quota), is putting the species further at risk.  However, we will continue to monitor this issue, and if new information becomes available that suggests the current finding is no longer valid or needs to be revised, we will take action as stated on page 1 of this advice.

21. With the information currently available, we believe that the status of African elephant populations in Tanzania (stable or increasing) and management efforts (e.g., law enforcement and anti-poaching efforts, monitoring and protection of elephants and their habitats) are adequate to ensure that the sport hunting of African elephants as administered by the Government of Tanzania does not adversely affect the status of the species in Tanzania.

22. Thus, for calendar year 2009, we find that the import of sport-hunted trophies of African elephants taken in Tanzania will be for purposes that are not detrimental to the survival of the species.

---

[1] We will review the analysis of the compiled information once it has been completed.  If this information suggests the current finding is no longer valid or needs to be revised, we will take action as stated on page 1 of this advice.

## References

AFP. 2009. Tanzania charges six for 11-ton ivory smuggle. *AFP* (July 22, 2009).

Barnes, R.F.W., G.C. Craig, H.T. Dublin, G. Overton, W. Simons, and C.R. Thouless. 1999. *African Elephant Database 1998*. IUCN/SSC African Elephant Specialist Group. IUCN, Gland, Switzerland. Available online at: http://www.african-elephant.org/aed/pdfs/aed1998.pdf.

Blanc, J.J., C.R. Thouless, J.A. Hart, H.T. Dublin, I. Douglas-Hamilton, C.G. Craig, and R.F.W. Barnes. 2003. *African Elephant Status Report 2002: An Update from the African Elephant Database*. IUCN/SSC African Elephant Specialist Group. IUCN, Gland, Switzerland. Available online at: http://www.african-elephant.org/aed/pdfs/aesr2002.pdf.

Blanc, J.J., R.F.W. Barnes, G.C. Craig, H.T. Dublin, C.R. Thouless, I. Douglas-Hamilton, and J.A. Hart. 2007. *African Elephant Status Report 2007: An Update from the African Elephant Database*. IUCN/SSC African Elephant Specialist Group. IUCN, Gland, Switzerland. Available online at: http://www.african-elephant.org/aed/pdfs/aesr2007.pdf.

CITES Secretariat. 2007. MIKE Baseline Information (SC55 Doc. 10.2 (Rev. 1)). Document submitted at SC55. Available online at: http://www.cites.org/eng/com/SC/55/E55-10-2.pdf.

CITES Secretariat. 2009. Control of Trade in Elephant Ivory (SC58 Doc. 36.2). Document submitted at SC58. Available online at: http://www.cites.org/eng/com/SC/58/E58-36-2.pdf.

Department of Wildlife. 2001. Management Plan for the African Elephants, *Loxodonta africana* in Tanzania. Dar es Salaam, Tanzania.

Kayera, J. 2005. Letter from Juma Kayera, for Director of Wildlife, Wildlife Division, Ministry of Natural Resources and Tourism, Dar es Salaam, Tanzania (July 13, 2005).

Kimaro, S. 2009. Woman nabbed at airport trying to smuggle ivory out to China. *ThisDay* (July 13, 2009).

McKie, R. 2009. Map of elephant DNA reveals trial of ivory smugglers. *The Observer* (June 28, 2009).

Ministry of Natural Resources and Tourism (Tanzania). in litt. 2005. African Elephant Conservation in Tanzania.

Ministry of Natural Resources and Tourism (Tanzania). in litt. 2008. Questionaire from US Fish and Wildlife Service on Elephants Conservation in Tanzania.

ThisDay. 2009a. Kenya seizes massive ivory haul: Some of the tusks and rhino horns suspected to have come from Tanzania. *ThisDay* (July 16, 2009).

ThisDay. 2009b. Philippines authorities seize more elephant tusks smuggled from Dar. *ThisDay* (May 22, 2009).

ThisDay. 2009c. Smuggled elephant tusks: Six TRA officials nabbed. *ThisDay* (June 5, 2009).

TRAFFIC. 2007. Monitoring of Illegal Trade in Ivory and Other Elephant Specimens (CoP14 Doc. 53.2). Document submitted at CoP14. Available online at: http://www.cites.org/eng/cop/14/doc/E14-53-2.pdf.

UNEP-WCMC. 2009. Conservation Status of and Trade in Elephants (SC58 Doc. 36.1, Annex 2). Document submitted at SC58. Available online at: http://www.cites.org/eng/com/SC/58/E58-36-1A2.pdf.

Wasser, S.K., B. Clark, and C. Laurie. 2009. Forensic Tools Battle Ivory Poachers. *Scientific American*: July 2009. Available online at: http://www.scientificamerican.com/article.cfm?id=forensic-tools-battle-ivory-poachers.



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240



JUL 23 2010

**MEMORANDUM**

To:         Chief, Division of Management Authority

From:      *for* Chief, Division of Scientific Authority *Pamela F. Hall*

Subject:   General Advice on Import of Sport-hunted Trophies of African Elephant from
           Tanzania for the Calendar Year 2010

---

This responds to your request for a CITES finding on various applications for the import of sport-hunted trophies of African elephants (*Loxodonta africana*) from Tanzania for calendar year 2010.

**Please be advised that, with the information available, we are able to find that the import of sport-hunted trophies of African elephants from Tanzania will be for purposes that are not detrimental to the survival of the species. This General Advice applies only to African elephant sport-hunted trophies lawfully taken in Tanzania during calendar year 2010 (i.e., January 1, 2010, through December 31, 2010), provided that they are to be imported by the persons who hunted them for personal use or personal display.**

If new information becomes available during 2010 that suggests that this General Advice is no longer valid, said Advice would be suspended and reconsidered by the Division of Scientific Authority (DSA). If, after reconsideration, DSA believes that the General Advice is no longer valid, we will issue a new General Advice or require that subsequent permit applications be considered on a case-by-case basis. If it is not rescinded beforehand, this General Advice will be reviewed at the beginning of calendar year 2011, and a new finding issued for that calendar year.

Please be advised that since issuance of our 2009 General Advice, a significant amount of new information relevant to this General Advice was made available at the Fifteenth Meeting of the CITES Conference of the Parties (CoP15), including Tanzania's proposal to transfer its population of African elephants from Appendix I to Appendix II (CoP15 Prop. 4 (Rev. 1)), in addition to the Report of the Panel of Experts on Tanzania's proposal (CoP15 Doc. 68, Annex 6a). Much of the information used in making the current finding was derived from these sources, as noted below.

BASIS FOR ADVICE:

<u>Conservation and Management</u>

1. African elephants are widely distributed throughout Tanzania, covering 49% of the country's



land area. About 37% of the elephant's range in Tanzania is in protected areas (PA). This proportion of protected range is relatively high compared to other African elephant range countries (Blanc *et al.* 2007). These protected areas comprise 26% of the country's land area within 6 ecosystems throughout the country, including Tarangire-Manyara, Serengeti, Selous-Mikumi, Ruaha-Rungwa, Katavi-Rukwa, and Moyowosi-Kigosi. The network of PAs includes 15 National Parks (NP) (4%), Ngorongoro Conservation Area (1%), 28 Game Reserves (GR) (14%), and 33 Game Controlled Areas (GCA) and/or Wildlife Management Areas (WMA) (5%). Some of these areas have been designated as recently as 2005 (CoP15 Doc. 68, Annex 6a).

2. In Tanzania, the only consumptive use of elephants is sport hunting (CoP15 Prop. 4 (Rev. 1)), which is covered by the Wildlife Conservation (Tourist Hunting) Regulations, 2000. These regulations control hunting by concession area, season, minimum trophy sizes (15 kg and 150 cm per tusk), annual quotas, post-hunt reporting, trophy registration, marking, and export requirements (CoP15 Doc. 68 Annex 6a).

3. The trophy quota is distributed among approximately 150 hunting concessions/blocks (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2008) with the number of trophy permits allotted to each concession determined by survey information (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2005).

4. According to Tanzania's Ministry of Natural Resources and Tourism (in litt., 2008), 25% of the revenue accrued from the sport hunting of elephants goes to the conservation and protection of elephants and other wildlife species through the Tanzania Wildlife Protection Fund (TWPF). In addition, 25% of the game fees received from hunters is given to the local communities in the areas where the sport hunting took place. Apart from being the source of revenue to local communities, sport hunting plays an important role in creating employment for the members of the local communities, as trackers, skinners, tent and mess attendants, and guards (Ministry of Natural Resources and Tourism (Tanzania) in litt., 2008). The Tanzanian Ministry of Natural Resources and Tourism (in litt., 2008) also reports that the sport hunting program assists in curbing illegal harvesting, developing infrastructure such as roads, hospitals, and schools, as well as creating a market for local artwork.

5. The 1998 Wildlife Policy of Tanzania, revised in 2007, provided guidelines for the management of elephants through the development, review, and updating of specific management plans (CoP15 Doc. 68, Annex 6a).

6. The "Management Plan for the African Elephant *Loxodonta africana* in Tanzania" (2001) provides a plan for managing elephants in protected areas, population trends and goals, community involvement in elephant conservation, utilization, law enforcement and control of ivory, international obligations, and monitoring and research. Objectives of the plan are outlined, and five strategies are provided to meet those objectives, including protection of elephants, sustainable utilization, minimizing human-elephant conflict, enabling communities to benefit from elephant conservation, and enhancement of management through research and monitoring. The plan calls for an upper limit of 100,600 elephants, reduced from the previous policy 120,000 elephants, due to the

increasing incidence of human-elephant conflict which calls for a reduced preferred elephant density in some of the ecosystems (Department of Wildlife 2001).

7. According to the Panel of Experts, the Tanzania Elephant Management Plan project (TEMP) is in the process of developing a revised management plan through a series of country-wide stakeholder consultations and population status assessments, as well as a national workshop scheduled in 2010 (CoP15 Doc. 68, Annex 6a).

<u>Population Status and Trends</u>

8. In 2006, the Tanzania Wildlife Research Institute (TAWIRI 2007, as cited in CoP15 Doc. 68, Annex 6a) estimated Tanzania's elephant population at 139,915±12,338 (SE) animals from census surveys covering 227,328 km$^2$ conducted using both total and sample counts. According to the Panel of Experts, this estimate is not significantly different from that of 111,475±18,728 (95%CL) elephants estimated in 2000-2003. The Panel of Experts noted that the 2006 estimate does not include 2,873 additional elephants from areas not formally surveyed, which provides a country-wide "best estimate" of 142,788 ±12,405 (SE) elephants in 2006 (CoP15 Doc. 68, Annex 6a). According to the African Elephant Status Report (Blanc *et al.*, 2007), in 2006, the definite category estimate is 108,816 elephants, in addition to 27,937 probable, 29,350 possible, and 900 speculative category estimates.

9. In 2009, a similar survey covering 229,318 km$^2$ across the same six ecosystems produced a total population estimate of 105,439±6,080 (SE) elephants (TAWIRI 2010a, as cited in CoP15 Doc. 68, Annex 6a). A "best estimate," which includes an additional 3,583 elephants provides a country-wide estimate of 109,022 ±6,135 (SE) elephants in 2009. The Panel of Experts noted that these results suggest a significant decline compared to the 2006 estimate of 142,788 elephants and that the decline can be attributed largely to a downward trend recorded in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a).

10. Demographic parameters were collected during 2009 from 1,817 elephants from five major elephant populations in Tarangire, Ruaha-Rungwa, Selous-Mikumi, Katavi-Rukwa, and Ugalla River (TEMP 2010, as cited in CoP15 Doc. 68, Annex 6a). This demographic survey revealed that the proportion of the population <5 years of age varied from 41% in Tarangire NP to 25% in Ugalla River GR, with values above 30% (Tarangire, Ruaha-Rungwa, and Selous GR), which are indicative of good to high growth rates. The Panel of Experts, citing Foley and Faust (2010), further pointed out that Tarangire has a growth rate of >6%, one of the highest growth rates ever recorded for an African elephant population. It was noted that those populations with the proportion of their herds <5 years of age below 30% (Katavi NP and Ugalla GR), which is indicative of low recruitment and growth rates, suggests one or more population stressors, such as higher infant mortality and increased stress associated with human-elephant conflict and/or illegal activity (i.e., poaching) (CoP15 Doc. 68, Annex 6a).

11. The Panel of Experts concluded that while recent estimates suggest that the Tanzanian elephant population is stable or possibly decreasing, it still remains large (>100,000) and is demographically

healthy.  The Panel noted that the population is widespread across the country in diverse ecosystems, and a high proportion of the population (>80%) is in protected areas.  In the opinion of the Panel of Experts, the overall population is currently viable (CoP15 Doc. 68, Annex 6a).

12.  The Panel of Experts, however, raised concerns about the future mobility of the elephant population.  The Panel noted that human settlements are increasing around protected areas, accompanied by increasing human-elephant conflict which are probably the most important factors limiting the elephants' mobility and range.  It is the opinion of the Panel of Experts that at the current rates of habitat change and land conversion, the 31 corridors that still remain in Tanzania will disappear in less than five years (CoP15 Doc. 68, Annex 6a).

13.  According to Jones et al. (2009, as cited in CoP15 Doc. 68, Annex 6a), Tanzania is working to minimize risks to elephants, other wildlife, people, and property through improvements in spatial planning involving the identification, maintenance, and restoration of wildlife corridors.

Sustainability of Off-Take

14.  In Tanzania, elephant deaths occur as a result of 1) natural mortality; 2) trophy hunting; 3) problem animal control; and 4) poaching.  In order to evaluate whether off-take from trophy hunting is sustainable, all losses to the population must be considered.

*Legal Off-Take*

15.  Tanzania's annual CITES export quota has been 400 tusks (sport-hunting quota of 200 male elephants) since 2007 and remains the same for 2010.  However, Tanzania has not exported its full quota in trophies or tusks between 2004 and 2008 (most recent data available from the UNEP-WCMC CITES Trade Database, http://www.unep-wcmc.org/citestrade) and has exported less than 50% of its quota since 2007.

16.  The Panel of Experts assessed the sustainability of legal off-take from the elephant population in Tanzania.  Records on natural mortality for the entire country or on the killing of problem elephants were not available, but the Panel was able to estimate the level of such off-take by analyzing the data from Tanzania's ivory store databases.  Based on 21 years of data, an average of 231 elephants die from natural mortality, and 287 die from elephant control annually in Tanzania (CoP15 Doc. 68, Annex 6a).

17.  Based on the sport hunting quota (200 elephants), as well as the above estimates of natural mortality and problem animal control, the Panel of Experts estimated that the overall legal off-take of elephants from the population is about 718 annually, which is 0.7% of the 2009 elephant population estimate (109,022).  Even if the natural mortalities were to be considerably higher due to the low carcass detection rates in general, the Panel believes that the legal off-take is still within the population growth rate (3 to 5% annually) and is, therefore, sustainable (CoP15 Doc. 68, Annex 6a).

18.  The Panel of Experts also assessed whether the hunting of trophy quality males in Tanzania is sustainable.  Based on the population information available, the Panel estimated that nationwide,

there is a potential off-take of 325 trophy quality males, which is 0.3% of the total population (CoP15 Doc. 68, Annex 6a). The Panel noted that this is less than 0.5-1% of total elephant numbers, which is considered the limit to sustainable hunting of trophy quality males in a healthy population based on Martin's (1986) analysis.

*Illegal Off-Take*

19. According to the Panel of Experts, official poaching statistics provided by Tanzania's Wildlife Division show 258 incidents of poaching between 2005 and 2009, including 82 carcasses in 2009, the highest number poached during that time period. The Panel noted, however, that these poaching estimates are likely underestimated given the low carcass detection rates (CoP15 Doc. 68, Annex 6a).

20. The Panel of Experts noted that the 30,000 plus elephant decline between 2006 and 2009, primarily accounted for in the Selous-Mikumi ecosystem, is a cause for concern regarding the sustainability of off-take levels. In reviewing the potential explanations for this population decline, the Panel concluded that poaching is the predominant cause of the decline based on various factors (CoP15 Doc. 68, Annex 6a). The Panel reported:

> *a) PIKE values collected at the Selous-Mikumi MIKE site have progressively increased between 2003 and 2009 (CITES Secretariat, 2010).*

> *b) Joint Wildlife Division/Selous Rhino Project aerial observations and foot patrols recorded more than a threefold increase in encounter rates of recently dead elephant carcasses between 2007 and 2008 (TAWIRI, 2010c).*

> *c) Tourism operators operating in the northern Selous reported to the Panel an increase in elephant (and other wildlife) poaching since 2007/8, including several incidents close to tourist camps.*

> *d) A significant proportion of the large seizures of ivory made in Asia in 2006 have been traced by forensic DNA work to elephants killed in the Selous-Niassa area (Wasser et al., 2009).*

21. The Panel of Experts also pointed to evidence that the Selous-Mikumi ecosystem is a "hotspot" for elephant poaching. The Panel observed that all ivory collected by Udzungwa National Park was from confiscations, which according to wildlife enforcement officials, was the result of illegally-sourced ivory coming out of nearby Kilombero GCA in the Selous-Mikumi ecosystem. In addition, the highest number of tusks confiscated by field-based Wildlife Division offices originated from Morogoro and Lindi, which are adjacent to Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a).

22. Given the factors discussed above, the Panel of Experts concluded that the current level of off-take is not sustainable in the Selous-Mikumi ecosystem, which represents about 40% of the total

elephant population in Tanzania. The Panel noted that legal and illegal off-take appears to be sustainable in the other 5 elephant ecosystems where the population is stable or increasing. Expressing concern about the potential for off-take levels in the Selous-Mikumi ecosystem to have a future negative impact on the elephant population as a whole, the Panel stated, "Whilst not unequivocally substantiated, the Selous-Mikumi situation described above could affect long-term population sustainability (CoP15 Doc. 68, Annex 6a)".

23. Another concern the Panel of Experts raised, which relates to Tanzania's commitment to combat poaching, is the financial mechanism by which the Wildlife Division is funded. The Wildlife Division's revenue share is paid directly to the central Treasury, and the Treasury is then supposed to distribute the budgeted monies to the Wildlife Division. The Panel of Experts raised the concern that over the course of the past three years (2007-2009), the Wildlife Division has only received 63% (USD 2,634,975 per year) of its approved budget from the central Treasury. The Panel noted that given these funding limitations, the Wildlife Division would not be able to meet its conservation, management, and protection needs and obligations. However, the Panel noted that between 2005 and 2009, the TWPF contributed an average of USD 12,894,564 annually to the Wildlife Division. According to the Panel, these funds, combined with the Treasury allocations should have put the Wildlife Division in a "strong position" to meet its enforcement and protection obligations, including containment of threats to elephants in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a).

24. The Panel of Experts noted that Tanzania National Parks and the Ngorongoro Conservation Area Authority are adequately funded because they retain 100% of their revenues generated (CoP15 Doc. 68, Annex 6a).

25. Although the Panel of Experts raised concerns over the illegal killing of elephants in the Selous-Mikumi ecosystem, the Panel also acknowledged recent efforts by Tanzanian authorities to combat the increases in poaching. For example, in July 2009, a series of planning meetings led to joint cooperative anti-poaching patrols involving rangers and scouts from the Selous Game Reserve, the Udzungwa Mountains National Park, and the Mikumi National Park. In December 2009, the commander of special police operations led an anti-poaching operation in the Selous Game Reserve, code-named 'Operation Butterfly.' Noting these, as well as other anti-poaching efforts by Tanzanian authorities, the Panel of Experts stated, "There is a clear indication of concern by the authorities to minimize poaching of elephant and other wildlife species. The various efforts to deploy staff and execute special anti-poaching operations in various parts of the country, particularly in the vast Selous Game Reserve, are noteworthy (CoP15 Doc. 68, Annex 6a)."

26. In addition, Tanzania's Director of Wildlife informed the Panel of Experts that regulations are being finalized to implement the new Wildlife Conservation Act of 2009, which will reportedly increase revenue retention, increase penalties up to 30 years, and provide additional powers to law enforcement personnel (CoP15 Doc. 68, Annex 6a).

27. With the information currently available, we believe that the status of the African elephant population in Tanzania and management efforts are adequate to ensure that the sport hunting of

African elephants as administered by the Government of Tanzania does not adversely affect the status of the species in Tanzania.

28. Therefore, for calendar year 2010, we find that the import of sport-hunted trophies of African elephants taken in Tanzania will be for purposes that are not detrimental to the survival of the species.

CONCERNS:

Although we are able to make the current non-detriment finding, we have several concerns about the future sustainability of the total levels of off-take from the elephant population. These are concerns that were also noted by the Panel of Experts (CoP15 Doc. 68, Annex 6a).

1.  We acknowledge the recent increased efforts that Tanzanian authorities have made to combat poaching in the Selous-Mikumi ecosystem; however, given methodologies for disbursing funds to the Wildlife Division and the historical short-falls in disbursing budgeted funds, we are concerned about Tanzania's commitment to the future sustainable management of its elephant population. In particular, we are concerned about the availability of future resources to combat poaching in Tanzania, especially in the Selous-Mikumi ecosystem. In this regard, we will continue to monitor Tanzania's anti-poaching capabilities and effectiveness throughout the upcoming year and will re-evaluate this issue when considering our finding for 2011. We also intend to request from Tanzania a copy of the new Wildlife Conservation Act of 2009 and implementing regulations, and we will consider these new management tools in our finding for 2011.

2.  We note that 31 corridors are currently available, which allows elephant movement throughout Tanzania and transboundary populations; however we are concerned about the threats to the corridors and the consequent risks to the elephant population in the future as a result of human-elephant conflict in and around these areas. In this regard, we will continue to monitor Tanzania's efforts to maintain appropriate corridors for elephant movements throughout Tanzania and transboundary populations. We intend to request a copy of Tanzania's revised Elephant Management Plan (2010), and we will consider its objectives and strategies for addressing this issue when making our finding for 2011.

REFERENCES:

Blanc, J.J., R.F.W. Barnes, G.C. Craig, H.T. Dublin, C.R. Thouless, I. Douglas-Hamilton, and J.A. Hart. 2007. *African Elephant Status Report 2007: An Update from the African Elephant Database*. IUCN/SSC African Elephant Specialist Group. IUCN, Gland, Switzerland. Available online at: http://www.african-elephant.org/aed/pdfs/aesr2007.pdf.

CITES Secretariat. 2010. *Monitoring of Illegal hunting in elephant range States*. Document CoP15 Doc. 44.2 presented at the 15th meeting of the Conference of the Parties to CITES.

CoP15 Doc. 68 Annex 6a). 2010.  Report of the Panel regarding the proposal of the United Republic of Tanzania. Available online at: http://www.cites.org/eng/cop/15/doc/E15-68A06a).pdf.

CoP15 Prop. 4 (Rev. 1). 2010. Transfer the population of the United Republic of Tanzania from Appendix I to Appendix II with an annotation. Available online at: http://www.cites.org/eng/cop/15/prop/E-15-Prop-04.pdf.

Department of Wildlife. 2001. Management Plan for the African Elephants, *Loxodonta africana* in Tanzania. Dar es Salaam, Tanzania.

Foley, C.A.H. and Faust, L.J. 2010. Rapid population growth in an elephant *Loxodonta africana* population recovering from poaching in Tarangire National Park, Tanzania. *Oryx* in press.

Jones, T., Caro, T. and Davenport, T.R.B. (Eds). 2009. Wildlife Corridors in Tanzania. Unpublished Report. Tanzania Wildlife Research Institute (TAWARI), Arusha.

Martin, R.B. 1986. *Establishment of African ivory export quotas and associated control procedures*. Report to CITES Secretariat.

Ministry of Natural Resources and Tourism (Tanzania). in litt. 2005. African Elephant Conservation in Tanzania.

Ministry of Natural Resources and Tourism (Tanzania). in litt. 2008. Questionaire from US Fish and Wildlife Service on Elephants Conservation in Tanzania.

TAWIRI. 2007. *Elephant population estimates: Dry season 2006*. Tanzania Wildlife Research Institute in collaboration with NCAA, TANAPA and Wildlife Division. Commissioned by Wildlife Division. TAWARI, Arusha.

TAWIRI. 2010a. *Elephant population estimates: Dry season 2009*. Tanzania Wildlife Research Institute in collaboration with NCAA, TANAPA and Wildlife Division. Commissioned by Wildlife Division. TAWARI, Arusha.

TAWIRI. 2010c. *Status of the Major Elephant Populations of Tanzania 2009-2010*. TAWIRI Preliminary Report, 2010. Tanzania Elephant Management Plan Project. TAWIRI, Arusha.

TEMP. 2010. *Status of the major elephant populations of Tanzania 2009-2010*. Preliminary report January 2010, Tanzania Elephant Management Plan Project. TAWIRI, Arusha.

Wasser, S.K., Clark, B. and Laurie, C. (2009). The Ivory Trail. *Scientific American*, July 2009 (68-76).



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240



**MEMORANDUM**

APR  1 2011

To:        Chief, Division of Management Authority

From:      Chief, Division of Scientific Authority *Rosemary Aron*

Subject:   General Advice on Importation of Sport-hunted Trophies of African Elephants
           from Tanzania for the Calendar Year 2011

This responds to your request for a finding as required under the Convention on International
Trade in Endangered Species of Wild Fauna and Flora (CITES) on various applications for the
importation of sport-hunted trophies of African elephants (*Loxodonta africana*) from the United
Republic of Tanzania for calendar year 2011.

**Please be advised that, with the information currently available, we are able to find that the
importation of sport-hunted trophies of African elephants from the United Republic of
Tanzania will be for purposes that are not detrimental to the survival of the species. This
General Advice applies only to sport-hunted trophies of African elephants that were
lawfully taken in the United Republic of Tanzania during calendar year 2011 (i.e., January
1, 2011, through December 31, 2011), provided that they are to be imported by the persons
who hunted them for personal use or personal display.**

If new information becomes available during 2011 that suggests that this General Advice is no
longer valid, said General Advice would be suspended and reconsidered by the Division of
Scientific Authority. If, after reconsideration, the Division of Scientific Authority believes that
the General Advice is no longer valid, we will issue a new General Advice or require that
subsequent permit applications be considered on a case-by-case basis. If it is not rescinded
beforehand, this General Advice will be reviewed at the beginning of calendar year 2012, and a
new finding will be issued for that calendar year.

Please be advised that since the issuance of our 2009 and 2010 General Advices, a significant
amount of new information relevant to this issue has become available, including:
- Tanzania National Elephant Management Plan 2010-2015 (Government of the United
  Republic of Tanzania 2010a)
- The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania
  2009a)
- The Wildlife Conservation Act, 2009 (Act Supplement No. 5; 20th March, 2009;
  Government of the United Republic of Tanzania 2009b)
- The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation
  Supplement No. 25; 2nd July, 2010; Government of the United Republic of Tanzania



2010b)
- Third African Elephant Meeting (1-3 November 2010; Gigiri, Kenya; various documents)

Much of the information used in making the current finding was derived from these sources, as noted below, as well as previously cited information (see AOSA106; dated July 23, 2010; [Division of Scientific Authority 2010]).

In addition to the new published information that the US Fish and Wildlife Service (Service) had received during late 2010, we also had the opportunity to meet personally with several officials of the Government of the United Republic of Tanzania and to discuss several issues related to the conservation status of the African elephant in that country. On behalf of the Government of the United Republic of Tanzania, the February 17, 2011, meeting at Service headquarters in Washington, DC, was attended by three officials: Mr. Erasmus Tarimo (Director of Wildlife, Ministry of Natural Resources and Tourism), Mr. Simon Mduma (Director General, Tanzania Wildlife Research Institute), and Mr. Emmanul Severre (Head of the College; previous Director of Wildlife). On behalf of the Service, Ms. Teiko Saito (Assistant Director, International Affairs) led the meeting and was accompanied by seven other Service representatives from the Divisions of International Conservation, Management Authority, and Scientific Authority. Mr. John J. Jackson, III (Conservation Force) also attended the meeting at the request of Tanzanian officials. Dr. Mary Cogliano is compiling the meeting notes on behalf of the Service (Mary Cogliano, in litt., 2011).

The main topic of this meeting was the recently completed Tanzania National Elephant Management Plan 2010-2015 (Government of the United Republic of Tanzania 2010a), as well as the previously-mentioned legislation and regulations (discussed below). Mr. Tarimo went over the key aspects of the plan and summarized the proposed work schedule to implement the plan. Another key point was a clarification regarding the total population size of African elephants in the Selous region. Earlier information had suggested a recent population decline of approximately 30,000 elephants over the past few years. Mr. Mduma explained that human error apparently had led to an inflated estimate during the 2006 survey and that later counts were more accurate (approximately 50,000 individuals in 2009 [Government of the United Republic of Tanzania 2010a]). He also suggested that about 7,000 elephants counted earlier at the Selous had migrated to the nearby Niassa Game Reserve and had not been killed as had been feared by some. Additional surveys, according to Messrs. Tarimo and Mduma, will be conducted shortly to confirm African elephant population sizes in that country.

BASIS FOR ADVICE:

> *Note: As in the past for matters associated with the African elephant, the Conference of the Parties in 2010 for CoP15 created a Panel of Experts to review, in accordance with Resolution Conf. 10.9, the proposals of the United Republic of Tanzania and Zambia to transfer their populations of African elephants from Appendix I to II subject to certain conditions. The findings of the*

*Panel of Experts, based in large measure on a preliminary report called "Status of the major elephant populations of Tanzania 2009-2010" (TEMP 2010), were transmitted to the Conference of the Parties as documents CoP15 Doc. 68, Annex 6, Annex 6a (Tanzania), and Annex 6b (Zambia), and formed the basis of our 2010 General Advice (Division of Scientific Authority 2010).*

Conservation and Management

1.      African elephants are widely distributed throughout the United Republic of Tanzania, covering 49% of the country's land area. About 37% of the elephant's range in that country is in protected areas (PA). This proportion of protected range is relatively high compared to other African elephant range countries (Blanc *et al.* 2007). These protected areas comprise 26% of the country's land area within six ecosystems throughout the country, including: Tarangire-Manyara, Serengeti, Selous-Mikumi, Ruaha-Rungwa, Katavi-Rukwa, and Moyowosi-Kigosi. The network of PAs includes 15 National Parks (NP) (4% of the country's land surface), Ngorongoro Conservation Area (1%), 28 Game Reserves (GR) (14%), and 33 Game Controlled Areas (GCA) and/or Wildlife Management Areas (WMA) (5%). Some of these areas were designated as recently as 2005 (CoP15 Doc. 68, Annex 6a [page 1]).

2.      In the United Republic of Tanzania, the only consumptive use of African elephants is sport hunting [CoP15 Prop. 4 (Rev. 1)], which is covered by The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Government of the United Republic of Tanzania 2010b). These regulations control hunting by concession area, season, minimum trophy sizes (18 kg and 160 cm per tusk), annual quotas, post-hunt reporting, trophy registration, marking, and export requirements [CoP15 Doc. 68 Annex 6a [page 11]; Part V, Regulation 24.-(5)(b)].

3.      The trophy quota for African elephants is distributed among approximately 150 hunting concessions/blocks [Ministry of Natural Resources and Tourism (United Republic of Tanzania), in litt., 2008] with the number of trophy permits allotted to each concession determined by elephant survey information (Ministry of Natural Resources and Tourism, in litt., 2005).

4.      According to the Ministry of Natural Resources and Tourism (in litt., 2008), 25% of the revenue accrued from the sport hunting of elephants goes to the conservation and protection of African elephants and other wildlife species through the Tanzania Wildlife Protection Fund (TWPF). In addition, 25% of the game fees received from hunters is given to the local communities in the areas where the sport hunting took place. Apart from being the source of revenue to local communities, sport hunting plays an important role in creating employment for the members of the local communities, for example, as trackers, skinners, tent and mess attendants, and guards (Ministry of Natural Resources and Tourism, in litt., 2008). The Ministry of Natural Resources and Tourism (in litt., 2008) also reported that the sport hunting program assisted in curbing illegal harvesting and developing infrastructure such as roads, hospitals, and schools, as well as creating a market for local artwork.

5.      The 1998 Wildlife Policy of the United Republic of Tanzania was revised in 2007 and provides guidelines for the management of African elephants through the development, review, and updating of specific management plans (CoP15 Doc. 68, Annex 6a [page 4]).

6.      The "Management Plan for the African Elephant *Loxodonta africana* in the United Republic of Tanzania" (2001) provided a plan for managing African elephants in protected areas, population trends and goals, community involvement in elephant conservation, utilization, law enforcement and control of ivory, international obligations, and monitoring and research until 2010. The plan called for an upper limit of 100,600 African elephants, reduced from the previous policy of 120,000 elephants (Department of Wildlife 2001). This decrease was mandated due to the increasing incidence of human-elephant conflict and will result in a reduced preferred elephant density in some of the ecosystems. In 2010, a revised plan, the Tanzania National Elephant Management Plan 2010-2015, was prepared by the Government of the United Republic of Tanzania (Government of the United Republic of Tanzania 2010a).

7.      A copy of the Tanzania National Elephant Management Plan 2010-2015 was received at the February 2011 meeting (Government of the United Republic of Tanzania 2010a). This plan provided updated information on several biological and ecological topics, including: distribution and range, abundance, population trends and demography, elephant corridors, and human-elephant conflicts. Some of that information has been incorporated into this General Advice.

8.      The Tanzania National Elephant Management Plan 2010-2015 identified several general strategic objectives, as well as numerous specific objectives and their associated targets, actions, timelines, actors, and indicators (Government of the United Republic of Tanzania 2010a). The general strategic objectives consisted of the following items: Human-Elephant Conflict, Corridors, Law Enforcement, Benefits and Sustainable Utilization, Ivory Stockpile and Management System, Research and Monitoring, Elephant Health and Welfare, Cross-border Cooperation, and Elephant Information System. While these objectives provide an impressive logical framework upon which to construct a national elephant management plan, some of the timelines and indicators are general or non-specific. Furthermore, specific actions, completion dates, and measures of success that would be used to evaluate plan implementation are absent. It appears that additional work to define and implement specific tasks would be necessary to implement the plan and successfully promote the conservation of the African elephant in Tanzania.

Population Status and Trends

9.      In 2006, the Tanzania Wildlife Research Institute [TAWIRI 2007 (cited in CoP15 Doc. 68, Annex 6a [page 1])] estimated the African elephant populations of the United Republic of Tanzania at $139,915 \pm 12,338$ (SE) animals based on census surveys covering 227,328 km$^2$ conducted using both total and sample counts. According to the Panel of Experts, this estimate was not significantly different from that of $111,475 \pm 18,728$ (95% CL) elephants estimated in 2000-2003. The Panel of Experts noted that the 2006 estimate did not include 2,873 additional

elephants from areas not formally surveyed, which provided a country-wide "best estimate" of $142,788 \pm 12,405$ (SE) elephants in 2006 (CoP15 Doc. 68, Annex 6a [page 1]). In 2006, according to the African Elephant Status Report (Blanc *et al.*, 2007), the "definite" category estimate was 108,816 elephants, in addition to 27,937 "probable," 29,350 "possible," and 900 "speculative" category estimates.

10.     In 2009, a similar survey covering 229,318 km$^2$ across the same six ecosystems produced a total population estimate of $105,439 \pm 6,080$ (SE) African elephants [TAWIRI 2010a (cited in CoP15 Doc. 68, Annex 6a)]. A "best estimate," which included an additional 3,583 elephants, provided a country-wide estimate of $109,022 \pm 6,135$ (SE) elephants in 2009. The Panel of Experts noted that these results suggested a significant decline compared to the 2006 estimate of 142,788 elephants and that the decline could be attributed largely to a downward population trend recorded in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a [page 1]). At the February 2011 meeting, however, and as noted earlier, Mr. Mduma suggested that human error had led some to believe that a substantial elephant population decline had occurred.

11.     Demographic parameters were calculated during 2009 from 1,817 African elephants from five major elephant populations in Tarangire, Ruaha-Rungwa, Selous-Mikumi, Katavi-Rukwa, and Ugalla River (Government of the United Republic of Tanzania 2010a). This demographic survey of African elephants revealed that the proportion of the population < 5 years of age varied from 41% in Tarangire National Park to 25% in Ugalla River Game Reserve, with values above 30% (Tarangire, Ruaha-Rungwa, and Selous Game Reserves). These results were indicative of good to high growth rates. The Panel of Experts, citing Foley and Faust (2010), further pointed out that Tarangire had a growth rate of > 6% and was one of the highest growth rates ever recorded for an African elephant population. It was noted that those populations with the proportion of their herds < 5 years of age below 30% (Katavi NP and Ugalla Game Reserves), which is indicative of low recruitment and growth rates, suggested one or more population stressors, such as higher infant mortality or increased stress associated with human-elephant conflict or illegal activity (i.e., poaching) (CoP15 Doc. 68, Annex 6a [pages 1-2]).

12.     The Panel of Experts concluded that while recent estimates suggested that the Tanzanian African elephant populations were stable or possibly decreasing, elephant populations still remained large (> 100,000 individuals) and were demographically healthy. The Panel of Experts noted that the populations of African elephants were geographically widespread across the country and occupied diverse ecosystems, and that a high proportion of the populations (> 80% individuals) occupied protected areas. In the overall opinion of the Panel of Experts, the African elephant populations in the United Republic of Tanzania were currently viable (CoP15 Doc. 68, Annex 6a [page 2]).

13.     The Panel of Experts, however, raised concerns about the future mobility of the African elephant populations in the United Republic of Tanzania. They noted, for example, that associated human settlements were increasing in size and number around protected areas and were accompanied by increasing human-elephant conflicts. These settlements and the associated

conflicts were probably the most important factors limiting the elephants' mobility and range. It was the opinion of the Panel of Experts that -- at the current rates of habitat change and land conversion -- the 31 corridors that still remained in the United Republic of Tanzania would be converted to unsuitable habitat in less than 5 years (CoP15 Doc. 68, Annex 6a [page 4]).

14.      According to Jones et al. (2009), the United Republic of Tanzania was working to minimize risks to African elephants, other wildlife, people, and property through improvements in spatial planning involving the identification, maintenance, and restoration of wildlife corridors.

Sustainability of Off-Take

15.      In the United Republic of Tanzania, African elephant deaths occur as a result of several factors, including: 1) natural mortality; 2) trophy hunting; 3) problem animal control; and 4) poaching. In order to evaluate whether off-take from trophy hunting was sustainable, all losses to the African elephant population must be considered.

*Legal Off-Take*

16.      Since 2007, the annual CITES Export Quota for the United Republic of Tanzania has been 400 tusks (sport-hunting quota of 200 male elephants; CITES Secretariat 2011, page 29). During 2003-2006, the quota was 200 tusks from 100 individuals, while during 1997-2002 the quota was 100 tusks from 50 individuals. The United Republic of Tanzania, however, typically has not exported its full quota allotment in sport-hunted trophies or African elephant tusks. During 1997-2009, for example, annual tusk exports typically were about 40-45% of the allowed quantities and never exceeded the approved annual quota (UNEP-WCMC CITES Trade Database; available on the internet at: http://www.unep-wcmc.org/citestrade; accessed on 8 March 2010).

> *Note: The Panel of Experts suggested that the annual sport hunted quota for elephants was currently 200 **males (emphasis added**; export of 400 tusks; CoP15 Doc. 68 Annex 6a) – p. 5 [item 32]). The published CITES National Export Quotas for 2011 (CITES Secretariat 2011, page 29), however, do not specify that tusks must originate from males. According to Nowak (1999:993 & 998), for the African elephant both sexes exhibit tusks, while for the Asian elephant (*Elephas maximus*) the tusk is usually absent in females. Based on a review of the materials provided by Tanzanian officials, as well as sport-hunting advertisements available on the internet, it does not appear that Tanzanian officials differentiate between male and female African elephants when permitting CITES exports under the CITES National Export Quota program.*

17.      The Panel of Experts also assessed the sustainability of legal off-take from African elephant populations in the United Republic of Tanzania. Complete records on natural mortality

for the entire country or on the killing of problem elephants were not available, but the Panel of Experts was able to estimate the level of such off-take by analyzing the data from the ivory store databases of the United Republic of Tanzania. Based on 21 years of data for that country, an average of 231 elephants died annually from natural mortality, while another 287 individuals died annually from elephant control measures (CoP15 Doc. 68, Annex 6a [page 5]).

18.       Based on the current sport-hunting quota (200 African elephants), as well as the estimates cited earlier for natural mortality and problem animal control in the United Republic of Tanzania, the Panel of Experts estimated that the overall legal off-take of African elephants from the several populations in that country was about 718 annually, which was 0.7% of the 2009 elephant population estimate of 109,022 individuals. Even if natural mortalities were considerably higher due, for example, to low carcass detection rates by observers in difficult terrain, the Panel of Experts believed that the legal off-take was still less than the annual population growth rate of 3-5% and, therefore, was sustainable (CoP15 Doc. 68, Annex 6a [page 14]).

19.       The Panel of Experts also assessed whether the hunting of trophy-quality males in the United Republic of Tanzania was sustainable. According to an earlier analysis by Martin (1986), an annual harvest rate of 0.5-1.0% of the total African elephant population was sustainable. Based on the available population information, the Panel of Experts estimated that nationwide there was a potential off-take of 325 trophy-quality African elephant males (0.3% of the total population; CoP15 Doc. 68, Annex 6a [page 14]). The Panel of Experts noted that this value of 0.3% was less than the value of 0.5-1% of total African elephant numbers and concluded that the hunting was sustainable.

*Illegal Off-Take*

20.       According to the Panel of Experts, official poaching statistics provided by the Wildlife Division of the United Republic of Tanzania indicated 258 reported poaching incidents that were detected during 2005-2009, including 82 poaching incidents in 2009, the highest number poached annually during that time period. The Panel of Exports noted, however, that the total number of poaching incidents was likely underestimated given low African elephant carcass detection rates (CoP15 Doc. 68, Annex 6a [page 5]).

21.       The Panel of Experts also noted that the 30,000 plus African elephant decline between 2006 and 2009, primarily accounted for by losses in the Selous-Mikumi ecosystem, was a cause for concern regarding the sustainability of off-take levels. In reviewing the potential explanations for this population decline, the Panel of Experts concluded -- based on various factors -- that poaching was the predominant cause of the decline (CoP15 Doc. 68, Annex 6a [page 5]). According to the Panel of Experts:

  *a) PIKE values collected at the Selous-Mikumi MIKE site have progressively increased between 2003 and 2009 (CITES Secretariat, 2010).*

*b) Joint Wildlife Division/Selous Rhino Project aerial observations and foot patrols recorded more than a threefold increase in encounter rates of recently dead elephant carcasses between 2007 and 2008 (TAWIRI, 2010c).*

*c) Tourism operators operating in the northern Selous reported to the Panel an increase in elephant (and other wildlife) poaching since 2007/8, including several incidents close to tourist camps.*

*d) A significant proportion of the large seizures of ivory made in Asia in 2006 have been traced by forensic DNA work to elephants killed in the Selous-Niassa area (Wasser et al., 2009).*

Note: PIKE = Proportion of illegally killed elephants

22. The Panel of Experts also pointed to evidence that the Selous-Mikumi ecosystem was a "hotspot" for African elephant poaching. They observed that the ivory that had been collected by wildlife enforcement officials at Udzungwa National Park was from confiscations. According to these officials, the confiscations consisted of illegally-sourced ivory coming out of nearby Kilombero Game Controlled Area in the Selous-Mikumi ecosystem. In addition, the highest number of tusks confiscated by field-based Wildlife Division offices originated from Morogoro and Lindi, which are adjacent to the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a [page 5]).

23. Given the factors discussed above, the Panel of Experts concluded that the current level of off-take was not sustainable in the Selous-Mikumi ecosystem, which represents about 40% of the total African elephant population in the United Republic of Tanzania. They also noted, however, that legal and illegal off-take appeared to be sustainable in the five other elephant ecosystems where the populations were stable or increasing. Expressing concern about the potential for off-take levels in the Selous-Mikumi ecosystem to have a future negative impact on the African elephant population as a whole, the Panel of Experts stated:

*"Whilst not unequivocally substantiated, the Selous-Mikumi situation described above could affect long-term population sustainability."*
(CoP15 Doc. 68, Annex 6a [page 3])"

24. Another concern that the Panel of Experts raised, which relates to the commitment by the United Republic of Tanzania to combat poaching, was the financial mechanism by which the Wildlife Division was funded. The Wildlife Division's revenue share is paid directly to the central Treasury, and the Treasury is then supposed to distribute the budgeted monies to the Wildlife Division. The Panel of Experts raised the concern that over the course of the past 3 years (2007-2009), the Wildlife Division had received only 63% (USD 2,634,975 per year) of its approved budget from the central Treasury. The Panel noted that given these funding

limitations, the Wildlife Division would not be able to meet its needs and obligations regarding the conservation, management, and protection of African elephants. The Panel of Experts also noted, however, that between 2005 and 2009, the Tanzania Wildlife Protection Fund contributed on average a total of USD 12,894,564 annually to the Wildlife Division. According to the Panel of Experts, these funds, when combined with the Treasury allocations, should have put the Wildlife Division in a "strong position" to meet its enforcement obligations, including containment of threats to elephants in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a [page 3]). Recent African elephant poaching levels in the Selous-Mikumi ecosystem, however, suggest that enforcement may have been inadequate.

25.     The Panel of Experts also noted that the National Parks and the Ngorongoro Conservation Area Authorities of the United Republic of Tanzania were adequately funded because they generated and retained 100% of their revenue share through park and conservation area fees (CoP15 Doc. 68, Annex 6a [page 3]).

26.     Although the Panel of Experts raised concerns over the illegal killing of elephants in the Selous-Mikumi ecosystem, they also acknowledged recent efforts by authorities of the United Republic of Tanzania to combat the increases in poaching. For example, in July 2009, a series of planning meetings led to anti-poaching patrols that were joint and cooperative, and involved rangers and scouts from the Selous Game Reserve, the Udzungwa Mountains National Park, and the Mikumi National Park. In December 2009, for example, the commander of special police operations led an anti-poaching operation, code-named "Operation Butterfly," in the Selous Game Reserve. Noting these, as well as other anti-poaching efforts by the United Republic of Tanzanian authorities, the Panel of Experts stated:

> *"There is a clear indication of concern by the authorities to minimize poaching of elephant and other wildlife species. The various efforts to deploy staff and execute special anti-poaching operations in various parts of the country, particularly in the vast Selous Game Reserve, are noteworthy."*
> (CoP15 Doc. 68, Annex 6a [page 14]).

27.     The Director of Wildlife of the United Republic of Tanzania informed the Panel of Experts that regulations were being finalized to implement The Wildlife Conservation Act, 2009, which will reportedly increase revenue retention, increase penalties up to 30 years, and provide additional powers to law enforcement personnel (CoP15 Doc. 68, Annex 6a [page 11]). As was indicated earlier, copies of those laws and regulations were provided to the Service at the February 2011 meeting with Tanzanian officials.

28.     The Tanzania National Elephant Management Plan 2010-2015 is based on several new wildlife laws and implementing regulations (Government of the United Republic of Tanzania 2010a): The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania 2009a); The Wildlife Conservation Act, 2009 (Act Supplement No. 5; 20th March, 2009; Government of the United Republic of Tanzania 2009b); The Wildlife Conservation (Tourist

Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25; 2nd July, 2010; Government of the United Republic of Tanzania 2010b). During the February 2011 meeting, the Service received copies of these measures, but it was not clear when they would be fully implemented. For example, the Subsidiary Legislation (Supplement No. 25; 2nd July, 2010) of The Wildlife Conservation (Tourist Hunting) Regulations, 2010, in Part V, 24.-(5)(b), directs that no person shall hunt an elephant with tusks weighing below 18 kg per tusk or measuring not less that 160 cm per tusk (Government of the United Republic of Tanzania 2010b). In another example, the Act Supplement (No. 5; 20th March, 2009) of The Wildlife Conservation Act, 2009, in Part IV, calls for the protection of wildlife corridors, dispersal areas, buffer zones, and migratory routes (Government of the United Republic of Tanzania 2009b). Both of these measures are critically important to the conservation of the African elephant, but it is not clear when they will become operational and backed by the force of law in the United Republic of Tanzania. Until the plan and new laws are fully implemented, these African elephant conservation and management measures, while improving, are still in a transitional phase.

29.     The Tanzania National Elephant Management Plan 2010-2015 makes only generic references to strengthening the financial base of the Wildlife Division and to undertaking anti-poaching measures, and apparently does not clearly identify any specific measures to combat poaching in the Selous-Mikumi ecosystem (Government of the United Republic of Tanzania 2010a).

Conclusion

30.     With the information currently available, we believe that the status of the African elephant population in the United Republic of Tanzania and ongoing management efforts in that country are adequate to ensure that the sport hunting of African elephants, as administered by the Government of the United Republic of Tanzania, does not adversely affect the status of the species in the United Republic of Tanzania.

31.     Therefore, for calendar year 2011, we find that the import of sport-hunted trophies of African elephants taken in the United Republic of Tanzania will be for purposes that are not detrimental to the survival of the species.

CONCERNS:

Although we are able to make the current non-detriment finding, we still have concerns about the future sustainability of the total levels of off-take from the African elephant populations in the United Republic of Tanzania. These concerns – in part -- were also noted by the Panel of Experts (CoP15 Doc. 68, Annex 6a [pages 13-16]):

A.     Efforts have been made by the United Republic of Tanzania to combat poaching in the Selous-Mikumi ecosystem. We also acknowledge that additional resources are now available to promote the conservation status of the African elephant in that country,

including:  Tanzania National Elephant Management Plan 2010-2015 (Government of the United Republic of Tanzania 2010a);  The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania 2009a);  The Wildlife Conservation Act, 2009 (Act Supplement No. 5;  20th March, 2009;  Government of the United Republic of Tanzania 2009b);  and The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25;  2nd July, 2010;  Government of the United Republic of Tanzania 2010b).  As indicated above, these measures are in a transitional phase, and we remain concerned, as noted in the General Advice for 2010, about the overall level of commitment by the United Republic of Tanzania to the future sustainable management of its African elephant population.  In particular and in the absence of any specific new measures that suggest specific activities whose effectiveness could be quantified by species and enforcement experts, we remain concerned about the availability of future resources to combat poaching in the United Republic of Tanzania, especially in the Selous-Mikumi ecosystem.  In this regard, we will continue to monitor anti-poaching capabilities in the United Republic of Tanzania and the effectiveness of those actions throughout the upcoming year.  We will re-evaluate this issue when considering our finding for 2012.

B.  We note that 31 wildlife corridors of appropriate habitat are currently available to African elephants in the United Republic of Tanzania and facilitate elephant movements throughout the country as well as into adjacent trans-boundary regions.  While we recognize that additional laws and regulations are now available to protect these corridors in the United Republic of Tanzania, we remain concerned about the ongoing threats to these wildlife corridors and the consequent risks to the associated African elephant populations in the future as a result of human-elephant conflict in and around these areas.  In this regard and taking into account the Tanzania National Elephant Management Plan 2010-2015 (Government of the United Republic of Tanzania 2010a), we will continue to monitor efforts by the United Republic of Tanzania to develop and maintain appropriate wildlife corridors for African elephants.  We will also re-evaluate this issue when considering our finding for 2012.

C.  Based on recent information obtained through the National Website of the United Republic of Tanzania, we understand that new procedures have been implemented regarding the allocation of tourist hunting blocks [see: Invitation For Applications For Tourist Hunting Blocks Allocation For The Period 2013 – 2018;  (Made under Section 9 (2) of the Wildlife Conservation Act, Cap.283 (Tourist Hunting Regulations of 2010); http://www.tanzania.go.tz/ministriesf.html; accessed on March 9, 2011);  Government of the United Republic of Tanzania 2011].  We understand that these changes deal primarily with the hunting block fees that will be charged by the government.  We are unclear how these changes may affect wildlife harvest quotas or off-take levels associated with the corresponding hunting blocks, especially for the African elephant.  Given the recent uncertainty about the total population sizes and trends of African elephant populations in the United Republic of Tanzania, especially in the Selous-Mikumi ecosystem, we will

continue to monitor African elephant population survey results, as well as overall harvest quotas and off-take levels for this species in the United Republic of Tanzania. The forthcoming survey information discussed by Messrs. Tarimo and Mduma at the February 2011 meeting will be especially helpful in this regard. We ask Tanzania to provide us with further information about these regulations and will evaluate this issue when considering our finding for 2012.

\*       \*       \*       \*       \*

## REFERENCES

Blanc, J.J., R.F.W. Barnes, G.C. Craig, H.T. Dublin, C.R. Thouless, I. Douglas-Hamilton, and J.A. Hart. 2007. *African Elephant Status Report 2007: An Update from the African Elephant Database*. IUCN/SSC African Elephant Specialist Group. IUCN, Gland, Switzerland. Available online at: http://www.african-elephant.org/aed/pdfs/aesr2007.pdf.

CITES Secretariat. 2010. *Monitoring of Illegal hunting in elephant range States.* Document CoP15 Doc. 44.2 presented at the 15th meeting of the Conference of the Parties to CITES.

CITES Secretariat. 2011. CITES National Export Quotas for 2011. Available on the internet at: http://www.cites.org/common/quotas/2011/ExportQuotas2011.pdf; accessed on March 9, 2011.

CoP15 Doc. 68 Annex 6a). 2010. Report of the Panel of Experts ... Appendix II (Tanzania). Available online at: http://www.cites.org/eng/cop/15/doc/E15-68A06a).pdf.

CoP15 Doc. 68 Annex 6b). 2010. Report of the Panel of Experts ... Appendix II (Zambia). Available online at: http://www.cites.org/eng/cop/15/doc/E15-68A06b).pdf.

CoP15 Prop. 4 (Rev. 1). 2010. Transfer the population of the United Republic of Tanzania from Appendix I to Appendix II with an annotation. Available online at: http://www.cites.org/eng/cop/15/prop/E-15-Prop-04.pdf.

Department of Wildlife. 2001. Management Plan for the African Elephants, *Loxodonta africana* in Tanzania. Dar es Salaam, Tanzania.

Division of Scientific Authority. 2010. General advice on import of sport-hunted trophies of African elephant from Tanzania for the calendar year 2010. US Fish and Wildlife Service, Arlington, Virginia. 8 pp. [Reference: AOSA 106]

Foley, C.A.H., and Faust, L.J. 2010. Rapid population growth in an elephant *Loxodonta africana* population recovering from poaching in Tarangire National Park, Tanzania. *Oryx* in press.

Government of the United Republic of Tanzania. 2009a. The Wildlife Conservation Act, 2009. Available online at: http://faolex.fao.org/docs/pdf/tan97858.pdf; accessed on March 9, 2011.

Government of the United Republic of Tanzania. 2009b. The Wildlife Conservation Act, 2009

(Act Supplement No. 5;  20th March, 2009).  Gazette of the United Republic of Tanzania (No. 12;  Vol. 90):165—256.

Government of the United Republic of Tanzania.  2010a.  Tanzania National Elephant Management Plan 2010-2015.  Ministry of Natural Resources and Tourism, Dar es Salaam.  129 pp.

Government of the United Republic of Tanzania.  2010b.  The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25;  2nd July, 2010).  Gazette of the United Republic of Tanzania (No. 27;  Vol. 91):1—35.

Government of the United Republic of Tanzania.  2011.  Applications for tourist hunting blocks.  Written by Tulizo Kilaga;  dated February 10, 2011;  available on the internet at: http://www.tanzania.go.tz/ministriesf.html;  accessed on March 9, 2011.

Jones, T., Caro, T. and Davenport, T.R.B. (eds.).  2009.  Wildlife Corridors in Tanzania.  Unpublished Report. Tanzania Wildlife Research Institute (TAWARI), Arusha.

Martin, R.B.  1986.  *Establishment of African ivory export quotas and associated control procedures*. Report to CITES Secretariat.

Ministry of Natural Resources and Tourism (Tanzania).  2005.  African Elephant Conservation in Tanzania.  in litt.

Ministry of Natural Resources and Tourism (Tanzania).  2008.  Questionnaire from US Fish and Wildlife Service on Elephants Conservation in Tanzania.  in litt.

Nowak, R.M.  1999.  Walker's mammals of the world.  Sixth edition.  Volume II.  The Johns Hopkins University Press, Baltimore.

TAWIRI.  2007.  *Elephant population estimates: Dry season 2006*.  Tanzania Wildlife Research Institute in collaboration with NCAA, TANAPA and Wildlife Division. Commissioned by Wildlife Division. TAWARI, Arusha.

TAWIRI.  2010a.  *Elephant population estimates: Dry season 2009*.  Tanzania Wildlife Research Institute in collaboration with NCAA, TANAPA and Wildlife Division.  Commissioned by Wildlife Division. TAWARI, Arusha.

TAWIRI.  2010c.  *Status of the Major Elephant Populations of Tanzania 2009-2010*.  TAWIRI Preliminary Report, 2010.  Tanzania Elephant Management Plan Project. TAWIRI, Arusha.

TEMP (Tanzania Elephant Management Plan). 2010. *Status of the major elephant populations of Tanzania 2009-2010*. Preliminary report January 2010, Tanzania Elephant Management Plan Project. TAWIRI, Arusha.

Wasser, S.K., Clark, B. and Laurie, C. 2009. The Ivory Trail. *Scientific American*, July 2009 (68-76).



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240



AUG 1 4 2012

**MEMORANDUM**

To:           Chief, Division of Management Authority

From:         Chief, Division of Scientific Authority  *Rosemarie Gnam*

Subject:      General Advice on Importation of Sport-hunted Trophies of African Elephants
              from Tanzania for the Calendar Year 2012

---

This responds to your request for a finding as required under the Convention on International
Trade in Endangered Species of Wild Fauna and Flora (CITES) on various applications for the
importation of sport-hunted trophies of African elephants (*Loxodonta africana*) from the United
Republic of Tanzania (Tanzania) for calendar year 2012.

**Please be advised that, with the information currently available, we are able to find that the
importation of sport-hunted trophies of African elephants from Tanzania will be for
purposes that are not detrimental to the survival of the species. This General Advice
applies only to sport-hunted trophies of African elephants that were lawfully taken in
Tanzania during calendar year 2012 (i.e., January 1, 2012, through December 31, 2012),
provided that they are to be imported by the persons who hunted them for personal use or
personal display.**

If new information becomes available during 2012 that suggests that this General Advice is no
longer valid, it will be suspended and reconsidered by the Division of Scientific Authority. If,
after reconsideration, the Division of Scientific Authority believes that the General Advice is no
longer valid, we will issue a new General Advice or require that subsequent permit applications
be considered on a case-by-case basis.

BASIS FOR ADVICE:

A significant amount of information relevant to this General Advice was made available at the
Fifteenth Meeting of the CITES Conference of the Parties (CoP15), including Tanzania's
proposal to transfer its population of African elephants from Appendix I to Appendix II (CoP15
Prop. 4 (Rev. 1)), in addition to the Report of the Panel of Experts on Tanzania's proposal
(CoP15 Doc. 68, Annex 6a). Much of the information used in making the current finding was
derived from these sources, as noted below.

In addition, since CoP15, a significant amount of new information relevant to this issue has
become available, including:



- Tanzania National Elephant Management Plan 2010-2015 (TAWIRI 2012);
- The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania 2009a);
- The Wildlife Conservation Act, 2009 (Act Supplement No. 5; 20th March, 2009; Government of the United Republic of Tanzania 2009b);
- The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25; 2nd July, 2010; Government of the United Republic of Tanzania 2010);
- Third African Elephant Meeting (1-3 November 2010; Gigiri, Kenya; various documents); and
- Documents from the 62nd Meeting of the CITES Standing Committee (Geneva 2012).

Much of the information used in making the current finding was derived from these sources, as noted below, as well as previously cited information (see AOSA106; dated July 23, 2010; [Division of Scientific Authority 2010]).

Conservation and Management

1. African elephants are widely distributed throughout Tanzania, covering 49% of the country's land area. About 37% of the elephant's range in that country is in protected areas (PA). This proportion of protected range is relatively high compared to other African elephant range countries (Blanc *et al.* 2007). These protected areas comprise 26% of the country's land area within six ecosystems throughout the country, including: Tarangire-Manyara, Serengeti, Selous-Mikumi, Ruaha-Rungwa, Katavi-Rukwa, and Moyowosi-Kigosi. The network of PAs includes 15 National Parks (NP) (4% of the country's land surface), Ngorongoro Conservation Area (1%), 28 Game Reserves (GR) (14%), and 33 Game Controlled Areas (GCA) and/or Wildlife Management Areas (WMA) (5%). Some of these areas were designated as recently as 2005 (CoP15 Doc. 68, Annex 6a [page 1]).

2. In Tanzania, the only consumptive use of African elephants is sport hunting [CoP15 Prop. 4 (Rev. 1)], which is covered by The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Government of the United Republic of Tanzania 2010). These regulations control hunting by concession area, season, minimum trophy sizes (18 kg and 160 cm per tusk), annual quotas, post-hunt reporting, trophy registration, marking, and export requirements [CoP15 Doc. 68 Annex 6a [page 11]; Part V, Regulation 24.-(5)(b)].

3. The trophy quota for African elephants is distributed among approximately 150 hunting concessions/blocks [Ministry of Natural Resources and Tourism (United Republic of Tanzania), in litt., 2008] with the number of trophy permits allotted to each concession determined by elephant survey information (Ministry of Natural Resources and Tourism, in litt., 2005).

4. According to the Ministry of Natural Resources and Tourism (in litt., 2008), 25% of the revenue accrued from the sport hunting of elephants goes to the conservation and protection of

African elephants and other wildlife species through the Tanzania Wildlife Protection Fund (TWPF). In addition, 25% of the game fees received from hunters is given to the local communities in the areas where the sport hunting took place. Apart from being the source of revenue to local communities, sport hunting plays an important role in creating employment for the members of the local communities, for example, as trackers, skinners, tent and mess attendants, and guards (Ministry of Natural Resources and Tourism, in litt., 2008). The Ministry of Natural Resources and Tourism (in litt., 2008) also reported that the sport hunting program assisted in curbing illegal harvesting and developing infrastructure such as roads, hospitals, and schools, as well as creating a market for local artwork.

5. The 1998 Wildlife Policy of the United Republic of Tanzania was revised in 2007 and provides guidelines for the management of African elephants through the development, review, and updating of specific management plans (CoP15 Doc. 68, Annex 6a [page 4]).

6. This past year, Tanzania published its country-level strategy and action plan, the "Tanzania National Elephant Management Plan 2010-2015." This plan provides updated information on several biological and ecological topics, including: distribution and range, abundance, population trends and demography, elephant corridors, and human-elephant conflicts. It identifies nine different strategic objectives, as well as numerous specific objectives and their associated targets, actions, timelines, actors, and indicators. The strategic objectives include: Human-Elephant Conflict, Elephant Corridors, Law Enforcement, Benefits and Sustainable Utilization, Ivory Stockpile and Management System, Research and Monitoring, Elephant Health and Welfare, Cross-border Cooperation, and Elephant Information Management (TAWIRI 2012).

Population Status and Trends

7. In 2006, the Tanzania Wildlife Research Institute [TAWIRI 2007 (cited in CoP15 Doc. 68, Annex 6a [page 1])] estimated the African elephant populations of Tanzania at $139,915 \pm 12,338$ (SE) animals based on census surveys covering $227,328 \text{ km}^2$ conducted using both total and sample counts. According to the Panel of Experts, this estimate was not significantly different from that of $111,475 \pm 18,728$ (95% CL) elephants estimated in 2000-2003. The Panel of Experts noted that the 2006 estimate did not include 2,873 additional elephants from areas not formally surveyed, which provided a country-wide "best estimate" of $142,788 \pm 12,405$ (SE) elephants in 2006 (CoP15 Doc. 68, Annex 6a [page 1]). In 2006, according to the African Elephant Status Report (Blanc *et al.*, 2007), the "definite" category estimate was 108,816 elephants, in addition to 27,937 "probable," 29,350 "possible," and 900 "speculative" category estimates.

8. In 2009, a similar survey covering $229,318 \text{ km}^2$ across the same six ecosystems produced a total population estimate of $105,439 \pm 6,080$ (SE) African elephants [TAWIRI 2010a (cited in CoP15 Doc. 68, Annex 6a)]. A "best estimate," which included an additional 3,583 elephants, provided a country-wide estimate of $109,022 \pm 6,135$ (SE) elephants in 2009. The Panel of

3

Experts noted that these results suggested a significant decline compared to the 2006 estimate of 142,788 elephants and that the decline could be attributed largely to a downward population trend recorded in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a [page 1]); however, Tanzania later clarified that methodological issues during the 2006 survey is believed to have resulted in an overestimate, and therefore, the two years' results cannot be compared due to different study techniques. Although a survey was also conducted in 2011, the final survey report is not yet available (SC62 Inf. 1).

9. Demographic parameters were calculated between 2009 — 2010 from 2,182 African elephants from six major elephant populations in Tarangire, Serengeti, Ruaha-Rungwa, Selous, Katavi-Rukwa, and Ugalla (TAWIRI 2012). This demographic survey of African elephants revealed that the proportion of the population < 5 years of age varied from 41% in Tarangire to 25% in Ugalla River Game Reserve, with values above 30% (Tarangire, Selous, Serengeti, and Ruaha-Rungwa). These results were indicative of good to high growth rates. The Panel of Experts, citing Foley and Faust (2010), further pointed out that Tarangire had a growth rate of > 6% and was one of the highest growth rates ever recorded for an African elephant population. It was noted that those populations with the proportion of their herds < 5 years of age below 30% (Katavi and Ugalla Game Reserve), which is indicative of low recruitment and growth rates, suggested one or more population stressors, such as higher infant mortality or increased stress associated with human-elephant conflict or illegal activity (i.e., poaching) (CoP15 Doc. 68, Annex 6a [pages 1-2]).

10. The Panel of Experts concluded that while estimates at that time suggested that the Tanzanian African elephant populations were stable or possibly decreasing, elephant populations still remained large (> 100,000 individuals) and were demographically healthy. The Panel of Experts noted that the populations of African elephants were geographically widespread across the country and occupied diverse ecosystems, and that a high proportion of the populations (> 80% individuals) occupied protected areas. In the overall opinion of the Panel of Experts, the African elephant populations in Tanzania were viable at the time of the analysis (CoP15 Doc. 68, Annex 6a [page 2]).

11. The Panel of Experts, however, raised concerns about the future mobility of the African elephant populations in Tanzania. They noted, for example, that associated human settlements were increasing in size and number around protected areas and were accompanied by increasing human-elephant conflicts. These settlements and the associated conflicts were probably the most important factors limiting the elephants' mobility and range. It was the opinion of the Panel of Experts that -- at the rates of habitat change and land conversion at the time -- the corridors that still remained in Tanzania would be converted to unsuitable habitat in less than 5 years (CoP15 Doc. 68, Annex 6a [page 4]).

12. According to Jones et al. (2009), Tanzania was working to minimize risks to African elephants, other wildlife, people, and property through improvements in spatial planning involving the identification, maintenance, and restoration of wildlife corridors. The "Tanzania

4

National Elephant Management Plan 2010-2015" lays out a strategic objective to restore lost corridors and to increase protection for corridors that are identified to still be in use (TAWIRI 2012).

Sustainability of Off-Take

13. In Tanzania, African elephant deaths occur as a result of several factors, including: 1) natural mortality; 2) trophy hunting; 3) problem animal control; and 4) poaching. In order to evaluate whether off-take from trophy hunting was sustainable, all losses to the African elephant population must be considered.

*Legal Off-Take*

14. Since 2007, the annual CITES Export Quota for the United Republic of Tanzania has been 400 tusks (sport-hunting quota of 200 elephants). During 2003-2006, the quota was 200 tusks from 100 individuals, while during 1997-2002 the quota was 100 tusks from 50 individuals. Tanzania, however, typically has not exported its full quota allotment in sport-hunted trophies or African elephant tusks. During 1997-2009, for example, annual tusk exports typically were about 40-45% of the allowed quantities and never exceeded the approved annual quota (UNEP-WCMC CITES Trade Database; available on the internet at: http://www.unep-wcmc.org/citestrade; accessed on 8 March 2010).

15. The Panel of Experts also assessed the sustainability of legal off-take from African elephant populations in Tanzania. Complete records on natural mortality for the entire country or on the killing of problem elephants were not available, but the Panel of Experts was able to estimate the level of such off-take by analyzing the data from the ivory store databases of Tanzania. Based on 21 years of data for that country, an average of 231 elephants died annually from natural mortality, while another 287 individuals died annually from elephant control measures (CoP15 Doc. 68, Annex 6a [page 5]).

16. Based a sport-hunting quota of 200 African elephants, as well as the estimates cited earlier for natural mortality and problem animal control in Tanzania, the Panel of Experts estimated that the overall legal off-take of African elephants from the several populations in that country was about 718 annually, which was 0.7% of the 2009 elephant population estimate of 109,022 individuals. Even if natural mortalities were considerably higher due, for example, to low carcass detection rates by observers in difficult terrain, the Panel of Experts believed that the legal off-take was still less than the annual population growth rate of 3-5% and, therefore, was sustainable (CoP15 Doc. 68, Annex 6a [page 14]).

17. The Panel of Experts also assessed whether the hunting of trophy-quality males in Tanzania was sustainable. According to an earlier analysis by Martin (1986), an annual harvest rate of 0.5-1.0% of the total African elephant population was sustainable. Based on the available population information, the Panel of Experts estimated that nationwide there was a potential off-take of 325 trophy-quality African elephant males (0.3% of the total population; CoP15 Doc. 68,

Annex 6a [page 14]).  The Panel of Experts noted that this value of 0.3% was less than the value of 0.5-1% of total African elephant numbers and concluded that the hunting was sustainable.

*Illegal Off-Take*

18.  According to the Panel of Experts, official poaching statistics provided by the Wildlife Division of Tanzania indicated 258 reported poaching incidents that were detected during 2005-2009, including 82 poaching incidents in 2009, the highest number poached annually during that time period.  The Panel of Exports noted, however, that the total number of poaching incidents was likely underestimated given low African elephant carcass detection rates (CoP15 Doc. 68, Annex 6a [page 5]).

19.  The Panel of Experts cited the following evidence that poaching has led to elephant population declines in the Selous-Mikumi ecosystem:

> *a) PIKE values collected at the Selous-Mikumi MIKE site have progressively increased between 2003 and 2009 (CITES Secretariat, 2010).*
>
> *b) Joint Wildlife Division/Selous Rhino Project aerial observations and foot patrols recorded more than a threefold increase in encounter rates of recently dead elephant carcasses between 2007 and 2008 (TAWIRI, 2010b).*
>
> *c) Tourism operators operating in the northern Selous reported to the Panel an increase in elephant (and other wildlife) poaching since 2007/8, including several incidents close to tourist camps.*
>
> *d) A significant proportion of the large seizures of ivory made in Asia in 2006 have been traced by forensic DNA work to elephants killed in the Selous-Niassa area (Wasser et al., 2009).*

Note:  PIKE = Proportion of illegally killed elephants

20.  The Panel of Experts also pointed to evidence that the Selous-Mikumi ecosystem was a "hotspot" for African elephant poaching.  They observed that the ivory that had been collected by wildlife enforcement officials at Udzungwa National Park was from confiscations.  According to these officials, the confiscations consisted of illegally-sourced ivory coming out of nearby Kilombero Game Controlled Area in the Selous-Mikumi ecosystem.  In addition, the highest number of tusks confiscated by field-based Wildlife Division offices originated from Morogoro and Lindi, which are adjacent to the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a [page 5]).

21. Given the factors discussed above, the Panel of Experts concluded that the level of off-take at that time was not sustainable in the Selous-Mikumi ecosystem, which represents about 40% of the total African elephant population in Tanzania.  They also noted, however, that legal and

illegal off-take appeared to be sustainable in the five other elephant ecosystems where the populations were stable or increasing. Expressing concern about the potential for off-take levels in the Selous-Mikumi ecosystem to have a future negative impact on the African elephant population as a whole, the Panel of Experts stated:

> *"Whilst not unequivocally substantiated, the Selous-Mikumi situation described above could affect long-term population sustainability."*
> (CoP15 Doc. 68, Annex 6a [page 3])"

22. Based on a more recent analysis of MIKE data, the levels of illegal killing across the African elephants' range are of serious and increasing concern. Between 2009 and 2011, PIKE values remained high at the Selous-Mikumi MIKE site (SC62 Inf. 1). Moreover, a March 2012 IUCN African Elephant Specialist Group survey indicated that poaching over the last 12 months had increased in sites in Tanzania (SC62 Doc. 46.1 (Rev. 1).

23. Another concern that the Panel of Experts raised, which relates to the commitment by the Tanzania to combat poaching, was the financial mechanism by which the Wildlife Division was funded. The Wildlife Division's revenue share is paid directly to the central Treasury, and the Treasury is then supposed to distribute the budgeted monies to the Wildlife Division. The Panel of Experts raised the concern that over a 3-year period (2007-2009), the Wildlife Division had received only 63% (USD 2,634,975 per year) of its approved budget from the central Treasury. The Panel noted that given these funding limitations, the Wildlife Division would not be able to meet its needs and obligations regarding the conservation, management, and protection of African elephants. The Panel of Experts also noted, however, that between 2005 and 2009, the Tanzania Wildlife Protection Fund contributed on average a total of USD 12,894,564 annually to the Wildlife Division. According to the Panel of Experts, these funds, when combined with the Treasury allocations, should have put the Wildlife Division in a "strong position" to meet its enforcement obligations, including containment of threats to elephants in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a [page 3]). Recent African elephant poaching levels in the Selous-Mikumi ecosystem, however, suggest that enforcement may have been inadequate.

24. The Panel of Experts also noted that the National Parks and the Ngorongoro Conservation Area Authorities of Tanzania were adequately funded because they generated and retained 100% of their revenue share through park and conservation area fees (CoP15 Doc. 68, Annex 6a [page 3]).

25. Although the Panel of Experts raised concerns over the illegal killing of elephants in the Selous-Mikumi ecosystem, they also acknowledged the efforts by authorities of Tanzania to combat the increases in poaching. For example, in July 2009, a series of planning meetings led to anti-poaching patrols that were joint and cooperative, and involved rangers and scouts from the Selous Game Reserve, the Udzungwa Mountains National Park, and the Mikumi National Park. In December 2009, for example, the commander of special police operations led an anti-poaching operation, code-named "Operation Butterfly," in the Selous Game Reserve. This operation led to the arrest of 70 poachers and the recovery of elephant and hippopotamus ivory

(Midala 2010, *as cited in* TAWIRI 2012).  Noting these, as well as other anti-poaching efforts by the Tanzanian authorities, the Panel of Experts stated:

> *"There is a clear indication of concern by the authorities to minimize poaching of elephant and other wildlife species.  The various efforts to deploy staff and execute special anti-poaching operations in various parts of the country, particularly in the vast Selous Game Reserve, are noteworthy."*
> (CoP15 Doc. 68, Annex 6a [page 14]).

26.  The Director of Wildlife of Tanzania informed the Panel of Experts that regulations were being finalized to implement The Wildlife Conservation Act, 2009, which would reportedly increase revenue retention, increase penalties up to 30 years, and provide additional powers to law enforcement personnel (CoP15 Doc. 68, Annex 6a [page 11]). Copies of those laws and regulations were provided to the U.S. Fish and Wildlife Service (Service) at a February 17, 2011, meeting with Tanzanian officials.

27.  The "Tanzania National Elephant Management Plan 2010-2015" is based on several new wildlife laws and implementing regulations (TAWIRI 2012):  The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania 2009a);  The Wildlife Conservation Act, 2009 (Act Supplement No. 5;  20th March, 2009;  Government of the United Republic of Tanzania 2009b);  and The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25;  2nd July, 2010;  Government of the United Republic of Tanzania 2010).  During the February 2011, meeting, the Service received copies of these measures, but it was not clear when they would be fully implemented.  For example, the Subsidiary Legislation (Supplement No. 25;  2nd July, 2010) of The Wildlife Conservation (Tourist Hunting) Regulations, 2010, in Part V, 24.-(5)(b), directs that no person shall hunt an elephant with tusks weighing below 18 kg per tusk or measuring not less that 160 cm per tusk (Government of the United Republic of Tanzania 2010).  In another example, the Act Supplement (No. 5; 20th March, 2009) of The Wildlife Conservation Act, 2009, in Part IV, calls for the protection of wildlife corridors, dispersal areas, buffer zones, and migratory routes (Government of the United Republic of Tanzania 2009b).  Both of these measures are critically important to the conservation of the African elephant, but it is not clear when they will become operational and backed by the force of law in Tanzania.  Until the new laws are fully implemented, these African elephant conservation and management measures, while improving, are still in a transitional phase.

Conclusion

28.  With the information currently available, we believe that the status of the African elephant population in Tanzania and ongoing management efforts in that country are adequate to ensure that the sport hunting of African elephants, as administered by the Government of the United Republic of Tanzania, does not adversely affect the status of the species in Tanzania.

29. Therefore, for calendar year 2012, we find that the import of sport-hunted trophies of African elephants taken in Tanzania will be for purposes that are not detrimental to the survival of the species.

CONCERNS:

Although we are able to make the current non-detriment finding, we still have concerns about the future sustainability of the total levels of off-take from the African elephant populations in Tanzania. These concerns – in part -- were also noted by the Panel of Experts (CoP15 Doc. 68, Annex 6a [pages 13-16]):

A.  Efforts have been made by Tanzania to combat poaching in the Selous-Mikumi ecosystem. We also acknowledge that additional resources are now available to promote the conservation status of the African elephant in that country, including: "Tanzania National Elephant Management Plan 2010-2015" (TAWIRI 2012); The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania 2009a); The Wildlife Conservation Act, 2009 (Act Supplement No. 5; 20th March, 2009; Government of the United Republic of Tanzania 2009b); and The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25; 2nd July, 2010; Government of the United Republic of Tanzania 2010). The Service is interested in receiving an update on whether the management and regulatory measures mentioned above have been fully implemented, and if not, the targeted time period for full implementation of these measures. In particular, we remain concerned about the availability of future resources to combat poaching in Tanzania, especially in the Selous-Mikumi ecosystem. In this regard, we are interested in receiving updated information on recent initiatives and their effectiveness in combating poaching in Tanzania, particularly in the Selous-Mikumi ecosystem.

B.  It is our understanding that the elephant population in the Selous ecosystem in Tanzania was surveyed in 2011 but that the results have not yet been available. We are interested in receiving these results as soon as they are available.

C.  We note that most of the 23 known elephant corridors in Tanzania are in poor condition (TAWIRI 2012). We recognize that the "Tanzania National Elephant Management Plan 2010-2015" includes a strategic framework for increasing protection for these corridors and for restoring lost corridors and that laws and regulations are available to protect these corridors. Given the importance of protecting these corridors from ongoing threats and the risks to the African elephant populations in the future as a result of human-elephant conflict in and around these areas, we are interested in receiving updated information on Tanzania's success to date in achieving its objectives related to the protection of African elephant corridors, as laid out in the "Tanzania National Elephant Management Plan 2010-2015" (TAWIRI 2012).

9

D.      Based on recent information obtained through the National Website of Tanzania, we
        understand that new procedures have been implemented regarding the allocation of
        tourist hunting blocks [see: Invitation For Applications For Tourist Hunting Blocks
        Allocation For The Period 2013 – 2018; (Made under Section 9 (2) of the Wildlife
        Conservation Act, Cap.283 (Tourist Hunting Regulations of 2010);
        http://www.tanzania.go.tz/ministriesf.html; accessed on March 9, 2011); Government of
        the United Republic of Tanzania 2011]. These changes deal primarily with the hunting
        block fees that will be charged by the government. We are interested in receiving
        information about these changes and how they could affect African elephant harvest
        quotas or off-take levels associated with the corresponding hunting blocks. Given the
        recent uncertainty about the total population sizes and trends of African elephant
        populations in the United Republic of Tanzania, especially in the Selous-Mikumi
        ecosystem, we will continue to monitor African elephant population survey results, as
        well as overall harvest quotas and off-take levels for this species in the United Republic
        of Tanzania.

REFERENCES

Blanc, J.J., R.F.W. Barnes, G.C. Craig, H.T. Dublin, C.R. Thouless, I. Douglas-Hamilton, and
        J.A. Hart. 2007. *African Elephant Status Report 2007: An Update from the African
        Elephant Database*. IUCN/SSC African Elephant Specialist Group. IUCN, Gland,
        Switzerland. Available online at: http://www.african-elephant.org/aed/pdfs/aesr2007.pdf.

CITES Secretariat. 2010. *Monitoring of Illegal hunting in elephant range States.* Document
        CoP15 Doc. 44.2 presented at the 15th meeting of the Conference of the Parties to
        CITES.

CITES Secretariat. 2011. CITES National Export Quotas for 2011. Available on the internet at:
        http://www.cites.org/common/quotas/2011/ExportQuotas2011.pdf; accessed on March 9,
        2011.

CoP15 Doc. 68 Annex 6a). 2010. Report of the Panel of Experts ... Appendix II (Tanzania).
        Available online at: http://www.cites.org/eng/cop/15/doc/E15-68A06a).pdf.

CoP15 Doc. 68 Annex 6b). 2010. Report of the Panel of Experts ... Appendix II (Zambia).
        Available online at: http://www.cites.org/eng/cop/15/doc/E15-68A06b).pdf.

CoP15 Prop. 4 (Rev. 1). 2010. Transfer the population of the United Republic of Tanzania from
        Appendix I to Appendix II with an annotation. Available online at:
        http://www.cites.org/eng/cop/15/prop/E-15-Prop-04.pdf.

Department of Wildlife. 2001. Management Plan for the African Elephants, *Loxodonta africana*
        in Tanzania. Dar es Salaam, Tanzania.

10

Division of Scientific Authority. 2010. General advice on import of sport-hunted trophies of African elephant from Tanzania for the calendar year 2010. U.S. Fish and Wildlife Service, Arlington, Virginia. 8 pp. [Reference: AOSA 106]

Foley, C.A.H., and Faust, L.J. 2010. Rapid population growth in an elephant *Loxodonta africana* population recovering from poaching in Tarangire National Park, Tanzania. *Oryx* 44(2):205–212.

Government of the United Republic of Tanzania. 2009a. The Wildlife Conservation Act, 2009. Available online at: http://faolex.fao.org/docs/pdf/tan97858.pdf; accessed on March 9, 2011.

Government of the United Republic of Tanzania. 2009b. The Wildlife Conservation Act, 2009 (Act Supplement No. 5; 20th March, 2009). Gazette of the United Republic of Tanzania (No. 12; Vol. 90):165—256.

Government of the United Republic of Tanzania. 2010. The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25; 2nd July, 2010). Gazette of the United Republic of Tanzania (No. 27; Vol. 91):1—35.

Government of the United Republic of Tanzania. 2011. Applications for tourist hunting blocks. Written by Tulizo Kilaga; dated February 10, 2011; available on the internet at: http://www.tanzania.go.tz/ministriesf.html; accessed on March 9, 2011.

Jones, T., Caro, T. and Davenport, T.R.B. (eds.). 2009. Wildlife Corridors in Tanzania. Unpublished Report. Tanzania Wildlife Research Institute (TAWIRI), Arusha.

Martin, R.B. 1986. *Establishment of African ivory export quotas and associated control procedures*. Report to CITES Secretariat.

Ministry of Natural Resources and Tourism (Tanzania). 2005. African Elephant Conservation in Tanzania. in litt.

Ministry of Natural Resources and Tourism (Tanzania). 2008. Questionnaire from US Fish and Wildlife Service on Elephants Conservation in Tanzania. in litt.

Nowak, R.M. 1999. Walker's mammals of the world. Sixth edition. Volume II. The Johns Hopkins University Press, Baltimore.

SC62 Doc. 46.1 (Rev. 1). 2012. Elephant Conservation, Illegal Killing, and Ivory Trade. Available online at: http://www.cites.org/eng/com/SC/62/E62-46-01.pdf.

SC62 Inf. 1. 2012. Supplementary information on document SC62 Doc. 46.1. Available online at: http://www.cites.org/eng/com/SC/62/Inf/E62i-01.pdf.

TAWIRI. 2007. *Elephant population estimates: Dry season 2006*. Tanzania Wildlife Research Institute in collaboration with NCAA, TANAPA and Wildlife Division. Commissioned by Wildlife Division. TAWIRI, Arusha.

TAWIRI. 2010a. *Elephant population estimates: Dry season 2009*. Tanzania Wildlife Research Institute in collaboration with NCAA, TANAPA and Wildlife Division. Commissioned by Wildlife Division. TAWIRI, Arusha.

TAWIRI. 2010b. *Status of the Major Elephant Populations of Tanzania 2009-2010*. TAWIRI Preliminary Report, 2010. Tanzania Elephant Management Plan Project. TAWIRI, Arusha.

TAWIRI. 2012. Tanzania Elephant Management Plan 2010-2015. TAWIRI, Arusha. Available online at: www.tawiri.or.tz/images/Conference/elephant_plan.pdf.

TEMP (Tanzania Elephant Management Plan). 2010. *Status of the major elephant populations of Tanzania 2009-2010*. Preliminary report January 2010, Tanzania Elephant Management Plan Project. TAWIRI, Arusha.

Wasser, S.K., Clark, B. and Laurie, C. 2009. The Ivory Trail. *Scientific American*, July 2009 (68-76).



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240



FEB 2 6 2013

**MEMORANDUM**

To:        Chief, Division of Management Authority

From:      Chief, Division of Scientific Authority  *Rosemarie Gnam*

Subject:   General Advice on Importation of Sport-hunted Trophies and Articles for
           Personal Use or Display that Were Made from Sport-hunted Trophies of African
           Elephants from Tanzania, for the Calendar Year 2013

---

This General Advice responds to your request for a finding as required under the Convention on
International Trade in Endangered Species of Wild Fauna and Flora (CITES) on various
applications for the importation of sport-hunted trophies of African elephants (*Loxodonta
africana*) from the United Republic of Tanzania (Tanzania) for calendar year 2013. This
General Advice also includes our finding on applications for the import of articles for personal
use or display that were made from sport-hunted trophies of African elephants (*Loxodonta
africana*) taken in Tanzania during calendar year 2013.

**Please be advised that, with the information currently available, we are able to find that the
importation of sport-hunted trophies of African elephants from Tanzania will be for
purposes that are not detrimental to the survival of the species. This General Advice
applies only to sport-hunted trophies of African elephants that were lawfully taken in the
Tanzania during calendar year 2013 (i.e., January 1, 2013, through December 31, 2013),
provided that they are to be imported by the persons who hunted them for personal use or
personal display.**

**Also, please be advised that the importation of articles made from sport-hunted trophies of
African elephants from Tanzania, for personal use or display, will not be detrimental to the
survival of the species provided the following conditions are met:**

1. The article(s) being imported must be from a sport-hunted trophy that the applicant hunted
   him/herself during calendar year 2013 (i.e., January 1, 2013, through December 31, 2013).

2. Import is for personal use or display (not for commercial purposes).

3. An appropriate amount of time has elapsed since the hunting of the trophy to allow for
   drying, curing, processing, and/or working/manufacturing of the article(s).

If the application **does not** meet the above criteria, it should then be referred to the Division of Scientific Authority for further review and a determination on whether this General Advice may be used or a specific advice is required.

If new information becomes available during 2013 that suggests that this General Advice is no longer valid, it will be suspended and reconsidered by the Division of Scientific Authority.  If, after reconsideration, the Division of Scientific Authority believes that the General Advice is no longer valid, we will issue a new General Advice or require that subsequent permit applications be considered on a case-by-case basis.

BASIS FOR ADVICE:

A significant amount of updated information relevant to this General Advice was made available by Tanzania's proposal to transfer its population of African elephants from Appendix I to Appendix II (CoP16 Prop. 11), which was submitted to the Sixteenth Meeting of the Conference of the Parties to CITES (CoP16).  Although Tanzania withdrew its proposal prior to CoP16 (http://www.cites.org/eng/news/sundry/2012/20121226_TZ_withdrawal.php), we used information from this proposal for the current finding, as noted below, because it represents the best available information.  Since Tanzania withdrew its proposal prior to CoP16, a Panel of Experts was not convened.  Therefore, as in our previous findings on this issue and as noted below, we have used relevant information from the Report on the Panel of Experts (CoP15 Doc. 68, Annex 6a) on Tanzania's proposal (CoP15 Prop. 4 (Rev.1)) that was submitted at the Fifteenth Meeting of the Conference of the Parties to CITES (CoP15).

In addition, since CoP15, a significant amount of new information relevant to this issue has become available, including:

- Documents from the 62nd Meeting of the CITES Standing Committee (Geneva 2012);
- Tanzania National Elephant Management Plan 2010-2015 (TAWIRI 2012);
- The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania 2009a);
- The Wildlife Conservation Act, 2009 (Act Supplement No. 5; 20th March, 2009; Government of the United Republic of Tanzania 2009b);
- The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25;  2nd July, 2010;  Government of the United Republic of Tanzania 2010); and
- Third African Elephant Meeting (1-3 November 2010; Gigiri, Kenya; various documents).

Much of the information used in making the current finding was derived from these sources, as noted below, as well as previously cited information (see AOSA106; dated July 23, 2010; Division of Scientific Authority 2010).

*General Advice on Import of Sport-hunted Trophies of African Elephants from Tanzania for the Calendar Year 2013*

Conservation and Management

1.  African elephants are widely distributed throughout Tanzania, covering approximately 39% of the country's total land surface area, an area of about 370,000 square kilometers ($km^2$) (TAWIRI 2010, *as cited in* CoP16 Prop. 11).  About 50% of the elephant's range in that country is in protected areas (PA) (CoP16 Prop. 11).  This proportion of protected range is relatively high compared to other African elephant range countries (Blanc *et al.* 2007).  These protected areas comprise about 28% of the country's land area, and elephants receive full protection in 19% of Tanzania's total land surface area (CoP16 Prop. 11).  Elephants occur within six ecosystems throughout the country, including: Tarangire-Manyara, Serengeti, Selous-Mikumi, Ruaha-Rungwa, Katavi-Rukwa, and Moyowosi-Kigosi (CoP15 Doc. 68, Annex 6a).  The network of PAs includes national parks (NP), Ngorongoro Conservation Area, game reserves (GR), game controlled areas (GCA), and wildlife management areas (WMA) in village lands.  Tanzania has recently put into place Wildlife Management Area Regulations (2012), a legal mechanism aimed at promoting the establishment of wildlife conservation areas outside of PAs administered by the central government.  These regulations allow local communities to establish wildlife management areas in village lands that offer conservation potential for wildlife.  This legal mechanism has enabled local communities to contribute to wildlife conservation and to benefit from conservation activities on their land.  This strategy has increased Tanzania's PA network by 29,000 $km^2$ and is expected to continue to add more land for wildlife conservation.  In Tanzania, elephants occur in 13 of the 15 national parks, in 24 of the 28 game reserves, in the Ngorongoro Conservation Area, and in some game controlled areas, forest reserves, wildlife management areas, and village lands (CoP16 Prop. 11).

2.  In addition, there are transboundary elephant populations in the Kilimanjaro-Amboseli, the Serengeti-Mara, and Tsavo-Mkomazi ecosystems along the Tanzania-Kenya border, and elephants move between the Selous in Tanzania and the Niassa in Mozambique (Blanc *et. al.* 2003, *as cited in* CoP16 Prop. 11) and between Kimisi-Ibanda in Tanzania and Akagera in Rwanda.  Tanzania cooperates with transboundary countries, especially Kenya and Mozambique, in cross-border law enforcement efforts (CoP16 Prop. 11).

3.  In Tanzania, the only consumptive use of African elephants is sport hunting (CoP16 Prop. 11), which is covered by The Wildlife Conservation (Tourist Hunting) Regulations, 2010 – (Government of the United Republic of Tanzania 2010).  These regulations control hunting by concession area, season, minimum trophy sizes (18 kg and 160 cm per tusk), annual quotas, post-hunt reporting, trophy registration, marking, and export requirements (CoP15 Doc. 68 Annex 6a; Part V, Regulation 24.-(5)(b)).

4.  The trophy quota for African elephants is distributed among approximately 150 hunting concessions/blocks (Ministry of Natural Resources and Tourism (United Republic of Tanzania), *in litt.*, 2008) with the number of trophy permits allotted to each concession determined by elephant survey information (Ministry of Natural Resources and Tourism, *in litt.*, 2005).

5. According to the Ministry of Natural Resources and Tourism (*in litt.*, 2008), 25% of the revenue accrued from the sport hunting of elephants goes to the conservation and protection of African elephants and other wildlife species through the Tanzania Wildlife Protection Fund, and 25% of the game fees received from hunters is given to the local communities in the areas where the sport hunting took place. More than 90% of the revenue of the Tanzania Wildlife Protection Fund is generated from fees associated with sport-hunting activities. Law enforcement for wildlife and wildlife products, including ivory, is primarily undertaken by a special anti-poaching unit, which is largely subsidized by the Tanzania Wildlife Protection Fund (CoP16 Prop. 11).

6. In addition to providing a source of revenue to local communities, sport hunting plays an important role in creating employment for the local community members, e.g., as trackers, skinners, tent and mess attendants, and guards (Ministry of Natural Resources and Tourism, *in litt.*, 2008). The Ministry of Natural Resources and Tourism (*in litt.*, 2008) also reported that the sport-hunting program assisted in curbing illegal harvesting and developing infrastructure such as roads, hospitals, and schools, as well as creating a market for local artwork.

7. According to Tanzania's proposal submitted (and later withdrawn) to CoP16 (CoP16 Prop. 11), 100% of the revenue from resident hunting is provided to District Councils to support community development projects, and conservation activities at the District level has improved conservation efforts by local authorities.

8. The 1998 Wildlife Policy of the United Republic of Tanzania was revised in 2007 and provides guidelines for the management of African elephants through the development, review, and updating of specific management plans (CoP15 Doc. 68, Annex 6a).

9. In the year 2012, Tanzania published its country-level strategy and action plan, the "Tanzania National Elephant Management Plan 2010-2015." This plan provides updated information on several biological and ecological topics, including: distribution and range, abundance, population trends and demography, elephant corridors, and human-elephant conflicts. It identifies nine different strategic objectives, as well as numerous specific objectives and their associated targets, actions, timelines, actors, and indicators. The strategic objectives include: Human-Elephant Conflict, Elephant Corridors, Law Enforcement, Benefits and Sustainable Utilization, Ivory Stockpile and Management System, Research and Monitoring, Elephant Health and Welfare, Cross-border Cooperation, and Elephant Information Management (TAWIRI 2012).

Population Status and Trends

10. In 2006, the Tanzania Wildlife Research Institute (TAWIRI 2007, *as cited in* CoP15 Doc. 68, Annex 6a) estimated the African elephant populations of Tanzania at $139,915 \pm 12,338$ (SE) animals based on census surveys covering $227,328 \text{ km}^2$ conducted using both total and sample counts. According to the Panel of Experts, this estimate was not significantly different from that

of $111,475 \pm 18,728$ (95% CL) elephants estimated in 2000-2003. The Panel of Experts noted that the 2006 estimate did not include 2,873 additional elephants from areas not formally surveyed, which provided a country-wide "best estimate" of $142,788 \pm 12,405$ (SE) elephants in 2006 (CoP15 Doc. 68, Annex 6a). In 2006, according to the African Elephant Status Report (Blanc *et al.*, 2007), the "definite" category estimate was 108,816 elephants, in addition to 27,937 "probable," 29,350 "possible," and 900 "speculative" category estimates.

11. In 2009, a similar survey covering $229,318 \text{ km}^2$ across the same six ecosystems produced a total population estimate of $105,439 \pm 6,080$ (SE) African elephants (TAWIRI 2010a, *as cited in* CoP15 Doc. 68, Annex 6a). A "best estimate," which included an additional 3,583 elephants, provided a country-wide estimate of $109,022 \pm 6,135$ (SE) elephants in 2009. The Panel of Experts noted that these results suggested a significant decline compared to the 2006 estimate of 142,788 elephants and that the decline could be attributed largely to a downward population trend recorded in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a); however, Tanzania later clarified that the methodological issues during the 2006 survey is believed to have resulted in an overestimate, and therefore, the two years' results cannot be compared due to different study techniques. Although surveys were conducted in 2011 in the Selous-Mikumi and Ruaha-Rungwa ecosystems and 2012 in the Katavi-Rukwa, Burigi Biharamuro and Moyowosi-Kigosi ecosystems), the final survey results have not yet been made available (CoP16 Prop. 11).

12. Demographic parameters were calculated between 2009 — 2010 from 2,182 African elephants from six major elephant populations in Tarangire, Serengeti, Ruaha-Rungwa, Selous, Katavi-Rukwa, and Ugalla (TAWIRI 2012). This demographic survey of African elephants revealed that the proportion of the population < 5 years of age varied from 41% in Tarangire to 25% in Ugalla River Game Reserve, with values above 30% (Tarangire, Selous, Serengeti, and Ruaha-Rungwa). These results were indicative of good to high growth rates. The Panel of Experts, citing Foley and Faust (2010), further pointed out that Tarangire had a growth rate of > 6% and was one of the highest growth rates ever recorded for an African elephant population. It was noted that those populations with the proportion of their herds < 5 years of age below 30% (Katavi and Ugalla Game Reserve), which is indicative of low recruitment and growth rates, suggested one or more population stressors, such as higher infant mortality or increased stress associated with human-elephant conflict or illegal activity (i.e., poaching) (CoP15 Doc. 68, Annex 6a).

13. The Panel of Experts concluded that while estimates at that time suggested that the Tanzanian African elephant populations were stable or possibly decreasing, elephant populations still remained large (> 100,000 individuals) and were demographically healthy. The Panel of Experts noted that the populations of African elephants were geographically widespread across the country and occupied diverse ecosystems, and that a high proportion of the populations (> 80% individuals) occupied protected areas. In the overall opinion of the Panel of Experts, the African elephant populations in Tanzania were currently viable at the time of the analysis (CoP15 Doc. 68, Annex 6a).

14. The Panel of Experts, however, raised concerns about the future mobility of the African elephant populations in Tanzania. They noted, for example, that associated human settlements were increasing in size and number around protected areas and were accompanied by increasing human-elephant conflicts. These settlements and the associated conflicts were probably the most important factors limiting the elephants' mobility and range. It was the opinion of the Panel of Experts that -- at the rates of habitat change and land conversion at the time -- the corridors that still remained in Tanzania would be converted to unsuitable habitat in less than 5 years (CoP15 Doc. 68, Annex 6a).

15. According to Jones *et al.* (2009), Tanzania was working to minimize risks to African elephants, other wildlife, people, and property through improvements in spatial planning involving the identification, maintenance, and restoration of wildlife corridors. The "Tanzania National Elephant Management Plan 2010-2015" lays out a strategic objective to restore lost corridors and to increase protection for corridors that are still in use (TAWIRI 2012).

Sustainability of Off-Take

16. In Tanzania, African elephant deaths occur as a result of several factors, including: 1) natural mortality; 2) trophy hunting; 3) problem animal control; and 4) poaching. In order to evaluate whether off-take from trophy hunting is sustainable, all losses to the African elephant population must be considered.

*Legal Off-Take*

17. Since 2007, the annual CITES Export Quota for Tanzania has been 400 tusks (sport-hunting quota of 200 elephants). During 2003-2006, the quota was 200 tusks from 100 individuals, while during 1997-2002 the quota was 100 tusks from 50 individuals. Tanzania, however, typically has not exported its full quota allotment in sport-hunted trophies or African elephant tusks. During 1997-2009, for example, annual tusk exports typically were about 40-45% of the allowed quantities and never exceeded the approved annual quota (UNEP-WCMC CITES Trade Database; available on the internet at: http://www.unep-wcmc.org/citestrade; accessed on 8 March 2010).

18. The Panel of Experts also assessed the sustainability of legal off-take from African elephant populations in Tanzania. Complete records on natural mortality for the entire country or on the killing of problem elephants were not available, but the Panel of Experts was able to estimate the level of such off-take by analyzing the data from the ivory store databases of Tanzania. Based on 21 years of data for that country, an average of 231 elephants died annually from natural mortality, while another 287 individuals died annually from elephant control measures (CoP15 Doc. 68, Annex 6a).

19. Based on a sport-hunting quota of 200 African elephants, as well as the estimates cited earlier for natural mortality and problem animal control in Tanzania, the Panel of Experts

estimated that the overall legal off-take of African elephants from the several populations in that country was about 718 annually, which was 0.7% of the 2009 elephant population estimate of 109,022 individuals.  Even if natural mortalities were considerably higher due, for example, to low carcass detection rates by observers in difficult terrain, the Panel of Experts believed that the legal off-take was still less than the annual population growth rate of 3-5% and, therefore, was sustainable (CoP15 Doc. 68, Annex 6a).

20.  The Panel of Experts also assessed whether the hunting of trophy-quality males in Tanzania was sustainable.  According to an earlier analysis by Martin (1986), an annual harvest rate of 0.5-1.0% of the total African elephant population was sustainable.  Based on the available population information, the Panel of Experts estimated that nationwide there was a potential off-take of 325 trophy-quality African elephant males (0.3% of the total population; CoP15 Doc. 68, Annex 6a).  The Panel of Experts noted that this value of 0.3% was less than the value of 0.5-1% of total African elephant numbers and concluded that the hunting was sustainable.

*Illegal Off-Take*

21.  According to the Panel of Experts, official poaching statistics provided by the Wildlife Division of Tanzania indicated 258 reported poaching incidents that were detected during 2005-2009, including 82 poaching incidents in 2009, the highest number poached annually during that time period.  The Panel of Exports noted, however, that the total number of poaching incidents was likely underestimated given low African elephant carcass detection rates (CoP15 Doc. 68, Annex 6a).

22.  The Panel of Experts cited the following evidence that poaching has led to elephant population declines in the Selous-Mikumi ecosystem:

> *a) PIKE values collected at the Selous-Mikumi MIKE site have progressively increased between 2003 and 2009 (CITES Secretariat, 2010).*
>
> *b) Joint Wildlife Division/Selous Rhino Project aerial observations and foot patrols recorded more than a threefold increase in encounter rates of recently dead elephant carcasses between 2007 and 2008 (TAWIRI, 2010b).*
>
> *c) Tourism operators operating in the northern Selous reported to the Panel an increase in elephant (and other wildlife) poaching since 2007/8, including several incidents close to tourist camps.*
>
> *d) A significant proportion of the large seizures of ivory made in Asia in 2006 have been traced by forensic DNA work to elephants killed in the Selous-Niassa area (Wasser et al., 2009).*
>
> Note:  PIKE = Proportion of illegally killed elephants

23.  The Panel of Experts also pointed to evidence that the Selous-Mikumi ecosystem was a "hotspot" for African elephant poaching.  They observed that the ivory that had been collected by wildlife enforcement officials at Udzungwa National Park was from confiscations.  According to these officials, the confiscations consisted of illegally-sourced ivory coming out of nearby Kilombero Game Controlled Area in the Selous-Mikumi ecosystem.  In addition, the highest number of tusks confiscated by field-based Wildlife Division offices originated from Morogoro and Lindi, which are adjacent to the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a).

24.  Given the factors discussed above, the Panel of Experts concluded that the level of off-take at that time was not sustainable in the Selous-Mikumi ecosystem, which represents about 40% of the total African elephant population in Tanzania.  They also noted, however, that legal and illegal off-take appeared to be sustainable in the five other elephant ecosystems where the populations were stable or increasing.  Expressing concern about the potential for off-take levels in the Selous-Mikumi ecosystem to have a future negative impact on the African elephant population as a whole, the Panel of Experts stated:

> *"Whilst not unequivocally substantiated, the Selous-Mikumi situation described above could affect long-term population sustainability."*
> (CoP15 Doc. 68, Annex 6a)"

25.  Based on a more recent analysis of MIKE data, the levels of illegal killing across the African elephants' range are of serious and increasing concern.  Between 2009 and 2011, PIKE values remained high at the Selous-Mikumi MIKE site (SC62 Inf. 1).  Moreover, a March 2012 IUCN African Elephant Specialist Group survey indicated that poaching over the previous 12 months had increased in sites in Tanzania (SC62 Doc. 46.1 (Rev. 1)).

26.  Another concern of the Panel of Experts, which relates to the commitment by Tanzania to combat poaching, was the financial mechanism by which the Wildlife Division was funded.  The Wildlife Division's revenue share is paid directly to the central Treasury, and the Treasury is then supposed to distribute the budgeted monies to the Wildlife Division.  The Panel of Experts raised the concern that over a 3-year period (2007-2009), the Wildlife Division had received only 63% (USD 2,634,975 per year) of its approved budget from the central Treasury.  The Panel noted that given these funding limitations, the Wildlife Division would not be able to meet its needs and obligations regarding the conservation, management, and protection of African elephants.  The Panel of Experts also noted, however, that between 2005 and 2009, the Tanzania Wildlife Protection Fund contributed on average a total of USD 12,894,564 annually to the Wildlife Division.  According to the Panel of Experts, these funds, when combined with the Treasury allocations, should have put the Wildlife Division in a "strong position" to meet its enforcement obligations, including containment of threats to elephants in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a).  Reported elephant poaching levels in the Selous-Mikumi ecosystem, however, suggest that enforcement may have been inadequate.

27.  The Panel of Experts also noted that the national parks and the Ngorongoro Conservation Area Authorities of Tanzania were adequately funded because they generated and retained 100% of their revenue share through park and conservation area fees (CoP15 Doc. 68, Annex 6a).

28.  Although the Panel of Experts raised concerns over the illegal killing of elephants in the Selous-Mikumi ecosystem, they also acknowledged the efforts by authorities of Tanzania to combat the increases in poaching.  For example, in July 2009, a series of planning meetings led to anti-poaching patrols that were joint and cooperative, and involved rangers and scouts from the Selous Game Reserve, the Udzungwa Mountains National Park, and the Mikumi National Park.  In December 2009, for example, the commander of special police operations led an anti-poaching operation, code-named "Operation Butterfly," in the Selous Game Reserve.  This operation led to the arrest of 70 poachers and the recovery of elephant and hippopotamus ivory (Midala 2010, *as cited in* TAWIRI 2012).  Noting these, as well as other anti-poaching efforts by the Tanzanian authorities, the Panel of Experts stated:

> *"There is a clear indication of concern by the authorities to minimize poaching of elephant and other wildlife species.  The various efforts to deploy staff and execute special anti-poaching operations in various parts of the country, particularly in the vast Selous Game Reserve, are noteworthy."*
> (CoP15 Doc. 68, Annex 6a).

29.  The Director of Wildlife of Tanzania informed the Panel of Experts that regulations were being finalized to implement The Wildlife Conservation Act, 2009, which would reportedly increase revenue retention, increase penalties up to 30 years, and provide additional powers to law enforcement personnel (CoP15 Doc. 68, Annex 6a).  Copies of those laws and regulations were provided to the U.S. Fish and Wildlife Service (Service) at a February 17, 2011, meeting with Tanzanian officials.

30.  The "Tanzania National Elephant Management Plan 2010-2015" is based on several new wildlife laws and implementing regulations (TAWIRI 2012):  The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania 2009a);  The Wildlife Conservation Act, 2009 (Act Supplement No. 5;  20th March, 2009;  Government of the United Republic of Tanzania 2009b);  and The Wildlife Conservation (Tourist Hunting) Regulations, 2010  – (Subsidiary Legislation Supplement No. 25;  2nd July, 2010;  Government of the United Republic of Tanzania 2010).  During the February 2011 meeting, the Service received copies of these measures, but it was not clear when they would be fully implemented.  For example, the Subsidiary Legislation (Supplement No. 25;  2nd July, 2010) of The Wildlife Conservation (Tourist Hunting) Regulations, 2010, in Part V, 24.-(5)(b), directs that no person shall hunt an elephant with tusks weighing below 18 kg per tusk or measuring not less than 160 cm per tusk (Government of the United Republic of Tanzania 2010).  In another example, the Act Supplement (No. 5; 20th March, 2009) of The Wildlife Conservation Act, 2009, in Part IV, calls for the protection of wildlife corridors, dispersal areas, buffer zones, and migratory routes (Government of the United Republic of Tanzania 2009b).  Both of these measures are critically

important to the conservation of the African elephant, but it is not clear when they will become operational and backed by the force of law in Tanzania. Until the new laws are fully implemented, these African elephant conservation and management measures, while improving, are still in a transitional phase.

Conclusion

31. With the information currently available, we believe that the status of the African elephant population in Tanzania and ongoing management efforts in that country are adequate to ensure that the sport hunting of African elephants, as administered by the Government of the United Republic of Tanzania, does not adversely affect the status of the species in Tanzania.

32. Therefore, for calendar year 2013, we find that the import of sport-hunted trophies of African elephants taken in Tanzania will be for purposes that are not detrimental to the survival of the species.

33. We acknowledge that applicants sometimes request authorization to import various articles that have been made from their sport-hunted trophies taken in Tanzania, yet the articles do not fall under the Service's current definition of "sport-hunted trophy" according to the Service's regulations at 50 CFR 23.74 (see AOSA 96, *General Advice on Import of Articles Made from Sport-hunted Trophies of African Elephant from Botswana, Namibia, South Africa, and Zimbabwe, for Personal Use or Display*).

34. Such articles, when made from the applicant's personally sport-hunted trophy and are to be imported for the applicant's personal use, are not expected to negatively affect the conservation status of this species in the wild or stimulate additional trade in wild-taken specimens.

35. Therefore, since we have found that the import of sport-hunted trophies of African elephants taken in Tanzania will be for purposes that are not detrimental to the survival of the species, we also find that the importation of articles made from sport-hunted trophies of African elephants from Tanzania, for personal use or display, will not be detrimental to the survival of the species provided the following conditions are met:

1. The article(s) being imported must be from a sport-hunted trophy that the applicant hunted him/herself during calendar year 2013 (i.e., January 1, 2013, through December 31, 2013).

2. Import is for personal use or display (not for commercial purposes).

3. An appropriate amount of time has elapsed since the hunting of the trophy to allow for drying, curing, processing, and/or working/manufacturing of the article(s).

CONCERNS:

Although we are able to make the current non-detriment finding, we still have concerns about the future sustainability of the total levels of off-take from the African elephant populations in Tanzania. These concerns – in part -- were also noted by the Panel of Experts (CoP15 Doc. 68, Annex 6a):

A.    Efforts have been made by Tanzania to combat poaching in the Selous-Mikumi ecosystem.  We also acknowledge that additional resources are available to promote the conservation status of the African elephant in that country, including:  "Tanzania National Elephant Management Plan 2010-2015" (TAWIRI 2012);  The Wildlife Conservation Act, 2009 (Government of the United Republic of Tanzania 2009a);  The Wildlife Conservation Act, 2009 (Act Supplement No. 5; 20th March, 2009;  Government of the United Republic of Tanzania 2009b); and The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25;  2nd July, 2010; Government of the United Republic of Tanzania 2010).  The Service is interested in receiving an update on whether the management and regulatory measures mentioned above have been fully implemented, and if not, the targeted time period for full implementation of these measures.  In particular, we remain concerned about the availability of future resources to combat poaching in Tanzania, especially in the Selous-Mikumi ecosystem.  In this regard, we are interested in receiving updated information on recent initiatives and their effectiveness in combating poaching in Tanzania, particularly in the Selous-Mikumi ecosystem.

B.    It is our understanding that elephant population surveys were conducted in Tanzania during 2011 and 2012, but the results have not yet been made available.  We are interested in receiving these results as soon as they become available.

C.    We note that most of the 23 known elephant corridors in Tanzania are in poor condition (TAWIRI 2012).  We recognize that the "Tanzania National Elephant Management Plan 2010-2015" includes a strategic framework for increasing protection for these corridors and for restoring lost corridors and that laws and regulations are available to protect these corridors.  Given the importance of protecting these corridors from ongoing threats and the risks to the African elephant populations in the future as a result of human-elephant conflict in and around these areas, we are interested in receiving updated information on Taznania's success to date in achieving its objectives related to the protection of African elephant corridors, as laid out in the "Tanzania National Elephant Management Plan 2010-2015" (TAWIRI 2012).

D.    Given the uncertainty about the current population size and trends of African elephants in Tanzania, especially in the Selous-Mikumi ecosystem, we will continue to monitor African elephant population survey results, as well as overall harvest quotas and off-take levels for this species in Tanzania.

*General Advice on Import of Sport-hunted Trophies of African Elephants from Tanzania for the Calendar Year 2013*

REFERENCES:

Blanc, J.J., R.F.W. Barnes, G.C. Craig, H.T. Dublin, C.R. Thouless, I. Douglas-Hamilton, and
    J.A. Hart. 2007. *African Elephant Status Report 2007: An Update from the African
    Elephant Database*. IUCN/SSC African Elephant Specialist Group. IUCN, Gland,
    Switzerland. Available online at: http://www.african-elephant.org/aed/pdfs/aesr2007.pdf.

CITES Secretariat. 2010. *Monitoring of Illegal hunting in elephant range States.* Document
    CoP15 Doc. 44.2 presented at the 15th meeting of the Conference of the Parties to
    CITES.

CoP15 Doc. 68 Annex 6a). 2010. Report of the Panel of Experts ... Appendix II (Tanzania).
    Available online at: http://www.cites.org/eng/cop/15/doc/E15-68A06a).pdf.

CoP15 Doc. 68 Annex 6b). 2010. Report of the Panel of Experts ... Appendix II (Zambia).
    Available online at: http://www.cites.org/eng/cop/15/doc/E15-68A06b).pdf.

CoP15 Prop. 4 (Rev. 1). 2010. Transfer the population of the United Republic of Tanzania from
    Appendix I to Appendix II with an annotation. Available online at:
    http://www.cites.org/eng/cop/15/prop/E-15-Prop-04.pdf.

CoP16 Prop. 11. 2012. Transfer the population of the African elephant, *Loxodonta africana*, of
    the United Republic of Tanzania from Appendix I to Appendix II (with an annotation)
    (Note: proposal withdrawn). Available online at:
    http://www.cites.org/eng/cop/16/prop/E-CoP16-Prop-11.pdf.

Department of Wildlife. 2001. Management Plan for the African Elephants, *Loxodonta africana*
    in Tanzania. Dar es Salaam, Tanzania.

Division of Scientific Authority. 2009. General advice on import of articles made from sport-
    hunted trophies of African elephant for personal use or display. U.S. Fish and Wildlife
    Service, Arlington, Virginia. [Reference: AOSA 96]

Division of Scientific Authority. 2010. General advice on import of sport-hunted trophies of
    African elephant from Tanzania for the calendar year 2010. U.S. Fish and Wildlife
    Service, Arlington, Virginia. [Reference: AOSA 106]

Foley, C.A.H., and Faust, L.J. 2010. Rapid population growth in an elephant *Loxodonta
    africana* population recovering from poaching in Tarangire National Park, Tanzania.
    *Oryx* 44(2):205–212.

Government of the United Republic of Tanzania. 2009a. The Wildlife Conservation Act, 2009.
    Available online: http://faolex.fao.org/docs/pdf/tan97858.pdf; accessed March 9, 2011.

Government of the United Republic of Tanzania. 2009b. The Wildlife Conservation Act, 2009 (Act Supplement No. 5; 20th March, 2009). Gazette of the United Republic of Tanzania (No. 12; Vol. 90):165—256.

Government of the United Republic of Tanzania. 2010. The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25; 2nd July, 2010). Gazette of the United Republic of Tanzania (No. 27; Vol. 91):1—35.

Jones, T., Caro, T. and Davenport, T.R.B. (eds.). 2009. Wildlife Corridors in Tanzania. Unpublished Report. Tanzania Wildlife Research Institute (TAWARI), Arusha.

Martin, R.B. 1986. *Establishment of African ivory export quotas and associated control procedures*. Report to CITES Secretariat.

Ministry of Natural Resources and Tourism (Tanzania). 2005. African Elephant Conservation in Tanzania. *in litt*.

Ministry of Natural Resources and Tourism (Tanzania). 2008. Questionnaire from US Fish and Wildlife Service on Elephants Conservation in Tanzania. *in litt*.

Nowak, R.M. 1999. Walker's mammals of the world. Sixth edition. Volume II. The Johns Hopkins University Press, Baltimore.

SC62 Doc. 46.1 (Rev. 1). 2012. Elephant Conservation, Illegal Killing, and Ivory Trade. Available online at: http://www.cites.org/eng/com/SC/62/E62-46-01.pdf.

SC62 Inf. 1. 2012. Supplementary information on document SC62 Doc. 46.1. Available online at: http://www.cites.org/eng/com/SC/62/Inf/E62i-01.pdf.

TAWIRI. 2007. *Elephant population estimates: Dry season 2006*. Tanzania Wildlife Research Institute in collaboration with NCAA, TANAPA and Wildlife Division. Commissioned by Wildlife Division. TAWARI, Arusha.

TAWIRI. 2010a. *Elephant population estimates: Dry season 2009*. Tanzania Wildlife Research Institute in collaboration with NCAA, TANAPA and Wildlife Division. Commissioned by Wildlife Division. TAWARI, Arusha.

TAWIRI. 2010b. *Status of the Major Elephant Populations of Tanzania 2009-2010*. TAWIRI Preliminary Report, 2010. Tanzania Elephant Management Plan Project. TAWIRI, Arusha.

TAWIRI. 2012. Tanzania Elephant Management Plan 2010-2015. TAWIRI, Arusha. Available online at: www.tawiri.or.tz/images/Conference/elephant_plan.pdf.

TEMP (Tanzania Elephant Management Plan). 2010. *Status of the major elephant populations of Tanzania 2009-2010.* Preliminary report January 2010, Tanzania Elephant Management Plan Project. TAWIRI, Arusha.

Wasser, S.K., Clark, B. and Laurie, C. 2009. The Ivory Trail. *Scientific American*, July 2009 (68-76).



# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

FEB 2 1 2014

## MEMORANDUM

To:        Chief, Division of Management Authority

From:      Chief, Division of Scientific Authority *Rosemarie Gnam*

Subject:   General Advice on Importation of Sport-hunted Trophies of African Elephants
           taken in Tanzania in the Calendar Year 2014

---

This General Advice represents our CITES finding for permit applications that you might receive for the import of sport-hunted trophies of African elephants (*Loxodonta africana*) taken in the United Republic of Tanzania (Tanzania) in calendar year 2014.

Please be advised that, based on the available information, we are **unable** to determine that the importation of sport-hunted trophies of African elephants taken in Tanzania during calendar year 2014 will be for purposes that are not detrimental to the survival of the species.

If permit applications are received that include new or additional information showing that elephant management practices by the Government of Tanzania have led to the sustainability of its elephant population on a nation-wide basis, these applications should be referred to the Division of Scientific Authority for consideration on a case-by-case basis.

BASIS FOR ADVICE:

Since our analysis for the General Advice issued for calendar year 2013, several sources of information have become available indicating a significant decline in Tanzania's elephant population primarily due to poaching for ivory, including:

- *Aerial census of large animals in the Selous-Mikumi ecosystem, population status of African elephant* (TAWIRI 2013a);
- *Aerial census of large animals in the Ruaha-Rungwa ecosystem, population status of African elephant* (TAWIRI 2013b);
- A written report, *Recognition and tackling of the current elephant poaching crisis in Tanzania* (TEPS 2013a) and PowerPoint presentation, *Tackling the elephant poaching crisis in Tanzania* (TEPS 2013b), by the Tanzania Elephant Protection Society (TEPS) Task Force presented to the Parliamentary Committee of Land, Natural Resources and Environment, April, 2013;

- A report to the African Elephant Summit (Botswana, 2013), *Status of African elephant populations and levels of illegal killing and the illegal trade in ivory: A report to the African elephant summit* (CITES Secretariat *et al.* 2013);
- A report to the 16th Meeting of the CITES Conference of the Parties (CoP16 - Bangkok, Thailand, 2013), providing an update on Monitoring the Illegal Killing of Elephants (MIKE) (CoP16 Doc. 53.1), posted 11/30/2012, with an Addendum posted 2/19/2013; and
- A report to CoP16 (Bangkok, Thailand, 2013), providing an update on monitoring of illegal trade in ivory and other elephant specimens (CoP16 Doc. 53.2.2 (Rev. 1)), originally posted 12/12/2012, with a revision of the document posted 2/8/2013.

The new information provided by these sources is discussed below as it relates to our finding for the 2014 calendar year.

<u>Conservation and Management</u>

1. As recently as a few years ago, African elephants were considered to be widely distributed throughout Tanzania. As of 2009, they covered about 39% of the country's total land surface area (~370,000 square kilometers (km$^2$) (TAWIRI 2010) within six ecosystems, including: Tarangire-Manyara, Serengeti, Selous-Mikumi, Ruaha-Rungwa, Katavi-Rukwa, and Moyowosi-Kigosi (CoP15 Doc. 68, Annex 6a). The Selous-Mikumi ecosystem represented about 40% of the total elephant population in Tanzania (CoP15 Doc. 68, Annex 6a). At 31,040 square miles, the Selous-Mikumi ecosystem is Africa's largest protected area, and historically held East Africa's largest elephant population, followed by Ruaha-Rungwa (13,384 square miles) (Jones and Nowak 2013).

2. According to the Government of Tanzania, about 50% of the elephant's range in that country is in protected areas (PA) (CoP16 Prop. 11). This proportion of protected range is relatively high compared to other African elephant range countries (Blanc *et al.* 2007). These protected areas comprise about 28% of the country's land area, and elephants receive full protection in 19% of Tanzania's total land surface area (CoP16 Prop. 11). The network of PAs includes national parks (NP), Ngorongoro Conservation Area, game reserves (GR), game controlled areas (GCA), and wildlife management areas (WMA) in village lands. In the year 2012, Tanzania put into place Wildlife Management Area Regulations (2012), which provided a legal mechanism to promote the establishment of wildlife conservation areas outside of PAs administered by the central government. These regulations allow local communities to establish wildlife management areas in village lands that offer conservation potential for wildlife. This legal mechanism has the potential to enable local communities to contribute to wildlife conservation and to benefit from conservation activities on their land (CoP16 Prop. 11). Concerns have been raised, however, that WMAs have not effectively contributed to conservation (TEPS 2013a). The legal process developed by the Wildlife Department has been criticized as being complicated, overregulated, and lengthy, resulting in high transaction costs and making

compliance difficult. It is suggested that in order to make the WMA approach successful, it will need to be simplified (Baldus and Hahn 2009).

3. Historically, there have been transboundary elephant populations in the Kilimanjaro-Amboseli, the Serengeti-Mara, and Tsavo-Mkomazi ecosystems along the Tanzania-Kenya border (Blanc *et. al.* 2003), and elephants have moved between the Selous in Tanzania and the Niassa in Mozambique (Mpanduji *et al.* 2002). Tanzania also shares elephant populations with Rwanda – the Burigi Game Reserve in Tanzania and Akagera National Park in Rwanda (TAWIRI 2010). Tanzania cooperates with transboundary countries, especially Kenya and Mozambique, in cross-border law enforcement efforts (CoP16 Prop. 11); however, concern has been raised over the lack of effectiveness of cross-border cooperation in anti-poaching efforts (Baldus and Hahn 2009).

4. According to the Government of Tanzania (Tarimo, Severre, and Mduma, *in litt.* 2011), the following legal instruments govern wildlife conservation in Tanzania:
- Wildlife Policy, 2007, which provides guidelines for the management of African elephants through the development, review, and updating of specific management plans (CoP15 Doc. 68, Annex 6a);
- Wildlife Conservation Act No. 5 of 2009;
- Tanzania National Parks Act CAP. 282 (RE 2002); and
- Ngorongoro Conservation Area Act CAP. 284 (RE 2002).

5. Four different institutions have authority for management of wildlife in Tanzania:
- Tanzania National Parks (TANAPA), a Parastatal organization that manages 15 national parks (total area of 50,872 km$^2$);
- Ngorongoro Conservation Area Authority (NCAA), a Parastatal organization that manages the Ngorongoro Conservation Area (NCA) (total area of 8,300 km$^2$);
- Wildlife Division, an institution that manages 28 game reserves with an area of 112,564 km$^2$, about 38 game controlled areas with an area of about 161,521 km$^2$, and RAMSAR sites covering 249,856 km$^2$; and
- District Councils, local government institutions that collaborate with the Wildlife Division on wildlife conservation issues and facilitate the establishment and management of WMAs on village land (Tarimo, Severre, and Mduma, *in litt.* 2011).

6. Tanzania developed its country-level strategy and action plan, the "Tanzania National Elephant Management Plan 2010-2015" in 2010, and the plan was endorsed by the Minister for Natural Resources and Tourism on January 15, 2011. This plan provides updated information on several biological and ecological topics, including: distribution and range, abundance, population trends and demography, elephant corridors, and human-elephant conflicts. It identifies nine different strategic objectives, as well as numerous specific objectives and their associated targets, actions, timelines, actors, and indicators. The strategic objectives include: Human-Elephant Conflict, Elephant Corridors, Law Enforcement, Benefits and Sustainable Utilization, Ivory Stockpile and Management System, Research and Monitoring, Elephant Health

and Welfare, Cross-border Cooperation, and Elephant Information Management (TAWIRI 2010). It is unclear whether or to what extent the National Elephant Management Plan has been implemented to date.

7. The Tanzania National Elephant Management Plan 2010-2015 (TAWIRI 2010) identified that a substantial decrease in funding is an important factor that has influenced the protection of the elephant population in the Selous ecosystem. Prior to 2005, a Revenue Retention Scheme was being implemented in which 100% of the revenue from photographic tourism and 50% from hunting operations was retained for management of the Game Reserve (TAWIRI 2010). By 2003, the revenue had risen to USD 2,800,000, but following national budget reductions in 2004, the amount retained by the Reserve had dropped to about USD 800,000 by 2008 (UNEP 2008, as cited in TAWIRI 2010). The timing of the decrease in funding coincides with increased poaching in the Reserve, suggesting that anti-poaching operations are greatly under-funded (TAWIRI 2010). It has been reported that the Tanzanian Government terminated the Selous Revenue Retention Scheme following the end of the Tanzanian-German Selous Conservation Program in 2003 (Baldus and Hahn 2009).

8. In addition to concerns about the implementation of Strategic Objective 3, Law Enforcement, we are concerned about implementation of Strategic Objective 8, Elephant Utilization, which includes as an action item to, "Set realistic hunting quotas." Since 2007, the annual CITES export quota for Tanzania has been 400 tusks (sport-hunting quota of 200 elephants). During 2003-2006, the quota was 200 tusks from 100 individuals, while during 1997-2002 the quota was 100 tusks from 50 individuals (http://www.cites.org/eng/resources/quotas/index.php). Based on the available information, Tanzania's elephant population is now less than 70,000 elephants nation-wide (see paragraph 16), and according to the population trends shown in the Tanzania National Elephant Management Plan 2010-2015 (p. 10), the population has not been this low since the 1990's. According to the graph, the population in 1999 was estimated at about 75,000 elephants (TAWIRI 2010). During this time period, the quota was 100 tusks from 50 individuals, and the population appeared to be showing an increasing population trend. Despite the ongoing population decline and current estimated population figure, Tanzania has not adjusted its national export quota downward in response.

9. In Tanzania, the only consumptive use of African elephants is sport hunting (CoP16 Prop. 11), which is covered by The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Government of the United Republic of Tanzania 2010). These regulations control hunting by concession area, season, minimum trophy sizes (18 kg and 160 cm per tusk), annual quotas, post-hunt reporting, trophy registration, marking, and export requirements (CoP15 Doc. 68 Annex 6a; Part V, Regulation 24.-(5)(b)). According to the Government of Tanzania, sport hunting quota determinations for different areas take into account the density of elephants in those ecosystems (CoP16 Prop. 11).

10. According to Tanzania's proposal submitted (and later withdrawn) to CoP16 (CoP16 Prop. 11), 25% of the revenue accrued from the sport hunting and 100% of the revenue from resident

hunting goes to District Councils to support community development projects and conservation activities. In addition, 65% of the revenue from photographic tourism and 75% of the block fee in WMAs is given back to local communities. More than 90% of the revenue of the Tanzania Wildlife Protection Fund is generated from fees associated with sport-hunting and the sale of trophies. Law enforcement activities for wildlife and wildlife products, including ivory, are largely subsidized by the Tanzania Wildlife Protection Fund (CoP16 Prop. 11).

11. Despite the legal and management tools available to Tanzania for managing its elephant populations, population trends and data collected under the CITES program known as Monitoring the Illegal Killing of Elephants (MIKE) show, as discussed below, that elephant populations throughout Tanzania are declining, primarily due to rampant poaching. This ongoing crisis raises questions about the effectiveness of Tanzania's management and governance to protect elephants, particularly with respect to Strategic Objective 3, Law Enforcement, in the National Elephant Management Plan. In its findings on Tanzania's CoP15 (2010) proposal to down-list its elephant population from CITES Appendix I to Appendix II (Note: the proposal was rejected), the Panel of Experts questioned the commitment by Tanzania to combat poaching, raising concerns over the financial mechanism by which the Wildlife Division was funded. The Wildlife Division's revenue share is paid directly to the central Treasury, and the Treasury is then supposed to distribute the budgeted monies to the Wildlife Division. The Panel of Experts raised the concern that over a 3-year period (2007-2009), the Wildlife Division had received only 63% (USD 2,634,975 per year) of its approved budget from the central Treasury. The Panel noted that given these funding limitations, the Wildlife Division would not be able to meet its needs and obligations regarding the conservation, management, and protection of African elephants. The Panel of Experts also noted, however, that between 2005 and 2009, the Tanzania Wildlife Protection Fund contributed on average a total of USD 12,894,564 annually to the Wildlife Division. According to the Panel of Experts, these funds, when combined with the Treasury allocations, should have put the Wildlife Division in a "strong position" to meet its enforcement obligations, including containment of threats to elephants in the Selous-Mikumi ecosystem (CoP15 Doc. 68, Annex 6a). Reported elephant poaching levels in the Selous-Mikumi ecosystem, however, suggest that enforcement was inadequate.

12. Tanzania's high Proportion of Illegally Killed Elephants (PIKE) values indicate high poaching rates, which suggests weak governance in Tanzania (see paragraph 16 for PIKE values). Repeated analyses under the CITES MIKE program have identified that at the national level, governance, as measured by Transparency International's Corruption Perceptions Index (CPI), is the factor most strongly correlated with PIKE. Poaching levels are higher in countries where governance is weaker, and vice versa. It is suggested that poor governance likely facilitates the illegal killing of elephants and movement of illegal ivory by ineffective law enforcement and/or "active aiding and abetting by unscrupulous officials" (CITES Secretariat *et al.* 2013).

13. The MIKE analyses are consistent with information available from the Elephant Trade Information System (ETIS), a global illegal elephant trade tracking system operated by

TRAFFIC on behalf of the CITES Parties. According to an analysis of data from the ETIS presented at CITES CoP16, Tanzania was implicated as a significant player in the illegal ivory trade. In the ETIS analysis presented at CoP15, Tanzania was already identified as a country of concern with respect to large consignments of illicit ivory leaving the African continent. In the intervening three years, the ETIS data show that both Kenya and Tanzania continued to be the primary conduits for large shipments of ivory exported to Asia, together accounting for nearly half of the 34 large-scale ivory seizures by number and 58% of the associated weight of such seizures during the period 2009-2011(CoP16 Doc. 53.2.2 (Rev. 1). A recent TRAFFIC news article, drawing on ETIS data, reports that since 2009 Tanzania has made or been implicated in 18 large-scale ivory seizures (i.e., seizures that involved 500 kg or more in a single shipment). Of these seizures, Tanzania only made five, while the other 13 seizures were made outside of the country. In total, these seizures represented nearly 43 tons of ivory, representing the death of about 4,000 elephants (http://www.traffic.org/home/2014/1/27/tanzania-reshuffled-cabinet-should-address-poaching-urgently.html). Such large-scale transactions of ivory represent higher-level criminal activity, and the ETIS report to CoP16 suggests that governance issues could be responsible for Tanzania's low seizure and reporting rates (CoP16 Doc. 53.2.2 (Rev. 1)).

Population Distribution, Status and Trends

14. New census information was made publicly available in early 2014. The results of back-to back aerial surveys of the Selous-Mikumi and Ruaha-Rungwa ecosystems in October through November of 2013 show significant population declines (TAWIRI 2013a and 2013b) in both of these ecosystems. The Selous-Mikumi survey revealed an estimate of 13,084 (±1,816 SE) elephants, the lowest figure reported in this area since surveys began in 1976 (TAWIRI 2013a). This figure is down from an estimated 38,975 (± 2,644 SE) elephants in 2009 (TAWIRI 2009, *as cited in* TAWIRI 2013a), a decline of about 66%, which is significant ($d$-test = 8.07, $p$>0.05) (TAWIRI 2013a). The Ruaha-Rungwa survey revealed an estimate of 20,090 (±3,282 SE) elephants (TAWIRI 2013b), down from an estimated 31,625 (±2,890 SE) elephants in 2009 (TAWIRI 2010, *as cited in* TAWIRI 2013b), a decline of about 36.5%, which is significant ($d$-test = 2.6, $p$>0.05) (TAWIRI 2013b).

15. The latest update to Tanzania's population information in the African Elephant Database (http://www.elephantdatabase.org/preview_report/2013_africa/Loxodonta_africana/2012/Africa/Eastern_Africa/Tanzania) provides a best estimate for the year 2012, but does not reflect the new survey information discussed above from 2013. According to the 2012 estimate, the "definite" category estimate was 95,351 elephants, in addition to 10,278 "probable," 10,927 "possible," and 900 "speculative" category estimates. The new survey information would reduce the population estimate by about 37,426 individuals. Additional information below suggests that an updated population estimate would be revised downward even further.

16. Other information that indicates elephant populations are declining throughout Tanzania, includes:

a) Demographic surveys of the Katavi-Rukwa and Ugalla populations in 2009-2010 suggested that these populations were in distress. Survey results revealed that in each of these populations, the proportion of the herd less than 5 years of age was below 30% (TAWIRI 2010). These results are indicative of low recruitment and growth rates, suggesting one or more population stressors, such as higher infant mortality or increased stress associated with human-elephant conflict or illegal activity (i.e., poaching) (CoP15 Doc. 68, Annex 6a).

b) Anecdotal reports presented at a stakeholders meeting[1] held in Dar es Salaam (January 2013) to address elephant and other wildlife poaching issues in Tanzania (TEPS 2013a and 2013b) indicate that:

   o the Moyowosi population in northwest Tanzania may have been extirpated;
   o the population in the Ugalla ecosystem in western Tanzania is becoming unviable, with less than 500 elephants left;
   o the Katavi-Rungwa-Ruaha population in central Tanzania has been decimated by poachers;
   o elephants are almost absent from the Matambwe photo-tourism sector of the Selous Game Reserve and from the Kilombero Valley in southern Tanzania;
   o elephants in the southern Selous Game Reserve and Selous-Niassa corridor are being decimated by poachers;
   o Tanzania has lost 50% of its elephant population since 2007; and
   o the national population estimate is <70,000[2] elephants (*versus* 109,000 elephants in 2009 (TAWIRI 2010) and that if this rate of poaching continues, it is estimated that elephants will be extirpated from Tanzania within seven years.

c) Although Tarangire National Park in northeast Tanzania was cited in 2010 as having one of the highest growth rates (6%) ever recorded for an African elephant population (Foley and Faust 2010), it has been reported that since December 2011, there has been ongoing massive organized poaching within the park that has resulted in the illegal killing of at least 30 elephants in the year 2012 alone (Kideghesho *et al.* 2013). Demographic surveys of elephants from the Serengeti ecosystem during 2009-2010 were also indicative of good growth rates; however, the January 24, 2014, seizure of six pieces of elephant tusks in the Tarime District bordering the northern part of Serengeti National Park is an indication that not even the Serengeti ecosystem is free from poachers (http://allafrica.com/stories/201402070291.html).

d) Consistent with the population and anecdotal information available, recent information from the CITES MIKE program also suggests widespread population declines in

---

[1] This meeting was convened by the Tanzanian Elephant Protection Society (TEPS) and was attended by representatives from the Tanzania Ministry of Natural Resources and Tourism (Wildlife Division, Tunduru District Council, Morogoro Region), Tanzania National Parks (NP) (Udzungwa Mountains NP, Ruaha NP, and Mikumi NP), Wildlife Management Areas (WMA), photographic safari operators, hunting safari operators, researchers, NGOs, foreign donors, the press, and other interested individuals (TEPS 2013a).

[2] Note: this estimate was suggested prior to receipt of new information resulting from the 2013 aerial surveys of the Selous-Mikumi and Ruaha-Rungwa ecosystems.

Tanzania due to poaching. MIKE collects data at representative sites throughout Asia and Africa in order to measure trends in the levels of illegal killing of elephants and identifies factors associated with those trends. MIKE evaluates relative poaching levels based on the Proportion of Illegally Killed Elephants (PIKE), which is calculated as the number of illegally killed elephants found divided by the total number of elephant carcasses encountered by patrols or through other means, aggregated by year for each site (CITES Secretariat *et al.* 2013). A PIKE level of 0.5 or higher translates to a level of illegal annual offtake that is likely to be higher than the annual natural birth rate and, therefore, indicates that the elephant population is very likely to be in net decline (CoP16 Doc. 53.1). Within Tanzania, PIKE values suggest widespread population declines due to poaching. At the Selous-Mikumi MIKE site, Tanzania's sole World Heritage site, the 2011 PIKE was 0.64 (based on 224 carcasses), a nearly 27% increase over the 2002-2010 average of 0.50. At the Ruaha-Rungwa MIKE site, the 2011 PIKE was 0.94 (based on 34 carcasses), the highest ever recorded for that site. The PIKE was 0.86 (based on 29 carcasses) at the Katavi-Rukwa MIKE site (CoP16 Doc. 53.1).

17. Aside from concerns about population numbers, we are also concerned about the mobility of the African elephant populations in Tanzania. The Panel of Experts noted, for example, that associated human settlements were increasing in size and number around protected areas and were accompanied by increasing human-elephant conflicts. These settlements and the associated conflicts were probably the most important factors limiting the elephants' mobility and range. It was the opinion of the Panel of Experts that -- at the rates of habitat change and land conversion at the time -- the corridors that still remained in Tanzania would be converted to unsuitable habitat in less than 5 years (CoP15 Doc. 68, Annex 6a).

18. According to Jones *et al.* (2009), Tanzania was working to minimize risks to African elephants, other wildlife, people, and property through improvements in spatial planning involving the identification, maintenance, and restoration of wildlife corridors. The Tanzania National Elephant Management Plan lays out a strategic objective to restore lost corridors and to increase protection for corridors that are still in use (TAWIRI 2010). We do not have updated information on the status of the implementation of this strategic objective, but based on the information available we are particularly concerned about the viability of the Selous (Tanzania)-Niassa (Mozambique) corridor. According to the 2013 survey of the Selous ecosystem only 32 elephants were counted within the Selous portion of the corridor, resulting in an estimate of 1,006 ± 810 (SE) elephants (TAWIRI 2013a). In addition, poaching in the Niassa Reserve has reached crisis levels, as evidenced by high carcass ratios (18%; population of 12,000 elephants) observed during October 2011 aerial surveys (WCS Mozambique *in litt.* 2014) (see paragraph 24 for an explanation of carcass ratios).

## Sustainability of Offtake

19. In Tanzania, African elephant deaths occur as a result of several factors, including: 1) natural mortality; 2) trophy hunting; 3) problem animal control; and 4) poaching. In order to

evaluate whether offtake from trophy hunting is sustainable, all losses to the African elephant population must be considered.

Legal Offtake

20. Since 2007, the annual CITES export quota for Tanzania has been 400 tusks (sport-hunting quota of 200 elephants). During 2003-2006, the quota was 200 tusks from 100 individuals, while during 1997-2002 the quota was 100 tusks from 50 individuals. Tanzania, however, typically has not exported its full quota allotment in sport-hunted trophies or African elephant tusks. This may be an indication that the quota is set too high.

21. Although complete records on natural mortality for the entire country or on the killing of problem elephants were not available, the Panel of Experts were able to estimate the level of such offtake by analyzing the data from the ivory store databases of Tanzania. Based on 21 years of data for that country, an average of 231 elephants died annually from natural mortality, while another 287 individuals died annually from elephant control measures (CoP15 Doc. 68, Annex 6a). These annual mortality rates continue to be the best estimates available for Tanzania and are cited and used by the Government of Tanzania (TAWIRI 2010).

22. Based on a sport-hunting quota of 200 African elephants, as well as the estimates cited earlier for natural mortality and problem animal control in Tanzania, the overall legal offtake of African elephants in Tanzania is about 718 elephants annually. Considering the current population estimate to be 70,000 elephants, which we believe is a significant over-estimate because it did not consider the most recent survey figures, the legal annual offtake would be estimated at about 1% of the population. This figure is less than the annual population growth rate of 3-5% (CoP15 Doc. 68, Annex 6a) and in itself would be considered sustainable; however, sustainability is measured against total offtake, including illegal offtake, discussed below.

Illegal Offtake

23. Based on the MIKE report presented to CoP16 (Bangkok, Thailand, 2013), the levels of illegal killing across the African elephants' range are of serious and increasing concern. There has been an ongoing increase in the levels of illegal killing of elephants in Africa since 2006, with 2011 showing the highest levels of poaching since MIKE records began in 2002. The increase in poaching between 2010 and 2011 is statistically significant. As highlighted in paragraph 16, within Tanzania, PIKE values suggest widespread population declines due to illegal offtake. At the Selous-Mikumi MIKE site, Tanzania's sole World Heritage site, the 2011 PIKE was 0.64 (based on 224 carcasses), a nearly 27% increase over the 2002-2010 average of 0.50. At the Ruaha- Rungwa MIKE site, the 2011 PIKE was 0.94 (based on 34 carcasses), the highest ever recorded for that site. The PIKE was 0.86 (based on 29 carcasses) at the Katavi-Rukwa MIKE site (CoP16 Doc. 53.1). A PIKE level of 0.5 or higher translates to a level of illegal annual offtake that is likely to be higher than the annual natural birth rate, indicating that the elephant populations are very likely to be in net decline (CoP16 Doc. 53.1). In other words,

the illegal offtake is unsustainable at these sites. Recent information presented at the African Elephant Summit (Botswana, 2013) indicates that in 2012 and the first six months of 2013, the trend in PIKE levels for Eastern Africa stabilized at levels close to those of 2011(CITES Secretariat *et al.* 2013), indicating that unsustainable illegal offtake levels are continuing.

24. Carcass analyses resulting from the 2013 Selous-Mikumi and Ruaha-Rungwa aerial surveys are consistent with MIKE data. Based on the surveys, there were an estimated 6,516 (± 534 SE) elephant carcasses in the Selous-Mikumi, spanning three years. Carcass analyses indicate that more than two thirds (67%) of these elephants were killed 18 to 30 months prior, with much fewer elephants being killed within the last 18 months (<5%). The carcass ratio for the Selous-Mikumi was calculated at 30%, which indicates unnaturally high mortality (TAWIRI 2013a). Natural mortality is represented by a ratio of about 7-8% (Douglas-Hamilton and Burrill 1991, *as cited in* TAWIRI 2013a). In the Ruaha-Rungwa ecosystem, there were an estimated 3,496 (±342 SE) elephant carcasses, spanning over a ten-year period. Carcass analyses indicate that relatively fewer elephants were killed in the last 12 months (<13%). The carcass ratio for the Ruaha-Rungwa was calculated at 14.6%, which indicates unnaturally high mortality (TAWIRI 2013b).

25. It is expected that data showing high levels of poaching would be concurrent with data showing high levels of illegal trade, and this is the case with Tanzania. As noted in paragraph 16, a recent TRAFFIC news article reports that since 2009 Tanzania has made or been implicated in 18 large-scale ivory seizures (i.e., seizures that involved 500 kg or more in a single shipment). Of these seizures, Tanzania only made five of these seizures, while the other 13 seizures were made outside of the country. In total, these seizures represented nearly 43 tons of ivory, representing the death of about 4,000 elephants (http://www.traffic.org/home/2014/1/27/tanzania-reshuffled-cabinet-should-address-poaching-urgently.html). Although information on the origin of ivory from these seizures is not yet available, a significant proportion of the large seizures of ivory made in Asia in 2006 have been traced by forensic DNA work to elephants killed in the Selous-Niassa ecosystem (Wasser *et al.* 2009).

Sustainability of All Offtake

26. In its findings on Tanzania's CoP15 (2010) proposal to down-list its elephant population from CITES Appendix I to Appendix II (Note: the proposal was rejected), the Panel of Experts noted that illegal hunting can reduce the sustainability of legal offtakes, potentially negatively impacting the population as a whole. The Panel raised concerns that the poaching in the Selous-Mikumi ecosystem, which was happening at that time, could affect the long-term population sustainability. While the Panel concluded that the level of offtake in the Selous-Mikumi ecosystem was not sustainable at the time, the Panel asserted that legal and illegal offtake appeared to be sustainable for other elephant ecosystems where populations were stable or increasing, namely the Tarangire-Manyara, Ruaha-Rungwa, Katavi-Rukwa, Moyowosi-Kigosi and Serengeti (CoP15 Doc. 68, Annex 6a). In recent years our findings have been made under the supposition that the populations mentioned above were stable or increasing, rendering the

overall Tanzania elephant population to be sustainable.  New information, however, indicates that the population decline is no longer restricted to the Selous-Mikumi ecosystem, but is occurring throughout Tanzania.  Estimates are that Tanzania is losing about 30 elephants per day to poaching, a rate far greater than replacement through natural reproduction (TEPS 2013a and 2013b).  This loss rate has recently been cited by TANAPA's Director General, Allan Kijazi (http://allafrica.com/stories/201402041257.html).

Conclusion

27.  Although Tanzania has put into place legal instruments, wildlife management authorities, and a National Elephant Management Plan, the national elephant population has plummeted, primarily due to the ongoing illegal killing of elephants.  Indications are that management resources have not been fully utilized and that governance in Tanzania is weak.  In its findings on Tanzania's CoP15 (2010) proposal to down-list its elephant population from CITES Appendix I to Appendix II, the Panel of Experts raised concerns about the mechanism Tanzania used for funding the conservation, management, and protection of African elephants; however, after reviewing the actual allocations to the Wildlife Division between 2005 and 2009, the Panel concluded that sufficient funding was available for Tanzania to meet its enforcement obligations during that time period.  The Panel of Experts also raised concern that the levels of offtake in the Selous-Mikumi ecosystem due to poaching was not sustainable at the time and could potentially affect long-term population sustainability.  At the time, the Panel asserted that legal and illegal offtake appeared to be sustainable for other ecosystems where elephant populations were stable or increasing, namely the Tarangire-Manyara, Ruaha-Rungwa, Katavi-Rukwa, Moyowosi-Kigosi and Serengeti.

28.  Our recent non-detriment findings followed the rationale laid out by the Panel of Experts and concluded that the import of sport-hunted trophies from Tanzania would be for purposes that are not detrimental to the survival of the species.  However, now new information indicates that the elephant declines in Tanzania are no longer restricted to the Selous-Mikumi ecosystem, but are occurring throughout the country.  MIKE analyses showing high levels of poaching at sites throughout Tanzania and ETIS data showing rampant, large-scale illegal ivory trade involving Tanzania, point to weak governance.

29.  We recognize that sport-hunting, as part of a sound management program, can provide benefits to wildlife conservation and that sport-hunting of elephants is not the primary cause of the decline of elephant populations in Tanzania.  However, given the significant decline in the elephant population due to uncontrolled poaching and questionable management and governance, we are concerned that additional killing of elephants, even if legal, is not sustainable and will not support effective elephant population recovery efforts in Tanzania.

30.  Therefore, we are **unable** to find that the importation of sport-hunted trophies of African elephants taken in Tanzania during calendar year 2014 will be for purposes that are not detrimental to the survival of the species.

REFERENCES:

Baldus, R.D. and R. Hahn. 2009. The Selous – Niassa Wildlife Corridor in Tanzania: Biodiversity Conservation from the Grassroots. Practical Experiences and Lessons from Integrating Local Communities into Trans-boundary Natural Resources Management. Joint publication of FAO and CIC. Budapest. 48 pp. Available online at: http://www.wildlife-baldus.com/download/transboundary.pdf.

Blanc, J.J., R.F.W. Barnes, G.C. Craig, H.T. Dublin, C.R. Thouless, I. Douglas-Hamilton, and J.A. Hart. 2007. African Elephant Status Report 2007: An Update from the African Elephant Database. IUCN/SSC African Elephant Specialist Group. IUCN, Gland, Switzerland. Available online at: http://www.african-elephant.org/aed/pdfs/aesr2007.pdf.

Blanc, J.J., C.R. Thouless., J.A. Hart., H.T. Dublin., I. Douglas-Hamilton., C.G. Craig and R.F.W. Barnes. 2003. African Elephant Status Report-2002: An update from the African Elephant Database. IUCN/SSCAfrican Elephant Specialist Group, Tanzania, 112 -117, IUCN, Gland, Switzerland and Cambridge, UK. Available online at: http://african-elephant.org/aed/aesr2002.html.

CITES Secretariat, IUCN/SSC African Elephant Specialist Group, and TRAFFIC. 2013. Status of African elephant populations and levels of illegal killing and the illegal trade in ivory: A report to the African elephant summit, December 2013. 19pp. Available online at: https://cmsdata.iucn.org/downloads/african_elephant_summit_background_document_20 13_en.pdf.

CoP15 Doc. 68 Annex 6a). 2010. Report of the Panel regarding the proposal of the United Republic of Tanzania. 19 pp. Available online at: http://www.cites.org/sites/default/files/eng/cop/15/doc/E15-68A06a_.pdf.

CoP16 Doc. 53.1. 2012. Monitoring the Illegal Killing of Elephants (MIKE). Sixteenth meeting of the Conference of the Parties, Bangkok (Thailand), 3-14 March 2013, 15 pp. Available online at: http://www.cites.org/sites/default/files/eng/cop/16/doc/E-CoP16-53-01.pdf.

CoP16 Doc. 53.2.2 (Rev. 1). 2013. ETIS Report of TRAFFIC. Sixteenth meeting of the Conference of the Parties, Bangkok (Thailand), 3-14 March 2013, 30 pp. Available online at: http://www.cites.org/sites/default/files/eng/cop/16/doc/E-CoP16-53-02-02.pdf.

CoP16 Prop. 11. 2012. Transfer the population of the African elephant, *Loxodonta africana*, of the United Republic of Tanzania from Appendix I to Appendix II (with an annotation) (Note: proposal withdrawn). Available online at: http://www.cites.org/sites/default/files/eng/cop/16/prop/E-CoP16-Prop-11.pdf.

Foley, C.A.H. and L.J. Faust. 2010. Rapid population growth in an elephant *Loxodonta africana* population recovering from poaching in Tarangire National Park, Tanzania. *Oryx* 44(2):205—212.

Government of the United Republic of Tanzania. 2010. The Wildlife Conservation (Tourist Hunting) Regulations, 2010 (Subsidiary Legislation Supplement No. 25; 2nd July, 2010). Gazette of the United Republic of Tanzania (No. 27; Vol. 91):1—35.

Jones, T., T. Caro and T.R.B. Davenport (eds.). 2009. Wildlife Corridors in Tanzania. Unpublished Report. Tanzania Wildlife Research Institute (TAWARI), Arusha. Available online at: http://www.tzwildlifecorridors.org/TzWildlifeCorridors.pdf.

Jones, T. and K. Nowak. 2013. Elephant declines vastly underestimated. *A Voice for Elephants*. December 16, 2013. National Geographic Society. Available online at: http://newswatch.nationalgeographic.com/2013/12/16/elephant-declines-a-view-from-the-field/.

Kideghesho, J.R., A.A. Rija, K.A. Mwamende and I.S. Selemani. 2013. Emerging issues and challenges in conservation of biodiversity in the rangelands of Tanzania. *Nature Conservation* 6:1-29.

Mpanduji, D.G., H. Hofer, T.B. Hilderbrandt, F. Goeritz, M.L.East. 2002. Movement of elephants in the Selous-Niassa wildlife corridor, southern Tanzania. *Pachyderm* 33:18-31.

Tarimo, E.E., E.L.M. Severre, and S. Mduma. 2011. *in litt.* Elephant Management Plan and Law Enforcement in Tanzania: A report presented at the meeting between Ministry of Natural Resources and the Department of Interior, Fish and Wildlife Service, Washington, D.C., 17 February 2011. 16 pp.

TAWIRI. 2013a. Aerial census of large animals in the Selous-Mikumi ecosystem, dry season 2013, population status of African elephant. Arusha, Tanzania, 11pp.

TAWIRI. 2013b. Aerial census of large animals in the Ruaha-Rungwa ecosystem, dry season 2013, population status of African elephant. Arusha, Tanzania, 12pp.

TAWIRI. 2010. Tanzania Elephant Management Plan 2010-2015. TAWIRI, Arusha, Tanzania, 95 pp. Available online at: www.tawiri.or.tz/images/Conference/elephant_plan.pdf.

TEPS. 2013a. Recognition and tackling of the current elephant poaching crisis in Tanzania. Report by Tanzania Elephant Protection Society (TEPS) Task Force to the Parliamentary Committee of Land, Natural Resources and Environment. April 2013. Dar es Salaam, Tanzania, 18pp. Available online at:

http://www.tanzaniaelephantprotectionsociety.org/images/PDFs/TEPS_Elephant_Crisis_Report_BUNGE1_April_2013.pdf.

TEPS. 2013b. Tackling the elephant poaching crisis in Tanzania. Presentation to the Parliamentary Committee of Land, Natural Resources and Environment. 23rd April 2013. Task Force, Tanzania Elephant Protection Society. Dar es Salaam, Tanzania, 28pp.

Wasser, S.K., B. Clark and C. Laurie. 2009. The Ivory Trail. *Scientific American*, July 2009. Pp. 68-76.

WCS Mozambique. 2014. *in litt.* Niassa Reserve expanded elephant protection program. USFWS WWB-AECF FY14 grant proposal (F13AS00357).