UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 14-cv-00670(ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| SALLY M. R. JEWELL, et al. | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**SAFARI CLUB INTERNATIONAL'S MOTION AND MEMORANDUM IN SUPPORT FOR LEAVE TO SUBMIT SUPPLEMENTAL DECLARATIONS WITH PRELIMINARY INJUNCTION REPLY BRIEF**

In accordance with L. R. Civ. P. 65.1(c), Safari Club International ("Safari Club") seeks leave from this Court to submit three supplemental declarations with its Reply Brief in Support of Motion of Safari Club International for a Preliminary Injunction ("PI Reply"). Safari Club's PI Reply is presently due on May 16, 2014. These declarations relate to matters directly relevant to and already addressed in the request for a preliminary injunction, but which, for the reasons described below, Safari Club was not able to submit with its motion. Safari Club provided Federal Defendants with copies of two of the declarations and described the contents of the third prior to the Federal Defendants' filing of their opposition brief. Nothing in the declarations should surprise or prejudice the Federal Defendants. The declarations are lodged with this motion for filing upon the granting of this motion.

Safari Club seeks to submit the declaration of Edson Chidziya, Director General of the Zimbabwe Parks and Wildlife Management Authority. Mr. Chidziya's declaration attests to the contents of Zimbabwe's Response to Questions Raised by the United States Fish and Wildlife Service to Address the USA Endangered Species Act" ("ZPWMA Response") that Safari Club

attached as Exhibit G to its Memorandum of Points and Authorities filed in support of its motion for a preliminary injunction ("PI Memorandum") Dkt 4.  Mr. Chidziya visited Washington, D.C. last week from May 7-9, 2014 to meet with representatives of the U.S. Fish and Wildlife Service ("FWS"), which made it possible for Safari Club to obtain his declaration at that time.  Mr. Chidziya's declaration is attached as Exhibit CCC to this Motion.

Safari Club also seeks to submit the declaration of Charles Jonga, Director of the Community Areas Management Program for Indigenous Resources ("CAMPFIRE").  The CAMPFIRE Program is referenced in six of the declarations that Safari Club submitted with its PI Memorandum as well as in Safari Club's PI Memorandum itself.  PI Memorandum at 24.  Mr. Jonga's declaration provides the Court with a detailed description of the CAMPFIRE Program and an explanation of its significance to hunting and to elephant conservation in Zimbabwe. Safari Club relies on Mr. Jonga's declaration to help further demonstrate the connection between hunting, importation and elephant conservation and the irreparable harm caused by Federal Defendants' importation ban on elephant conservation efforts in Zimbabwe.  Mr. Jonga visited Washington, D.C. for meetings with representatives of the FWS last week from May 7-9, 2014, which made it possible for Safari Club to obtain his declaration at that time.  Mr. Jonga's declaration is attached as Exhibit DDD to this motion.

Finally, Safari Club seeks to submit the declaration of Anna M. Seidman, Director of Litigation for Safari Club and lead counsel for Safari Club in this litigation.  Ms. Seidman's declaration explains that Safari Club submitted a Freedom of Information Act ("FOIA") Request to Federal Defendants on April 8, 2014 and that Safari Club did not receive the majority of Federal Defendants' response to the FOIA request until May 7th, a week after Safari Club filed its PI Motion.  Ms. Seidman's declaration describes the contents of several documents included

in the FOIA Response as well as Ms. Seidman's inability to locate other documents in that response.  Ms. Seidman's declaration and the documents that it discusses support Safari Club's standing arguments concerning the finality of Federal Defendants' decisions regarding the importation ban for both Zimbabwe and Tanzania.  The declaration also provides evidence of Federal Defendants' acknowledgement of the direct connection between sport hunting and importation by U.S. hunters and elephant conservation, which supports Safari Club's argument that the importation bans irreparably harm Safari Club's and its members' interests in elephant conservation.  As Safari Club did not receive the FOIA response from Federal Defendants until after filing its PI Motion, it was not possible for Safari Club to submit this declaration and supporting documents with its original PI Memorandum.  Ms. Seidman's declaration is attached as Exhibit EEE to this Motion.

   Safari Club corresponded with counsel for the Federal Defendants on Monday, May 12, 2014 to obtain their position on this motion.  On that date, Safari Club sent Federal Defendants' counsel copies of Mr. Chidziya's and Mr. Jonga's declarations to review as well as an explanation of Safari Club's intent to submit a declaration for Safari Club's lead counsel that "explains that SCI received the response to our FOIA request late last week and that references some of the documents (or lack thereof) in the response."  Safari Club did so to give Federal Defendants an opportunity to consider the contents of these declarations prior to the date that Federal Defendants were scheduled to file their Opposition to Safari Club's PI Motion.  Federal Defendants' counsel asked that Safari Club inform the Court that Federal Defendants would reserve their position on this motion until they had an opportunity to review it and would file an opposition or response within three days after Safari Club files this motion for leave.

WHEREFORE, Safari Club respectfully asks this Court to grant Safari Club leave to submit the declarations of Edson Chidziya, Charles Jonga and Anna M. Seidman as part of its PI Reply.

Dated:  May 15, 2014 Respectfully submitted,

s/ Anna M. Seidman
Anna M. Seidman
DC Bar No. 417091
Douglas S. Burdin
D.C. Bar No. 434107
Jeremy Clare
D.C. Bar No. 1015688
501 2nd Street NE
Washington, D.C.  20002
Tel:  202-543-8733
Fax:  202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org