SAFARI CLUB INTERNATIONAL v. SALLY M. R. JEWELL, *et al.*

Safari Club International's Motion and Memorandum in Support for Leave to Submit Supplemental Declarations with Preliminary Injunction Reply Brief

Case No.: 14-cv-00670 (ABJ)

# Exhibit CCC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL )<br>501 2nd Street NE )<br>Washington, DC 20002, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civ. No. 14-cv-00670(ABJ)<br>SALLY M. R. JEWELL, in her official ) DECLARATION OF<br>capacity as Secretary of the U.S. ) EDSON CHIDZIYA<br>Department of the Interior; )<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>an agency of the United States; )<br>DANIEL ASHE, in his official capacity as )<br>Director of the U.S. Fish and Wildlife Service; and )<br>U.S. FISH AND WILDLIFE SERVICE, )<br>an agency of the United States )<br>1849 C Street, NW )<br>Washington, DC 20240, )<br>)<br>Defendants. ) | |

I, Edson Chidziya, do hereby make an oath, depose and state as follows:

1. I am the Director General of Zimbabwe Parks and Wildlife Management Authority.

2. Zimbabwe Parks and Wildlife Management Authority sent a "Response to Questions Raised by the United States Fish and Wildlife Service to Address the USA Endangered Species Act" to the U.S. Fish and Wildlife Service on 17 April 2014. I approved the response and signed a cover letter to the U.S. Fish and Wildlife Service that accompanied the document.

3. To the best of my knowledge, the information contained in the document is true and correct

4. I submit this declaration in support of Safari Club International's efforts to challenge the U.S. Fish and Wildlife Service's decision to prohibit the importation of sport-hunted elephant trophies from Zimbabwe and Tanzania

1

in 2014.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing to the best of my knowledge is true and correct.

Dated this 8th day of May, 2014, at WASHINGTON, DC:

Edson Chidziya

2