SAFARI CLUB INTERNATIONAL v. SALLY M. R. JEWELL, *et al.*

Safari Club International's Motion and Memorandum in Support for Leave to Submit Supplemental Declarations with Preliminary Injunction Reply Brief

Case No.: 14-cv-00670 (ABJ)

# Exhibit EEE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAFARI CLUB INTERNATIONAL )
)
    Plaintiff, ) Civ. No. 14-cv-00670(ABJ)
)
v. )
)
SALLY M. R. JEWELL, et al. )
)
    Defendants )
)

**DECLARATION OF ANNA M. SEIDMAN**

I, Anna M. Seidman, being first duly sworn on oath, depose and state as follows:

1. I am the Director of Litigation for Safari Club International ("Safari Club"). I represent Plaintiff Safari Club as lead counsel in this litigation.

2. On April 8, 2014, Safari Club submitted a Freedom of Information Act request ("FOIA request") to the U.S. Fish and Wildlife Service ("FWS") for documents pertaining to current and previous enhancement findings and non-detriment findings for the importation of sport-hunted elephants from Zimbabwe and Tanzania. Ex. 1.

3. On April 24, 2014, the Division of Scientific Authority of the FWS sent Safari Club a partial response to the FOIA request. The response contained eight documents about Tanzania's elephant populations, but it did not contain any documents about Zimbabwe or the FWS's current or previous findings.

4. On April 29, 2014, the Division of Management Authority of the FWS sent Safari Club what it referred to as a "complete" response to the FOIA request in Compact Disk ("CD") form. The CD included in the response contained only a copy of Safari Club's FOIA request. I contacted Brenda Tapia of the FWS by telephone to inquire as to whether this was an error and received a telephone message on May 5, 2014 from Ms. Tapia that the FWS inadvertently failed to copy the full response onto the CD and would send a replacement disk promptly.

1

5. On May 7, 2014, Safari Club received a corrected CD containing the Division of Management Authority's asserted complete response to the FOIA request. The CD contained 751 pages of documents in a single file.

6. Among the documents on the CD was an "Information Memorandum for the Director" dated January 8, 2014 from Bryan Arroyo (prepared by Rosemarie Gnam and Roddy Gabel on January 3, 2014). Ex. 2 ("Memorandum for the Director"). The Memorandum for the Director indicates that the FWS knew as early as January 3, 2014 that Federal Defendants intended to ban the U.S. importation of sport-hunted elephants from Zimbabwe and Tanzania for 2014.

7. The Memorandum for the Director informed FWS Director Daniel Ashe that there was a "need for early engagement with the sport-hunting community to maintain positive relations and create opportunities for cooperative action to affect change," and that "there [were] key hunting conventions upcoming where African elephant hunts costing tens of thousands of dollars, including in Tanzania and Zimbabwe, are booked by hunters, including the Dallas Safari Club Convention (January 9-12, 2014) and the annual Safari club International Convention (February 5-8, 2014)." The memo "recommended[ed] that high-level outreach be considered prior to these meetings," and "that outreach to the sport-hunting community be undertaken before any messages about suspension of elephant trophy imports from Tanzania and Zimbabwe are disseminated broadly." Ex. 2, p. 2.

8. I thoroughly reviewed the documents that Safari Club received in response to its FOIA request. I found no documents indicating any outreach, high level or otherwise, before or after January 8, 2014 to representatives of Zimbabwe or Tanzania or to Safari Club International or to any other hunting organization or representative of the hunting community concerning the 2014 sport-hunted elephant importation ban from Zimbabwe and Tanzania. No document indicated outreach at the Conventions held in early 2014 or any outreach of any kind until April 3, 2014, the day before the ban was announced and implemented.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of May, 2014, at Washington, D.C.

Anna M. Seidman

2