UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL<br>501 2nd Street NE<br>Washington, DC 20002;<br>NATIONAL RIFLE ASSOCIATION OF<br>AMERICA<br>11250 Waples Mill Rd, 5N<br>Fairfax, VA 22030<br><br>    Plaintiffs,<br><br>v.<br><br>SALLY M. R. JEWELL, in her official<br>capacity as Secretary of the U.S.<br>Department of the Interior;<br>U.S. DEPARTMENT OF THE INTERIOR,<br>an agency of the United States;<br>DANIEL ASHE, in his official capacity as<br>Director of the U.S. Fish and Wildlife Service; and<br>U.S. FISH AND WILDLIFE SERVICE,<br>an agency of the United States<br>1849 C Street, NW<br>Washington, DC 20240,<br><br>    Defendants. | Civ. No. 14-cv-00670 (ABJ) |

APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the National Rifle Association of America.

                                              /s/_____
                                              Christopher A. Conte
                                              D.C. Bar # 430480
                                              NRA/ILA
                                              11250 Waples Mill Rd., 5N
                                              Fairfax, VA 22030

Telephone: (703) 267-1166
cconte@nrahq.org
*Attorney for National Rifle Association of America*