# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 14-cv-00670(ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| SALLY M. R. JEWELL, et al. | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## NOTICE OF ERRATA TO PROOF OF SERVICE

Please take Notice that Plaintiff, Safari Club International, hereby submits the following

Notice of Errata concerning the Proofs of Service filed on May 12, 2014.  The original Proofs of

Service did not contain the receipts and delivery confirmations, which are now attached as an

exhibit to the Amended Proof of Service.


Dated:  May 19, 2014                    Respectfully submitted,

                                        /s Anna M. Seidman
                                        Anna M. Seidman
                                        D.C. Bar No. 417091
                                        Safari Club International
                                        501 2nd Street NE
                                        Washington, D.C.  20002
                                        Tel:   202-543-8733
                                        Fax:  202-543-1205
                                        aseidman@safariclub.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, an electronic PDF of this Notice of Errata was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

<div style="margin-left:50%">

/s Anna M. Seidman
Anna M. Seidman
D.C. Bar No. 417091
Safari Club International
501 2nd Street NE
Washington, D.C.  20002
Tel:  202-543-8733
Fax:  202-543-1205
aseidman@safariclub.org

</div>

## AMENDED PROOF OF SERVICE

I, Anna M. Seidman, hereby certify that the Complaint and Summons in this case were

served pursuant to Federal Rules of Civil Procedure, Rule 4(i) by certified mail and addressed as

follows:

Ronald C. Machen, Jr.
US Attorney for the District of Columbia
555 Fourth St., NW
Washington, DC 20530;

Eric H. Holder, Jr.
U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530;

U.S. Department of the Interior
1849 C. Street NW
Washington, D.C.  20240;

U.S. Fish and Wildlife Service
1849 C Street NW
Washington, D.C. 20240;

Sally M.R. Jewell
U.S. Department of the Interior
1849 C Street NW
Washington, D.C.  20240;

Daniel Ashe
Director of the U.S. Fish and Wildlife Service
1849 C Street NW
Washington, D.C.  20240

The summons and complaint were mailed to the addresses above via First Class Mail,

Certified, Return Receipt Requested.  Return receipts indicate that the summons and complaint

were delivered to Daniel Ashe, the U.S. Fish and Wildlife Service and the U.S. Department of

the Interior on April 25, 2014 and to Ronald C. Machen, Jr., Sally M.R. Jewell and Eric H.

Holder Jr. on April 28, 2014.  Copies of the return receipt documents are attached as exhibits to

this filing. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

true and correct.


Dated:  May 19, 2014                          Respectfully submitted,

                                              /s Anna M. Seidman
                                              Anna M. Seidman
                                              D.C. Bar No. 417091
                                              Safari Club International
                                              501 2nd Street NE
                                              Washington, D.C.  20002
                                              Tel:   202-543-8733
                                              Fax:  202-543-1205
                                              aseidman@safariclub.org