

**UNITED STATES POSTAL SERVICE.**

Date: May 7, 2014

ANNA SEIDMAN:

The following is in response to your May 7, 2014 request for delivery information on your Certified Mail™ item number 70140510000031376246.  The delivery record shows that this item was delivered on April 25, 2014 at 12:49 pm in WASHINGTON, DC 20240. The scanned image of the recipient information is provided below.

Signature of Recipient :   *Delivery Section*
    ALFRED ADDISON

Address of Recipient :    DOI 20240

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



Date: May 7, 2014

ANNA SEIDMAN:

The following is in response to your May 7, 2014 request for delivery information on your Certified Mail™ item number 70140510000031376222. The delivery record shows that this item was delivered on April 25, 2014 at 12:49 pm in WASHINGTON, DC 20240. The scanned image of the recipient information is provided below.

Signature of Recipient :

ALFRED ADDISON

Address of Recipient :

DOI 20240

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sally M. R. Jewell
U.S. Dept of the Interior
1849 C. Street NW
Washington, D.C.
20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   *[signature: C. Wright]*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): A. Wright
C. Date of Delivery: 4-28-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 0510 0000 3137 6260

PS Form 3811, July 2013    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric H. Holder Jr.
U.S. Attorney General
950 Pennsylvania Ave NW
Washington, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☑ No

APR 28 2014

3. Service Type
   ☐ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 0510 0000 3137 6239

PS Form 3811, July 2013    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

APR 2 8 2014

1. Article Addressed to:

Ronald C. Machen, Jr.
U.S Attorney for the
District of Columbia
555 Fourth St N.W.
Washington, D.C.
          20530

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7014 0510 0000 3137 6215

PS Form 3811, July 2013         Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X G. Wright   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
A. Wright                         4-25-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer...)  7014 0510 0000 3137 6253

PS Form 3811, July 2013         Domestic Return Receipt

