AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Safari Club International, et al. )
Plaintiff )
v. ) Case No. 14-cv-00670 (ABJ)
Sally M.R. Jewell, et al. )
Defendant )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Safari Club International

Date:    05/21/2014                                    /s/ Jeremy E Clare
                                                      *Attorney's signature*

                                              Jeremy E Clare, Bar No. 1015688
                                                *Printed name and bar number*

                                                      501 2nd St., NE
                                                   Washington, D.C. 20002

                                                           *Address*

                                                  jclare@safariclub.org
                                                     *E-mail address*

                                                      (202) 543-8733
                                                    *Telephone number*

                                                      (202) 543-1205
                                                       *FAX number*