UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL<br>501 2nd Street NE<br>Washington, DC 20002;<br>NATIONAL RIFLE ASSOCIATION OF<br>AMERICA<br>11250 Waples Mill Rd, 5N<br>Fairfax, VA 22030<br><br>    Plaintiffs,<br><br>v.<br><br>SALLY M. R. JEWELL, in her official<br>capacity as Secretary of the U.S.<br>Department of the Interior;<br>U.S. DEPARTMENT OF THE INTERIOR,<br>an agency of the United States;<br>DANIEL ASHE, in his official capacity as<br>Director of the U.S. Fish and Wildlife Service; and<br>U.S. FISH AND WILDLIFE SERVICE,<br>an agency of the United States<br>1849 C Street, NW<br>Washington, DC 20240,<br><br>    Defendants. | Civ. No. 14-cv-00670 (ABJ) |

**Disclosure of Corporate Affiliation Interests and Financial Interests**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for <u>National Rifle Association of America</u>, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the <u>National Rifle Association of America</u> which have any outstanding securities in the hands of the public.

NONE

These representations are made in order that judges of this court may determine the need for recusal.

DATED this 23rd day of May, 2014.

                                                 /s/_____
                                                 Christopher A. Conte
                                                 D.C. Bar # 430480
                                                 NRA/ILA
                                                 11250 Waples Mill Rd., 5N
                                                 Fairfax, VA 22030
                                                 Telephone: (703) 267-1166
                                                 cconte@nrahq.org
                                                 *Attorney for National Rifle Association of America*