# EXHIBIT 4



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

In Reply Refer To:
FWS/AIA/OMA

Memorandum

MAY 6 1997

To: The File

From: Chief, Branch of Permits *[signature]*

Subject: Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Tanzania

The African elephant (<u>Loxodonta africana</u>) is listed as threatened under the U.S. Endangered Species Act with a special rule at 50 CFR 17.40(e). The special rule sets forth requirements for the import of sport-hunted trophies, including marking requirements for ivory. Under paragraph 17.40(e)(3)(iii)(C), the Service must make a finding that the killing of the elephant whose trophy is intended for import would enhance the survival of the species.

Based on available information, the OMA believes that Tanzania is effectively conserving and managing the elephant population throughout the country and finds that the import of sport-hunted elephant trophies from Tanzania enhances the survival of the species. This finding applies to all African elephant trophies lawfully taken in Tanzania, provided they are imported by the person who hunted them for personal use.

<u>Basis for Enhancement Finding:</u>

> ***Population Status***: Aerial surveys of elephant populations have been undertaken by the Tanzania Wildlife Conservation Monitoring (TWCM) unit at two- to three-year intervals to monitor population trends, distribution, and recovery. Ground survey techniques have also been incorporated. They involve scientists and field staff undertaking routine monitoring duties during law enforcement patrols to determine population trends, distribution, and age and sex ratios of key populations.
>
> Tanzania has the largest elephant population of any range state. In the early 1970's, the population was estimated at 365,000 elephants. By 1991, a population survey conducted by TWCM showed the population had dropped to approximately 57,334 elephants. This drop was primarily a result of extensive poaching which occurred during the 1970's and 1980's. A secondary factor was a reduction in habitat due to expanding human populations. The current estimates available indicate the population in Tanzania ranges from a low of 87,842 to a high of about 100,000 elephants.

*Management Program*: In 1974, Tanzania passed the Wildlife Conservation Act which allowed the government to establish protected areas for elephants. These areas were established as National Parks, Game Reserves, and Game Controlled Areas. The management plan outlined by Tanzania encourages the recovery of the elephant population and its management on a scientific basis. It provides for total protection of Tanzania's elephants within certain protected areas and their utilization through tourist game viewing. It also provides for controlled utilization of elephants through limited sport hunting in protected areas where appropriate. It encourages reductions in human-elephant conflicts by promoting enhanced community-based conservation programs and by the control of problem elephants.

In all National Parks and in the Ngorongoro Conservation Area, elephants are fully protected. Their habitats are managed to encourage recovery in terms of numbers and age structure, to preferred management densities for each habitat. Utilization of elephants in these areas is limited to tourist game viewing. In Game Reserves, elephants are protected and their habitats managed in the same manner as National Parks. However, utilization of elephants in these areas is comprised of limited sport-hunting and tourist game viewing.

In Game Controlled Areas and in Open Areas, the protection and recovery of elephants poses the greatest challenge due to increased human-elephant conflicts. As elephant populations recover they expand into areas surrounding unsettled protected areas. The increase in human population has led to a decrease in elephant habitat. In these areas, methods of utilization are incorporated which enhance the economic value of elephants to local communities. These methods include tourist game viewing, limited sport-hunting, and the sale to sport-hunters of problem animals. A policy of community-based conservation provides an economic incentive and return to local communities while encouraging tolerance for the elephant and sustainable use of natural resources.

*Regulations/Enforcement*: In Tanzania, all natural resources come under the jurisdiction of the Ministry of Tourism, Natural Resources and Environment. Within the Ministry is the Wildlife Department (WD) which is responsible for wildlife in Game Reserves, Game Controlled Areas and Open Areas. Under the Wildlife Conservation Act, elephants may only be hunted or utilized under a license issued by the Director of Wildlife. Elephants also need to meet requirements relating to tusks size and weight to be legally harvested. The only exception is elephants killed in defense of human life and property.

In 1989, "Operation Uhai" was undertaken by the WD in an effort to address the rampant poaching problem in Tanzania. The operation involved 200 men from WD and 1,000 each from the army and police at a cost of $4,210,000. It resulted in the recovery of 3,044 illegally taken tusks and the arrest and conviction of 2,607 poachers. The operation was credited with curtailing poaching activities in Tanzania. In addition, sentences for ivory poachers and dealers were increased from a few months jail sentence or fine to 30 years imprisonment. As of 1991, the WD employed 260 staff members in the anti-poaching unit. The Tanzania government has allowed the WD to retain 50 percent of the revenues from

sport-hunting of elephants to provide continued funding for law enforcement, anti-poaching activities, management and conservation programs.

*Sustainable Use*: The CITES Secretariat has provided documentation that Tanzania has established a quota of 50 elephants (100 tusks) for the 1997 hunting season. These quotas are established each year by the Ministry based upon measurements of trophy size and numbers shot in each area, from data on trends in population size, and age and sex structure.

Total levels of current and projected offtake from the Tanzania elephant population are sustainable. Each year problem animal control results in an estimated 500 to 1,000 elephants being taken annually due to human-elephant conflicts. The illegal hunting of elephants has been effectively curtailed as a result of increased anti-poaching efforts begun in 1989 by the WD.

The principle forms of utilization of the elephant in Tanzania involve tourist game viewing in National Parks, the Ngorongoro Conservation Area, and in certain areas of Game Reserves. The elephant is also utilized through limited sport-hunting inside designated areas of Game Reserves. Since the 1991 hunting season, hunters have been allowed to shoot only male elephants with tusks heavier than 25 kilograms or longer than 1.75 meters per tusk. Each hunting group is accompanied by an official from the WD. Tanzania's regulated sport-hunting industry has contributed to the reduction of illegally taken elephants and those killed through problem animal control.

In late 1994, three male elephants were shot by foreign sport hunters in Tanzania that had purportedly migrated over the border from Amboseli National Park, Kenya, into the Longido area of Tanzania. These elephants were believed to be part of a long-term research project in Kenya. In May of 1995, the Service received information from the Director of Wildlife, Tanzanian Ministry of Tourism, Natural Resources and Environment, indicating that hunting had been banned in the Longido area (except for the removal of problem elephants) to protect elephants, especially the old bulls, involved in long-term research and possibly migrating from Amboseli National Park, Kenya. The documents also indicated that the Governments of Tanzania and Kenya would be developing conservation strategies for cross-border populations of elephants shared by the two countries. Further information received in May of 1996 from the Director of Wildlife in Tanzania indicated that the hunting ban in the Longido area was still in effect. There have been no reports of any further problems occurring in this area. The ban includes all cross-border elephant populations in Tanzania. The following condition will be placed on all import permits for sport hunted elephants taken in Tanzania: "Elephants must not have been taken from any moratorium area including Longido Controlled Hunting Area (CHA)."

*CITES Implementation*: Under the Wildlife Conservation Act, elephants may be hunted or otherwise utilized under a license issued by the Director of Wildlife. All exports of sport-hunted elephant trophies from Tanzania will be in accordance with CITES and the Wildlife Conservation Act.