UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* )<br>)<br>)<br>Plaintiffs,            )<br>)   Civ. No. 14-cv-00670 (ABJ)<br>v.                                    )<br>)<br>SALLY M. R. JEWELL, *et al.*  )<br>)<br>)<br>Defendants.          ) | |

**UNOPPOSED MOTION TO FILE A SURREPLY BY PLAINTIFFS SAFARI CLUB INTERNATIONAL AND THE NATIONAL RIFLE ASSOCIATION OF AMERICA**

Safari Club International and the National Rifle Association of America ("SCI/NRA") request the opportunity to file the attached surreply to address arguments newly raised by Sally M. R. Jewell, U.S. Department of the Interior, Daniel Ashe, and U.S. Fish and Wildlife Service ("Federal Defendants") in their Reply in Support of Federal Defendants' Cross-Motion to Dismiss (Dkt. No. 23). Federal Defendants raised arguments for the first time on reply, alleging that: (1) some of SCI/NRA's claims are time barred by a statute of limitations; and (2) some of SCI/NRA's Zimbabwe claims are moot. Federal Defendants do not oppose SCI/NRA's request to file a surreply limited to those new arguments. *See* Fed Defs' Reply, at 1 n.2, Dkt. No. 23.

So that SCI/NRA can address these new arguments, the Court should grant SCI/NRA leave to file this surreply. "If the movant raises arguments for the first time in his reply to the non-movant's opposition, the court will either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments by granting leave to file a

sur-reply." *Baloch v. Norton*, 517 F. Supp. 2d 345, 348 n.2 (D.D.C. 2007), *aff'd* 550 F.3d 1191 (D.C. Cir. 2008).  "The district court routinely grants such motions [for surreply] when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled pleading." *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003), *quoting Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001); *see also Byrd v. Dist. of Columbia*, 271 F. Supp. 2d 174, 177 n.4 (D.D.C. 2003) (noting that where "counsel raises these arguments for the first time in his reply, thus effectively denying the plaintiff an opportunity to contest these points . . . usually the court either disregards the new arguments or grants the plaintiff leave to file a sur-reply.").

SCI/NRA respectfully request that the Court grant their motion to file a surreply addressing the new arguments raised by Federal Defendants in their reply brief on the motion to dismiss.  SCI/NRA have attached the proposed surreply and a proposed order granting leave to file the surreply with this motion.

Dated: June 13, 2014                                                             Respectfully submitted,

/s/Anna M. Seidman
Anna M. Seidman
D.C. Bar No. 417091
Douglas Burdin
D.C. Bar No. 434107
Jeremy Clare
D.C. Bar No. 1015688
501 2nd Street NE
Washington, D.C.
Tel: 202-543-8733
Fax: 202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

*Counsel for Plaintiff*
*Safari Club International*

Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff*
*National Rifle Association of America*