# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL ) <br> and ) <br> NATIONAL RIFLE ASSOCIATION OF ) <br> AMERICA ) <br>          ) <br>     Plaintiffs, ) <br>          ) <br> v.        ) <br>          ) Civ. No. 14-cv-00670 (ABJ) <br> SALLY M. R. JEWELL, in her official ) <br> capacity as Secretary of the U.S. ) <br> Department of the Interior; ) <br> U.S. DEPARTMENT OF THE INTERIOR, ) <br> an agency of the United States; ) <br> DANIEL ASHE, in his official capacity as ) <br> Director of the U.S. Fish and Wildlife Service; and ) <br> U.S. FISH AND WILDLIFE SERVICE, ) <br> an agency of the United States ) <br>          ) <br>     Defendants. ) | |

## CIVIL NOTICE OF APPEAL

Notice is given on the 17th day of June, 2014, that Plaintiffs/Appellants, Safari Club International and National Rifle Association of America[1] hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order, entered June 6, 2014, denying Plaintiffs' Motion for a Preliminary Injunction (Dkt. 24).

Dated this 17th day of June, 2014.

Respectfully submitted,

/s/Anna M. Seidman

---

[1] National Rifle Association of America (NRA) joined the case as a plaintiff after Safari Club International filed its Motion for Preliminary Injunction.

> Anna M. Seidman
> D.C. Bar No. 417091
> Douglas Burdin
> D.C. Bar No. 434107
> 501 2nd Street NE
> Washington, D.C.
> Tel: 202-543-8733
> Fax: 202-543-1205
> aseidman@safariclub.org
> dburdin@safariclub.org
>
> *Counsel for Plaintiff/Appellant*
> *Safari Club International*
>
> Christopher A. Conte (DC Bar No. 43048)
> National Rifle Association of America/ILA
> 11250 Waples Mill Rd., 5N
> Fairfax, VA 22030
> Telephone: (703) 267-1166
> Facsimile: (703) 267-1164
> cconte@nrahq.org
>
> *Counsel for Plaintiff/Appellant*
> *National Rifle Association of America*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2014, the foregoing document was filed with the Clerk of Court, causing it to be served on Defendants' counsel of record.

> /s/Anna M. Seidman
> Anna M. Seidman