IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, <br><br> Defendants. | Case No. 14-cv-00670-ABJ <br><br> **NOTICE OF PUBLICATION OF JULY ZIMBABWE FINDING IN THE FEDERAL REGISTER** |

   Defendants hereby notify the Court and the parties that on July 31, 2014, the U.S. Fish and Wildlife Service's ("Service") enhancement finding regarding the importation of sport-hunted African elephant trophies from Zimbabwe, pursuant to 50 C.F.R. § 17.40(e)(3)(iii)(C), was published in the Federal Register. 79 Fed. Reg. 44,459 (attached hereto). The Service had indicated through the declaration of Timothy Van Norman that it intended to complete a final enhancement finding for Zimbabwe for 2014 by mid-July. *See* ECF No. 10-1 at ¶ 35. The Service completed the final enhancement finding on July 17, 2014, and made technical revisions to that finding on July 22, 2014.  Thereafter, the Service posted the finding on its website and submitted the finding to the Office of the Federal Register for publication. The parties have been in discussions about the impact the completion of the finding has on the captioned litigation.

Dated: July 31, 2014        Respectfully submitted,

                SAM HIRSCH,
                Acting Assistant Attorney General
                SETH M. BARSKY, Chief
                KRISTEN L. GUSTAFSON, Assistant Chief

        */s/ Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
ANDREA GELATT, Trial Attorney
(Cal. Bar. No. 262617)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
meredith.flax@usdoj.gov

***Counsel for Federal Defendants***

<u>Of Counsel</u>:
Holly Wheeler
Russell Husen
U.S. Department of the Interior
Office of the Solicitor
Washington, D.C.