# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S.M.R. JEWELL, in her official capacity as )<br>Secretary of the United States Department )<br>of Interior, *et al.*, )<br>)<br>Defendants. )<br>) | Civil No. 1:14-cv-00670-ABJ<br><br>NOTICE OF APPEARANCE |

To the Court, Plaintiffs, and their attorneys of record:

PLEASE TAKE NOTICE that Christine A. Hill will serve as counsel for Federal Defendants. Ms. Hill is registered to receive service of filings, notices, and decisions via the Court's CM/ECF system. Her contact information is also listed below.

Dated: October 30, 2014

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

   */s/ Christine A. Hill*
CHRISTINE A. HILL, Trial Attorney
(D.C. Bar No. 461048)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0430| (202) 305-0275
Christine.Hill2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system.

> */s/   Christine A. Hill*
> Attorney for Federal Defendants