# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAFARI CLUB INTERNATIONAL, et al.

        Plaintiff          Civil No.     14-0670 (RCL)

vs.

SALLY JEWELL, Secretary of the Department of Interior, et al.     Category    C

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Nov 17, 2014 from Judge Amy Berman Jackson to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Amy Berman Jackson & Courtroom Deputy
Judge Royce C. Lamberth & Courtroom Deputy
Liaison, Calendar and Case Management Committee