UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAFARI CLUB INTERNATIONAL, *et al.*

Plaintiffs,

v.

SALLY M. R. JEWELL, *et al.*

Defendants.

Civ. No. 14-cv-00670 (RCL)

[~~PROPOSED~~] ORDER ON JOINT BRIEFING SCHEDULE

This Court hereby ORDERS that the briefing schedule in the above captioned matter shall be as follows:

**Administrative Record**

- **February 10, 2015**: Federal Defendants will file a certified list of the contents of the Administrative Record ("AR") for the U.S. Fish and Wildlife Service's ("Service") July 17, 2014 enhancement finding for Zimbabwe, as revised on July 22, 2014 and published in the Federal Register on July 31, 2014, and will provide Plaintiffs Safari Club International and the National Rifle Association of America ("Safari Club and NRA") with a copy of the AR. Federal Defendants have already filed a certified list of the contents of the AR for the Service's April 4, 2014 enhancement finding for Zimbabwe, as revised on April 17, 2014, and have supplied Safari Club and NRA with a copy. *See* ECF Nos. 35, 39. Safari Club and NRA at this time do not agree that the documents provided constitute the complete AR for the April 4, 2014 decision.

1

- **March 31, 2015**: Safari Club and NRA shall file any Motions to Compel Completion/Supplementation of the AR(s) or for review of extra-record documents ("Motion to Supplement"). Alternatively, the parties will file a joint notice of their agreement that the ARs are complete.
- **April 14, 2015**: If Safari Club and NRA file a Motion to Supplement on or before March 31, 2015, Federal Defendants shall file their Response to Safari Club and NRA's Motion to Supplement the AR(s).
- **April 21, 2015**: Safari Club and NRA shall file their Reply in support of any Motion to Supplement.

### Summary Judgment Briefing

Within one week of either the filing of the parties' joint notice of their agreement that the ARs are complete or final resolution of any Motion to Supplement, the parties will propose to the Court specific dates for the filing of summary judgment briefs. The dates will approximate the following timeframes.

- **60 Days following agreement as to complete ARs or record production based on final resolution of any motion to supplement the ARs**: Safari Club and NRA shall file their Motion for Summary Judgment.
- **30 Days following the filing of Safari Club and NRA's Motion for Summary Judgment**: Federal Defendants shall file their combined Opposition to Safari Club and NRA's Motion for Summary Judgment and Cross-Motion for Summary Judgment.
- **30 Days following the filing of Federal Defendants' Opposition to Safari Club and NRA's Motion for Summary Judgment and Cross-Motion for Summary Judgment**:

Safari Club and NRA shall file their combined Reply in Support of Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for Summary Judgment.

- **21 Days following the filing of Safari Club and NRA's Reply in Support of Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for Summary Judgment:** Federal Defendants shall file their Reply in Support of Cross-Motion for Summary Judgment.

- **14 Days following the filing of the Reply in Support of Motion for Summary Judgment:** Safari Club and NRA shall file the Joint Appendix pursuant to LCvR 7(n).

Dated: 1/27/15

ROYCE C. LAMBERTH
United States District Judge