**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> SALLY M. R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-00670 (RCL) |

**SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA'S SUR-REPLY TO PROPOSED DEFENDANT INTERVENORS' REPLY ON THEIR MOTION TO INTERVENE**

Safari Club International and the National Rifle Association of America ("Safari Club and NRA") submit this sur-reply to respond to a new argument raised for the first time by Friends of Animals and Zimbabwe Conservation Task Force ("FoA/ZCTF") in their reply in support of their motion to intervene. The argument – that U.S. hunters will be dissuaded from hunting elephants in Zimbabwe because they are required to obtain a Section 10(a)(1)(A) (16 U.S.C. §1539(a)(1)(A)) importation permit prior to importation – was not presented in FoA/ZCTF's motion to intervene. The assertion that permits are required for the importation of elephants from Zimbabwe misstates the law and the facts relevant to this litigation.[1]

In their reply memorandum, FoA/ZCTF repeatedly state that hunters who wish to import sport-hunted elephants from Zimbabwe must obtain an importation permit from the U.S. Fish

---

[1] Additionally, FoA/ZCTF's argument regarding future importation permits for Zimbabwe is irrelevant because Safari Club and NRA's challenges apply only to the 2014 ban and elephants taken in 2014, as fully explained in Safari Club and NRA's opposition to the motion to intervene.

1

and Wildlife Service (FWS). *See* FoA/ ZCTF Reply Memorandum (Dkt. 55) at 5, 6, and 7 (discussion regarding Section 10 import permits and hunters having to obtain import permits). However, because Zimbabwe's elephants are listed on CITES Appendix II, no importation permit is required. For almost two decades, from 1997 to 2014, the FWS continuously allowed the importation of sport-hunted elephant trophies from Zimbabwe without requiring import permits. *See* 62 Fed. Reg. 44627, 44633 (Aug. 22, 1997) ("The practical effect of the downlistings of these three populations for sport hunters is that an import permit will no longer be required for non-commercial imports of African elephant sport-hunted trophies from these countries only."); 79 Fed. Reg. 26986, 26986 (May 22, 2014) ("When the population was downlisted, the Service published a Federal Register notice that acknowledged that, as these elephants were classified as an Appendix II population, no U.S. import permit would be required to import trophies.").

In its ruling denying Federal Defendants' motion to dismiss Safari Club and NRA's challenges to the Zimbabwe importation bans, this Court acknowledged that permits are not required for the importation of elephants from Zimbabwe. Memorandum Opinion (Dkt. 48) at 4; *see also id.* at 20 ("In contrast to plaintiffs' Tanzania claims, there is no exhaustion requirement here because plaintiffs are not required to obtain an import permit before importing sport-hunted elephants from Zimbabwe….").

FoA/ZCTF's reply brief attempts to assert FoA/ZCTF's interest in the outcome of this litigation based on misstatements of the law and facts of this case. This attempt fails. The Court should deny FoA/ZCTF's motion to intervene for the reasons stated in Safari Club and NRA's opposition and this surreply.

Dated this 4th day of February, 2015.

                                                Respectfully submitted,

/s/Anna M. Seidman
Anna M. Seidman
D.C. Bar No. 417091
Douglas Burdin
D.C. Bar No. 434107
Jeremy Clare
D.C. Bar No. 1015688
501 2nd Street NE
Washington, D.C.
Tel: 202-543-8733
Fax: 202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

*Counsel for Plaintiff*
*Safari Club International*

Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff*
*National Rifle Association of America*

3