MICHAEL RAY HARRIS (DC Bar # CO0049)
JENNIFER BARNES (DC Bar # CO0056)
Friends of Animals
7500 E. Arapahoe Rd., Suite 385
Centennial, CO 80112
Telephone: (720) 949-7791
michaelharris@friendsofanimals.org
jenniferbarnes@friendsofanimals.org

*Attorneys for Defendant-Intervenors*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SALLY JEWELL, *et al.*, ) <br> ) <br> Defendants, and ) <br> ) <br> FRIENDS OF ANIMALS, and the ) <br> ZIMBABWE CONSERVATION TASK FORCE, ) <br> ) <br> Defendant-Intervenors. ) | Case No. 1:14-CV-00670 (RCL) |

**[PROPOSED] ANSWER TO SECOND AMENDED COMPLAINT**

Intervenors, Friends of Animals and Zimbabwe Conservation Task Force, (collectively, "FoA") hereby submit this Answer in response to the Plaintiffs' Second Amended Complaint.

## ANSWER

1. FoA admit the allegation in the first sentence. FoA denies allegations in sentences two to five of this paragraph. FoA admits that the U.S. Fish and Wildlife Service ("FWS") announced that it would not lift the Zimbabwe importation ban, and that that FWS subsequently posted that decision on its website and in the Federal Register.

2. This paragraphs characterizes Plaintiffs' legal claims, to which no response is required. To the extent a response is required, FoA denies that this is a meritorious complaint.

3-8. The allegations contained in these paragraphs consist of legal conclusions, which require no response. To the extent a response is required, FoA denies the allegations.

9. FoA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, deny the allegations.

10. The allegations contained in these paragraphs consist of legal conclusions, which require no response. To the extent a response is required, FoA denies the allegations.

11-17. FoA lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies the allegations.

18. FoA denies the allegations of this paragraph.

19. FoA admits the allegations of this paragraph.

20-26. FoA lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies the allegations.

27-34. FoA admits these allegations.

31. The allegations in this paragraph purport to characterize the FWS's special rule for Africa Elephant (57 Fed. Reg. 35473), a document that speaks for itself. To the

extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning of the rule.

32.     The allegations in this paragraph purport to characterize the FWS's special rule for Africa Elephant (57 Fed. Reg. 35473), a document that speaks for itself. To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning of the rule. FoA also note that Plaintiffs distort the quote from FWS by taking it out of context and modifying it to make it present tense.

33.     The allegations in this paragraph purport to characterize the CITES designations, which can speak for themselves. To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning CITES designations.

34.     FoA admits that allegations of this paragraph.

35.     The allegations in this paragraph purport to characterize CITES designations and FWS's rules, which can speak for themselves. To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning CITES designations and FWS's rules.

36.     The allegations in this paragraph purport to characterize a FWS rule (66 Fed. Reg. 27601), a document that speaks for itself. To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning of FWS's rule.

37.     FoA lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, denies the allegations.

38.     FoA admits the allegations of this paragraph.

39.     FoA admits that FWS released a press release on April 4, 2014, which can speak for itself. FoA lacks knowledge or information sufficient to form a belief as to the

truth of the remaining allegations in this paragraph and, on that basis, denies the allegations.

  44-45. The allegations in these paragraphs purport to characterize FWS's press release, which again speaks for itself. To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning of FWS's press release.

  46. The allegations in this paragraph purport to characterize a letter from FWS, which speaks for itself, To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning of FWS's letter.

  47. FoA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, denies the allegations.

  48. FoA lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, deny the allegations.

  49. The allegations in this paragraph purport to characterize FWS's federal register notice, which speaks for itself. To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning of FWS's notice.

  50. The allegations in this paragraph purport to characterize FWS's federal register notice, which speaks for itself. To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning of FWS's notice.

  51. FoA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, denies the allegations.'

  52-60. The allegations in these paragraph purport to characterize FWS's Enhancement Finding, which speaks for itself. To the extent a response is required, FoA denies any allegation that is inconsistent with the plain language and meaning of FWS's Enhancement Finding.

61. FoA lack knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence in this paragraph, but to the extent a response is required, denies it. FoA denies the remaining allegations in this paragraph.

62. FoA denies the allegations in this paragraph.

63-64. FoA lack knowledge or information sufficient to form a belief as to the truth of the allegations in these paragraphs, but to the extent a response is required, denies them.

65. FoA denies the allegations in this paragraph.

66. FoA denies the allegations in this paragraph.

67-68. FoA lack knowledge or information sufficient to form a belief as to the truth of the allegations in these paragraphs, but to the extent a response is required, denies them.

69-90. The allegations in these paragraphs purport to characterize the Endangered Species Act ("ESA") and CITES resolutions, which speak for themselves. To the extent a response is required, FoA denies any allegations that is inconsistent with the plain language and meaning of these laws.

91-92. The allegations in these paragraph purport to characterize the Administrative Procedure Act ("APA"), which speaks for itself. To the extent a response is required, FoA denies any allegations that is inconsistent with the plain language and meaning of the Administrative Procedure Act.

93-123. The allegations contained in these paragraphs consist of legal conclusions and claims, for which require no response is required. To the extent a response is required, FoA denies the allegations.

///
///
///

124-140. The allegations contained in these paragraphs consist of legal conclusions and claims that the Court has dismissed. Thus, these allegations do not require a response. To the extent a response is required, FoA denies the allegations.

Respectfully submitted this 5th day of January, 2015.

/s/Michael Harris

Michael Ray Harris (DC Bar # CO0049)
Jennifer Bares (DC Bar # CO0056)
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, Colorado 80112
Telephone: 720-949-7791
michaelharris@friendsofanimals.org

jenniferbarnes@friendsofanimals.org

*Attorneys for Proposed Intervenors*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing ANSWER was served upon all counsel of record through the ECF system this 5th day of January, 2015.

                                          <u>/s/ Michael Harris</u>
                                          Michael Ray Harris (DC Bar # CO0049)