**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. No. 14-cv-00670 (RCL) |
| v. | ) | |
| | ) | |
| SALLY M. R. JEWELL, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Having considered the Plaintiffs' Motion to Compel Supplementation of the

Administrative Record/Motion to Admit Extra-Record Evidence, all responses, replies and

supporting documents, this Court hereby GRANTS Plaintiffs' Motion and ORDERS Federal

Defendants to supplement the Administrative Record for the July 31, 2014 decision to ban the

importation of elephants from Zimbabwe with the E-mail dated June 6, 2002 from Tim Van

Norman with the subject line reading "Zimbabwe leopard permits."  This Court further ADMITS

as extra-record evidence the E-mail dated June 14, 2002, from Karl Stromayer with the subject

line reading "Visit to Zimbabwe and some issues concerning sport hunting and rhino in

Zimbabwe."


Dated: _____

**IT IS SO ORDERED**                                         _____
                                                             United States District Judge