SAFARI CLUB INTERNATIONAL, *et al.* v. SALLY M. R. JEWELL, *et al.*

SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND TO ADMIT EXTRA-RECORD EVIDENCE

Case No.: 14-cv-00670 (RCL)

Exhibit A

 **Tim Vannorman**/ARL/R9/FWS/DOI
06/07/2002 03:05 PM

To  FW9 OMA-BOP, Richard McDonald/ARL/R9/FWS/DOI@FWS
cc
bcc
Subject  Zimbabwe leopard permits

After much discussion, we have decided to go ahead and issue all of the Zimbabwe leopard permits currently in house.  While we are concerned about what is happening in Zimbabwe and the increase in poaching, we don't really have enough information to deny these applications.  Therefore, lets get them out.

I will be drafting a FR notice on this issue, however.  The notice will identify our current concerns and ask for any information people might have.  The notice will also state that we do not know at this time whether we would be able to issue permits for leopards or allow elephant imports next year.  The notice, of course, must go through the proper channels, so there may be some changes.

Tim