SAFARI CLUB INTERNATIONAL, *et al.* v. SALLY M. R. JEWELL, *et al.*

SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND TO ADMIT EXTRA-RECORD EVIDENCE

Case No.: 14-cv-00670 (RCL)

Exhibit B

Karl Stromayer/ARL/R9/FWS/DOI
06/14/2002 04:24 PM

To: Kenneth Stansell, Roddy Gabel/ARL/R9/FWS/DOI@FWS, Peter Thomas/ARL/R9/FWS/DOI@FWS, Michael Carpenter/ARL/R9/FWS/DOI@FWS, Tim
cc: Charles Hamilton/ARL/R9/FWS/DOI@FWS, Michelle Lewis/ARL/R9/FWS/DOI@FWS, Kimberly McClurg/ARL/R9/FWS/DOI@FWS, Karen
bcc:
Subject: Visit to Zimbabwe and some issues concerning sport hunting and rhino in Zimbabwe

Greetings.

During my recent visit to Zimbabwe I had the opportunity to catch up on the status of rhino in Zimbabwe. At the request of Tim Van Norman and Michael Carpenter I was also able to glean some information concerning elephant and leopard populations and sport hunting (seasons) in Zimbabwe.

1. Sport Hunting Issues

Sport Hunting Season: The season is defined by the heavy rains of December - April. Generally the season begins in April and then tails off in December when rains usually make many bush tracks impassible. This is because some 600-700 mm of rain usually fall in the period December-April, and percious little in other months of the year.

Elephant - Current Quota and Latest Population Survey: Permits to take elephant are usually sold as a package with other game and the quota is currently set at 400 per year. The U.S. Agency for International Development (USAID) Natural Resources Management Program (NRMP) supported an elephant population survey recently in Zimbabwe, with data collection ending in February/March of this year. Ariel survey results suggested that there are approximately 88,000 elephants in Zimbabwe; whereas the carrying capacity of the elephant range is thought to be in the 42,000-45,000 range.

Leopard (and lion) - Leopard are shot over bait and the situation with Leopard seems less clear cut. The quota has been set at 500 "for years" and Rowan Martin (former Zimbabwe Department of National Parks and Wild Life Management Director) is said to be instrumental is setting this quota. Two sources suggested that the sustainability of the Zimbabwe leopard (and lion) hunting programs are questionable. I wasn't quoted population estimates on leopard or lion.

Contacts for further information on sport hunting in Zimbabwe:

Russel Taylor at WWF Southern African Regional Program Office (Tel: 011-263-4-252533) and Ivan Bond of the same office are good sources of information on sport hunting and game population levels and trends in Zimbabwe. Ivan Bond maintains the database into which all Zimbabwe sport hunted trophy information is logged.

Andrew Francis is a consultant with the USAID contractor Development Associates Afrancis@africaonline@co.zw he has offered to assist if contacts are needed within the professional safari operators of Zimbabwe.

George Pangetti is now the Chief Executive of the Zimbabwe Council for Tourism - he was suggested as an excellent contact concerning hunting seasons and the impact of the current land reform on the sport hunting industry. Tel: (Home) 011-263-4-490-405 / Cell: 011-720-135 or by e-mail care of Jennifer Willis at Gecko@ecoweb.co.zw

Rhino Issues

The private land conservancies (home to some 295) of Zimbabwe's 440 black rhinoceros have been hard hit by the land reform program in Zimbabwe. It is unclear for example, how greatly the Save Valley Conservancy will ultimately be impacted, as large areas of it are "no-go" areas for the owners/managers. In the last 2-years, a minimum of 4 black rhino have been killed by poaching at Bubiana conservancy with an unknown but thought to be small number poached at the other conservancies. Most rhino poached are not targeted per se but fall to blanket snaring efforts. The small ungulates have been particularly hard hit, evidently.

In a positive note, the Service has been cleared by the Department of State to provide a grant to the WWF Southern Africa Regional Program Office to support rhino monitoring and emergency intervention to save snared rhino on private and state land in Zimbabwe.

Please let me know if you would like more information concerning any of these issues and I'll be glad to help. Next week I will be out of the office but can be reached at 1-252-928-1371.

Karl Stromayer