SAFARI CLUB INTERNATIONAL, *et al.* v. SALLY M. R. JEWELL, *et al.*

SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND TO ADMIT EXTRA-RECORD EVIDENCE

Case No.: 14-cv-00670 (RCL)

Exhibit E

## Seidman, Anna

| | |
|---|---|
| **From:** | Seidman, Anna |
| **Sent:** | Tuesday, October 14, 2014 4:30 PM |
| **To:** | meredith.flax@usdoj.gov; Gelatt, Andrea (ENRD) (Andrea.Gelatt@usdoj.gov) |
| **Cc:** | Burdin, Doug (DBurdin@safariclub.org); Clare, Jeremy; CConte@nrahq.org; jbaranowski@nrahq.org; Jean, Michael (MJean@nrahq.org); Doug Burdin |
| **Subject:** | Safari Club International v. Jewell - 14-670 -- Request for Documents Missing from the Administrative Record |
| **Attachments:** | Safari Club International v. Jewell - 14- 670 - Administrative Record Missing Documents.pdf |

Meredith and Andrea:

After reviewing the documents included in the Administrative Record (AR) that Federal Defendants have provided in the above-captioned matter, we have identified several documents that should be included in the AR, but are currently missing. In many cases, we became aware of these documents as a result of the response we received to a FOIA request that we made to the FWS on April 8, 2014 relating to the April 4, 2014 decisions to ban elephant importation for Tanzania and Zimbabwe. In other cases, the missing documents were referenced in the 2014 General Advice on Importation of Sport-hunted Trophies of African Elephants taken in Tanzania in the Calendar Year 2014 (2014 NDF); the April 4, 2014 Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Tanzania during 2014 (2014 Tanzania Enhancement Finding); or the April 4, 2014 Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Zimbabwe during 2014 (April 2014 Zimbabwe Enhancement Finding) and/or other documents provided in the AR. Where we have copies of these documents, we have provided copies for your reference. Unless we have noted below that the document is "not attached," a copy accompanies this e-mail. If we have inadvertently been unsuccessful in locating a document that *is* included in the AR, we apologize and ask that you please identify the AR document number that corresponds to the identified item.

We would appreciate your supplementing the AR with the missing documents as soon as possible:

**Documents Relating to the Importation Ban of Elephants from Tanzania**

1. Letter dated April 3, 2001, from J.A. Kayera to Teiko Saito entitled "SPORT-HUNTED AFRICAN ELEPHANT TROPHIES";

2. Letter dated March 21, 2007, from Timothy J. Van Norman to Juma Kayera posing questions about Tanzania's management plan, elephant population status, conservation, and hunting policies/regulations;

3. Tanzania's answers to the questions posed in the March 21, 2007 letter (see 2. above), including a copy of Tanzania's Management Plan for the African Elephant;

4. Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Tanzania, May 6, 1997;

5. Tanzania National Parks Act CAP.282 (RE 2002), as referenced in the 2014 NDF (not attached);

1

6. Ngorongoro Conservation Area Act CAP.284 (RE 2002), as referenced in the 2014 NDF (not attached);

7. Recent information presented at the African Elephant Summit (Botswana, 2013), as referenced in the 2014 NDF (not attached);

8. Cumming, D.H. M. (2004). Performance of Parks in a century of change. In: *Parks in transition; biodiversity, rural development and the bottom line.* Ed. B. Child. Earthscan, London, as referenced in the 2014 Tanzania Enhancement Finding (not attached).

**Documents Relating to the Importation Ban on African Elephants from Zimbabwe:**

1. E-mail dated June 14, 2002, from Karl Stromayer with the subject line reading "Visit to Zimbabwe and some issues concerning sport hunting and rhino in Zimbabwe";

2. E-mail dated March 6, 2006, from Richard Ruggiero with the subject line reading "Fw: [african-elephant] Zimbabwe auctions elephants, leopards and lions to hunters"; a forwarded message from Melissa Groo dated March 6, 2006;

3. The Fish and Wildlife Service's Enhancement Finding dated July 2, 1997;

4. The 1997 Elephant Management Plan, as referenced in the April 4, 2014, Enhancement Finding (not attached);

5. Copies of the letters sent on "several occasions" to Zimbabwe wildlife authorities requesting information on the management plan, population status, hunting policies and regulations and conservation programs, with the most recent letter dated March 21, 2007, as referenced in the April 4, 2014, Enhancement Finding (not attached);

6. Zimbabwe's responses to number 5. above, "consisting of three undated and unsigned papers," as referenced in the April 4, 2014, Enhancement Finding (not attached);

7. Information supplied by the CAMPFIRE Association to the CITES Panel of Experts, as referenced in the April 4, 2014, Enhancement Finding (not attached);

8. Articles referenced at the end of the April 4, 2014 Zimbabwe Enhancement Finding, specifically:
    a. Anon. (2009a). Ministers in illicit rhino horn trade. Zimbabwe Standard, 11 July 2009. (not attached).
    b. Anon. (2009b). Mnangagwa police docket disappears. Zimeye, 13 July 2009. (not attached).

Thank you for your prompt attention to these matters.

Anna


Anna M. Seidman

Director of Litigation
Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733 (tel)
202-543-1205 (fax)
aseidman@safariclub.org

"Nothing in the world can take the place of persistence. Talent will not; nothing is more common than unsuccessful men with talent. Genius will not; unrewarded genius is almost a proverb. Education will not; the world is full of educated derelicts. Persistence and determination alone are omnipotent. The slogan 'Press On' has solved and always will solve the problems of the human race."

Calvin Coolidge

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error. Any review, dissemination, distribution or copying of the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us immediately.