SAFARI CLUB INTERNATIONAL, *et al.* v. SALLY M. R. JEWELL, *et al.*

SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND TO ADMIT EXTRA-RECORD EVIDENCE

Case No.: 14-cv-00670 (RCL)

# Exhibit H

# Clare, Jeremy

| | |
|---|---|
| **From:** | Flax, Meredith (ENRD) <Meredith.Flax@usdoj.gov> |
| **Sent:** | Wednesday, March 11, 2015 12:40 PM |
| **To:** | Seidman, Anna; Gelatt, Andrea (ENRD) |
| **Cc:** | Burdin, Doug; Burdin, Doug (Personal); Clare, Jeremy; mjean@nrahq.org; jbaranowski@nrahq.org; cconte@nrahq.org |
| **Subject:** | RE: Safari Club International v. Jewell, (Elephant Importation Ban Litigation) - Plaintiffs' Identification of Items Missing from the Administrative Records |

Anna, et al.,

The Service's responses to your requests to supplement the administrative records for the April and July 2014 enhancement findings for Zimbabwe are as follows:

April Record:

1 & 2)  It is the Service's position that these emails are not part of the administrative record for the April finding because the Service did not consider these emails directly or indirectly in making its finding.

3 & 4)  The Service is willing to supplement the administrative record for the April finding with these documents.

5 & 6) The Service is willing to supplement the administrative record for the April finding with the March 2007 letter and the response it received to that letter.

July Record:

1) See responses 1, 2, 5 and 6 above.

2 & 3) It is the Service's position that these emails are not part of the administrative record for the April finding because the Service did not consider these emails directly or indirectly in making its finding.

4) The Service agrees that these documents should have been included in the administrative record for the July finding and will supplement the record with them.

While the Service will need to supplement the records with the documents indicated above, we think it would be best to wait to supplement until all the record issues are resolved so as to avoid having to file multiple supplements.  Can you please confirm that you are okay with this approach?

Finally, to assist us in ensuring that we have fully conferred on the record issues, it would be helpful if you could explain why you believe that the four emails (items 1 & 2 for the April record and items 2 & 3 for the July record) are part of the records for the respective findings.

Thanks,
Meredith

-----Original Message-----
From: Seidman, Anna [mailto:aseidman@safariclub.org]
Sent: Wednesday, March 04, 2015 2:53 PM
To: Flax, Meredith (ENRD); Gelatt, Andrea (ENRD)

Cc: Burdin, Doug; Burdin, Doug (Personal); Clare, Jeremy; mjean@nrahq.org; jbaranowski@nrahq.org; cconte@nrahq.org
Subject: Safari Club International v. Jewell, (Elephant Importation Ban Litigation) - Plaintiffs' Identification of Items Missing from the Administrative Records

Meredith and Andrea:


The April 2014 Zimbabwe Elephant Importation Ban Decision Administrative Record (April AR)


In an e-mail to you on October 14, 2014, we identified the documents that we determined were missing from the April AR.  You responded by agreeing to include some but not all of the documents we identified.   We maintain the position that the following documents should be part of the April AR. (We have included only the documents concerning the Zimbabwe decision in light of the court's dismissal of our claims concerning the Tanzania decision):


1.	E-mail dated June 14, 2002, from Karl Stromayer with the subject line reading "Visit to Zimbabwe and some issues concerning sport hunting and rhino in Zimbabwe";


2.	E-mail dated March 6, 2006, from Richard Ruggiero with the subject line reading "Fw: [african-elephant] Zimbabwe auctions elephants, leopards and lions to hunters"; a forwarded message from Melissa Groo dated March 6, 2006;


3.	The U.S. Fish and Wildlife Service's Zimbabwe elephant Enhancement Finding dated July 2, 1997;


4.	The 1997 Elephant Management Plan, as referenced in the April 4, 2014, Enhancement Finding (not attached);


5.	Copies of the letters sent on "several occasions" to Zimbabwe wildlife authorities requesting information on the management plan, population status, hunting policies and regulations and conservation programs, with the most recent letter dated March 21, 2007, as referenced in the April 4, 2014, Enhancement Finding (not attached);


6.	Zimbabwe's responses to number 5. above, "consisting of three undated and unsigned papers," as referenced in the April 4, 2014, Enhancement Finding (not attached).


In addition, we assume that because you have not supplemented the April AR with any additional documents produced as part of the July 2014 Zimbabwe Elephant Importation Ban Decision Administrative Record (July AR), your position is

that none of the documents that are included in the July AR (and not already part of the April AR) should be added to the previously identified April AR.  If our assumption is incorrect, please let us know as soon as possible.

The July 2014 Zimbabwe Elephant Importation Ban Decision Administrative Record

1.     Of the documents identified above as missing from the April AR, documents numbered 1, 2, 5, and 6 are also missing from the July AR.  It is our position that these documents should also be included in the July AR;

2.     Commencing with e-mail dated May 9, 2002, from Raoul Dutoit with the subject line reading "Bubiana, Zimbabwe" and all e-mails in this chain bearing this subject line. We obtained this document from the FWS in response to our Freedom of Information Act request for "any documents, records or data regarding or supporting the enhancement of survival finding made by the U.S. Fish and Wildlife Service on July 22, 2014 for the importation of sport-hunted African elephant trophies from Zimbabwe during 2014." (attached);

3.     E-mail dated June 6, 2002 from Tim Van Norman with the subject line reading "Zimbabwe leopard permits."  We obtained this document from the FWS in response to our Freedom of Information Act request for "any documents, records or data regarding or supporting the enhancement of survival finding made by the U.S. Fish and Wildlife Service on July 22, 2014 for the importation of sport-hunted African elephant trophies from Zimbabwe during 2014." (attached);

4.     Attachments to an e-mail sent by Michelle Tacconelli of the Safari Club International Foundation to FWS, Chief, Branch of Permits, Tim Van Norman on July 9, 2014.  Although the E-mail was included in the July AR, the attachments to the e-mail were not included. (attached).

Please let me know if you have any questions.

Thank you.

Anna

Anna M. Seidman
Director of Litigation
Safari Club International
501 2nd Street NE
Washington, D.C.  20002
202-543-8733
aseidman@safariclub.org<mailto:aseidman@safariclub.org>

"Nothing in the world can take the place of persistence.  Talent will not; nothing is more common than unsuccessful men with talent.  Genius will not; unrewarded genius is almost a proverb.  Education will not; the world is full of educated derelicts.  Persistence and determination alone are omnipotent.  The slogan 'Press On' has solved and always will solve the problems of the human race."

Calvin Coolidge

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  If you are not the intended recipient, you are hereby notified that you have received this transmittal in error.  Any review, dissemination, distribution or copying of the contents of this e-mail is strictly prohibited.  If you have received  this e-mail in error, please notify us immediately.