SAFARI CLUB INTERNATIONAL, *et al.* v. SALLY M. R. JEWELL, *et al.*

SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND TO ADMIT EXTRA-RECORD EVIDENCE

Case No.: 14-cv-00670 (RCL)

# Exhibit J

# Clare, Jeremy

| | |
|---|---|
| **From:** | Flax, Meredith (ENRD) <Meredith.Flax@usdoj.gov> |
| **Sent:** | Thursday, March 19, 2015 5:40 PM |
| **To:** | Seidman, Anna; Gelatt, Andrea (ENRD) |
| **Cc:** | Burdin, Doug (Personal); Clare, Jeremy; Burdin, Doug; Jean, Michael (MJean@nrahq.org) |
| **Subject:** | RE: Safari Club International v. Jewell, 14-00670 - Administrative Record Matters |
| **Attachments:** | ZM 5.pdf; ZM 6.pdf |

Anna, et al.,

Thanks for providing further explanation regarding the reasons you believe that the four emails you identified (items 1 & 2 for the April record and items 2 & 3 for the July record) should be included in the records for the respective enhancement findings.  The Service maintains its position that none of these emails are part of the records for the respective findings.  With respect to item 1, the Service produced the email in response to a FOIA request that was broader in scope than just the April enhancement finding.  The Service is not certain where the information contained in the email came from and did not consider this email in making the April or July findings. With respect to items 2 & 3 for the July record, the Service erroneously produced these emails in response to your client's July FOIA request.  The Service did not consider these emails in making the July finding.

Attached, per your request, are the documents that respond to items 5 & 6 for the April record.  The Service will supplement the April record with these documents after all record issues are resolved.

Please let us know if you have any further questions or concerns.

Meredith

---

**From:** Seidman, Anna [mailto:aseidman@safariclub.org]
**Sent:** Monday, March 16, 2015 4:42 PM
**To:** Flax, Meredith (ENRD); Gelatt, Andrea (ENRD)
**Cc:** Burdin, Doug (Personal); Clare, Jeremy; Burdin, Doug; Jean, Michael (MJean@nrahq.org)
**Subject:** Safari Club International v. Jewell, 14-00670 - Administrative Record Matters

Dear Meredith and Andrea:

In response to your request that we "explain why you believe that the four emails (items 1 & 2 for the April record and items 2 & 3 for the July record) are part of the records for the respective findings," we have provided our answers in red below.  In addition, although we do not oppose your request to wait to officially supplement the Administrative Record until we resolve all matters concerning the content of the AR, we would appreciate your sending us the documents that respond to Nos. 5 and 6 for the April 2014 Administrative Record below as soon as possible.

Thanks,

Anna

**The April 2014 Zimbabwe Elephant Importation Ban Decision Administrative Record**

1

1.      E-mail dated June 14, 2002, from Karl Stromayer with the subject line reading "Visit to Zimbabwe and some issues concerning sport hunting and rhino in Zimbabwe";

This e-mail is the report of one of the few (if not the only) FWS employees to actually visit Zimbabwe and view and report first-hand on the population information about elephants, elephant habitat conditions and details about elephant hunting in Zimbabwe.

2.      E-mail dated March 6, 2006, from Richard Ruggiero with the subject line reading "Fw: [african-elephant] Zimbabwe auctions elephants, leopards and lions to hunters"; a forwarded message from Melissa Groo dated March 6, 2006;

We are willing to withdraw this request.

3.      The U.S. Fish and Wildlife Service's Zimbabwe elephant Enhancement Finding dated July 2, 1997;

4.      The 1997 Elephant Management Plan, as referenced in the April 4, 2014, Enhancement Finding (not attached);

5.      Copies of the letters sent on "several occasions" to Zimbabwe wildlife authorities requesting information on the management plan, population status, hunting policies and regulations and conservation programs, with the most recent letter dated March 21, 2007, as referenced in the April 4, 2014, Enhancement Finding (not attached);

As indicated above, we would like to be sent copies of these documents as soon as possible.

6.      Zimbabwe's responses to number 5. above, "consisting of three undated and unsigned papers," as referenced in the April 4, 2014, Enhancement Finding (not attached).

As indicated above, we would like to be sent copies of these documents as soon as possible.

In addition, we assume that because you have not supplemented the April AR with any additional documents produced as part of the July 2014 Zimbabwe Elephant Importation Ban Decision Administrative Record (July AR), your position is that none of the documents that are included in the July AR (and not already part of the April AR) should be added to the previously identified April AR.  If our assumption is incorrect, please let us know as soon as possible.

**The July 2014 Zimbabwe Elephant Importation Ban Decision Administrative Record**

1.      Of the documents identified above as missing from the April AR, documents numbered 1, 5, and 6 are also missing from the July AR.  It is our position that these documents should also be included in the July AR;

2.      Commencing with e-mail dated May 9, 2002, from Raoul Dutoit with the subject line reading "Bubiana, Zimbabwe" and all e-mails in this chain bearing this subject line.

We obtained these documents from the U.S. Fish and Wildlife Service in response to our Freedom of Information Act Request for "any documents, records or data regarding or supporting the enhancement of survival finding made by the U.S. Fish and Wildlife Service on July 22, 2014 for the importation of sport-hunted African elephant trophies from Zimbabwe during 2014."  These were documents that the FWS determined to be responsive to our FOIA request.

3.     E-mail dated June 6, 2002 from Tim Van Norman with the subject line reading "Zimbabwe leopard permits."

We obtained this document from the FWS in response to our Freedom of Information Act request for "any documents, records or data regarding or supporting the enhancement of survival finding made by the U.S. Fish and Wildlife Service on July 22, 2014 for the importation of sport-hunted African elephant trophies from Zimbabwe during 2014." This was a document that the FWS determined to be responsive to our FOIA request.

4.     Attachments to an e-mail sent by Michelle Tacconelli of the Safari Club International Foundation to FWS, Chief, Branch of Permits, Tim Van Norman on July 9, 2014.  Although the E-mail was included in the July AR, the attachments to the e-mail were not included. (attached).

Anna Seidman
Director of Litigation
Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733
aseidman@safariclub.org

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  If you are not the intended recipient, you are hereby notified that you have received this transmittal in error.  Any review, dissemination, distribution or copying of the contents of this e-mail is strictly prohibited.  If you have received  this e-mail in error, please notify us immediately.