SAFARI CLUB INTERNATIONAL, *et al.* v. SALLY M. R. JEWELL, *et al.*

SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND TO ADMIT EXTRA-RECORD EVIDENCE

Case No.: 14-cv-00670 (RCL)

Exhibit K




# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

DEC - 4 2014

In Reply Refer To:
FWS/AIA/DMA/FOIA: 2014-01153

Anna Seidman
Director of Litigation
Safari Club International
501 2nd Street NE
Washington, DC 20002

Dear Ms. Seidman:

This is the Division of Management Authority's partial response to your Freedom of Information Act (FOIA) request received July 24, 2014, for the following information:

*"Any documents, records or data regarding or supporting the enhancement of survival finding made by the U.S. Fish and Wildlife Service on July 22, 2014 for the importation of sport-hunted African elephant trophies from Zimbabwe during 2014."*

Enclosed you will find copies of the currently releasable documents that you requested. The remaining pages associated with this request contain information requiring further review by the Office of the Solicitor and the Service FOIA Officer before providing a final response to you. You should receive any additional documents when they are determined to be releasable.

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010)). This response is limited to those records that are subject to the requirements

of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you have any questions, please contact Ms. Brenda Tapia, Division of Management Authority, Branch of Permits, MS: IA, 5275 Leesburg Pike, Falls Church, Virginia 22041 (703-358-1989 or via e-mail at Brenda_Tapia@fws.gov).

Sincerely,

Timothy Van Norman, Chief
Branch of Permits
Division of Management Authority

Enclosure