APPEAL,TYPE–C

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:14–cv–00670–RCL</u>
### *Internal Use Only*

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL et al v. JEWELL et al | Date Filed: 04/21/2014 |
| Assigned to: Judge Royce C. Lamberth | Jury Demand: None |
| Case in other court:  14–05152 | Nature of Suit: 893 Environmental Matters |
| Cause: 16:1538 Endangered Species Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**SAFARI CLUB INTERNATIONAL**               represented by   **Anna Margo Seidman**
SAFARI CLUB INTERNATIONAL
501 Second Street, NE
Washington, DC 20002
(202) 543–8733
Fax: (202) 543–1205
Email: <u>aseidman@safariclub.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Scott Burdin**
SAFARI CLUB INTERNATIONAL
501 Second Street, NE
Washington, DC 20002
(202) 543–8733
Fax: (202) 543–1205
Email: <u>dburdin@safariclub.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Evan Clare**
SAFARI CLUB INTERNATIONAL
501 Second Street, NE
Washington, DC 20002
(202) 543–8733
Fax: (202) 543–1205
Email: <u>jclare@safariclub.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NATIONAL RIFLE ASSOCIATION**               represented by   **Christopher A. Conte**
**OF AMERICA**                                NATIONAL RIFLE ASSOCIATION
11250 Waples Mill Road
Floor 5N
Fairfax, VA 22030
(703) 267–1166

Fax: (703) 267–1164
Email: cconte@nrahq.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Scott Burdin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SALLY JEWELL**
*In her official capacity as Secretary of the Department of the Interior*

represented by **Andrea Gelatt**
U.S. DEPARTMENT OF JUSTICE
Land & Natural Resources Division
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044–1420
(202) 305–0388
Fax: (202) 305–0275
Email: andrea.gelatt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine A. Hill**
U.S. DEPARTMENT OF JUSTICE
450 Fifth Street, NW
Washington, DC 20530
(202) 305–2738
Fax: (202) 305–0673
Email: christine.hill@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith L. Flax**
U.S. DEPARTMENT OF JUSTICE
Land & Natural Resources Division
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044–1420
(202) 305–0404
Fax: (202) 305–0275
Email: meredith.flax@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF THE INTERIOR**
*An agency of the United States*

represented by **Andrea Gelatt**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Christine A. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith L. Flax**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **DANIEL M. ASHE**<br>*In his official capacity as Director of the*<br>*U.S. Fish and Wildlife Service* | represented by | **Andrea Gelatt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Christine A. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith L. Flax**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **U.S. FISH AND WILDLIFE**<br>**SERVICE**<br>*An agency of the United States* | represented by | **Andrea Gelatt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Christine A. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith L. Flax**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

| | | |
|---|---|---|
| **FRIENDS OF ANIMALS** | represented by | **Michael Ray Harris**<br>FRIENDS OF ANIMALS<br>7500 E. Arapahoe Road |

Suite 385
Centennial, CO 80112
(720) 949–7791
Email: michaelharris@friendsofanimals.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**ZIMBABWE CONSERVATION**            represented by   **Michael Ray Harris**
**TASK FORCE**                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/21/2014 | 1 | | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0090–3691517) filed by SAFARI CLUB INTERNATIONAL. (Attachments: # 1 Rule 7.1 Corporate Disclosure Form, # 2 Summons (6), # 3 Civil Cover Sheet)(Seidman, Anna) (Entered: 04/21/2014) |
| 04/21/2014 | | | Case Assigned to Judge Amy Berman Jackson. (kb) (Entered: 04/22/2014) |
| 04/22/2014 | 2 | | SUMMONS Issued (6) Electronically as to DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, U.S. Attorney and U.S. Attorney General. (Attachments: # 1 Consent Form, # 2 Notice of Consent)(kb) (Entered: 04/22/2014) |
| 04/22/2014 | 3 | | Corporate Disclosure Statement by SAFARI CLUB INTERNATIONAL. (Seidman, Anna) (Entered: 04/22/2014) |
| 04/30/2014 | 4 | | MOTION for Preliminary Injunction by SAFARI CLUB INTERNATIONAL (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support, # 3 Request for Hearing, # 4 Certificate of Service, # 5 Exhibit April 4, 2014 Press Release, # 6 Exhibit Question and Answer Page, # 7 Exhibit Letter from Robert Gabel, # 8 Exhibit Zimbabwe Enhancement Finding, # 9 Exhibit Letter from Edson Chidziya, # 10 Exhibit FWS Questions to Zimbabwe, # 11 Exhibit ZPWMA Response, # 12 Exhibit IUCN Report, # 13 Exhibit Tanzania NDF, # 14 Exhibit Tanzania Enhancement Finding, # 15 Exhibit Goodenow Declaration, # 16 Exhibit Beardmore Declaration, # 17 Exhibit Didado Declaration, # 18 Exhibit Cheek Declaration, # 19 Exhibit Bailey Declaration, # 20 Exhibit Rawson Declaration, # 21 Exhibit Ingersoll Declaration, # 22 Exhibit Holdridge Declaration, # 23 Exhibit Berry Declaration, # 24 Exhibit Buch Declaration, # 25 Exhibit Grieb Declaration, # 26 Exhibit Condon Declaration, # 27 Exhibit Nice Declaration, # 28 Exhibit Cooley Declaration, # 29 Exhibit Monsen Declaration, # 30 Exhibit Netzley Declaration, # 31 Exhibit Capozza Declaration, # 32 Exhibit Rhyne Declaration, # 33 Exhibit Bridges Declaration, # 34 Exhibit Taylor Declaration, # 35 Exhibit Dinger Declaration, # 36 Exhibit Whaley Declaration, # 37 Exhibit Perry Declaration, # 38 Exhibit McCall Declaration, # 39 Exhibit Vick Declaration, # 40 Exhibit McDonnold Declaration, # 41 Exhibit Dennison Declaration, # 42 Exhibit Pole Declaration, # 43 Exhibit Oosterhuis Declaration, # 44 Exhibit Carter Declaration, # 45 Exhibit Barth Declaration, # 46 Exhibit Pieters Declaration, # 47 Exhibit Cooke |

| | | |
|---|---|---|
| | | Declaration, # 48 Exhibit Duckworth Declaration, # 49 Exhibit De Vries Declaration, # 50 Exhibit Tarpley Declaration, # 51 Exhibit Petty Declaration, # 52 Exhibit Johnson Declaration, # 53 Exhibit Sakuta Declaration, # 54 Exhibit Hurt Declaration, # 55 Exhibit Angelides Declaration, # 56 Exhibit Adams Declaration, # 57 Exhibit Res. Conf. 2.11 (Annex 1), # 58 Exhibit Res Conf. 2.11)(Seidman, Anna) (Entered: 04/30/2014) |
| 05/02/2014 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Telephone Conference Call in Chambers held on 5/2/2014. (NO COURT REPORTER) (jth) (Entered: 05/02/2014) |
| 05/02/2014 | | MINUTE ORDER. As discussed during the teleconference with counsel for the parties held on this date, it is ORDERED that defendants' opposition to plaintiff's motion for preliminary injunction is due by 5/13/14, plaintiff's reply is due by 5/16/14, and a motion hearing is set for 5/28/14 at 10:00 a.m. in Courtroom 3. The parties' briefs, at this juncture, should address only the issues of irreparable harm and subject matter jurisdiction. Signed by Judge Amy Berman Jackson on 5/2/14. (DMK) Modified on 5/2/2014 to reflect that the correct date of the motion hearing is 5/28/2014 (jth). (Entered: 05/02/2014) |
| 05/02/2014 | | Set/Reset Deadlines/Hearings: Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction is due by 5/13/14; Plaintiff's Reply is due by 5/16/14; Hearing on the Motion for Preliminary Injunction is set for 5/28/2014 at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. (jth) (Entered: 05/02/2014) |
| 05/02/2014 | 5 | NOTICE of Appearance by Meredith L. Flax on behalf of DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE (Flax, Meredith) (Entered: 05/02/2014) |
| 05/02/2014 | 6 | NOTICE of Appearance by Andrea Gelatt on behalf of All Defendants (Gelatt, Andrea) (Entered: 05/02/2014) |
| 05/12/2014 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DANIEL ASHE served on 4/25/2014; SALLY JEWELL served on 4/28/2014; U.S. DEPARTMENT OF THE INTERIOR served on 4/25/2014; U.S. FISH AND WILDLIFE SERVICE served on 4/25/2014 (Seidman, Anna) (Entered: 05/12/2014) |
| 05/12/2014 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 4/28/2014. Answer due for ALL FEDERAL DEFENDANTS by 6/27/2014. (Seidman, Anna) (Entered: 05/12/2014) |
| 05/12/2014 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 04/28/2014. (Seidman, Anna) (Entered: 05/12/2014) |
| 05/13/2014 | 10 | Memorandum in opposition to re 4 MOTION for Preliminary Injunction filed by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # 1 Exhibit 1 – Declaration of Timothy Van Norman, # 2 Exhibit 2 – Declaration of Rosemarie Gnam, # 3 Exhibit 3 – Notice of Interim Suspension on Importation of Zimbabwean Elephant Trophies, # 4 Text of Proposed Order)(Flax, Meredith) (Entered: 05/13/2014) |

| 05/13/2014 | 11 | | MOTION to Dismiss for Lack of Jurisdiction by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE (Attachments: # 1 Exhibit 1 – Declaration of Timothy Van Norman, # 2 Exhibit 2 – Declaration of Rosemarie Gnam, # 3 Exhibit 3 – Notice of Interim Suspension on Importation of Zimbabwean Elephant Trophies, # 4 Text of Proposed Order)(Flax, Meredith) (Entered: 05/13/2014) |
|---|---|---|---|
| 05/15/2014 | 12 | | MOTION for Leave to File *Supplemental Declarations* by SAFARI CLUB INTERNATIONAL (Attachments: # 1 Declaration Edson Chidziya, # 2 Declaration Charles Jonga, # 3 Declaration Anna M. Seidman, # 4 Exhibit FOIA Request, # 5 Exhibit Memorandum to Director of the U.S. Fish and Wildlife Service)(Seidman, Anna) (Entered: 05/15/2014) |
| 05/16/2014 | 13 | | AMENDED COMPLAINT against All Defendants filed by SAFARI CLUB INTERNATIONAL.(Seidman, Anna) (Entered: 05/16/2014) |
| 05/16/2014 | 14 | | REPLY to opposition to motion re 4 MOTION for Preliminary Injunction filed by SAFARI CLUB INTERNATIONAL. (Attachments: # 1 Declaration Edson Chidziya, # 2 Declaration Charles Jonga, # 3 Declaration Anna Seidman, # 4 Exhibit Foia Request, # 5 Exhibit Directors Memo)(Seidman, Anna) (Entered: 05/17/2014) |
| 05/19/2014 | 15 | | NOTICE of Appearance by Christopher A. Conte on behalf of NATIONAL RIFLE ASSOCIATION OF AMERICA (Conte, Christopher) (Entered: 05/19/2014) |
| 05/19/2014 | 16 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 04/28/2014., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 4/28/2014. ( Answer due for ALL FEDERAL DEFENDANTS by 6/27/2014.) (Attachments: # 1 Exhibit Return Receipt Proof of Service Documents)(Seidman, Anna) (Entered: 05/19/2014) |
| 05/20/2014 | 17 | | NOTICE of Appearance by Douglas Scott Burdin on behalf of SAFARI CLUB INTERNATIONAL (Burdin, Douglas) (Main Document 17 replaced on 5/21/2014) (jf, ). (Entered: 05/20/2014) |
| 05/20/2014 | 18 | | RESPONSE re 12 MOTION for Leave to File *Supplemental Declarations and Federal Defendants' Unopposed Request to File a Surreply* filed by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # 1 Proposed surreply, # 2 Text of Proposed Order)(Gelatt, Andrea) (Entered: 05/20/2014) |
| 05/21/2014 | | | MINUTE ORDER granting 12 Motion for Leave to File Supplemental Declarations with Preliminary Injunction Reply Brief. The supplemental declarations submitted with plaintiff's reply brief [Dkt. # 14] are treated as filed. Signed by Judge Amy Berman Jackson on 5/21/14. (DMK) (Entered: 05/21/2014) |
| 05/21/2014 | | | MINUTE ORDER. In light of defendants' response to plaintiff's motion for leave to file [Dkt. # 18] and unopposed request to file a surreply, it is ORDERED that defendants are granted leave to file a surreply in support of their opposition to plaintiff's motion for preliminary injunction. The Clerk of the |

| | | | |
|---|---|---|---|
| | | | Court is directed to enter the surreply [Dkt. # 18−1] on the docket. Signed by Judge Amy Berman Jackson on 5/21/14. (DMK) (Entered: 05/21/2014) |
| 05/21/2014 | 19 | | SURREPLY to re 14 REPLY to opposition to motion re 4 MOTION for Preliminary Injunction, filed by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (jf, ) (Entered: 05/21/2014) |
| 05/21/2014 | 20 | | NOTICE of Appearance by Jeremy Evan Clare on behalf of SAFARI CLUB INTERNATIONAL (Clare, Jeremy) (Entered: 05/21/2014) |
| 05/21/2014 | | | MINUTE ORDER that the Hearing on Plaintiff's 4 Motion for Preliminary Injunction presently scheduled for Wednesday, May 28, 2014, at 10:00 AM is cancelled. Signed by Judge Amy Berman Jackson on 05/21/2014. (jth) (Entered: 05/21/2014) |
| 05/23/2014 | 21 | | Corporate Disclosure Statement by NATIONAL RIFLE ASSOCIATION OF AMERICA. (Conte, Christopher) (Entered: 05/23/2014) |
| 05/27/2014 | 22 | | Memorandum in opposition to re 11 MOTION to Dismiss for Lack of Jurisdiction filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. (Attachments: # 1 Text of Proposed Order)(Seidman, Anna) (Entered: 05/27/2014) |
| 06/05/2014 | 23 | | REPLY to opposition to motion re 11 MOTION to Dismiss for Lack of Jurisdiction filed by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # 1 Exhibit 4 − 1997 Tanzania Enhancement Finding)(Flax, Meredith) (Entered: 06/05/2014) |
| 06/06/2014 | 24 | | MEMORANDUM OPINION AND ORDER denying 4 motion for preliminary injunction. See Order for details. Signed by Judge Amy Berman Jackson on 6/6/14.(DMK) (Entered: 06/06/2014) |
| 06/12/2014 | 25 | | MOTION for Relief from LCvR 7(n) by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE (Attachments: # 1 Text of Proposed Order)(Flax, Meredith) (Entered: 06/12/2014) |
| 06/13/2014 | 26 | | Unopposed MOTION for Leave to File *Surreply in Opposition to Motion to Croos−Motion to Dismiss* by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL (Attachments: # 1 Text of Proposed Order, # 2 Surreply)(Seidman, Anna) (Entered: 06/13/2014) |
| 06/16/2014 | | | MINUTE ORDER granting in part and denying in part 25 defendants' motion for relief from LCvR 7(n). It is ORDERED that defendants are relieved from complying with LCvR 7(n) pending a ruling on defendants' motion to dismiss but that they are required to begin the process of compiling the administrative record for this case in the meantime. It is further ORDERED that any supplement to defendants' motion to dismiss is due July 3, 2014, plaintiffs' opposition to that supplement is due July 24, 2014, and defendants' reply to the supplement is due August 7, 2014. Signed by Judge Amy Berman Jackson on 6/16/14. (DMK) (Entered: 06/16/2014) |
| 06/16/2014 | | | MINUTE ORDER granting 26 plaintiffs' motion for leave to file a surreply in support of their opposition to defendants' motion to dismiss. The Clerk of the |

| | | | |
|---|---|---|---|
| | | | Court is directed to enter on the docket the surreply attached to plaintiffs' motion [26–2]. Signed by Judge Amy Berman Jackson on 6/16/14. (DMK) (Entered: 06/16/2014) |
| 06/16/2014 | 27 | | SURREPLY to re 11 MOTION to Dismiss for Lack of Jurisdiction filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. (jf, ) (Entered: 06/16/2014) |
| 06/17/2014 | | | Set/Reset Deadlines: Any supplement to defendants' Motion to Dismiss is due by 7/3/2014; Plaintiffs' Opposition to any supplement is due by 7/24/2014; defendants' reply to the supplement is due by 8/7/2014. (jth) (Entered: 06/17/2014) |
| 06/17/2014 | 28 | | MOTION for Reconsideration re Order on Motion for Miscellaneous Relief,, *and Cross Motion to Compel Production of the Administrative Record* by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL (Attachments: # 1 Exhibit Letter from Brian Arroyo, # 2 Text of Proposed Order)(Seidman, Anna). Added Cross MOTION to Compel (jf) (Entered: 06/17/2014) |
| 06/17/2014 | 29 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 24 Memorandum & Opinion by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. Filing fee $ 505, receipt number 0090–3751258. Fee Status: Fee Paid. Parties have been notified. (Seidman, Anna) (Entered: 06/17/2014) |
| 06/17/2014 | 30 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 29 Notice of Appeal to DC Circuit Court,. (jf, ) (Entered: 06/17/2014) |
| 06/18/2014 | | | MINUTE ORDER. It is ORDERED that defendants shall file notice by Friday, June 20, 2014 advising the Court how long it will take to compile the administrative record. Signed by Judge Amy Berman Jackson on 6/18/14. (DMK) (Entered: 06/18/2014) |
| 06/18/2014 | | | Set/Reset Deadlines: Defendants' to file notice by 6/20/2014 advising the Court how long it will take to compile the administrative record. (jth) (Entered: 06/18/2014) |
| 06/20/2014 | 31 | | NOTICE re MINUTE ORDER filed on 06/18/2014 by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE re Order (Attachments: # 1 Exhibit Decl. of Bryan Arroyo)(Gelatt, Andrea) Modified on 6/23/2014 (jf, ). (Entered: 06/20/2014) |
| 06/20/2014 | 32 | | Memorandum in opposition to re 28 MOTION for Reconsideration re Order on Motion for Miscellaneous Relief,, *and Motion to Compel Production of the Administrative Record and incorporated Notice regarding Minute Order of June 18, 2014* filed by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # 1 Exhibit Decl. of Bryan Arroyo)(Gelatt, Andrea) (Entered: 06/20/2014) |
| 06/23/2014 | | | MINUTE ORDER. Notwithstanding the Court's view that LCvR 7(n)(1) was amended for the convenience of the Court and addresses cases at the summary judgment stage, it is ORDERED that defendants file a certified list of the contents of the administrative record by August 8, 2014. It is further ORDERED |

| | | |
|---|---|---|
| | | that defendants' supplement to the motion to dismiss is now due by August 8, 2014, plaintiffs' opposition to the supplemental motion to dismiss and the submission of any materials gleaned from the record that support their previously filed responses to the motion to dismiss are due by September 5, 2014, and defendants' reply is due by September 19, 2014. It is further ORDERED that plaintiffs' 28 motion for reconsideration and 28 cross–motion to compel is denied as moot. Signed by Judge Amy Berman Jackson on 6/23/14.(DMK) (Entered: 06/23/2014) |
| 06/24/2014 | | Set/Reset Deadlines: Defendants to file a Certified List of the Contents of the Administrative Record by 8/8/2014. Defendants' Supplement to the Motion to Dismiss is now due by 8/8/2014, Plaintiffs' Opposition and Supplemental Materials gleaned from the Record that Support their previously filed Responses to the Motion to Dismiss are due by 9/5/2014, Defendants' reply is due by 9/19/2014. (jth) (Entered: 06/24/2014) |
| 07/16/2014 | | USCA Case Number 14–5152 for 29 Notice of Appeal to DC Circuit Court, filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. (erd) (Entered: 07/16/2014) |
| 07/31/2014 | 33 | NOTICE *of Publication of July Zimbabwe Finding in the Federal Register* by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE (Attachments: # 1 Attached –– 79 Fed. Reg. 44,459 (July 31, 2014))(Flax, Meredith) (Entered: 07/31/2014) |
| 08/01/2014 | 34 | MOTION to Amend/Correct 13 Amended Complaint by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL (Attachments: # 1 Exhibit Press Release, # 2 Proposed Second Amended and Supplemented Complaint, # 3 Text of Proposed Order)(Seidman, Anna) (Entered: 08/01/2014) |
| 08/08/2014 | 35 | ADMINISTRATIVE RECORD by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # 1 Exhibit 1 – Certified List of the Contents of the Administrative Record, # 2 Exhibit 2 – Record Certification)(Flax, Meredith) (Entered: 08/08/2014) |
| 08/08/2014 | 36 | Supplemental MOTION to Dismiss *by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Flax, Meredith) Modified on 8/11/2014 (jf, ). (Entered: 08/08/2014)* |
| 08/08/2014 | 37 | Memorandum in opposition to re 34 MOTION to Amend/Correct 13 Amended Complaint *(Partial Opposition)* filed by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Flax, Meredith) (Entered: 08/08/2014) |
| 08/14/2014 | 38 | Unopposed MOTION for Extension of Time to File Response/Reply *re Plaintiffs' Motion to Amend (Dkt 34)* by SAFARI CLUB INTERNATIONAL (Attachments: # 1 Text of Proposed Order)(Clare, Jeremy) (Entered: 08/14/2014) |
| 08/15/2014 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting <u>38</u> Motion for Extension of Time to File Response/Reply. It is ORDERED that plaintiffs' combined reply in support of their motion for leave to file a second amended complaint <u>34</u> and opposition to defendants' supplemental motion to dismiss <u>36</u> is due by September 5, 2014. It is further ORDERED that defendants' reply in support of their supplemental motion to dismiss is due by September 19, 2014. Signed by Judge Amy Berman Jackson on 8/15/14. (DMK) (Entered: 08/15/2014) |
| 08/29/2014 | <u>39</u> | ADMINISTRATIVE RECORD *(Amended)* by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # <u>1</u> Exhibit 1 – Amended Certified List of the Contents of the Administrative Record, # <u>2</u> Exhibit 2 – Record Certification for Amended Certified List)(Flax, Meredith) (Entered: 08/29/2014) |
| 09/05/2014 | <u>40</u> | Memorandum in opposition to re <u>36</u> Supplemental MOTION to Dismiss *and Partial Opposition to Motion to Amend/Correct Amended Complaint* filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Exhibit Letter of Bryan Arroyo)(Seidman, Anna) Modified on 9/8/2014 (jf, ). (Entered: 09/05/2014) |
| 09/05/2014 | <u>41</u> | REPLY to opposition to motion re <u>34</u> MOTION to Amend/Correct <u>13</u> Amended Complaint , filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Exhibit Letter of Bryan Arroyo)(Seidman, Anna) Modified on 9/8/2014 (jf, ). (Entered: 09/05/2014) |
| 09/19/2014 | <u>42</u> | REPLY to opposition to motion re <u>36</u> Supplemental MOTION to Dismiss *and Partial Opposition to Motion to Amend/Correct* filed by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(Flax, Meredith) (Entered: 09/19/2014) |
| 10/09/2014 | | NOTICE of Hearing on Motions: Motions Hearing is scheduled for 10/31/2014 at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. Re: Defendants' <u>11</u> Motion to Dismiss for Lack of Jurisdiction, Plaintiffs' <u>34</u> Motion for Leave to file Second Amended Complaint, Defendants' <u>36</u> Supplemental Motion to Dismiss. (jth) (Entered: 10/09/2014) |
| 10/30/2014 | | NOTICE of Hearing: A Telephone Conference Call is scheduled in this case for 10/30/2014 at 2:15 PM in Courtroom 3 before Judge Amy Berman Jackson. The parties will be notified separately of the procedures on how to enter the call. (jth) (Entered: 10/30/2014) |
| 10/30/2014 | <u>43</u> | NOTICE of Appearance by Christine A. Hill on behalf of All Defendants (Hill, Christine) (Entered: 10/30/2014) |
| 10/30/2014 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Telephone Conference Call held on 10/30/2014. The Motions Hearing presently scheduled for Friday, October 31, 2014, is cancelled. (Court Reporter Janice Dickman) (jth) (Entered: 10/30/2014) |
| 10/30/2014 | | MINUTE ORDER STAYING CASE. For the reasons stated during the telephone conference held on this date and upon further consideration of the matters discussed on the record, the case is stayed pending the resolution of the |

| | | |
|---|---|---|
| | | appeal in this matter, No. 14–5152. The parties shall notify the Court promptly upon the issuance of any order by the Court of Appeals or the filing of any motion dismissing the appeal. Signed by Judge Amy Berman Jackson on 10/30/14. (DMK) Modified on 10/30/2014 to reflect that this is a minute/paperless order (jth). (Entered: 10/30/2014) |
| 11/07/2014 | | MINUTE ORDER. It is ORDERED that the Stay Order entered in this case on October 30, 2014 be Lifted. It is FURTHER ORDERED that a Motions Hearing be scheduled for Tuesday, November 18, 2014, at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. Signed by Judge Amy Berman Jackson on 11/7/2014. (jth) (Entered: 11/07/2014) |
| 11/17/2014 | 44 | Case reassigned by consent to Judge Royce C. Lamberth. Judge Amy Berman Jackson no longer assigned to the case. (gt, ) (Entered: 11/17/2014) |
| 11/17/2014 | | MINUTE ORDER. It is ORDERED that the Motions Hearing scheduled for Tuesday, November 18, 2014, at 10:00 AM will take place in Courtroom 22A before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 11/17/14. (DMK) (Entered: 11/17/2014) |
| 11/17/2014 | | Set/Reset Hearings: The Motions Hearing is reset for 11/18/2014 at 10:00 AM in Courtroom 22A before Judge Royce C. Lamberth. (jth) (Entered: 11/17/2014) |
| 11/18/2014 | | Minute Entry for Proceedings held before Judge Royce C. Lamberth: Motions Hearing held on 11/18/2014 re: Defendants' 11 Motion to Dismiss for Lack of Jurisdiction; Plaintiff's 34 Motion to Amend/Correct 13 the Amended Complaint; and Defendants' 36 Supplemental Motion to Dismiss. All Motions were Heard and Taken Under Advisement. (Court Reporter Lisa Foradori) (jth) (Entered: 11/18/2014) |
| 12/23/2014 | 45 | MOTION to Intervene by FRIENDS OF ANIMALS, Zimbabwe Conservation Task Force (Harris, Michael) (Additional attachment(s) added on 12/23/2014: # 1 Exhibit Motion to Stay) (jf, ). (Entered: 12/23/2014) |
| 12/23/2014 | 46 | ENTERED IN ERROR.....MOTION to Stay re 45 MOTION to Intervene by FRIENDS OF ANIMALS (Attachments: # 1 Text of Proposed Order)(Harris, Michael) Modified on 12/23/2014 (zjf, ). (Entered: 12/23/2014) |
| 12/23/2014 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 46 MOTION to Stay re 45 MOTION to Intervene was entered in error as a premature filing and added to entry 45 (jf, ) (Entered: 12/23/2014) |
| 12/24/2014 | | MINUTE ORDER granting proposed defendant–intervenors' unopposed motion to stay briefing on the motion to intervene [45–1]. It is ORDERED that briefing on the motion to intervene 45 is stayed for 10 days from the date of this Court's order resolving defendants' motions to dismiss [11, 36]. Signed by Judge Royce C. Lamberth on 12/24/14. (DMK) (Entered: 12/24/2014) |
| 12/26/2014 | 47 | ORDER granting 34 plaintiffs' motion to amend; denying defendants' motion to dismiss 11 ; granting in part and denying in part defendants' motions to dismiss 36 . See Order for details. Signed by Judge Royce C. Lamberth on 12/26/14. (DMK) (Entered: 12/26/2014) |
| 12/26/2014 | 48 | MEMORANDUM OPINION. Signed by Judge Royce C. Lamberth on 12/26/14. (DMK) (Entered: 12/26/2014) |

| 12/26/2014 | 49 | | AMENDED COMPLAINT against DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE filed by SAFARI CLUB INTERNATIONAL, NATIONAL RIFLE ASSOCIATION OF AMERICA.(rdj) (Entered: 12/29/2014) |
|---|---|---|---|
| 01/05/2015 | | | MINUTE ORDER. It is ORDERED that the parties shall meet and confer and submit by January 26, 2015 a joint proposed schedule for further proceedings. Signed by Judge Royce C. Lamberth on 1/5/15. (DMK) (Entered: 01/05/2015) |
| 01/05/2015 | | | Set/Reset Deadlines: Joint Meet & Confer Statement due by 1/26/2015. (tg, ) (Entered: 01/05/2015) |
| 01/05/2015 | 50 | | MEMORANDUM re 45 MOTION to Intervene filed by ZIMBABWE CONSERVATION TASK FORCE, FRIENDS OF ANIMALS, 46 MOTION to Stay re 45 MOTION to Intervene filed by FRIENDS OF ANIMALS by FRIENDS OF ANIMALS, ZIMBABWE CONSERVATION TASK FORCE. (Attachments: # 1 Proposed answer, # 2 Declaration of Johnny Rodrigues, # 3 Declaration of Priscilla Feral, # 4 Text of Proposed Order)(Harris, Michael) (Entered: 01/05/2015) |
| 01/12/2015 | 51 | | ANSWER to 49 Amended Complaint by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. Related document: 49 Amended Complaint filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL.(Flax, Meredith) (Entered: 01/12/2015) |
| 01/20/2015 | 52 | | Memorandum in opposition to re 45 MOTION to Intervene filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. (Attachments: # 1 Text of Proposed Order)(Seidman, Anna) (Entered: 01/20/2015) |
| 01/22/2015 | 53 | | MOTION for Certificate of Appealability by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL (Attachments: # 1 Text of Proposed Order)(Seidman, Anna) (Entered: 01/22/2015) |
| 01/26/2015 | 54 | | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order)(Seidman, Anna) (Entered: 01/26/2015) |
| 01/27/2015 | 55 | | REPLY to opposition to motion re 45 MOTION to Intervene filed by FRIENDS OF ANIMALS, ZIMBABWE CONSERVATION TASK FORCE. (Harris, Michael) (Entered: 01/27/2015) |
| 01/27/2015 | 56 | | ORDER for Joint Briefing Schedule. Administrative Record due by 2/10/2015. (See Image for Details) Signed by Judge Royce C. Lamberth on 1/27/15. (mpt) (Entered: 01/28/2015) |
| 02/04/2015 | 57 | | MOTION for Leave to File *Sur−reply to Proposed Defendant Intervenors Reply on their Motion to Intervene* by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL (Attachments: # 1 Exhibit Lodged Sur−reply, # 2 Text of Proposed Order)(Burdin, Douglas) (Entered: 02/04/2015) |
| 02/05/2015 | | | MINUTE ORDER granting 57 Motion for Leave to File Sur−Reply. The Clerk of the Court is directed to enter plaintiffs' sur−reply, filed as attachment 1 to the motion [57−1], on the docket. Signed by Judge Royce C. Lamberth on 2/5/15. |

| | | | |
|---|---|---|---|
| | | | (DMK) (Entered: 02/05/2015) |
| 02/05/2015 | 58 | | SURREPLY to re 45 MOTION to Intervene filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. (rdj) (Entered: 02/05/2015) |
| 02/06/2015 | 59 | | Memorandum in opposition to re 53 MOTION for Certificate of Appealability filed by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # 1 Text of Proposed Order)(Flax, Meredith) (Entered: 02/06/2015) |
| 02/10/2015 | 60 | | ADMINISTRATIVE RECORD by DANIEL ASHE, SALLY JEWELL, U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE. (Attachments: # 1 Exhibit 1 – Certified List of the Contents of the Administrative Record for July 2014 Zimbabwe Enhancement Finding, # 2 Exhibit 2 – Certification of the Administrative Record for the July 2014 Zimbabwe Enhancement Finding)(Flax, Meredith) (Entered: 02/10/2015) |
| 02/17/2015 | 61 | | REPLY to opposition to motion re 53 MOTION for Certificate of Appealability filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL. (Burdin, Douglas) (Entered: 02/17/2015) |
| 03/12/2015 | 62 | | ORDER granting 45 Motion to Intervene as of right. See Order for details. Signed by Judge Royce C. Lamberth on 3/12/15. (DMK) (Entered: 03/12/2015) |
| 03/12/2015 | 63 | | ANSWER to 49 Amended Complaint by FRIENDS OF ANIMALS, ZIMBABWE CONSERVATION TASK FORCE. Related document: 49 Amended Complaint filed by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL.(rdj) (Entered: 03/13/2015) |
| 03/31/2015 | 64 | | MOTION to Compel *Supplementation of the Administrative Record/Admit Extra–Record Evidence* by NATIONAL RIFLE ASSOCIATION OF AMERICA, SAFARI CLUB INTERNATIONAL (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Van Norman E–mail, # 3 Exhibit Stromayer E–mail, # 4 Exhibit April FOIA Request, # 5 Exhibit July FOIA Request, # 6 Exhibit October 14, 2014 e–mail, # 7 Exhibit October 31, 2014 e–mail, # 8 Exhibit March 4, 2015 e–mail, # 9 Exhibit March 11, 2015 e–mail, # 10 Exhibit March 16, 2015 e–mail, # 11 Exhibit March 19, 2015 e–mail, # 12 Exhibit FOIA Response Cover Letter, # 13 Exhibit DOI Standardized Guidance, # 14 Exhibit FWS Directive)(Seidman, Anna) (Entered: 03/31/2015) |
| 04/09/2015 | 65 | 14 | ORDER granting 53 Motion for Certificate of Appealability. See Order for details. Signed by Judge Royce C. Lamberth on 4/9/15. (DMK) (Entered: 04/09/2015) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
SAFARI CLUB INTERNATIONAL, *et al.*,   )
                                                        )
                         Plaintiffs,               )
                                                        )
            v.                                        )            Civil Action No. 14-0670 (RCL)
                                                        )
SALLY M. R. JEWELL, in her official     )
capacity as Secretary of the U.S.          )
Department of the Interior, *et al.*,        )
                                                        )
                         Defendants.            )
_____)

## MEMORANDUM OPINION AND ORDER

This case involves a challenge by plaintiffs Safari Club International and the National Rifle Association of America to determinations by the United States Fish and Wildlife Service ("FWS" or "the Service") to suspend imports of sport-hunted elephants from Tanzania and Zimbabwe. Defendants moved to dismiss the lawsuit and on December 26, 2014, the Court dismissed the claims with respect to imports from Tanzania, but not with respect to imports from Zimbabwe. *Safari Club Int'l v. Jewell*, No. 14-0670 (ABJ), 2014 WL 7367007, at *8, *10 (D.D.C. Dec. 26, 2014). Following that ruling, plaintiffs filed a motion for the Court to certify the finality of the Court's dismissal of the Tanzania claims pursuant to Federal Rule of Civil Procedure 54(b). For the reasons set forth below, the Court will grant plaintiffs' motion.

## BACKGROUND

International trade of endangered species, like the African elephant, is governed by the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"). Mar. 3, 1973, 27 U.S.T. 1087, T.I.A.S. No. 8249. Whether a species covered by CITES may be

traded between countries depends, among other factors, on whether the species is listed under Appendix I or Appendix II of the treaty.  An import permit is required to import an Appendix I species, like African elephants from Tanzania, CITES Art. III(3), while no import permit is required to import an Appendix II species, like African elephants from Zimbabwe, CITES Art. IV(4).[1]  The United States has implemented CITES through the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1537a; 1538(c), and FWS is responsible for issuing the import permits required by treaty.

FWS previously allowed imports of legally sport-hunted African elephant trophies from Tanzania and Zimbabwe, but that changed in April 2014, when FWS issued determinations suspending these imports.  Press Release:  Service Suspends Import of Elephant Trophies from Tanzania and Zimbabwe, Ex. A to Mot. for Prelim. Inj. [Dkt. # 4-5].  Plaintiffs, who represent hunters and hunting outfitters, filed suit challenging the Service's actions, Compl. [Dkt. #1], Am. Compl. [Dkt. # 13], 2d Am. Compl. [Dkt. # 49], and defendants moved to dismiss, among other reasons, on the grounds that plaintiffs failed to exhaust their administrative remedies with respect to the Tanzania claims because they did not apply for and were not denied an import permit.  Mot. to Dismiss [Dkt. # 11]; Supplemental Mot. to Dismiss & Partial Opp. to Mot. to Am./Correct [Dkt. # 36].

---

1       CITES categorizes protected species into three appendices based on the level of protection required for the species.  27 U.S.T. 1087.  A fuller description of the treaty's requirements appears in the Court's December 26, 2014 decision.  *Safari Club Int'l*, 2014 WL 7367007, at *1.

On December 26, 2014, the Court granted defendants' motion to dismiss the Tanzania claims (Counts 6–8),[2] ruling that plaintiffs had failed to exhaust their administrative remedies. *Safari Club Int'l*, 2014 WL 7367007, at *8, *10.  It denied the motion to dismiss the Zimbabwe claims. *Id.* at *10.

On January 22, 2015, plaintiffs filed a motion for certification from the Court that the dismissal of the Tanzania claims was a final judgment.  Pls.' Mot. for Certification of Ruling [Dkt. # 53] ("Pls. Mot.").  The parties have briefed the issue.  Defs.' Opp. to Pls.' Mot. [Dkt. # 59] ("Defs.' Opp."); Pls.' Reply in Supp. of Pls.' Mot. [Dkt. # 61] ("Pls.' Reply").  For the reasons set forth below, the Court will grant plaintiffs' motion.

## LEGAL STANDARD

In actions that present multiple claims for relief, Rule 54(b) authorizes a district court to "direct entry of a final judgment as to one or more, but fewer than all, claims."  Fed. R. Civ. P. 54(b).  The district court, in its discretion, is to determine the "appropriate time" when each final decision in a multiple-claims action is ready for appeal and "[t]his discretion is to be exercised 'in the interest of sound judicial administration.'"  *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 8 (1980), quoting *Sears, Roebuck & Co. v. Mackey*, 351 U.S. 427, 435 (1956).

The court must first determine whether the decision in question is a "final judgment," meaning "a decision upon a cognizable claim for relief" that is "'an ultimate disposition of an individual claim entered in the course of a multiple claims action.'"  *Id.* at 7, quoting *Sears, Roebuck & Co.*, 351 U.S. at 436.  "'Absent an express direction for entry of judgment, an order

---

2      The count numbers for the Tanzania claims in the amended complaint were 4, 5, and 6, *see* Am. Compl. [Dkt. # 13], but plaintiffs moved for leave to file a second amended complaint, which changed the Tanzania claims to counts 6, 7, and 8, *see* 2d Am. Compl.  The Court granted plaintiffs' motion for leave to file a second amended complaint and dismissed the Tanzania claims, counts 6–8 of the second amended complaint. *Safari Club Int'l*, 2014 WL 7367007, at *5–*6, *10.

3

that disposes of less than all the claims – no matter with what firmness and apparent finality – is not appealable.'" *Bldg. Indus. Ass'n of Superior Cal. v. Babbitt*, 161 F.3d 740, 743–44 (D.C. Cir. 1998), quoting *Everett v. U.S. Airways Grp., Inc.*, 132 F.3d 770, 773 (D.C. Cir. 1998).

If the court determines that the judgment is final, it must then "determine whether there is any just reason for delay, keeping in mind that '[n]ot all final judgments on individual claims should be immediately appealable, even if they are in some sense separable from the remaining unresolved claims.'" *Johnson v. Mukasey*, 248 F.R.D. 347, 355 (D.D.C. 2008), *aff'd in part sub nom. Johnson v. Holder*, No. 08-5157, 2009 WL 3568647 (D.C. Cir. Oct. 7, 2009), quoting *Bldg. Indus. Ass'n*, 161 F.3d at 744.   District courts have considerable discretion to determine the "exceptional cases qualifying for Rule 54(b) certification," *Bldg. Indus. Ass'n*, 161 F.3d at 743, so long as this discretion is "exercised 'in the interest of sound judicial administration.'" *Curtiss-Wright Corp.*, 446 U.S. at 8, quoting *Mackey*, 351 U.S. at 435.   In doing so, district courts must consider judicial administrative interests and the equities involved.   *Id.*   In considering judicial administrative interests, courts must consider administrative efficiency and the federal policy against piecemeal litigation.   *Id.*   It is proper for the court to consider "whether the claims under review were separable from the others remaining to be adjudicated and whether the nature of the claims already determined was such that no appellate court would have to decide the same issues more than once even if there were subsequent appeals."   *Id.*   But even if an appeal of the claims does not harm judicial administrative interests, "it is still within the court's discretion to grant or deny final judgment under 54(b) based on the equities involved."   *Johnson*, 248 F.R.D. at 357, citing *Curtiss-Wright Corp.,* 446 U.S. at 10.

# ANALYSIS

## I.     The Court's ruling on the Tanzania claims is a final judgment.

Plaintiffs argue that the ruling dismissing the Tanzania claims for failure to exhaust administrative remedies was final, stating that they could have filed the Tanzania lawsuit separately, and if they had, the ruling on the motion to dismiss would have been appealable.   Pls.' Mot. at 4–6.  Defendants do not dispute that the Tanzania ruling was final.  Defs.' Opp. at 1.  The Court agrees and finds that the ruling on the Tanzania claims is a final judgment as to those claims. The ruling was a decision upon plaintiffs' cognizable claim for relief with respect to imports of sport-hunted elephants from Tanzania, which disposed of those claims fully.  *See Curtiss-Wright Corp.*, 446 U.S. at 7.

## II.     There is no just reason for delay.

Given that the December 2014 decision constituted a final judgment on the Tanzania claims, the Court must next consider whether there is a just reason to delay an appeal of those claims.  *Id.* at 8.  Plaintiffs contend there is no just reason for delay, because the Tanzania and Zimbabwe rulings are distinct from each other, given the different regulatory regimes that govern imports from each country.  Pls.' Mot. at 8; Pls.' Reply at 1.  According to plaintiffs, the issue for appeal concerns elephants listed on Appendix I and not those listed on Appendix II, and the permit requirement for Tanzania eliminates any overlap between the two.  Pls.' Mot. at 8.  They assert that the ruling on the Tanzania permit requirement "has no impact on or relation to" the ongoing challenges to the Zimbabwe import suspension, and that the factual and legal issues related to the Tanzania appeal will have to be briefed and argued separately from the Zimbabwe issues.  *Id.* at 6.

Defendants counter that there is substantial overlap between the two sets of claims, emphasizing that plaintiffs' claims that FWS failed to provide notice and comment before issuing

5

the challenged findings and their challenge to the validity of the enhancement finding requirement applies to both sets of claims. Defs.' Opp. at 3–4. According to defendants, it would be a waste of judicial resources to allow appeal of the Tanzania claims because these overlapping legal questions could be before this Court and the Court of Appeals at the same time. *Id*. at 4. Plaintiffs point out, however, that the issue the Court of Appeals would decide now is whether the Tanzania findings are final agency actions given the permit requirement and whether resort to that administrative process would be futile – not the merits questions of notice and comment or the validity of the enhancement finding requirement. Pls.' Reply at 2–3. Further, the appellate court will not have to decide any permit-related issues for the Zimbabwe claims, because there is no permit requirement for imports from that country. *Id.* at 3.

The Court finds that plaintiffs' appeal of the final judgment with respect to their Tanzania claims would not harm judicial administrative interests. *See Curtiss-Wright Corp.*, 446 U.S. at 8. The issues for appellate review involve plaintiffs' failure to apply for a permit and exhaust their administrative remedies, not the common merits questions on rulemaking and the validity of the enhancement finding requirement. Plaintiffs are correct that issue of finality and exhaustion of administrative remedies arises only with the respect to imports from Tanzania and would not be reviewed again in subsequent appeals of this case. Therefore, certification of these claims would not compromise the judicial interest against piecemeal litigation. *See id.*; *see also Am. Forest Res. Council v. Ashe*, 301 F.R.D. 14, 19 (D.D.C. 2014).

With respect to the equities involved, plaintiffs argue that an immediate appeal would be equitable because unless the decision is reversed on appeal, "issue preclusion, collateral estoppel, or at least stare decisis likely would prevent" them from litigating the issue of their ability to bring such a claim in any challenge against import bans imposed on a CITES Appendix I elephant. Pls.' Mot. at 7. While acknowledging that "this may be true," defendants counter that this case is not

6

one of the "exceptional cases" in which an interlocutory appeal is appropriate.  Defs.' Opp. at 4.

Defendants quote *Carson v. Am. Brands, Inc.*, 450 U.S. 79, 84 (1981), for the proposition that

litigants must "show that an interlocutory order of the district court might have a serious, perhaps

irreparable, consequence" to obtain interlocutory appeal.  *Id.* at 4–5.  They also point out that the

consequence here was of plaintiffs' own making since they chose to file suit without identifying a

member to exhaust administrative remedies, and that plaintiffs could "correct the deficiency" by

finding a member who has applied for a permit or would be willing to do so, and then file a new

lawsuit once the permit is denied.  *Id.* at 5.

The Court finds that the equities favor plaintiffs.  This case is procedurally unusual because

of the different regulatory requirements governing the same imports, albeit from different

countries.  And although plaintiffs knew these same imports were subject to different regulatory

requirements and proceeded to file suit anyway, the Court finds that the unique posture of the case

arising from the different regulatory regimes tilts this case toward being an "exceptional case"

qualifying for certification under Rule 54(b), particularly because the issues to be appealed are

separable from those that are unresolved.  *See Bldg. Indus. Ass'n*, 161 F.3d at 743; *see also Curtiss-

Wright Corp.*, 446 U.S. at 8.  Finally, the Court notes that the *Carson* case relied upon by

defendants involved 28 U.S.C. § 1291(a)(1), the statute that governs interlocutory appeals of

injunctions, which is not at issue in this case.  *See Carson*, 450 U.S. at 84.  Accordingly, the Court

finds that the equities favor granting plaintiffs' motion.

7

## CONCLUSION

For the reasons set forth above, it is ORDERED that plaintiffs' motion for certification of ruling [Dkt. # 53] is GRANTED.  It is further ORDERED that pursuant to Federal Rule of Civil Procedure 54(b), the Court's Order of December 26, 2014 [Dkt. # 47] is a final judgment with respect to plaintiffs' Tanzania claims (Counts 6–8 of the second amended complaint).

**SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge, on April 9, 2015.