IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 14-cv-00670-RCL ) ) |
| **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| **Friends of Animals**, *et al.*, | ) ) |
| Defendant-Intervenors. | ) |

## [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND TO ADMIT EXTRA-RECORD EVIDENCE

Having considered Plaintiffs' Motion to Compel Supplementation of the Administrative Record and to Admit Extra-Record Evidence, ECF No. 64, and the parties' briefing on the motion, it is hereby **ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:

ROYCE C. LAMBERTH
United States District Judge