## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL )<br>and )<br>NATIONAL RIFLE ASSOCIATION OF )<br>AMERICA )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>) Civ. No. 14-cv-00670 (RCL)<br>SALLY M. R. JEWELL, in her official )<br>capacity as Secretary of the U.S. )<br>Department of the Interior; )<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>an agency of the United States; )<br>DANIEL ASHE, in his official capacity as )<br>Director of the U.S. Fish and Wildlife Service; and )<br>U.S. FISH AND WILDLIFE SERVICE, )<br>an agency of the United States )<br>)<br>    Defendants. ) | |

## **NOTICE OF APPEAL**

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is given that Safari Club International and the National Rifle Association of America ("SCI/NRA") appeal to the United States Court of Appeals for the District of Columbia Circuit from the December 26, 2014 District Court Order (Dkt. 47) and Memorandum Opinion (Dkt. 48) that dismissed claims 6, 7, and 8 of SCI/NRA's Second Amended Complaint. In those claims SCI/NRA challenged the April 4, 2014 decision of Defendants Sally S.M.R. Jewell, acting in her official capacity as Secretary of the U.S. Department of the Interior; the U.S. Department of the Interior; Dan Ashe, acting in his official capacity as the Director of the U.S. Fish and Wildlife Service; and the U.S. Fish and Wildlife Service to ban the importation of elephants legally sport hunted in Tanzania

after April 4, 2014.  On April 9, 2015, the District Court, in accordance with Fed. R. Civ. P. 54(b), certified the finality of the dismissal of those claims for purposes of appeal. (Dkt. 65). Dated this 3rd day of June, 2015.

          Respectfully submitted,

          /s/Anna M. Seidman
          Anna M. Seidman
          D.C. Bar No. 417091
          Douglas Burdin
          D.C. Bar No. 434107
          Jeremy Clare
          D.C. Bar No. 1015688
          501 2nd Street NE
          Washington, D.C.
          Tel: 202-543-8733
          Fax: 202-543-1205
          aseidman@safariclub.org
          dburdin@safariclub.org
          jclare@safariclub.org

*Counsel for Plaintiff/Appellant*
*Safari Club International*

Christopher A. Conte (DC Bar No. 43048)
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff/Appellant*
*National Rifle Association of America*