# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 14-0670 (RCL) |
| ) | |
| SALLY M. R. JEWELL, in her official ) | |
| capacity as Secretary of the U.S. ) | |
| Department of the Interior, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, it is

**ORDERED** that Plaintiffs' Motion to Compel Supplementation of the Administrative Record and to Admit Extra-Record Evidence [Dkt. # 64] is DENIED.  It is

**FURTHER ORDERED** that the parties' shall file a proposed schedule for the filing of summary judgment briefs, as set forth in the Order on Joint Briefing Schedule [Dkt. # 56], by July 6, 2015.

**SO ORDERED.**

ROYCE C. LAMBERTH
United States District Judge

DATE:  June 29, 2015