**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* | |
| Plaintiffs, | |
| v. | Civ. No. 14-cv-00670 (RCL) |
| S.M.R. JEWELL, *et al.* | |
| Defendants. | |

**[PROPOSED] ORDER ON JOINT BRIEFING SCHEDULE**

This Court hereby ORDERS that the briefing schedule in the above captioned matter

shall be as follows:

- **August 17, 2015**:  Federal Defendants shall file amended certified lists of the contents of

  the Administrative Records ("ARs") for the April 2014 and July 2014 decisions for

  Zimbabwe challenged in this case.  These certified lists will correct previously

  discovered inadvertent errors and/or omissions and will include documents, agreed upon

  by the parties, that were not included in the certified lists previously filed with the Court.

  Federal Defendants will also serve Safari Club and NRA with bates-stamped copies of

  the documents added to the ARs on or before that date.

- **October 15, 2015**:  Safari Club and NRA shall file their Motion for Summary Judgment.

- **November 16, 2015**:  Federal Defendants shall file their combined Opposition to Safari

  Club and NRA's Motion for Summary Judgment and Cross-Motion for Summary

  Judgment.

- **December 18, 2015**:  Safari Club and NRA shall file their combined Reply in Support of Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for Summary Judgment.

- **January 19, 2015:**  Federal Defendants shall file their Reply in Support of Cross-Motion for Summary Judgment.

- **January 29, 2015**:  Safari Club and NRA shall file the Joint Appendix pursuant to LCvR 7(n).


DATED:                                    _____
                                          ROYCE C. LAMBERTH
                                          District Court Judge