UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-00670 (RCL) |

**UNOPPOSED MOTION TO FILE AMENDED
PROPOSED JOINT BRIEFING SCHEDULE**

Plaintiffs Safari Club International and National Rifle Association of America ("Safari Club and NRA") move to file an Amended Proposed Joint Briefing Schedule in the above-captioned matter. The Federal Defendants and Defendant-Intervenors Friends of Animals and Zimbabwe Conservation Task Force ("FoA") do not oppose this motion.

On July 6, 2015, just after filing a Proposed Joint Briefing Schedule with the Court, Safari Club and NRA and Federal Defendants learned that they had inadvertently failed to include FoA in the preparation of the Proposed Joint Briefing Schedule. Safari Club and NRA have since conferred with counsel for FoA and have revised the schedule, with FoA's and Federal Defendants' concurrence, to include dates for the filing of FoA's combined Cross Summary Judgment and Opposition, and Reply. The Amended Proposed Joint Briefing Schedule is as follows:

- **August 17, 2015**: Federal Defendants shall file amended certified lists of the contents of the Administrative Records ("ARs") for the April 2014 and July 2014 decisions for

1

Zimbabwe challenged in this case. These certified lists will correct previously discovered inadvertent errors and/or omissions and will include documents, agreed upon by the parties, that were not included in the certified lists previously filed with the Court. Federal Defendants will also serve Safari Club and NRA with bates-stamped copies of the documents added to the ARs on or before that date.

- **October 15, 2015**: Safari Club and NRA shall file their Motion for Summary Judgment.

- **November 16, 2015**: Federal Defendants and FoA shall each file their combined Oppositions to Safari Club and NRA's Motion for Summary Judgment and their Cross-Motions for Summary Judgment.

- **December 18, 2015**: Safari Club and NRA shall file their combined Reply in Support of Motion for Summary Judgment and Opposition to Federal Defendants' and to FoA's Cross-Motions for Summary Judgment.

- **January 19, 2015:** Federal Defendants and FoA shall file their Replies in Support of Cross-Motions for Summary Judgment.

- **January 29, 2015**: Safari Club and NRA shall file the Joint Appendix pursuant to LCvR 7(n).

WHEREFORE Safari Club and NRA respectfully request that this Court grant this motion to file an Amended Proposed Joint Briefing Schedule.

Dated this 7th of July, 2015.

                Respectfully submitted,
                /s/Anna M. Seidman
                Anna M. Seidman
                D.C. Bar No. 417091
                Douglas Burdin
                D.C. Bar No. 434107
                Jeremy Clare

D.C. Bar No.  1015688
501 2nd Street NE
Washington, D.C.
Tel: 202-543-8733
Fax: 202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

*Counsel for Plaintiff*
*Safari Club International*

Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff*
*National Rifle Association of America*