**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*  Plaintiffs,  v.  S.M.R. JEWELL, *et al.*  Defendants. | Civ. No. 14-cv-00670 (RCL) |

**[PROPOSED] ORDER ON UNOPPOSED MOTION TO FILE AMENDED PROPOSED JOINT BRIEFING SCHEDULE**

This Court hereby GRANTS Safari Club International and National Rifle Association of America's Unopposed Motion to File Amended Proposed Joint Briefing Schedule and ORDERS that the Amended Proposed Joint Briefing Schedule and Amended [Proposed] Order On Joint Proposed Briefing Schedule, lodged with this motion, are deemed filed as of the date of this order.

Dated: _____

_____
ROYCE C. LAMBERTH
U.S. District Court Judge

1