**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-00670 (RCL) |

**AMENDED PROPOSED JOINT BRIEFING SCHEDULE**

Pursuant to the Court's June 29, 2015 Order, the parties, Plaintiffs Safari Club International and the National Rifle Association of America ("Safari Club and NRA"), Federal Defendants, and Defendant-Intervenors Friends of Animals and Zimbabwe Conservation Task Force ("FoA") have met and conferred and jointly propose the following schedule for further proceedings in this case:

- **August 17, 2015**: Federal Defendants shall file amended certified lists of the contents of the Administrative Records ("ARs") for the April 2014 and July 2014 decisions for Zimbabwe challenged in this case. These certified lists will correct previously discovered inadvertent errors and/or omissions and will include documents, agreed upon by the parties, that were not included in the certified lists previously filed with the Court. Federal Defendants will also serve Safari Club and NRA with bates-stamped copies of the documents added to the ARs on or before that date.

- **October 15, 2015**: Safari Club and NRA shall file their Motion for Summary Judgment.

1

- **November 16, 2015**: Federal Defendants and FoA shall each file their combined Oppositions to Safari Club and NRA's Motion for Summary Judgment and their Cross-Motions for Summary Judgment.

- **December 18, 2015**: Safari Club and NRA shall file their combined Reply in Support of Motion for Summary Judgment and Opposition to Federal Defendants'and to FoA's Cross-Motions for Summary Judgment.

- **January 19, 2015:** Federal Defendants and FoA each shall file their Replies in Support of Cross-Motions for Summary Judgment.

- **January 29, 2015**: Safari Club and NRA shall file the Joint Appendix pursuant to LCvR 7(n).

Dated this 7th of July, 2015.

Respectfully submitted,
/s/Anna M. Seidman
Anna M. Seidman
D.C. Bar No. 417091
Douglas Burdin
D.C. Bar No. 434107
Jeremy Clare
D.C. Bar No.  1015688
501 2nd Street NE
Washington, D.C.
Tel: 202-543-8733
Fax: 202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

*Counsel for Plaintiff*
*Safari Club International*

Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N

Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff*
*National Rifle Association of America*


JOHN C. CRUDEN,
Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

/s/ Meredith L. Flax
MEREDITH L. FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
ANDREA GELATT, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station.
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
meredith.flax@usdoj.gov

*Counsel for Federal Defendants*

**/s**/ Michael Ray Harris
Friends of Animals
7500 E. Arapahoe Road
Suite 385
Centennial, CO 80112
Phone: (720) 949-7791
Fax: (888) 236-3303
michaelharris@friendsofanimals.org

*Counsel for Defendant-Intervenors*
*Friends of Animals and Zimbabwe Conservation Task Force*