UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>SALLY M. R. JEWELL, *et al.*<br><br>Defendants. | Civ. No. 14-cv-00670 (RCL)<br>Civ. No. 15-cv-01026 (RCL) |

**MOTION FOR A PROPOSED JOINT CONSOLIDATED BRIEFING SCHEDULE**

The parties have conferred and jointly move to consolidate the summary judgment briefing of *Safari Club International et al. v. Jewell et al.*, 14-cv-00670 (RCL) ("2014 case") and *Safari Club International et al. v. Jewell et al.*, 15-cv-1026 (RCL) ("2015 case") in accordance with the proposed consolidation schedule:

1. On or before September 15, 2015, Defendants Jewell *et al*. ("Federal Defendants") will file a certified list of the contents of the Administrative Record ("AR") for the 2015 case and will provide copies of the AR for the 2015 case to all parties.

2. On or before October 15, 2015, Plaintiffs, Safari Club International and National Rifle Association of America ("Safari Club and NRA") will notify Federal Defendants if Safari Club and NRA consider the AR for the 2015 case to be complete.

3. On or before October 22, 2015, the parties will file a joint status report with the Court informing the Court of their positions on the AR for the 2015 case.  If the parties are in agreement that the AR is complete, they will also provide the court with a new, proposed

1

schedule that will consolidate the briefing for the 2014 case and the 2015 case. If the parties are not in agreement, the status report will include a schedule for resolving the AR disagreement.

    4. On or before September 15, 2015, Federal Defendants will file their Answer or other response to the Complaint in the 2015 case. If Federal Defendants choose to file a Motion to Dismiss all or a portion of the Complaint in the 2015 case, instead of an Answer, Plaintiffs Safari Club and NRA will move to sever the cases so that the parties can proceed with the summary judgment briefing of the 2014 case independently of any briefing on any motions to dismiss in the 2015 case.

    5. On or before August 15, 2015, Friends of Animals and Zimbabwe Conservation Task Force ("FoA") - if they would like to intervene in the 2015 case - will file a motion to intervene. Safari Club and NRA will inform the parties and the Court if they oppose the Motion to Intervene by August 20, 2015. If Safari Club and NRA intend to oppose the motion, they will file any opposition brief by August 31, 2015. FoA's reply brief, if necessary, will be filed by September 11, 2015.

    6. On or before August 15, 2015, Safari Club and NRA will file a motion to amend the 2014 Complaint to include the Endangered Species Act, 16 U.S.C. § 1538(c)(2) claim that is already part of the 2015 case. Federal Defendants have informed Safari Club and NRA that they do not consent to the amendment of the 2014 Complaint and that they will file a response to the motion. Defendant-Intervenors FoA take no position to the motion to amend and do not plan to file a response to it.

The parties respectfully request that the Court approve this proposed schedule.

Dated this 20th day of July.

                                   Respectfully submitted,

                                   /s/Anna M. Seidman
                                   Anna M. Seidman
                                   D.C. Bar No. 417091
                                   Douglas Burdin
                                   D.C. Bar No. 434107
                                   Jeremy Clare
                                   D.C. Bar No. 1015688
                                   501 2nd Street NE
                                   Washington, D.C.
                                   Tel: 202-543-8733
                                   Fax: 202-543-1205
                                   aseidman@safariclub.org
                                   dburdin@safariclub.org
                                   jclare@safariclub.org

                                   *Counsel for Plaintiff*
                                   *Safari Club International*

                                   /s/ Christopher A. Conte
                                   D.C. Bar No. 43048
                                   National Rifle Association of America/ILA
                                   11250 Waples Mill Rd., 5N
                                   Fairfax, VA 22030
                                   Telephone: (703) 267-1166
                                   Facsimile: (703) 267-1164
                                   cconte@nrahq.org

                                   *Counsel for Plaintiff*
                                   *National Rifle Association of America*


                                   JOHN C. CRUDEN,
                                   Assistant Attorney General
                                   SETH M. BARSKY, Chief
                                   KRISTEN L. GUSTAFSON, Assistant Chief

                                   /s/ Meredith L. Flax
                                   MEREDITH L. FLAX, Senior Trial Attorney
                                   (D.C. Bar No. 468016)
                                   ANDREA GELATT, Trial Attorney

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station.
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
meredith.flax@usdoj.gov

*Counsel for Federal Defendants*

**/s**/ Michael Ray Harris
Friends of Animals
7500 E. Arapahoe Road
Suite 385
Centennial, CO 80112
Phone: (720) 949-7791
Fax: (888) 236-3303
michaelharris@friendsofanimals.org

*Counsel for Defendant-Intervenors*
*Friends of Animals and Zimbabwe Conservation Task Force*