UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-00670 (RCL) <br> Civ. No. 15-cv-01026 (RCL) |

**[PROPOSED] ORDER ON JOINT CONSOLIDATED BRIEFING SCHEDULE**

This Court hereby ORDERS that the briefing schedule in the above captioned matters shall be as follows:

- On or before **September 15, 2015**, Defendants Jewell *et al.* ("Federal Defendants") will file a certified list of the contents of the Administrative Record ("AR") for the 2015 case and will provide copies of the AR for the 2015 case to all parties.

- On or before **October 15, 2015**, Plaintiffs, Safari Club International and National Rifle Association of America ("Safari Club and NRA") will notify Federal Defendants if Safari Club and NRA consider the AR for the 2015 case to be complete.

- On or before **October 22, 2015**, the parties will file a joint status report with the Court informing the Court of their positions on the AR for the 2015 case. If the parties are in agreement that the AR is complete, they will also provide the court with a new, proposed schedule that will consolidate the briefing for the 2014 case and the 2015 case. If the

1

parties are not in agreement, the status report will include a schedule for resolving the AR disagreement.

- On or before **September 15, 2015**, Federal Defendants will file their Answer or other response to the Complaint in the 2015 case.  If Federal Defendants choose to file a Motion to Dismiss all or a portion of the Complaint in the 2015 case, instead of an Answer, Plaintiffs Safari Club and NRA will move to sever the cases so that the parties can proceed with the summary judgment briefing of the 2014 case independently of any briefing on any motions to dismiss in the 2015 case.

- On or before **August 15, 2015**, Friends of Animals and Zimbabwe Conservation Task Force ("FoA") - if they would like to intervene in the 2015 case - will file a motion to intervene.  Safari Club and NRA will inform the parties and the Court if they oppose the Motion to Intervene by **August 20, 2015**.  If Safari Club and NRA intend to oppose the motion, they will file any opposition brief by **August 31, 2015**.  FoA's reply brief, if necessary, will be filed by **September 11, 2015**.

- On or before **August 15, 2015**, Safari Club and NRA will file a motion to amend the 2014 Complaint to include the Endangered Species Act, 16 U.S.C. § 1538(c)(2) claim that is already part of the 2015 case.  Federal Defendants have informed Safari Club and NRA that they do not consent to the amendment of the 2014 Complaint and that they will file a response to the motion.  Defendant-Intervenors FoA take no position to the motion to amend and do not plan to file a response to it.

DATED:  _____
ROYCE C. LAMBERTH
U.S. District Court Judge