IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, <br><br> Defendants. | Case No. 14-cv-00670-RCL <br><br> **NOTICE OF FILING AMENDED CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORDS** |

Defendants S.M.R. Jewell, *et al.*, by their undersigned counsel, hereby file the amended certified lists of the contents of the administrative records for the U.S. Fish and Wildlife Service's April and July 2014 enhancement finding for Zimbabwe in the above captioned matter. *See* Exhibits 1 and 2. Attached as Exhibits 3 and 4 are the Declarations of U.S. Fish and Wildlife Service employee Timothy Van Norman certifying the administrative records. Electronic copies of the additional documents added to the administrative records have been sent by email to counsel of record in this case.

Dated: August 14, 2015         Respectfully submitted,

                              JOHN C. CRUDEN,
                              Assistant Attorney General
                              SETH M. BARSKY, Chief
                              KRISTEN L. GUSTAFSON, Assistant Chief

                                */s/ Meredith L. Flax*
                              MEREDITH L. FLAX, Senior Trial Attorney
                              (D.C. Bar No. 468016)
                              ANDREA GELATT, Trial Attorney
                              (Cal. Bar. No. 262617)

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
meredith.flax@usdoj.gov

*Counsel for Federal Defendants*

<u>Of Counsel</u>:
Holly Wheeler
Russell Husen
U.S. Department of the Interior
Office of the Solicitor
Washington, D.C.