# EXHIBIT 1

| | | | | | **Administrative Record** | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Safari Club International et al. v. Jewell, et al., Civ. No. 14-670 (D.D.C.) | | | |
| | | | | | April 2015 Findings | | | |
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. | Privileged |
| **DMA*** | | | | | | | | |
| AR 1 | 1991 | I. Douglas-Hamilton and A. Burrill | DMA | Report | Using Elephant Carcass Ratios to Determine Population Trends | 8 | 000001-000008 | N |
| AR 2 | 1/13/2006 | Joshua Hammer of Newsweek | DMA | Online News Article | Shoot to Kill: Inside the hidden links between American big-game hunters and Zimbabwe's Mugabe dictatorship. | 4 | 000009-000012 | N |
| AR 3 | 2007 | IUCN The World Conservation Union | DMA | Report | African Elephant Status Report 2007: An Update from the African Elephant Database | 8 | 000013-000020 | N |
| AR 4 | 2007 | IUCN The World Conservation Union | DMA | Report | Elephant Status Report 2007 An Update from the African Elephant Database | 281 | 000021-000301 | N |
| AR 5 | 2/7/2007 | Craig Dacker | DMA | Document | Status of elephants in Tanzania 2005-2007 | 4 | 000302-000305 | N |
| AR 6 | 6/2/2007 | IUCN The World Conservation Union | DMA | Report | Selous Game Reserve: Report of the Reactive Monitoring Mission 2007 | 23 | 000306-000328 | N |
| AR 7 | 7/1/2008 | Rosemarie Gnam of Division of Scientific Authority (DSA) | Mary Cogliano, Tim Van Norman, Roddy Gabel | Emails with attachments | 2007 Response by Tanzania to FWS correspondence/questions | 30 | 000329-000358 | N |
| AR 8 | 3/12/2009 | Jakaya Mrisho Kikwete | DMA | Report | Wildlife Conservation No. 5 of 2009 Tanzania | 44 | 000359-000402 | N |
| AR 9 | 4/7/2009 | Rosemarie Gnam of DSA | DMA | Memorandum | General Advice on Import of Article made from Sport-hunted Trophies of African Elephant from Botswana, Namibia, South Africa, and Zimbabwe, for Personal Use or Display | 3 | 000403-000405 | N |
| AR 10 | 7/2009 | Samuel K. Wasser, Bill Clark, and Cathy Laurie of Scientific American | DMA | Magazine Article | The Ivory Trail | 8 | 000406-000413 | N |
| AR 11 | 10/14/2009 | T. Milliken, R.W. Burn and L. Sangalakula | DMA | Document | CoP15.44.1:  The Elephant Trade Information System (ETIS) and Illicit Trade in Ivory | 40 | 000414-000453 | N |
| AR 12 | 3/5/2010 | Convention of International Trade in Endangered Species of Wild Fauna and Flora (CITES) | Division of Management Authority (DMA) | Document | CoP15 Doc68 Annex 6a | 19 | 000454-000472 | N |
| AR 13 | 3/13/2010 | CITES Secretariat | DMA | Document | CoP15 Doc. 44.2 (Rev. 1) Interpretation and implementation of the Convention Species trade and conservation issues Elephants: Monitoring of Illegal Hunting in Elephant Range States | 27 | 000473-000499 | N |
| AR 14 | 7/2/2010 | Gazette of the United Republic of Tanzania | DMA | Report | Supplement No. 25 Subsidiary Legislation: The Wildlife Conservation (Tourist Hunting) Regulations, 2010 | 35 | 000500-000534 | N |
| AR 15 | 6/2010 | Tanzania Wildlife Research Institute | DMA | Book | Tanzania Elephant Management Plan 2010-2015 | 103 | 000535-000637 | N |
| AR 16 | 2/17/2011 | Tanzania Ministry of Natural Resources and Tourism | DMA | Document | Meeting between the Tanzania Ministry of Natural Resources and Tourism and FWS | 10 | 000638-000647 | N |
| AR 17 | 2/17/2011 | Tanzania Ministry of Natural Resources and Tourism Wildlife Division | DMA | Book | Elephant Management Plan and Law Enforcement in Tanzania | 16 | 000648-000663 | N |
| AR 18 | 3/3/2013 | CITES Secretariat | DMA | Document | CoP16 Prop. 11 Cosideration of Proposal for Amendment of Appendices I and II | 39 | 000664-000702 | N |
| AR 19 | 3/3/2013 | CITES Secretariat | DMA | Document | CoP16 Doc. 53.1 Monitoring the Illegal Killing of Elephants. | 15 | 000703-000717 | N |
| AR 20 | 9/10/2013 | Gill Staden of ENT Africa | DMA | Online News Article | Zimbabwe Elephant a Jumbo Problem | 2 | 000718-000719 | N |
| AR 21 | 9/26/2013 | Shame Makoshori of Zimbabwe Situation | DMA | Online News Article | Elephants Flee Zim?? | 9 | 000720-000728 | N |
| AR 22 | 2/26/2013 | DSA | DMA | Memorandum | General Advice on Importation of Sport-hunted Trophies and Articles for Personal Use or Display that Were Made from Sport-hunted Trophies of African Elephants from Tanzania, for the Calendar Year 2013 | 14 | 000729-000742 | N |
| AR 23 | 9/26/2013 | Josh Liberman of iScienceTimes.com | DMA | Online News Article | Poachers In Zimbabwe Poison 87 Elephants for Their Ivory | 2 | 000743-000744 | N |
| AR 24 | 9/23/2013 | Shephard Yuda of Zimbabwe Situation | DMA | Online News Article | Zimbabwe: Govt Fingered in 69 Elephant Cyanide Poising Probe | 1 | 000745 | N |
| AR 25 | 10/15/2013 | Biology/Ecology from http://Phys.org/news | DMA | Onlince News Article | Zimbabwe elephant poisoning toll reaches 100 | 1 | 000746 | N |

| AR # | Date | From | To | Type | Description | Pages | Bates | |
|---|---|---|---|---|---|---|---|---|
| AR 26 | 10/22/2013 | Agence France Presse of uffingtonpost.com | DMA | Online News Article | Zimbabwe Elephant Poisoning Death to Lions, Vultures, Hyenas, also Kills 9 | 2 | 000747-000748 | N |
| AR 27 | 12/2013 | CITES Secretariat, IUCN/SSC African, and Elephant Specialist Group | DMA | Report | Status of African elephant populations and levels of illegal killing and the illegal trade in ivory: A report to the Afrcan Elephant Summit | 21 | 000749-000769 | N |
| AR 28 | 12/2/2013 | UNESCO World Heritage Centre- IUCN The World Conservation Union | DMA | Report | Reactive Monitoring Mission Seous Game Reserve (United Republic of Tanzania) Mission Report, January 2014 | 75 | 000770-000844 | N |
| AR 29 | 1/2/2014 | Alex Bell of SW Radio Africa (London) | DMA | Online News Article | Zimbabwe: Hwange Poaching Crisis Continue | 1 | 000845 | N |
| AR 30 | 1/3/14 | Bryan Arroyo | Dan Ashe, Director FWS; cc: Steve Guertin, Deputy Director FWS | Memorandum | Suspension of Imports of Sport-hunted African elephant trophies taken in Tanzania and Zimbabwe during calendar year 2014 | 5 | 000846-000850 | N |
| AR 31 | 1/8/2014 | Rosemarie Gnam, Roddy Gabel, and Bryan Arroyo | Dan Ashe, Director FWS; cc: Steve Guertin, Deputy Director FWS | Memorandum | Director's memo: Suspension of imports of sport-hunted African elephant tropgies taken in Tanzania and Zimbabwe during calendar year 2014 | 5 | 000851-000855 | N |
| AR 32 | 1/9/2014 | The International Union for the Conservation of Nature (IUCN) | DMA | Online Document | Zimbabwe Elephant Database, 2012 (2013 Africa analysis) | 2 | 000856-000857 | N |
| AR 33 | 1/14/2014 | The International Union for the Conservation of Nature (IUCN) | DMA | Online Document | Tanzania Elephant Database, 2007 | 13 | 000858-000870 | N |
| AR 34 | 1/14/2014 | The International Union for the Conservation of Nature (IUCN) | DMA | Online Document | 2012 Continental Total ("2013 Africa" analysis) | 5 | 000871-000875 | N |
| AR 35 | 1/14/2014 | Mary Cogliano of DSA | Rosemarie Gnam, Pamela Scruggs, Danielle Kessler, Craig Hoover, Laura Noguchi, Tim VanNorman, , Bryan Arroyo, Patrick Leonard, Roddy Gabel, Jeffrey Jorgenson, Mike Moore, and Richard Ruggiero | Emails with attachments | Forward message containing two attachments of reports of recent survey-Population Status of African Elephant (Aerial Census of Large Animals in Ruaha-Rungwa Ecosystem and Aerial Census of Large Mammals in the Selous-Mikumi Ecosystem) | 28 | 000876-000903 | N |
| AR 36 | 1/14/2014 | Mary Cogliano of DSA | Mike Moore and Pamela Scruggs | Emails with attachments | Information related to Tanzania elephants and sport-hunting | 45 | 000904-000948 | N |
| AR 37 | 1/24/2014 | Mike Moore of DMA | Richard Ruggiero, Michelle Gadd, and Matt Muir | Emails with attachments | Active African Elelphant Grants for Tanzania covering the last two years | 13 | 000949-000961 | N |
| AR 38 | 2/4/2014 | Mary Cogliano of DSA | FWHQ AIA-Staff | Emails | Series of e-mails forwarding information from ElephantNews.org regarding Tanzania | 24 | 000962-000985 | N |
| AR 39 | 2/21/2014 | Rosemarie Gnam of DSA | DMA | Memorandum | General Advice on Importation of Sport-hunted Trophies of African Elephants taken in Tanzania in the Calendar Year 2014 | 7 | 000986-000992 | N |
| AR 40 | 3/27/2014 | Tim VanNorman of DMA | The File | Memorandum | Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Tanzania during 2014 | 14 | 000993-001006 | N |
| AR 41 | 4/2/2014 | DMA | Dan Ashe, Director FWS | Document | Draft document- Talking Points: Suspension of Import of Elephant Hunting Trophies Taken in Tanzania and Zimbabwe in 2014 | 2 | 001007-001008 | N |
| AR 42 | 4/4/2014 | Tim VanNorman of DMA | Mr. Edson Chidziya | Letter | Letter to Edson Chidziya of NPWMA in Zimbabwe | 5 | 001009-001013 | N |
| AR 43 | 4/4/2014 | Tim VanNorman of DMA | The File | Memorandum | Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Zimbabwe during 2014 | 6 | 001014-001019 | N |
| AR 44 | 4/8/2014 | Tim VanNorman of DMA | The File | Memorandum | Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Zimbabwe during 2014 | 6 | 001020-001025 | N |
| AR 45 | 4/16/2014 | Tim VanNorman of DMA | The File | Memorandum | Draft document- Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Zimbabwe during 2014 revised | 6 | 001026-001031 | N |
| AR 46 | 4/17/2014 | Zimbabwe Parks and Wildlife Management Authority | DMA | Book | Response to Questions Raised by the United States Fish and Wildlife Service to Address the USA Endangered Species Act | 33 | 001032-001064 | N |
| AR 47 | 4/17/2014 | Tim VanNorman of DMA | The File | Memorandum | Enhancement Finding for African Elephant Taken as Sport-hunted Trophies in Zimbabwe during 2014 | 5 | 001065-001069 | N |
| AR 48 | 4/18/2014 | Roddy Gabel of DMA | Nelson Freeman | Emails | Zimbabwe Trophies | 1 | 001070 | N |
| **DSA*** | | | | | | | | |
| AR 49 | 7/11/2008 | Rosemarie Gnam, FWS-DSA | DMA | Memorandum | General Advice on Import of Sport-hunted Trophies of African Elephant from Tanzania for the Calendar Year 2008 | 4 | 001071-001074 | N |
| AR 50 | 7/23/2009 | Rosemarie Gnam, FWS-DSA | DMA | Memorandum | General Advice on Import of Sport-hunted Trophies of African Elephant from Tanzania for the Calendar Year 2009 | 7 | 001075-001081 | N |
| AR 51 | 7/23/2010 | Rosemarie Gnam, FWS-DSA | DMA | Memorandum | General Advice on Import of Sport-hunted Trophies of African Elephant from Tanzania for the Calendar Year 2010 | 8 | 001082-001089 | N |
| AR 52 | 2/17/2011 | Tanzania Ministry of Natural Resources and Tourism | DSA | Document | Meeting between the Tanzania Ministry of Natural Resources and Tourism and FWS…Provisional Agenda | 1 | 001090 | N |

| AR # | Date | From | To | Type | Description | Pages | Bates | Priv |
|---|---|---|---|---|---|---|---|---|
| AR 53 | 2/17/2011 | Tanzania Ministry of Natural Resources and Tourism Wildlife Division [Received at 2/17/11 meeting - see AR 52] | DSA | Book | Elephant Management Plan and Law Enforcement in Tanzania | 16 | 001091-001106 | N |
| AR 54 | Jun-10 | Tanzania Wildlife Research Institute [Unsigned copy received at 2/17/11 meeting - see AR 52] | DSA | Book | Tanzania Elephant Management Plan 2010-2015 | 103 | 001107-001209 | N |
| AR 55 | 7/2/2010 | Gazette of the United Republic of Tanzania [Received at 2/17/11 meeting - see AR 52] | DSA | Book | Supplement No. 25 Subsidiary Legislation: The Wildlife Conservation (Tourist Hunting) Regulations, 2010 | 35 | 001210-001244 | N |
| AR 56 | 3/20/2009 | Gazette of the United Republic of Tanzania [Received at 2/17/11 meeting - see AR 52] | DSA | Book | The United Republic of Tanzania Act Supplement No. 5_The Wildlife Conservation Act, 2009 | 92 | 001245-001336 | N |
| AR 57 | 4/1/2011 | Rosemarie Gnam, FWS-DSA | DMA | Memorandum | General Advice on Importation of Sport-hunted Trophies of African Elephants from Tanzania for the Calendar Year 2011 | 15 | 001337-001351 | N |
| AR 58 | 5/11/2011 | Mary Cogliano, FWS-DSA | Simon Mduma, TAWIRI, Emmanuel Severre (mweka@mwekawildlife.org), TZ Ministry of Natural Resources and Tourism, John J. Jackson, III, Conservation Force; cc to Teiko Saito, FWS-AIA, Rosemarie Gnam, FWS-DSA, Pamela Hall (Scruggs), FWS-DSA, Tim Vannorman, FWS-DMA | email | Draft US-TZ meeting summary from February 17, 2011 | 2 | 001352-001353 | N |
| AR 59 | 5/11/2011 | | | attachment to AR 58 | Draft US-TZ mtg summary [Note: no comments from outside FWS were ever received on mtg. summary] | 10 | 001354-001363 | N |
| AR 60 | 5/19/2011 | Mary Cogliano, FWS-DSA | Simon Mduma, TAWIRI | email | References | 3 | 001364-001366 | N |
| AR 61 | 1/3/2012 | Michelle Gadd, FWS-DIC | Mary Cogliano, FWS-DSA, Tim Vannorman, FWS-DMA, Roddy Gabel, FWS-DMA, Rosemarie Gnam, FWS-DSA | email | Tanzania National Elephant Management Plan 2011-2015 | 3 | 001367-001369 | N |
| AR 62 | 8/14/2012 | Rosemarie Gnam, FWS-DSA | DMA | Memorandum | General Advice on Importation of Sport-hunted Trophies of African Elephants from Tanzania for the Calendar Year 2012 | 12 | 001370-001381 | N |
| AR 63 | Sept. 2012 | | | USFWS Talking Points | 11th African Wildlife Consultative Forum Division of Scientific Authority Talking Points | 2 | 001382-001383 | N |
| AR 64 | 9/12/2012 | Patrick Leonard, FWS-AIA | Tanzania Delegation, AWCF | USFWS List of Concerns | Concerns Related to the Import of Sport-Hunted Elephant Trophies from Tanzania, USFWS | 2 | 001384-001385 | N |
| AR 65 | 9/16/2012 | | | Presentation by USFWS | USFWS 11th Annual African Wildlife Consultative Forum | 21 | 001386-001406 | N |
| AR 66 | 8/9/2012 | | | Agenda | Draft Agenda_AWCF_Botswana_revised 9 August 2012 | 5 | 001407-001411 | N |
| AR 67 | 2/26/2013 | Rosemarie Gnam, FWS-DSA | DMA | Memorandum | General Advice on Importation of Sport-hunted Trophies and Articles for Personal Use or Display that Were Made from Sport-hunted Trophies of African Elephants from Tanzania, for the Calendar Year 2013 | 14 | 001412-001425 | N |
| AR 68 | 10/18/2013 | OS, DOI Cables <doi_cables@ios.doi.gov> | Rosemarie Gnam, FWS-DSA and Pamela Scruggs, FWS-DSA | email: State Dpt Cable | Fwd: Zimbabwe: Multi-Million Dollar Environmental Initiative Provides Critical Support | 3 | 001426-001428 | N |
| AR 69 | 10/25/2013 | Rosemarie Gnam, FWS-DSA | Mary Cogliano, FWS-DSA, Jeffrey Jorgenson, FWS-DSA; cc to Pamela Scruggs, FWS-DSA | email with 10/23/13 State Dpt Cable | Fwd: Tanzania: Moving Ahead with Anti-Poaching Efforts | 4 | 001429-001432 | N |
| AR 70 | 10/29/2013 | OS, DOI Cables <doi_cables@ios.doi.gov> | Rosemarie Gnam, FWS-DSA and Pamela Scruggs, FWS-DSA | email: State Dpt Cable | Fwd: Zimbabwe: New Environment Minister Expresses Desire for American Engagement | 3 | 001433-001435 | N |
| AR 71 | 11/20/2013 | OS, DOI Cables <doi_cables@ios.doi.gov> | Rosemarie Gnam, FWS-DSA and Pamela Scruggs, FWS-DSA | email: State Dpt Cable | Fwd: Zimbabwe Anti-Poaching: Opportunities and Challenges | 3 | 001436-001438 | N |
| AR 72 | 12/13/2013 | Mary Cogliano, FWS-DSA | Michelle Gadd, FWS-DIC | email | TZ press release | 1 | 001439 | N |
| AR 73 | 12/13/2013 | Michelle Gadd, FWS-DIC | Mary Cogliano, FWS-DSA | email | Selous count: Minister's comments to the press | 6 | 001440-001445 | N |
| AR 74 | 12/13/2013 | Mary Cogliano, FWS-DSA | Tim Vannorman, FWS-DMA, Mike Moore, FWS-DMA, Jeffrey Jorgenson, FWS-DSA, Craig Hoover, FWS-DMA, Laura Noguchi, FWS-DMA, Michelle Gadd, FWS-DIC, Pamela Scruggs, FWS-DSA, Richard Ruggiero, FWS-DIC; cc to Rosemarie Gnam, FWS-DSA and Roddy Gabel, FWS-DMA | email | Draft agenda for African Elephant permits mtg. | 1 | 001446 | N |
| AR 75 | 12/13/2013 | | | attachment to AR 74 | Elephant mtg AGENDA_12_17_13 | 1 | 001447 | N |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AR 76 | 12/16/2013 | Michelle Gadd, FWS-DIC | Mary Cogliano, FWS-DSA, cc to Craig Hoover, FWS-DMA, Laura Noguchi, FWS-DMA, Pamela Scruggs, FWS-DMA, jeffrey jorgenson, FWS-DMA, Richard Ruggiero, FWS-DIC, Tim Vannorman, FWS-DMA, Mike Moore, FWS-DMA, Rosemarie Gnam, FWS-DSA, Roddy Gabel, FWS-DMA | email | TZ African Elephant numbers | 1 | 001448 | N |
| AR 77 | 12/16/2013 | | | link in AR 76 | Elephant Declines Vastly Underestimated – News Watch | 10 | 001449-001458 | N |
| AR 78 | 12/17/2013 | Michelle Gadd, FWS-DIC | Richard Ruggiero, FWS-DIC; Dirck Byler, FWS-DIC, Matt Muir, FWS-DIC, Nancy Gelman, FWS DIC, Patrick Leonard, FWS-AIA, Mary Cogliano, FWS-DSA, Laura Noguchi, FWS-DMA, Craig Hoover, FWS-DMA | email with 12/16/13 State Dpt Cable | Fwd: Gaborone: Elephant Summit Reinforces Elephant Protection and Showcases GoB's Growing Leadership Role | 5 | 001459-001463 | N |
| AR 79 | 12/3/2013 | | | attachment to AR 78 | african_elephant_summit_final_urgent_measures_3_dec_2013.pdf | 6 | 001464-001469 | N |
| AR 80 | 12/24/2013 | Mary Cogliano, FWS-DSA | FWHQ AIA-STAFF | Fwd email | [african-elephant] Tanzania: Four Ministers Removed From Their Posts | 3 | 001470-001472 | N |
| AR 81 | 12/27/2013 | Rosemarie Gnam, FWS-DSA | Pamela Scruggs, FWS-DSA | email | Re: draft elephant bp | 1 | 001473 | N |
| AR 82 | 12/27/2013 | | | attachment to AR 81 | TZ ZW Elephant Trophy Inf Memo rsg edits | 3 | 001474-001476 | N |
| AR 83 | 12/27/2013 | Pamela Scruggs, FWS-DSA | Mary Cogliano, FWS-DSA; cc to Rosemarie Gnam, FWS-DSA | email | TZ and ZW Elephant Briefing Paper - Please provide input by COB Friday | 2 | 001477-001478 | N |
| AR 84 | 12/27/2013 | | | attachment to AR 83 | TZ ZW Elephant Trophy Inf Memo rsg edits accepted | 3 | 001479-001481 | N |
| AR 85 | 12/30/2013 | Pamela Scruggs, FWS-DSA | Mary Cogliano, FWS-DSA; cc to Rosemarie Gnam, FWS-DSA | email | Re: TZ and ZW Elephant Briefing Paper - Please provide input by COB Friday. | 2 | 001482-001483 | N |
| AR 86 | 12/30/2013 | Pamela Scruggs, FWS-DSA | Mary Cogliano, FWS-DSA | email | Elephant quota was reported - I missed it last week! | 1 | 001484 | N |
| AR 87 | 12/30/2013 | Pamela Scruggs, FWS-DSA | Craig Hoover, FWS-DMA, Richard Ruggiero, FWS-DIC, Mike Moore, FWS-DMA; cc to Mary Cogliano, FWS-DSA, Laura Noguchi, FWS-DMA, Tim Vannorman, FWS-DMA, Roddy Gabel, FWS-DMA, Rosemarie Gnam, FWS-DSA, Danielle Kessler, FWS-DMA-DSA | email | Re: TZ and ZW Elephant Briefing Paper - Time Sensitive - Input Needed | 2 | 001485 | N |
| AR 88 | 12/30/2013 | | | attachment to AR 87 | TZ ZW Elephant Trophy Inf Memo to DMA and DIC | 3 | 001486-001488 | N |
| AR 89 | 12/30/2013 | Pamela Scruggs, FWS-DSA | Craig Hoover, FWS-DMA, Richard Ruggiero, FWS-DIC, Mike Moore, FWS-DMA; cc to Mary Cogliano, FWS-DSA, Laura Noguchi, FWS-DMA, Tim Vannorman, FWS-DMA, Roddy Gabel, FWS-DMA, Rosemarie Gnam, FWS-DSA, Danielle Kessler, FWS-DMA-DSA | email | TZ and ZW Elephant Briefing Paper - Time Sensitive - Input Needed | 2 | 001489-001490 | N |
| AR 90 | 10/18/2013 | | | attachment to AR 89 | Fwd: Zimbabwe: Multi-Million Dollar Environmental Initiative Provides Critical Support | 3 | 001491-001493 | N |
| AR 91 | 10/29/2013 | | | attachment to AR 89 | Fwd: Zimbabwe: New Environment Minister Expresses Desire for American Engagement | 3 | 001494-001496 | N |
| AR 92 | 11/20/2013 | | | attachment to AR 89 | Fwd: Zimbabwe Anti-Poaching: Opportunities and Challenges | 3 | 001497-001499 | N |
| AR 93 | 12/30/2013 | Pamela Scruggs, FWS-DSA | Craig Hoover, FWS-DMA, Richard Ruggiero, FWS-DIC, Mike Moore, FWS-DMA, "cc: Mary Cogliano, FWS-DSA", Laura Noguchi, FWS-DMA, Tim Vannorman, FWS-DMA, Roddy Gabel, FWS-DMA, Rosemarie Gnam, FWS-DSA, Danielle Kessler, FWS-DMA-DSA | email | TZ and ZW Briefing paper - Important Update | 1 | 001500 | N |
| AR 94 | 12/30/2013 | Pamela Scruggs, FWS-DSA | Michael Carpenter, FWS-DMA | email | Re: Zimbabwe elephants a jumbo problem | 1 | 001501 | N |
| AR 95 | 12/30/2013 | Pamela Scruggs, FWS-DSA | Rosemarie Gnam, FWS-DSA | email | Fwd: TZ and ZW Briefing paper - Important Update | 2 | 001502-001503 | N |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AR 96 | 12/30/2013 | Pamela Scruggs, FWS-DSA | Craig Hoover, FWS-DMA, Richard Ruggiero, FWS-DIC, Mike Moore, FWS-DMA, "cc: Mary Cogliano, FWS-DSA", Laura Noguchi, FWS-DMA, Tim Vannorman, FWS-DMA, Roddy Gabel, FWS-DMA, Rosemarie Gnam, FWS-DSA, Danielle Kessler, FWS-DMA-DSA; cc to Michael Carpenter, FWS-DMA | email | Re: TZ and ZW Briefing paper - Important Update | 1 | 001504 | | N |
| AR 97 | 12/31/2013 | Pamela Scruggs, FWS-DSA | Rosemarie Gnam, FWS-DSA | email | From Mike C. | 1 | 001505 | | N |
| AR 98 | 1/13/2006 | | | attachment to AR 97 | Shoot to Kill | 4 | 001506-001509 | | N |
| AR 99 | 12/31/2013 | Pamela Scruggs, FWS-DSA | Rosemarie Gnam, FWS-DSA | email | Re: From Mike C. | 2 | 001510-001511 | | N |
| AR 100 | 12/31/2013 | Pamela Scruggs, FWS-DSA | Craig Hoover, FWS-DMA; cc to Richard Ruggiero, FWS-DIC, Mike Moore, FWS-DMA, Mary Cogliano, FWS-DSA, Laura Noguchi, FWS-DMA, Tim Vannorman, FWS-DMA, Roddy Gabel, FWS-DMA, Rosemarie Gnam, FWS-DSA, Danielle Kessler, FWS-DMA-DSA, Michelle Gadd, FWS-DIC | email | Re: TZ and ZW Elephant Briefing Paper - Time Sensitive - Input Needed | 2 | 0015112-001513 | | N |
| AR 101 | 12/31/2013 | | | attachment to AR 100 | TZ ZW Elephant Trophy Inf Memo to Hoover edits addressed + more text from DSA | 5 | 001514-001518 | | N |
| AR 102 | 1/2/2014 | Pamela Scruggs, FWS-DSA | Rosemarie Gnam, FWS-DSA | email | Re: TZ and ZW Elephant Briefing Paper - Time Sensitive - Input Needed | 3 | 001519-001521 | | N |
| AR 103 | 1/2/2014 | Pamela Scruggs, FWS-DSA | Roddy Gabel, FWS-DMA; cc to Craig Hoover, FWS-DMA, Richard Ruggiero, FWS-DIC, Mike Moore, FWS-DMA, Mary Cogliano, FWS-DSA, Laura Noguchi, FWS-DMA, Tim Vannorman, FWS-DMA, Rosemarie Gnam, FWS-DSA, Danielle Kessler, FWS-DMA-DSA, Michelle Gadd, FWS-DIC | email | Re: TZ and ZW Elephant Briefing Paper - Time Sensitive - Input Needed | 3 | 001522-001524 | | N |
| AR 104 | 1/2/2014 | | | attachment to AR 103 | TZ ZW Elephant Trophy Inf Memo 010214 | 5 | 001525-001529 | | N |
| AR 105 | 1/3/2014 | Pamela Scruggs, FWS-DSA | Tim Vannorman, FWS-DMA; cc to Rosemarie Gnam, FWS-DSA, Craig Hoover, FWS-DMA, Richard Ruggiero, FWS-DIC, Roddy Gabel, FWS-DMA, Mike Moore, FWS-DMA, Mary Cogliano, FWS-DSA, Laura Noguchi, FWS-DMA, Danielle Kessler, FWS-DMA-DSA, Michelle Gadd, FWS-DIC | email | Re: TZ and ZW Elephant Briefing Paper - Time Sensitive - Input Needed | 4 | 001530-001533 | | N |
| AR 106 | 1/3/2014 | Rosemarie Gnam, FWS-DSA | Bryan Arroyo, FWS-AIA | email | Fwd: TZ and ZW elephant trophy briefing paper | 3 | 001534-001536 | | N |
| AR 107 | 1/3/2014 | | | attachment to AR 106 | TZ ZM elephant Trophy BP Jan 3 - rev | 5 | 001537-001541 | | N |
| AR 108 | 1/6/2014 | Rosemarie Gnam, FWS-DSA | Patrick Leonard, FWS-AIA | email | DTS number for TZ & ZM elephant trophy briefing paper | 1 | 001542 | | N |
| AR 109 | 1/3/2014 | | | attachment to AR 108 | TZ ZM elephant Trophy BP Jan 3 | 5 | 001543-001547 | | N |
| AR 110 | 1/7/2014 | Mary Cogliano, FWS-DSA | FWHQ AIA-STAFF | Fwd email | [african-elephant] Tanzania: Govt Mulls New Body, Force to Combat Poaching | 2 | 001548-001549 | | N |
| AR 111 | 1/8/2014 | Rosemarie Gnam, FWS-DSA | Pamela Scruggs, FWS-DSA | Fwd email: Meeting Invitation | Fwd: Updated Invitation: Meeting (Dan, Rowan, Patrick Leonard, Roddy Gabel, Rosema…@ Wed Jan 8, 2014 2:30pm - 3pm (rosemarie_gnam@fws.gov) | 2 | 001550-001551 | | N |
| AR 112 | 1/9/2014 | Rosemarie Gnam, FWS-DSA | Patrick Leonard, FWS-AIA | email | Fwd: DSC | 2 | 001552-001553 | | N |
| AR 113 | 1/9/2014 | Rosemarie Gnam, FWS-DSA | Craig Hoover, FWS-DMA; cc to Tim Vannorman, FWS-DMA, Roddy Gabel, Patrick Leonard, FWS-AIA, Pamela Scruggs, FWS-DSA, Danielle Kessler, FWS-DMA-DSA | email | Re: DSC | 1 | 001554 | | N |
| AR 114 | 1/9/2014 | Mary Cogliano, FWS-DSA | FWHQ AIA-STAFF | Fwd email | [african-elephant] Tanzania: Twenty-One Officials Suspended Over Poaching Claims | 2 | 001555-001556 | | N |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AR 115 | 1/9/2014 | Pamela Scruggs, FWS-DSA | Rosemarie Gnam, FWS-DSA, Roddy Gabel, FWS-DMA, Danielle Kessler, FWS-DMA-DSA, Craig Hoover, FWS-DMA,Tim Vannorman, FWS-DMA, Mary Cogliano, FWS-DSA, Michelle Gadd, FWS-DIC, Laura Noguchi, FWS-DMA, Mike Moore, FWS-DMA, Rchard Ruggiero, FWS-DIC; cc to Patrick Leonard, FWS-AIA | email | Draft Communication Strategy for TZ and ZW Elephants - Urgent need comments by 12:00 noon today | 1 | 001557 | N |
| AR 116 | 1/9/2014 | | | attachment to AR 115 | Draft Director Statement - Suspension of Elephant Trophies from TZ and ZW | 1 | 001558 | N |
| AR 117 | 1/9/2014 | | | attachment to AR 115 | Talking Points - Suspension of Elephant Trophies from TZ and ZW | 1 | 001559 | N |
| AR 118 | 1/9/2014 | Pamela Scruggs, FWS-DSA | Rosemarie Gnam, FWS-DSA, Roddy Gabel, FWS-DMA, Danielle Kessler, FWS-DMA-DSA, Craig Hoover, FWS-DMA,Tim Vannorman, FWS-DMA, Mary Cogliano, FWS-DSA, Michelle Gadd, FWS-DIC, Laura Noguchi, FWS-DMA, Mike Moore, FWS-DMA, Rchard Ruggiero, FWS-DIC; cc to Patrick Leonard, FWS-AIA | email | Re: Draft Communication Strategy for TZ and ZW Elephants - Urgent need comments by 12:00 noon today | 2 | 001560-001561 | N |
| AR 119 | 1/13/2014 | Mary Cogliano, FWS-DSA | Trevor Jones, Udzungwa Elephant Project | email string | Status of Elephants in Tanzania and Report to Parliamentary Committee | 2 | 001562-001563 | N |
| AR 120 | 3/13/2008 | | | attachment to AR 119 | Gobush_Mikumi eles.pdf | 10 | 001564-001573 | N |
| AR 121 | 2/18/2009 | | | attachment to AR 119 | Gobush&Wasser2009.pdf | 8 | 001574-001581 | N |
| AR 122 | 1/13/2014 | Rosemarie Gnam, FWS-DSA | Craig Hoover, FWS-DMA; cc to Patrick Leonard, FWS-AIA, Tim Vannorman, FWS-DMA, Roddy Gabel, FWS-DMA, Pamela Scruggs, FWS-DSA | email | Re: mtg with Bryan on SCI | 2 | 001582-001583 | N |
| AR 123 | 1/14/2014 | Mary Cogliano, FWS-DSA | Richard Ruggiero, FWS-DIC; cc to Rosemarie Gnam, FWS-DSA, Pamela Scruggs, FWS-DSA, and Danielle Kessler, FWS-DMA-DSA | email | US-Tanzania MOU | 3 | 001584-001586 | N |
| AR 124 | 1/15/2009 | | | attachment to AR 123 | MOU - Tanzania 20090115.pdf | 3 | 001587-001589 | N |
| AR 125 | 1/14/2014 | Trevor Jones, Udzungwa Elephant Project | Mary Cogliano, FWS-DSA | email | Fwd: Reports of recent surveys | 1 | 001590 | N |
| AR 126 | 2013 | | | attachment to AR 125 | SelousPrReport 2013-03.pdf | 11 | 001591-001603 | N |
| AR 127 | 2013 | | | attachment to AR 125 | RuahaPrReport 2013-03.pdf | 12 | 001604-001617 | N |
| AR 128 | 1/14/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, Pamela Scruggs, FWS-DSA, and Danielle Kessler, FWS-DMA-DSA, Craig Hoover, FWS-DMA. Laura Noguchi, FWS-DMA, Bryan Arroyo, FWS-AIA, Patrick Leonard, FWS-AIA, Tim Vannorman, FWS-DMA, Roddy Gabel, FWS-DMA, Jeffrey Jorgenson, FWS-DSA, Mike Moore, FWS-DMA; cc to Richard Ruggiero, FWS-DIC | Email and fwd of AR 125 | Fwd: Reports of recent surveys | 2 | 001618-001619 | N |
| AR 129 | 1/23/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, and Pamela Scruggs, FWS-DSA | email | Draft TZ Elephant Finding | 1 | 001620 | N |
| AR 130 | 1/23/2014 | | | attachment to AR 129 | Tanzania Af Elephant 2014 | 9 | 001621-001629 | N |
| AR 131 | 1/24/2014 | Mary Cogliano, FWS-DSA | FWHQ AIA-STAFF | Fwd email | [african-elephant] The Notorious Gang of 8: The Countries Most Responsible for the Deaths of Elephants | 3 | 001630-001632 | N |
| AR 132 | 1/24/2014 | Mary Cogliano, FWS-DSA | FWHQ AIA-STAFF | Fwd email | [african-elephant] Nyalandu the Right Man for the Job (Tanzania) | 3 | 001633-001635 | N |
| AR 133 | 1/24/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, and Pamela Scruggs, FWS-DSA | email | TZ finding | 1 | 001636 | N |
| AR 134 | 1/24/2014 | | | attachment to AR 133 | Tanzania Af Elephant 2014 | 9 | 001637-001645 | N |
| AR 135 | 1/30/2013 | Rosemarie Gnam, FWS-DSA | Bryan Arroyo, FWS-AIA; cc to Michelle Gadd, FWS-DIC, Richard Ruggiero, FWS-DIC, Roddy Gabel, FWS-DMA, Patrick Leonard, FWS-AIA, Craig Hoover, FWS-DMA | email | Re: TZ's new Minister of NRT, Minister Lazaro Nyalandu avail for mtgs on FEBRUARY 5 | 2 | 001646-001647 | N |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AR 136 | 1/30/2013 | Bryan Arroyo, FWS-AIA | Rosemarie Gnam, FWS-DSA; cc to Michelle Gadd, FWS-DIC, Richard Ruggiero, FWS-DIC, Roddy Gabel, FWS-DMA, Patrick Leonard, FWS-AIA, Craig Hoover, FWS-DMA | email | Re: TZ's new Minister of NRT, Minister Lazaro Nyalandu avail for mtgs on FEBRUARY 5 | 2 | 001648-001649 | N |
| AR 137 | 1/30/2014 | Rosemarie Gnam, FWS-DSA | Pamela Scruggs, FWS-DSA | fwd email string | Fwd: TZ's new Minister of NRT, Minister Lazaro Nyalandu avail for mtgs on FEBRUARY 5 | 2 | 001650-001651 | N |
| AR 138 | 1/31/2014 | Pamela Scruggs, FWS-DSA | Rosemarie Gnam, FWS-DSA | email | TZ Elephant Finding | 2 | 001652-001653 | N |
| AR 139 | 1/31/2014 | | | attachment to AR 138 | Tanzania Af Elephant 2014 (phs) | 10 | 001654-001663 | N |
| AR 140 | 2/4/2014 | Mary Cogliano, FWS-DSA | FWHQ AIA-STAFF | Fwd email | [african-elephant] Tanzania: Reshuffled cabinet should address poaching urgently | 2 | 001664-001665 | N |
| AR 141 | 2/4/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, and Pamela Scruggs, FWS-DSA | Fwd email | [african-elephant] Tanzania: Anti-Poaching Efforts to Be Enhanced in Tanzania Parks | 2 | 001666-001667 | N |
| AR 142 | 2/4/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, and Pamela Scruggs, FWS-DSA | Fwd email | [african-elephant] Tanzania: Gov't Seeks Donor Support to Combat Poaching | 2 | 001668-001669 | N |
| AR 143 | 2/5/2014 | Pamela Scruggs, FWS-DSA | Mary Cogliano, FWS-DSA; cc to Rosemarie Gnam, FWS-DSA | email string | Thoughts on draft TZ finding | 3 | 001670-001672 | N |
| AR 144 | 2/5/2014 | | | attachment to AR 143 | Tanzania Af Elephant 2014 (phs) | 10 | 001673-001682 | N |
| AR 145 | Apr-13 | | | attachment to AR 143 | TEPS Elephant Crisis Report BUNGE1 April 2013.pdf | 22 | 001683-001704 | N |
| AR 146 | 2/10/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, and Pamela Scruggs, FWS-DSA | Fwd email | [african-elephant] SPECIAL REPORT: Why anti-poaching campaign ineffective (Tanzania) | 10 | 001705-001714 | N |
| AR 147 | 2/11/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, and Pamela Scruggs, FWS-DSA | email | Revised TZ elephant | 1 | 001715 | N |
| AR 148 | 2/7/2014 | | | attachment to AR 147 | Tanzania Af Elephant 2014_02_7_14.pdf | 11 | 001716-001726 | N |
| AR 149 | 2/11/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, and Pamela Scruggs, FWS-DSA | Fwd email | [african-elephant] Govt fury over UK poaching allegation (Tanzania) | 3 | 001727-001729 | N |
| AR 150 | 2/13/2014 | | | Conference Declaration | london-wildlife-conference-declaration-140213 | 12 | 001730-001741 | N |
| AR 151 | 2/14/2014 | | | News of Conference Declaration | London Conference | 3 | 001742-001744 | N |
| AR 152 | 2/14/2014 | | | News Article | Kikwete urges total ban on ivory trade | 2 | 001745-001746 | N |
| AR 153 | 2/14/2014 | | | News link from AR 154 | Forty-Six Nations Agree to Stamp Out Illegal Wildlife Trade _ Environment News Service | 6 | 001747-001752 | N |
| AR 154 | 2/15/2014 | Melissa Groo <groo@elephantnews.org> | Mary Cogliano, FWS-DSA | email | [african-elephant] News Links as of Feb 15 | 4 | 001753-001756 | N |
| AR 155 | 2/17/2014 | Melissa Groo <groo@elephantnews.org> | Mary Cogliano, FWS-DSA | email | [african-elephant] Elephant News Links as of Feb 17 | 4 | 001757-001760 | N |
| AR 156 | 2/16/2014 | | Mary Cogliano, FWS-DSA | News link from AR 155 | Former Tourism Minister's Comments Not Fit For Print Relentless pressure produces first results as Tanzania changes direction | 6 | 001761-001766 | N |
| AR 157 | 2/17/2014 | | Mary Cogliano, FWS-DSA | News link from AR 155 | DailyNews Online Edition - Poacher loot for burning in June | 2 | 001767-001768 | N |
| AR 158 | 2/17/2014 | | Mary Cogliano, FWS-DSA | News link from AR 155 | Tanzania to destroy $50m ivory stockpile | 2 | 001769-001770 | N |
| AR 159 | 2/21/2014 | Rosemarie Gnam, FWS-DSA | DMA | Memorandum | General Advice on Importation of Sport-hunted Trophies of African Elephants taken in Tanzania in the Calendar Year 2014 | 14 | 001771-001784 | N |
| AR 160 | 2009 | | | Publication | Baldus, R.D. and R. Hahn. 2009. The Selous – Niassa Wildlife Corridor in Tanzania: Biodiversity Conservation from the Grassroots. Practical Experiences and Lessons from Integrating Local Communities into Trans-boundary Natural Resources Management. | 26 | 001785-001810 | N |
| AR 161 | 2007 | | | Publication | Blanc, J.J., R.F.W. Barnes, G.C. Craig, H.T. Dublin, C.R. Thouless, I. Douglas-Hamilton, and J.A. Hart. 2007. African Elephant Status Report 2007: An Update from the African Elephant Database. | 281 | 001811-002091 | N |
| AR 162 | 2003 | | | Publication | Blanc, J.J., C.R. Thouless., J.A. Hart., H.T. Dublin., I. Douglas-Hamilton., C.G. Craig and R.F.W. Barnes. 2003. African Elephant Status Report-2002: An update from the African Elephant Database. | 307 | 002092-002398 | N |
| AR 163 | Dec-13 | | | Report | CITES Secretariat, IUCN/SSC African Elephant Specialist Group, and TRAFFIC. 2013. Status of African elephant populations and levels of illegal killing and the illegal trade in ivory: A report to the African elephant summit | 21 | 002399-002419 | N |
| AR 164 | 3/5/2010 | | | Report | CoP15 Doc. 68 Annex 6a). 2010. Report of the Panel regarding the proposal of the United Republic of Tanzania | 19 | 002420-002438 | N |
| AR 165 | 11/30/2012 | | | Report | CoP16 Doc. 53.1. 2012. Monitoring the Illegal Killing of Elephants (MIKE). Sixteenth meeting of the Conference of the Parties, Bangkok (Thailand), 3-14 March 2013 | 15 | 002439-002453 | N |
| AR 166 | 12/12/2012 | | | Report | CoP16 Doc. 53.2.2 (Rev. 1). 2013. ETIS Report of TRAFFIC. Sixteenth meeting of the Conference of the Parties, Bangkok (Thailand), 3-14 March 2013 | 30 | 002454-002483 | N |
| AR 167 | 10/16/2012 | | | CITES Proposal | CoP16 Prop. 11. 2012. Transfer the population of the African elephant, *Loxodonta africana*, of the United Republic of Tanzania from Appendix I to Appendix II (with an annotation) (Note: proposal withdrawn) | 21 | 002484-002504 | N |
| AR 168 | 2010 | | | Publication | Foley, C.A.H. and L.J. Faust. 2010. Rapid population growth in an elephant *Loxodonta africana* population recovering from poaching in Tarangire National Park, Tanzania | 9 | 002505-002513 | N |
| AR 169 | 7/2/2010 | Gazette of the United Republic of Tanzania [Received at 2/17/11 meeting - see AR 52] | DSA | Book | Government of the Republic of Tanzania 2010. [Same as AR 55] | 35 | 002514-002548 | N |
| AR 170 | Jan-09 | | | Publication | Jones, T., T. Caro and T.R.B. Davenport (eds.). 2009. Wildlife Corridors in Tanzania. Unpublished Report. Tanzania Wildlife Research Institute (TAWARI) | 60 | 002549-002608 | N |
| AR 171 | 12/16/2013 | | | | Jones and Nowak 2013. [Same as AR 77] | 10 | 002609-002618 | N |
| AR 172 | 11/18/2013 | | | Publication | Kideghesho, J.R., A.A. Rija, K.A. Mwamende and I.S. Selemani. 2013. Emerging issues and challenges in conservation of biodiversity in the rangelands of Tanzania. | 29 | 002619-002647 | N |

| AR # | Date | From | To | Type | Description | Pages | Bates | Priv |
|---|---|---|---|---|---|---|---|---|
| AR 173 | 2002 | | | Publication | Mpanduji, D.G., H. Hofer, T.B. Hilderbrandt, F. Goeritz, M.L.East. 2002. Movement of elephants in the Selous-Niassa wildlife corridor, southern Tanzania. Pachyderm | 13 | 002648-002762 | N |
| AR 174 | 2/17/2011 | Tanzania Ministry of Natural Resources and Tourism Wildlife Division [Received at 2/17/11 meeting - see AR 52] | DSA | Book | Tarimo et al 2011. [Same as AR 53] | 16 | 002763-002778 | N |
| AR 175 | 2013 | | | | TAWIRI 2013a. [Same as AR 126] | 11 | 002779-002791 | N |
| AR 176 | 2013 | | | | TAWIRI 2013b. [Same as AR 127] | 12 | 002792-002805 | N |
| AR 177 | Jun-10 | Tanzania Wildlife Research Institute [Unsigned copy received at 2/17/11 meeting - see AR 52] | DSA | Book | TAWIRI 2010. [Same as AR 54] | 103 | 002806-002908 | N |
| AR 178 | Apr-13 | | | Report | TEPS. 2013a. [Same as AR 145] | 22 | 002909-002930 | N |
| AR 179 | 4/23/2013 | | | Presentation | TEPS. 2013b. Tackling the elephant poaching crisis in Tanzania. Presentation to the Parliamentary Committee of Land, Natural Resources and Environment. | 28 | 002931-002958 | N |
| AR 180 | Jul-09 | | | Publication | Wasser, S.K., B. Clark and C. Laurie. 2009. The Ivory Trail. *Scientific American*, July 2009 | 8 | 002959-002966 | N |
| AR 181 | 2014 | | | Grant Proposal to USFWS | WCS Mozambique. 2014. *in litt.* Niassa Reserve expanded elephant protection program. USFWS WWB-AECF FY14 grant proposal (F13AS00357) | 11 | 002967-002977 | N |
| AR 182 | 2/27/2014 | Mary Cogliano, FWS-DSA | Rosemarie Gnam, FWS-DSA, Pamela Scruggs, FWS-DSA | Fwd email | [african-elephant] Tanzania_ Total Ban On Ivory Trade Aims to Save Elephants, Rhinos From Extinction | 4 | 002978-002981 | N |
| AR 183 | 3/18/2014 | Danielle Kessler, FWS-DMA-DSA | Claire Cassel, FWS-EA; cc to Pamela Scruggs, FWS-DSA and Tim Vannorman, FWS-DMA | email | Fwd: TZ & ZW elephant trophy suspension | 2 | 002982-002983 | N |
| AR 184 | 3/18/2014 | | | attachment to AR 183 | Suspension of Elephant Trophies from TZ & ZW- Bulletin v3 | 1 | 002984 | N |
| AR 185 | 3/18/2014 | | | attachment to AR 183 | Suspension of Elephant Trophies from TZ & ZW- Q&As v3 | 2 | 002985-002986 | N |
| AR 186 | 3/18/2014 | | | attachment to AR 183 | TARGETED-TZ & ZW elephant trophies v3 | 7 | 002987-002993 | N |
| AR 187 | 3/27/2014 | Danielle Kessler, FWS-DMA-DSA | Claire Cassel, FWS-EA; cc to Pamela Scruggs, FWS-DSA and Tim Vannorman, FWS-DMA, Bryan Arroyo, FWS-AIA, Craig Hoover, FWS-DMA | email | Fwd: TZ & ZW elephant trophy suspension | 2 | 002994-002995 | N |
| AR 188 | 3/27/2014 | Rosemarie Gnam, FWS-DSA | Pamela Scruggs, FWS-DSA, Mary Cogliano, FWS-DSA, Craig Hoover, FWS-DMA, Tim Vannorman, FWS-DMA; cc to Danielle Kessler, FWS-DMA-DSA | email | Re: Outstanding Issues related to TZ and ZW that need resolution | 2 | 002996-002997 | N |
| AR 189 | 3/28/2014 | Rosemarie Gnam, FWS-DSA | Bryan Arroyo, FWS-AIA; cc to Pamela Scruggs, FWS-DSA, Craig Hoover, FWS-DMA, Patrick Leonard, FWS-AIA, Danielle Kessler, FWS-DMA-DSA, Mary Cogliano, FWS-DSA | email | Re: Tanzania/Zimbabwe findings | 1 | 002998 | N |
| AR 190 | 4/1/2014 | Mary Cogliano, FWS-DSA | AIA Staff | Fwd email | [african-elephant] Six poachers arrested in central Tanzania with fifty five tusks | 2 | 002999-003000 | N |
| AR 191 | 4/2/2014 | Rosemarie Gnam, FWS-DSA | Bryan Arroyo, FWS-AIA; cc to Patrick Leonard, FWS-AIA, Pamela Scruggs, FWS-DSA, Mary Cogliano, FWS-DSA, Tim Vannorman, FWS-DMA | email | Important - Tanzania/Zimbabwe findings rollout Thursday | 2 | 003001-003002 | N |
| AR 192 | 4/3/2014 | | | USFWS Talking Points | Talking Points for USFWS Director re elephant import suspension 2014 | 3 | 003003-003005 | N |
| AR 193 | 4/3/2013 | Rosemarie Gnam, FWS-DSA | Patrick Leonard, FWS-AIA, Bryan Arroyo, FWS-AIA; cc to Pamela Scruggs, FWS-DSA, Tim Vannorman, FWS-DMA | email | IMPORTANT _ draft email to TZ Minister - for Bryan to send this evening? | 2 | 003006-003007 | N |
| AR 194 | 4/4/2014 | | | Document | USFWS FULL Communications Strategy TZ_ZW eleph trophies | 11 | 003008-003018 | N |
| AR 195 | 4/4/2014 | | | Document | USFWS Questions and Answers_Suspension of Import of Elephant Hunting Trophies | 2 | 003019-003020 | N |
| AR 196 | 4/4/2014 | | | FWS News Bulletin | FWS Bulletin 4-4-14 | 2 | 003021-003022 | N |
| AR 197 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Barbara DeRosa-Joynt, DOS-OES | email | Fwd: Important Query from DSA | 2 | 003023-003024 | N |
| AR 198 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Patrick Leonard, FWS-AIA | email | Fwd: Highest Priority - TZ elephant letter | 2 | 003025-003026 | N |
| AR 199 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Bryan Arroyo, FWS-AIA | email | Coordination with DOS | 1 | 003027 | N |
| AR 200 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Danielle Kessler, FWS-DMA-DSA; cc to Bryan Arroyo, FWS-AIA, Craig Hoover, FWS-DMA, Tim Vannorman, FWS-DMA, Pamela Scruggs, FWS-DSA | email | Coordination with DOS | 2 | 003028-003029 | N |
| AR 201 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Christine Dawson, DOS-OES, Jill Larson, DOS; cc to Bryan Arroyo, FWS-AIA, Patrick Leonard, FWS-AIA, Tim Vannorman, FWS-DMA | email [Note: attachments are same as those in AR 202] | TZ sport-hunted elephants | 1 | 003030 | N |

| AR | Date | From | To | Type | Description | Pages | Bates | Priv |
|---|---|---|---|---|---|---|---|---|
| AR 202 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Tim Vannorman, FWS-DMA | email | Fwd: TZ sport-hunted elephants | 2 | 003031-003032 | N |
| AR 203 | | | | | Tanzania elephant 2014 final | | 003033-003046 | N |
| AR 204 | 3/27/2014 | | | attachment to AR 202 | Tanzania enhancement finding 2014.PDF | 14 | 003047-003060 | N |
| AR 205 | 2/21/2014 | | | attachment to AR 202 | Tanzania elephant 2014.pdf | 14 | 003061-003074 | N |
| AR 206 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Christine Dawson, DOS-OES, Michael Trulson, DOS, Jill Larson, DOS; cc to Bryan Arroyo, FWS-AIA, Patrick Leonard, FWS-AIA, Tim Vannorman, FWS-DMA, Pamela Scruggs, FWS-DSA; Bcc to Mary Cogliano, FWS-DSA and Danielle Kessler, FWS-DMA-DSA | email | Talking points on TZ sport-hunted elephant trophies sfor DOS and US Embassy personnel | 1 | 003075 | N |
| AR 207 | 4/4/2014 | | | attachment to AR 206 | Talking Points for State Dpt re elephant import suspension 2014 | 2 | 003076-003077 | N |
| AR 208 | 4/4/2014 | Danielle Kessler, FWS-DMA-DSA | Rosemarie Gnam, FWS-DSA; cc to Christine Dawson, DOS-OES, Michael Trulson, DOS, Jill Larson, DOS, Bryan Arroyo, FWS-AIA, Patrick Leonard, FWS-AIA, Tim Vannorman, FWS-DMA, Pamela Scruggs, FWS-DSA | email | Fwd: Talking points on TZ sport-hunted elephant trophies sfor DOS and US Embassy personnel | 2 | 003078-003079 | N |
| AR 209 | 4/4/2014 | | | attachment to AR 208 | Suspension of Elephant Trophies from TZ _ ZW-Bulletin v5 | 2 | 003080-003081 | N |
| AR 210 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Mary Cogliano, FWS-DSA | email | Fwd: Talking points on TZ sport-hunted elephant trophies sfor DOS and US Embassy personnel | 2 | 003082-003083 | N |
| AR 211 | 4/4/2014 | | | attachment to AR 210 | Suspension of Elephant Trophies from TZ_ZW-Bulletin v5 | 2 | 003084-003085 | N |
| AR 212 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Christine Dawson, DOS-OES, Jill Larson, DOS, Michael Trulson, DOS | email | Fwd: Elephant trophies findings | 2 | 003086-003087 | N |
| AR 213 | 4/4/2014 | Rosemarie Gnam, FWS-DSA | Christine Dawson, DOS-OES; cc to Jill Larson, DOS, and Michael Trulson, DOS | email | Re: Elephant trophies findings | 3 | 003088-003090 | N |
| AR 214 | 4/4/2014 | Danielle Kessler, FWS-DMA-DSA | Justin Chapman, FWS-AIA | email | Fwd: Homepage post | 1 | 003091 | N |
| AR 215 | 4/4/2014 | Danielle Kessler, FWS-DMA-DSA | AIA Staff | email | Fwd: Import of Elephant Trophies from Tanzania and Zimbabwe Suspended | 2 | 003092-003093 | N |
| AR 216 | 4/7/2014 | Rosemarie Gnam, FWS-DSA | Christine Dawson, DOS-OES; cc to Jill Larson, DOS, and Michael Trulson, DOS; cc to Pamela Scruggs, FWS-DSA, Mary Cogliano, FWS-DSA, Tim Vannorman, FWS-DMA, Craig Hoover, FWS-DMA, Roddy Gabel, FWS-DMA, Patrick Leonard, FWS-AIA, Bryan Arroyo, FWS-AIA | email | Letter for the minister of TZ - to be delivered by the Embassy | 2 | 003094-003095 | N |
| AR 217 | 4/4/2014 | | | attachment to AR 216 | 057087 Signed letter to Minister TZ.pdf | 30 | 003096-003125 | N |
| AR 218 | 4/7/2014 | Danielle Kessler, FWS-DMA-DSA | Mike Moore, FWS-DMA, Lisa Lierheimer, FWS-DMA, Jorge Villavicencio, FWS-DMA, Amneris Siaca, FWS-DMA; cc to Tim Vannorman, FWS-DMA | email | Fwd: Import of Elephant Trophies from Tanzania and Zimbabwe Suspended | 3 | 003126-003128 | N |
| AR 219 | 4/7/2014 | | | attachment to AR 218 | If Asked Statement on Zim leather products | 1 | 003129 | N |
| AR 220 | 4/22/2014 | | | Document | USFWS Revised Questions and Answers_Suspension of Import of Elephant Hunting Trophies | 2 | 003130-003131 | N |
| AR 221 | 4/23/2014 | Danielle Kessler, FWS-DMA-DSA | DMA staff, DSA staff, Angela Gustavson, FWS, Claire Cassel, FWS-EA, Gavin Shire, FWS | email | Fwd: FYI-Updated materials posted to IA website for Tanzania and Zimbabwe | 2 | 003132-003133 | N |
| **SUPPLEMENTAL ZIMBABWE DOCUMENTS** | | | | | | | | |
| AR 222 | 4/7/2014 | Gavin Shire, FWS | Danielle Kessler, Craig Hoover, Tim Vannorman, and Claire Cassel | email | Fwd: Suspension of Elephant Import from Zimbabwe | 2 | 003134-003135 | N |
| AR 223 | 4/9/2014 | Gavin Shire, FWS | Tim VanNorman, Danielle Kessler, Roddy Gabel, Craig Hoover, Pamela Scruggs, Rosemarie Gnam, Claire Cassel, and Sandra Cleva | email | RE: Article on Zimbabwe Suspension | 2 | 003136-003137 | N |
| AR 224 | 4/11/2014 | Danielle Kessler, FWS-DMA-DSA | Tim VanNorman, Roddy Gabel, and Craig Hoover | email | FWD:FW: Suspension of Elephant Import from Zimbabwe | 2 | 003138-003139 | N |
| AR 225 | 4/11/2014 | Danielle Kessler, FWS-DMA-DSA | Gavin Shire and Tim VanNorman | email | Outstanding calls | 2 | 003140-003141 | N |
| AR 226 | 4/11/2014 | Tim VanNorman of DMA | Danielle Kessler and Gavin Shire | email | RE: Outstanding calls | 2 | 003142-003143 | N |

| AR 227 | 4/14/2014 | Matthew Eckert, Safari Club | Tim VanNorman | email | RE: Azimbabwe elephant hunting season | 2 | 003144-003145 | N |
| AR 228 | | Danielle Kessler, FWS-DMA-DSA | Patricia Ford | email | Fwd: Tanzania & Zimbabwe elephant import | | 003146-003157 | N |
| AR 229 | 8/27/2014 | Danielle Kessler, FWS-DMA-DSA | Tim VanNorman | email | FWD: FW: Zimbabwe/Tanzania Elephant | 2 | 003158-003159 | N |
| AR 230 | 8/27/2014 | Danielle Kessler, FWS-DMA-DSA | Tim VanNorman | email | FWD: Clarifications-2014 Zimbabwe Elephant Import Suspensions | 3 | 003160-003162 | N |
| AR 231 | Jul-96 | Department of National Parks and Wild Life Manangement | FWS | document | Elephant Management in Zimbabwe | 163 | 003163-003325 | N |
| AR 232 | 1997 | Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES) | FWS | document | CoP10 Doc. 10.88 and CoP10 Doc. 10.89 (Rev.) | 51 | 003326-003376 | N |
| AR 233 | 7/2/1997 | Karen Anderson, FWS | To the file | memorandum | Enhancement Finding for African Elephants Taken as Sport-hunted Trophies in Zimbabwe | 4 | 003377-003380 | N |
| AR 234 | 3/21/2007 | Timothy Van Norman, FWS | Dr. Morris Z. Mtsambiwa, Director-General, Parks and Wildlife Management Authority, Zimbabwe | Letter | Letter to Dr. Morris Mtsambiwa, Director-General, Parks and Wildlife Management Authority, Zimbabwe | 4 | 003381-003384 | N |
| AR 235 | April-May 2007 | Dr. Morris Z. Mtsambiwa, Director-General, Parks and Wildlife Management Authority, Zimbabwe | Timothy VanNorman, FWS | Document | Response to letter to Dr. Moris Mtsambiwa, Director-General, Parks and Wildlife Management Authority, Zimbabwe | 25 | 003385-003409 | N |
| AR 236 | 5/31/2007 | Arnold Moyo, Parks & Wildlife Manangement Authority | Tim VanNorman | Email | Response from Zimbabwe Parks and Wildlife Manangement Authority: Requested documents from Zimbabwe Parks and Wildlife Manangement Authority | 25 | 003410-003434 | N |
| AR 237 | 7/11/2009 | allAfrica.com | FWS | article | Zimbabwe: Exclusive - Ministers in Illicit Rhino Horn Trade | 2 | 003435-003436 | N |
| AR 238 | 7/13/2009 | http://www.zimeye.com | FWS | article | Mnangagwa Police Docket Disappears. Zimeye | 5 | 003437-003441 | N |

**Table of Abbreviations**

CITES- Convention on International Trade in Endangered Species of Wild Fauna and Flora
DOI SOL- Department of the Interior: Solicitor
DMA - Division of Management Authority
DSA - Division of Scientific Authority
FWHQ AIA-Staff- Fish and Wildlife Headquaters International Affairs
FWS- Fish and Wildlife Service
USFWS- United States Fish and Wildlife Service
DMA* and DSA*- Some documents for DMA and DSA are duplicated due to both programs using the same documents to develop their findings.