# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**S.M.R. Jewell**, in her official capacity as Secretary of the United States Department of Interior, *et al.*,<br><br>Defendants,<br><br>and<br><br>**Friends of Animals**, *et al.*,<br><br>Defendant-Intervenors. | Case No. 14-cv-00670-RCL |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD
## FOR THE APRIL 2014 DECISION

I, Timothy Jon Van Norman, hereby declare as follows:

1. I am the Chief, Branch of Permits, the Division of Management Authority, of the United States Fish and Wildlife Service (FWS). As Chief, Branch of Permits, I am responsible to the FWS Director for the review and processing of applications submitted to the FWS for the issuance of permits and certificates to import, export, and re-export species that are protected by the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), the Endangered Species Act (ESA) and various other wildlife conservation laws. In addition, I am responsible for the implementation of 50 CFR § 17.40(e), which requires, among other things, my office to make a finding whether

the killing of the African elephant whose sport-hunted trophy is intended for import would enhance the survival of the species in the wild.

2. As part of my duties, I oversaw preparation of the Administrative Record for the 50 CFR § 17.40(e) portions of the April 2014 FWS decision at issue in this case, a certified list of the contents of which was filed with this Court on August 8, 2014 and amended on August 29, 2014.

3. We have agreed, pursuant to a request from Plaintiffs, to supplement the Administrative Record. Specifically, eight additional documents, AR 231, AR 232, AR 233, AR 234, AR 235, AR 236, AR 237, and AR 238 have been added to the Administrative Record. I certify that, to the best of my knowledge, the documents being added in this supplement to the Administrative Record, along with the documents contained in the Administrative Record, represent a true and complete copy of the administrative record for the 50 CFR § 17.40(e) portions of the April 2014 FWS decision at issue in this case. The certified list of the contents of the Administrative Record being filed with this declaration supersedes and replaces the certified list filed on August 29, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Falls Church, Virginia, on this ___7___ day of July 2015.

_____
Timothy Jon Van Norman
Chief, Branch of Permits
Division of Management Authority
U.S. Fish and Wildlife Service
Department of the Interior

2