UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SALLY M. R. JEWELL, *et al.* )<br>)<br>)<br>Defendants. ) | Civ. No. 14-cv-00670 (RCL) |

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE A
THIRD AMENDED COMPLAINT BY SAFARI CLUB INTERNATIONAL
AND THE NATIONAL RIFLE ASSOCIATION OF AMERICA

Having considered Plaintiffs Safari Club International and National Rifle Association of America's Motion for Leave to File a Third Amended Complaint, and all Responses and Replies thereto, it is **ORDERED** that the motion is **GRANTED** and the Third Amended Complaint of Safari Club International and National Rifle Association shall be deemed filed as of the date of this Order.

Dated: Aug. 31, 2015

**IT IS SO ORDERED.**

_____
Royce C. Lamberth
United States District Judge

cc: Attorneys of Record (through ECF)