UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, *et al.*<br><br>Defendants. | Civ. No. 14-cv-670 (RCL)<br>Consolidated with Civ. No. 15-cv-1026 (RCL) |

**UNOPPOSED PLAINTIFFS' MOTION TO FILE
OVERLARGE SUMMARY JUDGMENT BRIEFS**

Plaintiffs Safari Club International and National Rifle Association of America ("Safari Club and NRA") move for leave for the parties to file overlarge summary judgment briefs. SCI and NRA seek an extra 20 pages for their opening brief (for a total of 65 pages). They will abide by the page limit for opposition briefs set out in L.Cv.R 7 for their combined opposition/reply brief (45 pages). The Federal Defendants seek an equal number of additional pages: an extra ten pages for their opening brief (for a total of 55 pages) and an extra ten pages for their reply brief (for a total of 35 pages). Defendant-Intervenors Friends of Animals and Zimbabwe Conservation Task Force ("FoA") do not seek any enlargement of the page limits for their briefs. The Federal Defendants and FoA do not oppose this motion.

SCI and NRA seek an enlargement because of the size and complexity of the summary judgment proceeding. At the request of the parties, the Court consolidated two cases involving importation bans for sport-hunted elephants in Zimbabwe. Each case involves multiple claims

1

and defenses (although there is some overlap of claims and defenses).  The parties will have to describe the facts related to three separate agency decisions (again, there will be some overlap) and a relatively complex legal and regulatory background.  While the parties will strive to complete briefing in fewer than the allotted pages, having the additional pages will ensure they are able to fully present their cases.

WHEREFORE Safari Club and NRA respectfully request that this Court grant this motion to enlarge the page limits for summary briefs as outlined above.  A proposed Order is filed with this motion.

Dated this 31st day of January, 2016.

>Respectfully submitted,
>/s/ Douglas S. Burdin
>Anna M. Seidman
>D.C. Bar No. 417091
>Douglas Burdin
>D.C. Bar No. 434107
>Jeremy Clare
>D.C. Bar No.  1015688
>501 2nd Street NE
>Washington, D.C.
>Tel: 202-543-8733
>Fax: 202-543-1205
>aseidman@safariclub.org
>dburdin@safariclub.org
>jclare@safariclub.org
>*Counsel for Plaintiff*
>*Safari Club International*
>
>Christopher A. Conte
>D.C. Bar No. 43048
>National Rifle Association of America/ILA
>11250 Waples Mill Rd., 5N
>Fairfax, VA 22030
>Telephone: (703) 267-1166
>Facsimile: (703) 267-1164
>cconte@nrahq.org
>*Counsel for Plaintiff*
>*National Rifle Association of America*