**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-670 (RCL) <br> Consolidated with Civ. No. 15-cv-1026 (RCL) |

**[Proposed] ORDER ON UNOPPOSED PLAINTIFFS' MOTION TO FILE OVERLARGE SUMMARY JUDGMENT BRIEFS**

Having considered the Plaintiffs' Unopposed Motion To File Overlarge Summary Judgment Briefs, the Court hereby **GRANTS** the motion.

It is **ORDERED** that the following page limits shall apply:

- SCI and NRA opening brief in support of their motion for summary judgment, 65 pages.

- Federal Defendants' combined opening brief in support of their cross-motion for summary judgment/opposition to SCI and NRA's motion for summary judgment, 55 pages.

- Federal Defendants' reply brief, 35 pages.

It is further **FURTHER ORDERED,** that for all other briefs, the page limits set out in the Local Rules shall apply.

Dated: _____

**IT IS SO ORDERED**

                                                                                          _____
                                                                                          Royce C. Lamberth
                                                                                          United States District Judge

cc: Counsel of Record (through ECF)