IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 14-cv-00670-RCL |
| v. | ) *Consolidated for purposes of* |
| | ) *briefing with* |
| **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, | ) Case No. 15-cv-1026-RCL |
| | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| **Friends of Animals**, *et al.*, | ) |
| | ) |
| Defendant-Intervenors. | ) |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Federal Defendants hereby cross-move for summary judgment on all claims in the captioned litigation in accordance with Fed R. Civ. P. 56. The Fish and Wildlife Service complied with all applicable law including the Endangered Species Act in issuing the challenged enhancement findings for Zimbabwe and, moreover, Plaintiffs have not demonstrated that declaratory or injunctive relief would be appropriately awarded. This Motion is based on the accompanying Memorandum.

Dated: March 25, 2016              Respectfully submitted,

JOHN C. CRUDEN,
Assistant Attorney General
SETH M. BARSKY, Chief

*/s/ Meredith L. Flax*

1

        MEREDITH L. FLAX, Assistant Section Chief
(D.C. Bar No. 468016)
ANDREA GELATT, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station. P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
meredith.flax@usdoj.gov

*Counsel for Federal Defendants*

Of Counsel:
Holly Wheeler
Russell Husen
U.S. Department of the Interior
Office of the Solicitor
Washington, D.C.