MICHAEL RAY HARRIS (DC Bar # CO0049)
JENNIFER BARNES (DC Bar # CO0056)
Friends of Animals
7500 E. Arapahoe Rd., Suite 385
Centennial, CO 80112
Telephone: (720) 949-7791
michaelharris@friendsofanimals.org
jenniferbarnes@friendsofanimals.org

*Attorneys for Proposed Defendant-Intervenors*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SALLY JEWELL, *et al.*, )<br>)<br>Defendants, and )<br>)<br>FRIENDS OF ANIMALS, )<br>777 Post Road, Suite 205 )<br>Darien, CT 06820; )<br>ZIMBABWE CONSERVATION TASK FORCE )<br>3 Fairbairn Drive, Mount Pleasant, Harare, )<br>Zimbabwe )<br>)<br>Proposed Defendant-Intervenors. ) | Case No. 1:14-CV-00670 (RCL) |

**DECLARATION OF JOHNNY RODRIGUES IN SUPPORT OF FRIENDS OF ANIMALS AND ZIMBABWE CONSERVATION TASK FORCE'S MOTION TO INTERVENE AS DEFENDANTS**

I, Johnny Rodrigues, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. The facts set forth in this declaration are based upon my personal knowledge. If called as a witness, I could and would testify to these facts. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am the founder and Chairman of the Board of Zimbabwe Conservation Task Force (ZCTF), a registered non-governmental organization (NGO) in the Republic of Zimbabwe since 2001. ZCTF works with all sectors of society to promote and ensure the sustainability of African wildlife for current and future generations. Since its inception as a local group, ZCTF has expanded as a major player in Conservation of African Wildlife. Many groups left Zimbabwe in the late 1990s, fleeing the country due to internal political strive, and ZCTF has become one of the foremost watchdog groups in Zimbabwe. ZCTF networks with many other NGO's on the ground in Zimbabwe to promote survival of many species of African wildlife, such as African elephants. ZCTF works with hundreds of volunteers on the ground and abroad, growing on the faith and passion of all of those committed to saving Zimbabwe's wildlife. ZCTF raises funds and supplies engines, pumps, spares, tires, fuel and other supplies to conserve wildlife in Zimbabwe. ZCTF has also worked to prevent the trade of live elephants, as well prevent the trade of animals that have been killed and their parts.

3. I am also a member of Friends of Animals. I joined Friends of Animals because I support its mission and goals, and the actions that it takes to further those goals. Additionally, Friends of Animals and ZCTF have shared interest and goals about conserving African wildlife. In addition to myself, my family are also supportive members of Friends of Animals, including: my wife, Cheryl Ann Rodrigues; my son, Shane John Andrew Rodrigues;

my daughter, Lorraine Randall; my son-in-law Gavin Randall, and my granddaughter, Kylie Randall.

**Background**

4.      As a child I moved with my family to Zimbabwe in 1955 and I have lived here ever since, apart from a period of six years when I lived in South Africa. I grew up on a farm in Zimbabwe where I played with the children of the African farm workers and learned to speak several African languages fluently. Throughout my life I have been around wildlife that live in Zimbabwe, and have grown dedicated to their protection.

5.      In 2000, the Fast-Track Land Reform Program land reform programme in Zimbabwe started, and along with it, the indiscriminate slaughter of the wildlife.

6.      Prior to 2000, there were approximately 240 ranches with wildlife, 84 of which were registered as official areas designated by National Parks for wildlife. Today there are only about fifteen remaining in total. The land reform has had a catastrophic effect on both endangered and non-endangered species. Poachers and land invaders do not discriminate between endangered and non-endangered species. Any animal is in danger of walking into their wire snares. ZCTF estimates, from reports and statistics received, that we have lost between 90 to 100% of the wildlife on private game ranches, 60 to 70% on the larger conservancies and about 40% in the National Park game reserves.

7.      Along with the land reform programme that started in 2000, there was also a breakdown of law and order and where previously poachers had been shot on sight or imprisoned, that was no longer the case. Most of the new landowners know very little or nothing about wildlife management or sustainable development. The ones who acquired game ranches slaughtered everything that moved very quickly. They easily obtained unrealistic hunting quotas from National Parks and sold hunts which far exceeded their quotas to foreign big game hunters. They gave no thought to the fact that once everything is gone, you can't get it back.

8.     To gain votes, the government encourages the people to use the natural resources in any way they chose in order to survive. This lead to extensive deforestation, destruction of river beds during gold panning, the destruction of fish breeding areas, and the decimation of the wildlife.

9.     I was initially particularly concerned about the destruction of the fish in Kariba. I was a committee member of the Kariba International Tiger Fishing Tournament and every time the committee met, the main concern of all the members was the intensifying fish poaching in Kariba. As the problems worsened for fish and other wildlife, I decided to do something about it. It was a well-known fact that National Parks were almost bankrupt so they were unable to carry out anti-poaching patrols even if they wanted to do so. I approached the Minister of Environment and Natural Resources, Francis Nhema, and told him that there was a group of us who wanted to start an anti-poaching task force. I was so desperate to try and do something about Zimbabwe's disappearing wildlife that I neglected my business at the time, an international transport company, and focused on the conservation of Zimbabwe's natural wildlife. I offered to raise funds and go to Kariba with volunteers to assist National Parks with anti-poaching patrols on a regular basis. He was very pleased with the idea and instructed National Parks to co-operate with us. He asked us to keep him informed of our progress and to give him written reports on our activities. Thus, the Zimbabwe Conservation Task Force was inaugurated in April 2001.

**Zimbabwe Conservation Task Force**

10.     All went well for the first year. We did several anti-poaching patrols in Kariba and made life very difficult for the poachers. We pulled thousands of metres of illegal netting out of the water and destroyed it, sunk many poachers' boats, burned down their base camps, and recovered tons of fish, releasing the live ones and donating the dead ones to National Parks. There was a notable decline in the fish poaching. We raised funds

and donated fuel and oils to National Parks so that they could continue with the patrols in our absence. We also repaired their boats which had previously been out of order.

11. As time went on, we discovered that the main poaching rings were actually controlled by top government officials, police, army and National Parks staff themselves. We reported this to Minister Nhema and he reacted by refusing to have anything further to do with us. We tried to continue with the patrols but the National Parks scouts who had previously co-operated with us were now showing open hostility towards us. My volunteers got cold feet and one by one started drifting away leaving me to continue practically alone. I was seriously considering throwing in the towel in March 2002, when I received a tearful phone call from Charlene Hewat, conservationist and founder of Environment Africa, also known as the "Rhino Girl." She told me that "war veterans" had invaded Gourlays Ranch, a black rhino conservancy and breeding programme. The owner, Richard Pascall had been given twenty-four hours to vacate his property. Charlene begged me, being the Chairman of the Zimbabwe Conservation Task Force, to please try and do something. The few members I had left were nowhere to be found so I went alone to Gourlays Ranch and was confronted with about 200 rabid, drug-crazed "war veterans." This title was a misnomer because most of them were in their early twenties and would have been very small children during the bush war. I was obviously no match for them and I had no choice but to spend the night at the ranch as they would not allow me to leave. The following morning was the deadline for Richard Pascall to vacate the property and the invaders tried to behead him with an axe so the farm manager fired a shot into the air to disperse the mob. The police arrived and arrested Pascall, the farm manager, and a neighbour who was there for moral support. They were charged with attempted murder for firing the shot into the air and sent to prison. The war vets got off scot free and took possession of the black rhino conservancy. I was so angry about the injustice of all this, not

to mention the inevitable fate of the rhino, that I decided to do everything in my power to preserve what was left of the wildlife in Zimbabwe.

12. ZCTF hired a game capture unit and helicopter to move animals from a farm which was under siege by war vets, to a safer area.

13. ZCTF has imported several vials of M99, a very expensive tranquillizer used in darting of animals in order to remove snares, and provided the drug to Government Wildlife Unit whenever snares need to be removed from animals. National Parks are not able to remove snares because they cannot afford to buy the drug.

14. In September 2005, I found out that National Parks were unable to provide fuel for water pumps in Hwange National Park, and the animals were dying of thirst and dehydration. Hwange National Park is home of one of the largest elephant populations in the world. Within forty-eight hours, I raised enough money to purchase 7,000 litres of fuel. Within three days of hearing of the crisis, I had water pumping into the pans. When I went to the National Park to deliver fuel, I realized that the whole park was in a state of neglect and disrepair. Most of the pump engines were not working and National Parks failed to respond to request for spares from the Hwange staff. There was only one vehicle mobile in the park, and all the rest were waiting for spares which never arrived. The roads were in a poor state and many of the pump attendants had absconded because they had not been paid for several months. I immediately made improving the park a priority. Since September 2005, ZCTF has supplied truckloads of tires, spares, equipment, fuel, oils and clothing. ZCTF has contributed approximately $500,000 US dollars to National Parks. ZCTF helped provide thirty-three pans with water, six running land rovers, running tractors and graders, fuel in their underground tanks, new work suits and boots for employees, and assisted with repairing roads.

15. Although ZCTF and other conservation groups try to conserve wildlife, it is very difficult because of our political system. Elephant populations, along with other

Declaration of Rodrigues in
Support of Motion to Intervene                 6

wildlife, continue to decline. Reform in Zimbabwe, along with international efforts are necessary to protect the wildlife.

16.     Since the Gourlays Ranch episode, I have been exposing corrupt practices with regard to the wildlife and environment. When I realized that I could not report any poaching or illegal hunting to the relevant authorities, because very often, they were involved in it themselves, I felt I had no option but to inform the international community. I was unable to sit by and watch the destruction and allow them to get away with it. I told the world in the hope that concerned people around the world would put pressure on our government and embarrass them into rectifying the situation. This exposure has led to some positive action being taken by the government in a number of cases. However, I believe my last report about the capture of juvenile elephants from Hwange National Park to be trained for elephant rides by Shearwater Adventures, with the permission of National Parks, was the final straw. The young elephants were not orphans. They were members of families from which they were forcibly removed. I circulated a report condemning both Shearwater and National Parks for the capture and I believe this is the reason National Parks wants nothing more to do with me. The reason they gave was the "continued negative and false reports emanating from my organization."

**Interest in Elephants & Ending Sport Hunting**

17.     All my life I have been able to view African elephants. I have viewed elephants in Hwange, Kariba, Gonarezhous, Chiredzi, and Zambesi Valley. I enjoy viewing, photographing, and observing these elephants. I believe humans have a lot to learn from elephants; they are wonderful, majestic animals. Elephants also contribute to the ecosystem and promote vegetation through the seeds they eat and defecate, which then grow into more vegetation. A lot of modern day medicines come from these plants.

18.     I have noticed that elephant numbers are definitely dropping. African elephants need comprehensive international protection to ensure their survival. I believe

Declaration of Rodrigues in
Support of Motion to Intervene                              7

that sport-hunting of African elephants must be stopped. While United States hunters and organizations claim that money from sports hunting goes towards conservation, the people living here and working to conserve the animals have not seen any evidence to support that claim. Rather, the safari operators are the only benefactors of sport hunting, and the poor and rural people of Zimbabwe receive no benefits from it. The only way to stop poaching, is to stop hunting as well. I am very happy with the current U.S. suspension on the importation of elephant trophies, as it helps conserve the elephants and protect my interest in them.

19. Additionally, sport hunting, along with the lack of law and order, discourages tourism that could otherwise assist wildlife conservation. Some tourists come here and witness people shooting animals in the game reserves or getting caught in snares, and this horrifies them. They go back home with all sorts of horror stories and this discourages people from coming here. I think the most important thing to do if we are going to encourage more tourists is to try and persuade national parks to stop doing things that upset the tourists and also to make a serious effort to contain the poaching problem.

20. Immediate actions is needed for the conservation of wildlife. There is extensive habitat destruction, and deforestation, forcing wildlife to move into more confined spaces. This combined with poaching and sport hunting seriously threaten the continued survival of wildlife, such as African elephants.

21. I fear that my ability to view elephants in the future will be compromised if hunting and poaching continue. I also want to make sure our children and grandchildren will have the opportunity to see elephants in the wild and not just in books.

Declaration of Rodrigues in
Support of Motion to Intervene                8

In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Harare, Zimbabwe.

Date: 31-12-2014

Johnny Rodrigues

Declaration of Rodrigues in
Support of Motion to Intervene                                  9