**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>SALLY M. R. JEWELL, et al.<br><br>　　Defendants, and<br><br>FRIENDS OF ANIMALS, and the ZIMBABWE CONSERVATION TASK FORCE<br><br>　　Defendant-Intervenors. | Civ. No. 14-cv-00670-RCL;<br>15-cv-01026-RCL (consolidated) |

**JOINT APPENDIX**

　　Pursuant to Local Civil Rule 7(n), the Parties hereby file a Joint Appendix. All Parties have conferred and are in agreement as to its content. The Joint Appendix contains copies of those portions of the administrative records that are cited or otherwise relied upon in all memoranda relating to summary judgment motions filed by Parties.

　　Dated: June 17, 2016.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Anna M. Seidman
　　　　　　　　　　　　　　　　　　　Anna M. Seidman
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 417091
　　　　　　　　　　　　　　　　　　　Douglas Burdin
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 434107
　　　　　　　　　　　　　　　　　　　Jeremy Clare
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1015688
　　　　　　　　　　　　　　　　　　　501 2nd Street NE
　　　　　　　　　　　　　　　　　　　Washington, D.C.

Tel: 202-543-8733
Fax: 202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

*Counsel for Plaintiff*
*Safari Club International*

Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Tel.: (703) 267-1166
Fax: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff*
*National Rifle Association of America*