IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Safari Club International, National Rifle Association of America,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Zinke, et al.,<br><br>Defendants,<br><br>and<br><br>Friends of Animals, et al.,<br><br>Defendant-Intervenors. | Case No. 1:14-cv-00670-RCL,<br>*consolidated for purposes of briefing with* 1:15-cv-1026-RCL |

## [PROPOSED] ORDER

Before the Court is Federal Defendants' unopposed motion for leave to submit supplemental briefing regarding the impact of *Safari Club Int'l, et al. v. Zinke, et al.*, No. 16-5358 (D.C. Cir., Dec. 22, 2017) (ECF No. 1710175) on the Tanzania-based and Zimbabwe-based claims in this Court, ECF 139, and Federal Defendants' unopposed motion to modify that motion for leave, ECF 141. Having considered the motions, and the lack of opposition thereto, it is hereby ORDERED that

the parties may each submit two separate briefs (an opening and reply brief for Tanzania and an opening and reply brief for Zimbabwe) to address the impact of the D.C. Circuit's ruling. The opening briefs shall be filed by **March 2, 2018**, and the reply briefs by **March 16, 2018**. Each opening brief shall not exceed 10 pages of text each, and each reply brief shall not exceed 5

pages of text. This Order supersedes any prior order regarding the unopposed motion for leave to submit supplemental briefing.

IT IS SO ORDERED this 26th day of February, 2018.

ROYCE C. LAMBERTH
United States District Judge